# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| CANAL INDEMNITY COMPANY, | § | |
| A SOUTH CAROLINA CORPORATION, | § | |
|    Plaintiff, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 4:19-cv-2945 |
| | § | |
| COASTAL TRANSPORT CO., INC., A | § | |
| TEXAS CORPORATION; CALJET II, | § | |
| LLC, AN ARIZONA LIMITED LIABILITY | § | |
| COMPANY; CALJET OF AMERICA, LLC, | § | |
| AN ARIZONA LIMITED LIABILITY | § | |
| COMPANY; CHEVRON U.S.A., INC., A | § | |
| PENNSYLVANIA CORPORATION; | § | |
| VALERO MARKETING AND SUPPLY | § | |
| COMPANY, A DELAWARE | § | |
| CORPORATION; CIRCLE K TERMINAL, | § | |
| LLC, A DELAWARE LIMITED | § | |
| LIABILITY COMPANY; NATIONAL | § | |
| INTERSTATE INSURANCE COMPANY, | § | |
| AN OHIO CORPORATION; PHILLIPS66, | § | |
| A DELAWARE CORPORATION; AND | § | |
| PRO-PETROLEUM, INC., A TEXAS | § | |
| CORPORATION, | § | |
|    Defendants. | § | |

## CANAL INDEMNITY COMPANY'S
## DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, Plaintiff Canal Indemnity Company ("Canal") files its

Disclosure Statement:

**For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):**

> "Canal Indemnity Company, a South Carolina Corporation, is a wholly owned subsidiary of Canal Insurance Company. No publicly held corporation owns 10% or more of the stock of Canal Indemnity Company."

1

Respectfully submitted,

THOMPSON, COE, COUSINS & IRONS, L.L.P.


By: */s/ Brian S. Martin*
        BRIAN S. MARTIN, Attorney-In-Charge
        State Bar No. 13055350, S.D. ID 8823
        bmartin@thompsoncoe.com
        RODRIGO GARCIA, JR.
        State Bar No. 00793778, S.D. ID 782726
        dgarcia@thompsoncoe.com
        One Riverway, Suite 1400
        Houston, Texas 77056
        Telephone: (713) 403-8282
        Telecopy: (713) 403-8299

**ATTORNEYS FOR PLAINTIFF**
**CANAL INDEMNITY COMPANY**


## CERTIFICATE OF SERVICE

I hereby certify that on August 26, 2019, the above and foregoing document is being electronically filed with the Clerk of Court using the CM/ECF system. Counsel of record is also being served via the CM/ECF system.


        */s/ Brian S. Martin*
        Brian S. Martin

7209254v1
12105.002