**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **CANAL INDEMNITY COMPANY, A SOUTH CAROLINA CORPORATION, Plaintiff,** | § § § § | |
| **V.** | § | **CIVIL ACTION NO. 4:19-cv-2945** |
| **COASTAL TRANSPORT CO., INC., A TEXAS CORPORATION; CALJET II, LLC, AN ARIZONA LIMITED LIABILITY COMPANY; CALJET OF AMERICA, LLC, AN ARIZONA LIMITED LIABILITY COMPANY; CHEVRON U.S.A., INC., A PENNSYLVANIA CORPORATION; VALERO MARKETING AND SUPPLY COMPANY, A DELAWARE CORPORATION; CIRCLE K TERMINAL, LLC, A DELAWARE LIMITED LIABILITY COMPANY; NATIONAL INTERSTATE INSURANCE COMPANY, AN OHIO CORPORATION; PHILLIPS66, A DELAWARE CORPORATION; AND PRO-PETROLEUM, INC., A TEXAS CORPORATION, Defendant.** | § § § § § § § § § § § § § § § § § § § | |

**CANAL INDEMNITY COMPANY'S**
**CERTIFICATE OF INTERESTED PARTIES**

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Canal Indemnity Company ("Canal") hereby submits this Certificate of Interested Parties and respectfully shows as follows:

Canal is a wholly owned subsidiary of Canal Insurance Company. No publicly held corporation owns more than ten percent of Canal's stock.

A complete list of all persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities that are financially interested in the outcome of this litigation are as follows:

1. Canal Indemnity Company (Plaintiff);
2. Coastal Transport Co., Inc. (Defendant);
3. Caljet II, LLC, (Defendant);
4. Caljet Of America, LLC (Defendant);
5. Chevron U.S.A., Inc. (Defendant);
6. Valero Marketing And Supply Company (Defendant);
7. Circle K Terminal, LLC (Defendant);
8. National Interstate Insurance Company (Defendant);
9. PHILLIPS66 (Defendant);
10. Pro-Petroleum, Inc. (Defendant);
11. Mary Major; (Individually, as surviving spouse of Elwyn Webb, and as the representative of the Estate of Elwyn Webb) and
12. Joshua Webb (Surviving son of Elwyn Webb).

Respectfully submitted,

THOMPSON, COE, COUSINS & IRONS, L.L.P.

By: *<u>/s/ Brian S. Martin</u>*

BRIAN S. MARTIN, Attorney-In-Charge
State Bar No. 13055350, S.D. ID 8823
bmartin@thompsoncoe.com
RODRIGO GARCIA, JR.
State Bar No. 00793778, S.D. ID 782726
dgarcia@thompsoncoe.com
One Riverway, Suite 1400
Houston, TX 77056
Telephone: (713) 403-8282
Telecopy: (713) 403-8299

ATTORNEYS FOR PLAINTIFF
CANAL INDEMNITY COMPANY

## CERTIFICATE OF SERVICE

I hereby certify that on August 26, 2019, the above and foregoing document is being electronically filed with the Clerk of Court using the CM/ECF system. Counsel of record is also being served via the CM/ECF system.

*/s/Brian S. Martin*
Brian S. Martin