AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:19-cv-2945

United States Courts
Southern District of Texas
FILED

AUG 23 2019

David J. Bradley, Clerk of Court

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Caljet II, LLC
was received by me on *(date)* 8/16/2019 .

☐ I personally served the summons on the individual at *(place)*

on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

, a person of suitable age and discretion who resides there,

on *(date)* , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Dave Alexander, Managing Member , who is designated by law to accept service of process on behalf of *(name of organization)* Caljet II, LLC

on *(date)* 8/19/2019 ; or
9:04am

☐ I returned the summons unexecuted because ; or

☐ Other *(specify)*:

My fees are $ ===== for travel and $ ======= for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 8/19/2019

*Server's signature*

Bruce Comer, Process Server
*Printed name and title*

530 E. McDowel Rd. #107-423
Phoenix, Arizona 85004
*Server's address*

Additional information regarding attempted service, etc:

I delivered Summons, Original Complaint, Order For Conference and Disclosure of Interested Parties

402417

08-40247

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

Canal Indemnity Company, A South Carolina Corporation

*Plaintiff(s)*

v.

Coastal Transport Co., Inc.; Caljet II, LLC; Caljet of America, LLC; Chevron U.S.A., Inc.; Valero Marketing and Supply Company; Circle K Terminal, LLC; National Interstate Insurance Company; PHILLIPS 66 Company; and Pro Petroleum, Inc.,

*Defendant(s)*

Civil Action No. 4:19-cv-2945

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Caljet II, LLC
c/o Rich Tarnopolski
Statutory Agent
5601 W. Van Buren
Phoenix, AZ 85043

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Brian S. Martin
Thompson, Coe, Cousins & Irons, L.L.P.
One Riverway, Suite 1400
Houston, Texas 77056

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

David J. Bradley, *Clerk of Court*

Date: August 16, 2019

s/ H. Lerma
*Signature of Clerk or Deputy Clerk*