AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:19-cv-2945

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

United States Courts
Southern District of Texas
F I L E D

AUG 23 2019

David J. Bradley, Clerk of Court

This summons for *(name of individual and title, if any)* Caljet of America, LLC
was received by me on *(date)* 8/16/2019

☐ I personally served the summons on the individual at *(place)*
            on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
, a person of suitable age and discretion who resides there,
on *(date)* , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Dave Alexander, Managing Member , who is
designated by law to accept service of process on behalf of *(name of organization)*
Caljet of America, LLC on *(date)* 8/19/2019 9:04am ; or

☐ I returned the summons unexecuted because ; or

☐ Other *(specify)*:

My fees are $ ===== for travel and $= ====== for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 8/19/2019

*Server's signature*

Bruce Comer, Process Server
*Printed name and title*

530 E. McDowel Rd. #107-423
Phoenix, Arizona 85004
*Server's address*

Additional information regarding attempted service, etc:

I delivered Summons, Original Complaint, Order For Conference and Disclosure of Interested Parties

402435

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:19-cv-2945

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
   _____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
   _____, a person of suitable age and discretion who resides there,
   on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
   designated by law to accept service of process on behalf of *(name of organization)* _____
   _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):* _____
   _____
   _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.

Date: _____                              _____
                                                    *Server's signature*

                                                  _____
                                                    *Printed name and title*

                                                  _____
                                                  _____
                                                    *Server's address*

Additional information regarding attempted service, etc: