AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* CIRCLE K TERMINAL LLC C/O CORPORATION SERVICE COMPANY was received by me on *(date)* Aug 16, 2019.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Barbara Greene , who is designated by law to accept service of process on behalf of *(name of organization)* CIRCLE K TERMINAL LLC C/O CORPORATION SERVICE COMPANY on *(date)* Mon, Aug 19 2019 ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 08/20/2019

*Server's signature*

Jackie Applegate, Process Server
*Printed name and title*

1800 Diagonal Rd. Ste. 600, Alexandria, VA 22314
*Server's address*

United States Courts
Southern District of Texas
FILED
AUG 23 2019
David J. Bradley, Clerk of Court

Additional information regarding attempted service, etc.:
1) Successful Attempt: Aug 19, 2019, 1:59 pm EDT at 251 LITTLE FALLS DR, WILMINGTON, DE 19808-1675 received by Barbara Greene . Age: 48; Ethnicity: Caucasian; Gender: Female; Weight: 185; Height: 5'5"; Hair: Brown; Eyes: Green; Relationship: Intake Manager ;

8-402444

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | |
|---|---|
| Canal Indemnity Company, A South Carolina Corporation <br><br> *Plaintiff(s)* <br> v. <br> Coastal Transport Co., Inc.; Caljet II, LLC; Caljet of America, LLC; Chevron U.S.A., Inc.; Valero Marketing and Supply Company; Circle K Terminal, LLC; National Interstate Insurance Company; PHILLIPS 66 Company; and Pro Petroleum, Inc., <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 4:19-cv-2945 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Circle K Terminal LLC
c/o Corporation Services Company
251 Little Falls Drive
Wilmington DE 19808

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Brian S. Martin
Thompson, Coe, Cousins & Irons, L.L.P.
One Riverway, Suite 1400
Houston, Texas 77056

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

David J. Bradley, *Clerk of Court*

Date: August 16, 2019



s/ H. Lerma
*Signature of Clerk or Deputy Clerk*