AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Texas

| | |
|---|---|
| Canal Indemnity Company, A South Carolina Corporation<br><br>*Plaintiff(s)*<br>v.<br>Coastal Transport Co., Inc.; Caljet II, LLC; Caljet of America, LLC; Chevron U.S.A., Inc.; Valero Marketing and Supply Company; Circle K Terminal, LLC; National Interstate Insurance Company; PHILLIPS 66 Company; and Pro Petroleum, Inc.,<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 4:19-cv-2945<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Chevron U.S.A. Inc.
c/o Prentice-Hall Corp System, Inc.
Registered Agent
211 E. 7th Street, Suite 620
Austin, Texas 78701

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Brian S. Martin
Thompson, Coe, Cousins & Irons, L.L.P.
One Riverway, Suite 1400
Houston, Texas 77056

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*David J. Bradley, Clerk of Court*

Date: August 16, 2019



*s/ H. Lerma*
*Signature of Clerk or Deputy Clerk*

**CAUSE NO. 4:19-CV-2945**

**CANAL INDEMNITY COMPANY,**
**SOUTH CAROLINA**
**CORPORATION**         UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT
**VS.**                 OF TEXAS, HOUSTON DIVISION

**COASTAL TRANSPORT CO, INC.,**
**ET AL**

## AFFIDAVIT OF SERVICE

BEFORE ME, the undersigned authority, _Barbara C. Stinnett_ (SERVER), personally appeared on this day and stated under oath as follows:

1. My name is _Barbara C. Stinnett_ (SERVER). I am over the age of eighteen (18), I am not a party to this case, and have no interest in its outcome. I am in all ways competent to make this affidavit and this affidavit is based on personal knowledge. The facts stated herein are true and correct. My business address is: _P.O. Box 684627, Austin TX 78768_
(SERVER'S ADDRESS)

2. ON _08/16/19_ (DATE) AT _04:45_ (_P_) M (TIME)
SUMMONS, ORIGINAL COMPLAINT ORDER FOR CONFERENCE AND DISCLOSURE OF INTERESTED PARTIES came to hand for delivery to CHEVRON U.S.A. INC. C/O PRENTICE HALL CORP SYSTEM, INC..

3. ON _8/19/19_ (DATE) AT _09:11_ (_A_) M (TIME) - The above named documents were delivered to: CHEVRON U.S.A. INC. C/O PRENTICE HALL CORP SYSTEM, INC. by delivering to

_Vanessa Hernandez - Designated Agent_
(NAME AND TITLE), authorized agent for service @
_211 E. 7th Street, #620, Austin TX 78701_
(ADDRESS), by CORPORATE Service

**SIGNATURE**
**PSC#** _1181_  **EXPIRATION:** _07/31/20_

**AFFIANT PRINTED NAME**

SWORN TO AND SUBSCRIBED before me by _Barbara C. Stinnett_ appeared on this _19_ day of _August_, 2019 to attest witness my hand and seal of office.

**NOTARY PUBLIC IN AND**
**FOR THE STATE OF TEXAS**

MICHAEL R STINNETT
Notary ID #126498663
My Commission Expires
December 3, 2022

2019.08.402447

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:19-cv-2945

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

  ❒ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

  ❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

  ❒ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

  ❒ I returned the summons unexecuted because _____ ; or

  ❒ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00

I declare under penalty of perjury that this information is true.

Date: _____

                  _____
                  *Server's signature*

                  _____
                  *Printed name and title*

                  _____
                  *Server's address*

Additional information regarding attempted service, etc: