# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| CANAL INDEMNITY COMPANY, | § § § |
| Plaintiff, | § § |
| v. | §  Case No. 4:19-cv-02945 |
| COASTAL TRANSPORT CO., INC., et al., | § § § |
| Defendants. | § |

## CERTIFICATE OF INTERESTED PERSONS

Defendant Phillips 66 Company, by its undersigned counsel and pursuant to Fed. R. Civ. P. 7.1 and this Court's August 9, 2019 Order for Conference and Disclosure of Interested Parties, certifies that Phillips 66 Company, a Delaware corporation, is a wholly owned subsidiary of <u>Phillips 66</u>, a publicly traded Delaware corporation. At this time, there are no shareholders owning 10% or more of <u>Phillips 66</u>. Phillips 66 Company and <u>Phillips 66</u> have a financial interest in the outcome of this litigation.

Dated: August 28, 2019

Respectfully submitted,

REED SMITH LLP

<u>/s/ Michael H. Bernick</u>
Michael H. Bernick
State Bar No. 24078227
811 Main Street, Ste. 1700
Houston, TX 77002-6110
Phone: 713-469-3834
Fax: 713-469-3899

*Counsel for Defendant Phillips 66 Company*

## CERTIFICATE OF SERVICE

I hereby certify that on August 28, 2019, I directed that the foregoing document be electronically filed with the Clerk of the Court by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/ *Michael H. Bernick*
Michael H. Bernick