# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

**CANAL INDEMNITY COMPANY,**
**A SOUTH CAROLINA CORPORATION,**

    Plaintiff,

V.                                    Case No. 4:19-cv-2945

**COASTAL TRANSPORT CO., INC., A TEXAS CORPORATION; CALJET II, LLC, AN ARIZONA LIMITED LIABILITY COMPANY; CALJET OF AMERICA, LLC, AN ARIZONA LIMITED LIABILITY COMPANY; CHEVRON U.S.A., INC., AN PENNSYLVANIA CORPORATION; VALERO MARKETING AND SUPPLY COMPANY, A DELAWARE CORPORATION; CIRCLE K TERMINAL, LLC, A DELAWARE LIMITED LIABILITY COMPANY; NATIONAL INTERSTATE INSURANCE COMPANY, AN OHIO CORPORATION; PHILLIPS66, A DELAWARE CORPORATION; AND PRO-PETROLEUM, INC., A TEXAS CORPORATION,**

    Defendants.

## ORDER GRANTING CHEVRON U.S.A. INC.'S UNOPPOSED MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND

Before the Court is Defendant Chevron U.S.A. Inc.'s Unopposed Motion to Extend Time to Answer or Otherwise Respond to Plaintiff's Complaint for Declaratory Judgment (Doc. 18). The Court finds that the Motion is well taken and should be GRANTED.

It is therefore ORDERED that Chevron U.S.A. Inc.'s deadline to file an answer or other responsive pleading is now October 8, 2019.

SIGNED this \_\_\_\_ day of September, 2019.

_____
UNITED STATES DISTRICT JUDGE