IN THE UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CANAL INDEMNITY COMPANY, A SOUTH CAROLINA CORPORATION, | § § § § | |
| Plaintiff(s) | § § | |
| v. | § § | |
| COASTAL TRANSPORT CO., INC.; A TEXAS CORPORATION; CALJET II, LLC; AN ARIZONA LIMITED LIABILITY COMPANY; CALJET OF AMERICA, LLC, AN ARIZONA LIMITED LIABILITY COMPANY; CHEVRON U.S.A., INC., AN PENNSYLVANIA CORPORATION; VALERO MARKETING AND SUPPLY COMPANY; A DELAWARE CORPORATION; CIRCLE K TERMINAL, LLC; A DELAWARE LIMITED LIABILITY COMPANY; NATIONAL INTERSTATE INSURANCE COMPANY, AN OHIO CORPORATION; PHILLIPS 66, A DELAWARE CORPORATION; AND PRO-PETROLEUM, INC., A TEXAS CORPORATION, | § § § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. 4:19-cv-2945 |
| Defendants. | § | |

**DEFENDANT, NATIONAL INTERSTATE INSURANCE
COMPANY'S ORIGINAL ANSWER**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Defendant, National Interstate Insurance Company, (herein Defendant) in the above-styled and numbered cause and files its Original Answer to Plaintiff, Canal Indemnity Company's Complaint and respectfully shows the Court the following:

# INTRODUCTION

1. Defendant admits the allegations of paragraph 1 of plaintiff's complaint with respect to all Defendants with the exception of National Interstate Insurance Company. Defendant denies that this case involves a dispute relating to whether National Interstate Insurance Company is entitled to coverage as an additional insured under liability policies issued by Plaintiff.

2. Defendant admits the allegations of paragraph 2 with respect to all Defendants except National Interstate Insurance Company. Defendant denies the allegations of paragraph 2 with respect to Defendant, National Interstate Insurance Company.

3. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 3 of Plaintiff's complaint, and, therefore, the allegations are denied.

4. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 4 of Plaintiff's complaint, and, therefore, the allegations are denied.

5. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 5 of Plaintiff's complaint, and, therefore, the allegations are denied.

6. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 6 of Plaintiff's complaint, and, therefore, the allegations are denied.

7. Defendant admits the allegations of paragraph 7 of Plaintiff's complaint.

8. The statements contained in paragraph 8 do not require a response.

## THE PARTIES

9. Defendant admits the allegations of paragraph 9 of the complaint.

10. Defendant admits the allegations of paragraph 10 of the complaint.

11. Defendant admits the allegations of paragraph 11 of the complaint.

12. Defendant admits the allegations of paragraph 12 of the complaint.

13. Defendant admits the allegations of paragraph 13 of the complaint.

14. Defendant admits the allegations of paragraph 14 of the complaint.

15. Defendant admits the allegations of paragraph 15 of the complaint.

16. Defendant admits the allegations of paragraph 16 of the complaint.

17. Defendant admits the allegations of paragraph 17 of the complaint.

18. Defendant denies the allegations of paragraph 18 of the complaint. According to information from the Texas Secretary of State, Pro-Petroleum, Inc. has been converted to ProPetroleum, LLC, a Delaware limited liability company.

19. Defendant admits the allegations of paragraph 19 of the complaint.

## JURISDICTION AND VENUE

20. Defendant admits the allegations of paragraph 20 of the complaint.

21. Defendant admits the allegations of paragraph 21 of the complaint.

## ACTUAL BACKGROUND OF UNDERLYING LAWSUIT

22. The statements contained in paragraph 22 of the complaint do not require a response.

23. Defendant admits the allegations of paragraph 23 of the complaint.

24. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 24 of Plaintiff's complaint, and, therefore, the allegations are denied.

25. Defendant admits the allegations of paragraph 25 of the complaint with respect to all Defendants except National Interstate Insurance Company.

Defendant denies the allegations of paragraph 25 of the complaint with respect to National Interstate Insurance Company.

26. Defendant admits the allegations of paragraph 26 of the complaint.

27. Defendant admits the allegations of paragraph 27 of the complaint.

28. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 28 of Plaintiff's complaint, and, therefore, the allegations are denied.

29. Defendant admits the allegations of paragraph 29 of the complaint.

30. Defendant admits the allegations of paragraph 30 of the complaint.

31. Defendant admits the allegations of paragraph 31 of the complaint with respect to the Defendants with the exception of National Interstate Insurance Company. Defendant denies the allegations of paragraph 31 with respect to Defendant National Interstate Insurance Complaint.

32. Defendant admits the allegations of paragraph 32 of the complaint with respect to the Defendants with the exception of National Interstate Insurance Company. Defendant denies the allegations of paragraph 32 with respect to Defendant National Interstate Insurance Complaint.

33. Defendant admits the allegations of paragraph 33 of the complaint with respect to the Defendants with the exception of National Interstate Insurance Company.  Defendant denies the allegations of paragraph 33 with respect to Defendant National Interstate Insurance Complaint.

34. Defendant admits the allegations of paragraph 34 of the complaint with respect to the Defendants with the exception of National Interstate Insurance Company.  Defendant denies the allegations of paragraph 34 with respect to Defendant National Interstate Insurance Complaint.

35. Defendant admits the allegations of paragraph 35 of the complaint.

## THE CANAL INSURANCE POLICIES

36. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of paragraph 36, and, therefore, the allegations are denied.

37. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of paragraph 37, and, therefore, the allegations are denied.

38. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of paragraph 38, and, therefore, the allegations are denied.

39. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of paragraph 39, and, therefore, the allegations are denied.

## THE AUTO POLICIES

40. The statements in paragraph 40 are a conclusion of law and do not require an answer.

41. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of paragraph 41, and, therefore, the allegations are denied.

42. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of paragraph 42, and, therefore, the allegations are denied.

43. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of paragraph 43, and, therefore, the allegations are denied.

44. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of paragraph 44, and, therefore, the allegations are denied.

45. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of paragraph 45, and, therefore, the allegations are denied.

46. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of paragraph 46, and, therefore, the allegations are denied.

47. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of paragraph 47, and, therefore, the allegations are denied.

48. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of paragraph 48, and, therefore, the allegations are denied.

49. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of paragraph 49, and, therefore, the allegations are denied.

50. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of paragraph 50, and, therefore, the allegations are denied.

51. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of paragraph 51, and, therefore, the allegations are denied.

52. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of paragraph 52, and, therefore, the allegations are denied.

53. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of paragraph 53, and, therefore, the allegations are denied.

54. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of paragraph 54, and, therefore, the allegations are denied.

55. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of paragraph 55, and, therefore, the allegations are denied.

56. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of paragraph 56, and, therefore, the allegations are denied.

57. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of paragraph 57, and, therefore, the allegations are denied.

58. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of paragraph 58, and, therefore, the allegations are denied.

59. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of paragraph 59, and, therefore, the allegations are denied.

60. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of paragraph 60, and, therefore, the allegations are denied.

61. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of paragraph 61, and, therefore, the allegations are denied.

62. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of paragraph 62, and, therefore, the allegations are denied.

63. The statements contained in paragraph 63 of the complaint are statements of law and do not require an answer.

64. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of paragraph 64, and, therefore, the allegations are denied.

65. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of paragraph 65, and, therefore, the allegations are denied.

66. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of paragraph 66, and, therefore, the allegations are denied.

67. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of paragraph 67, and, therefore, the allegations are denied.

68. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of paragraph 68, and, therefore, the allegations are denied.

69. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of paragraph 69, and, therefore, the allegations are denied.

70. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of paragraph 70, and, therefore, the allegations are denied.

71. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of paragraph 71, and, therefore, the allegations are denied.

72. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of paragraph 72, and, therefore, the allegations are denied.

73. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of paragraph 73, and, therefore, the allegations are denied.

74. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of paragraph 74, and, therefore, the allegations are denied.

h:\wdox\6007\0004\02148108.docx

75. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of paragraph 75, and, therefore, the allegations are denied.

76. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of paragraph 76, and, therefore, the allegations are denied.

77. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of paragraph 77, and, therefore, the allegations are denied.

78. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of paragraph 78, and, therefore, the allegations are denied.

79. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of paragraph 79, and, therefore, the allegations are denied.

80. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of paragraph 80, and, therefore, the allegations are denied.

81. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of paragraph 81, and, therefore, the allegations are denied.

82. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of paragraph 82, and, therefore, the allegations are denied.

83. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of paragraph 83, and, therefore, the allegations are denied.

84. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of paragraph 84, and, therefore, the allegations are denied.

85. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of paragraph 85, and, therefore, the allegations are denied.

86. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of paragraph 86, and, therefore, the allegations are denied.

87. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of paragraph 87, and, therefore, the allegations are denied.

88. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of paragraph 88, and, therefore, the allegations are denied.

## **CGL POLICIES**

89. The statements contained in paragraph 89 of the complaint are statements of law and do not require an answer.

90. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of paragraph 90, and, therefore, the allegations are denied.

91. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of paragraph 91, and, therefore, the allegations are denied.

92. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of paragraph 92, and, therefore, the allegations are denied.

93. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of paragraph 93, and, therefore, the allegations are denied.

94. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of paragraph 94, and, therefore, the allegations are denied.

95. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of paragraph 95, and, therefore, the allegations are denied.

96. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of paragraph 96, and, therefore, the allegations are denied.

97. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of paragraph 97, and, therefore, the allegations are denied.

98. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of paragraph 98, and, therefore, the allegations are denied.

99. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of paragraph 99, and, therefore, the allegations are denied.

100. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of paragraph 100, and, therefore, the allegations are denied.

101. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of paragraph 101, and, therefore, the allegations are denied.

102. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of paragraph 102, and, therefore, the allegations are denied.

103. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of paragraph 103, and, therefore, the allegations are denied.

104. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of paragraph 104, and, therefore, the allegations are denied.

105. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of paragraph 105, and, therefore, the allegations are denied.

106. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of paragraph 106, and, therefore, the allegations are denied.

107. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of paragraph 107, and, therefore, the allegations are denied.

108. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of paragraph 108, and, therefore, the allegations are denied.

109. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of paragraph 109, and, therefore, the allegations are denied.

110. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of paragraph 110, and, therefore, the allegations are denied.

## **FIRST COUNT FOR RELIEF**

111. Defendant reasserts its responses from paragraphs from 1 through 110 above as if fully set forth herein.

112. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of paragraph 112 with respect to whether a controversy exists between Plaintiff and Defendants other than National Interstate Insurance Company. Defendant denies that there is any controversy regarding whether Plaintiff is obligated to provide a defense to National Interstate Insurance Company with respect to the underlying lawsuit.

113. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of paragraph 113, and, therefore, the allegations are denied.

114. In paragraph 114 of the complaint, Plaintiff simply states its desire for a declaration of its rights, and no response is required.

115. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of paragraph 115, and, therefore, the allegations are denied.

116. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of paragraph 116, and, therefore, the allegations are denied.

## SECOND COUNT FOR RELIEF

117. Defendant reasserts and incorporates by reference its responses to paragraphs 1 through 111 above as if fully set forth herein.

118. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of paragraph 118 with respect to whether a controversy exists between Plaintiff and Defendants other than National Interstate Insurance Company. Defendant denies that there is any controversy regarding whether Plaintiff is obligated to provide a defense to National Interstate Insurance Company with respect to the underlying lawsuit.

119. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of paragraph 119, and, therefore, the allegations are denied.

120. In paragraph 120 of the complaint, Plaintiff simply states its desire for a declaration of its rights, and no response is required.

121. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of paragraph 121, and, therefore, the allegations are denied.

122. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of paragraph 122, and, therefore, the allegations are denied.

## THIRD CLAIM FOR RELIEF

123. Defendant reasserts and incorporates by reference its responses to paragraphs 1 through 111 above as if fully set forth herein.

124. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of paragraph 124 with respect to whether a controversy exists between Plaintiff and Defendants other than National Interstate Insurance Company. Defendant denies

that there is any controversy regarding whether Plaintiff is obligated to provide a defense to National Interstate Insurance Company with respect to the underlying lawsuit.

125. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of paragraph 125, and, therefore, the allegations are denied.

126. In paragraph 126 of the complaint, Plaintiff simply states its desire for a declaration of its rights, and no response is required.

127. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of paragraph 127, and, therefore, the allegations are denied.

128. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of paragraph 128, and, therefore, the allegations are denied.

## **FOURTH CLAIM FOR RELIEF**

129. Defendant reasserts and incorporates by reference its responses to paragraphs 1 through 111 above as if fully set forth herein.

130. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of paragraph 130 with respect to whether a controversy exists between Plaintiff and Defendants other than National Interstate Insurance Company. Defendant denies that there is any controversy regarding whether Plaintiff is obligated to provide a defense to National Interstate Insurance Company with respect to the underlying lawsuit.

131. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of paragraph 131, and, therefore, the allegations are denied.

132. In paragraph 132 of the complaint, Plaintiff simply states its desire for a declaration of its rights, and no response is required.

133. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of paragraph 133, and, therefore, the allegations are denied.

134. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of paragraph 134, and, therefore, the allegations are denied.

## CONCLUSION

WHEREFORE, PREMISES CONSIDERED, Defendant National Interstate Insurance Company, requests that the Court will make judicial determination and declare the obligations of Plaintiff, Canal Indemnity Company, to defend and indemnify the Defendants in this action. Furthermore, Defendant National Interstate Insurance Company, prays for such other and further relief as this Court may deem just and proper.

Respectfully submitted,

MARTIN, DISIERE, JEFFERSON & WISDOM, LLP

By: */s/ Christopher W. Martin*
Christopher W. Martin
State Bar No. 13057620
Federal ID No. 13515
E-Mail: martin@mdjwlaw.com
Mark E. Lewis
State Bar No. 12299100
Federal ID No. 12799
E-Mail: lewis@mdjwlaw.com
808 Travis, Suite 1100
Houston, Texas 77002
Telephone: 713-632-1700
Facsimile: 713-222-0101
ATTORNEYS FOR DEFENDANT
NATIONAL INTERSTATE INSURANCE
COMPANY

**CERTIFICATE OF SERVICE**

I hereby certify that on the 9th day of September, 2019, a true copy of this document was electronically filed and that the counsel of record noted below designated as counsel to receive electronic service of all instruments filed herein were served on this date.

Brian S. Martin
Email: bmartin@thompsoncoe.com
Rodrigo Garcia, Jr.
Email: dgarcia@thompsoncoe.com
THOMPSON, COE, COUSINS & IRONS, L.L.P.
One Riverway, Suite 1400
Houston, Texas 77056
**Attorneys for Plaintiff Canal Indemnity Company**

*/s/ Mark E. Lewis*
Mark E. Lewis