IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

**CANAL INDEMNITY COMPANY,**
**A SOUTH CAROLINA CORPORATION,**

    Plaintiff,

V.                                         Case No. 4:19-cv-2945

**COASTAL TRANSPORT CO., INC., A TEXAS CORPORATION; CALJET II, LLC, AN ARIZONA LIMITED LIABILITY COMPANY; CALJET OF AMERICA, LLC, AN ARIZONA LIMITED LIABILITY COMPANY; CHEVRON U.S.A., INC., AN PENNSYLVANIA CORPORATION; VALERO MARKETING AND SUPPLY COMPANY, A DELAWARE CORPORATION; CIRCLE K TERMINAL, LLC, A DELAWARE LIMITED LIABILITY COMPANY; NATIONAL INTERSTATE INSURANCE COMPANY, AN OHIO CORPORATION; PHILLIPS66, A DELAWARE CORPORATION; AND PRO-PETROLEUM, INC., A TEXAS CORPORATION,**

    Defendants.

## CERTIFICATE OF INTERESTED PARTIES

Defendant Chevron U.S.A. Inc., by its undersigned counsel and pursuant to Fed. R. Civ. P. 7.1 and this Court's August 9, 2019 Order for Conference and Disclosure of Interested Parties, certifies that Chevron U.S.A. Inc., a Delaware corporation, is wholly owned by Chevron U.S.A. Holdings Inc., and Chevron Corporation, a publicly traded Delaware corporation, indirectly owns all the stock in Chevron U.S.A. Inc. through other wholly owned non-publicly traded subsidiaries. Chevron U.S.A. Inc., Chevron U.S.A. Holdings Inc., and Chevron Corporation have a financial interest in the outcome of this litigation.

Respectfully submitted, this the 16th day of September, 2019.

**CHEVRON U.S.A. INC.**

By: */s/ Patrice Pujol*
Patrice Pujol (Texas Bar No. 00794488)
FORMAN WATKINS & KRUTZ LLP
4900 Woodway Drive, Suite 940
Houston, Texas 77056-1800
Phone: (713) 402-2909
Facsimile: (713) 621-6746
patrice.pujol@formanwatkins.com

Edwin S. Gault, Jr. (Texas Bar No. 24049863)*
FORMAN WATKINS & KRUTZ LLP
210 East Capitol Street, Suite 2200
Jackson, Mississippi 39201-2375
Phone: (601) 969-7834
Facsimile: (601) 960-8613
win.gault@formanwatkins.com

*Application for admission pending.

*Counsel for Defendant Chevron U.S.A. Inc.*

## CERTIFICATE OF SERVICE

I do hereby certify that I have electronically served the foregoing motion using the Court's ECF system, which sent notification to all known counsel of record.

THIS, the 16th day of September, 2019.

*/s/ Patrice Pujol*
PATRICE PUJOL