IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

CANAL INDEMNITY COMPANY,
A SOUTH CAROLINA CORPORATION,

    Plaintiff,

V.                                                                   Case No. 4:19-cv-2945

COASTAL TRANSPORT CO., INC., A
TEXAS CORPORATION; CALJET II, LLC,
AN ARIZONA LIMITED LIABILITY
COMPANY; CALJET OF AMERICA, LLC,
AN ARIZONA LIMITED LIABILITY
COMPANY; CHEVRON U.S.A., INC., AN
PENNSYLVANIA CORPORATION;
VALERO MARKETING AND SUPPLY
COMPANY, A DELAWARE
CORPORATION; CIRCLE K TERMINAL,
LLC, A DELAWARE LIMITED LIABILITY
COMPANY; NATIONAL INTERSTATE
INSURANCE COMPANY, AN OHIO
CORPORATION; PHILLIPS66, A
DELAWARE CORPORATION; AND PRO-
PETROLEUM, INC., A TEXAS
CORPORATION,

    Defendants.

## NOTICE OF APPEARANCE OF ATTORNEY EDWIN S. GAULT JR. ON BEHALF OF DEFENDANT CHEVRON U.S.A., INC.

Edwin S. Gault, Jr., with the law firm of Forman Watkins & Krutz LLP, hereby enters his appearance as additional counsel of record for Defendant Chevron U.S.A. Inc. in the above-styled matter.

Respectfully submitted, this the 30th day of September, 2019.

**FORMAN WATKINS & KRUTZ LLP**

*//s// Edwin S. Gault, Jr.*
**EDWIN S. GAULT, JR.**
Texas Bar No. 24049863
210 East Capitol Street, Suite 2200
Jackson, Mississippi 39201-2375
Phone: (601) 969-7834
Facsimile: (601) 960-8613
win.gault@formanwatkins.com

*Counsel for Defendant Chevron U.S.A. Inc.*

**CERTIFICATE OF SERVICE**

I do hereby certify that I have electronically served the foregoing motion using the Court's ECF system, which sent notification to all known counsel of record on this 30th day of September, 2019.

*//s// Edwin S. Gault, Jr.*
**EDWIN S. GAULT, JR.**