UNITED STATES DISTRICT COURT            SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:19-cv-2945 |
|---|---|---|---|

| Canal Indemnity Company |
|---|

*versus*

| Chevron U.S.A., Inc. |
|---|

United States Courts
~~Southern District~~ of Texas
FILED

SEP 30 2019

David J. Bradley, Clerk of Court

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Spencer Mark Ritchie<br>Forman Watkins & Krutz LLP<br>210 East Capitol Street, Suite 2200<br>Jackson, MS 39201-2375<br>Telephone: 601-960-8600/Email:<br>Spencer.Ritchie@formanwatkins.com<br>Licensed: Mississippi, Bar No. 103636 |
|---|---|

| Name of party applicant seeks to appear for: | Chevron U.S.A., Inc. |
|---|---|

Has applicant been sanctioned by any bar association or court? Yes _____ No ✓

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 9/19/19 | Signed: [signature] |
|---|---|

| The state bar reports that the applicant's status is: active |  |
|---|---|
| Dated: 9/30/19 | Clerk's signature [signature] |

**Order**

This lawyer is admitted *pro hac vice*.

Dated: _____     _____
                                    United States District Judge