United States District Court
Southern District of Texas
**ENTERED**
October 01, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT  SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:19-cv-2945 |
|---|---|---|---|

| Canal Indemnity Company |
|---|
| *versus* |
| Chevron U.S.A., Inc. |

United States Courts
Southern District of Texas
FILED
SEP 30 2019
David J. Bradley, Clerk of Court

| Lawyer's Name / Firm / Street / City & Zip Code / Telephone & Email / Licensed: State & Number / Federal Bar & Number | Spencer Mark Ritchie<br>Forman Watkins & Krutz LLP<br>210 East Capitol Street, Suite 2200<br>Jackson, MS 39201-2375<br>Telephone: 601-960-8600/Email: Spencer.Ritchie@formanwatkins.com<br>Licensed: Mississippi, Bar No. 103636 |
|---|---|

| Name of party applicant seeks to appear for: | Chevron U.S.A., Inc. |
|---|---|

Has applicant been sanctioned by any bar association or court? Yes ___ No ✓

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 9/19/19 | Signed: [signature] |
|---|---|

| The state bar reports that the applicant's status is: active |
|---|
| Dated: 9/30/19 | Clerk's signature [signature] |

**Order**

Dated: 10/01/2019

This lawyer is admitted *pro hac vice*.

[signature]
United States District Judge