# EXHIBIT E



November 14, 2018

Phillips 66 Company
Attn: Matthew H. Oglesby, Sr. Counsel Litigation
P.O. Box 421959
Houston, TX 77242-1959

VIA CM-RRR#:
& REGULAR MAIL
& EMAIL:  matt.h.oglesby@p66.com

Re:   **ACKNOWLEDGEMENT OF TENDER**
      Our Claim No.:        L514682
      Our Policy Nos:       MULTIPLE
      Our Insured:          Coastal Transport Co. Inc.
      Date of Loss:         1985 to 2016
      Plaintiffs:           Mary Major, et al v. SFPP, LP, et al;
      Venue:                Superior Court of Arizona, Maricopa County
      Case No.:             CV 2018-003217

Dear Mr. Mechler:

On October 31, 2018, Canal Indemnity Company ("Canal") received notice of claim, including your August 23, 2018  ten (10) day time limit tender for defense and indemnity to Coastal Transport Co., Inc. ("Coastal").  Please note that our initial assessment indicates that Canal issued policies to Coastal from on/about November 15, 2001 to May 1, 2009.  Because of the substantial lapse in time and the alleged date(s) of loss, we are conducting an archival review for all policies so we may assess the claim and your tender.  In the interim, we may contact you to request additional information necessary to evaluate the claim.

Please feel free to contact me with any questions or concerns.

Sincerely,

Linda Samuels, MPA, JD
Major Case Unit
P: 800-452-6911, Ext. 5250
E: Linda.Samuels@canal-ins.com

cc:   Coastal Transport Co., Inc.         -   Via Mail
      1603 Ackerman Rd.
      San Antonio, TX 78219

      HUB Int'l Transportation Ins. Svcs. -   Via Email: Jodi.neal@hubinternational.com
      Attn: Jodi Neal, Account Executive
      10701 Corporate Drive, Ste. 380
      Stafford, TX 77477

      Delta General Agency Corp.          -   Via Mail
      4828 Loop Central Dr., Ste. 1000
      Houston, TX 77081