# EXHIBIT I

| | |
|---|---|
| **From**: | Alison Christian [achristian@cdslawfirm.com] |
| **Sent**: | 5/28/2019 10:38:09 PM |
| **To**: | Michael B. McTaggart (michael.mctaggart@nortonrosefulbright.com) [michael.mctaggart@nortonrosefulbright.com] |
| **CC**: | Lon Johnson [ljohnson@cdslawfirm.com] |
| **Subject**: | Major v. ConocoPhillips, et al; Claim No. L514682 |

Hi Mr. McTaggart,

Our firm has been retained to represent Canal Insurance Company in connection with the lawsuit filed by Mary Major, Josh Webb, and the Estate of Elwyn Webb. Canal issued several liability policies to Coastal Transport Co., Inc. The purpose of this email is to inform your client, ConocoPhillips Company, that Canal accepts its additional insured tender and agrees to defend it pursuant to a reservation of rights. The letter outlining Canal's coverage position will be sent soon, but we wanted you to have notice of this decision right away.

Please feel free to call me directly if you have any questions.

Truly,

**Alison R. Christian**



Christian,
Dichter &
Sluga, P.C.

2700 N. Central Ave. Suite 1200
Phoenix, Arizona 85004
Office: (602) 792-1700
Direct: (602) 792-1706
Fax: (602) 792-1710
AChristian@cdslawfirm.com
www.cdslawfirm.com

In Nevada and Arizona:

Christian, Kravitz, Dichter, Johnson & Sluga, LLC
8985 Eastern Avenue, Suite 200
Las Vegas, Nevada 89123

Office: 702 362-6666
Fax:    702 992-1000
www.ckllclaw.com



FEDERATION OF DEFENSE & CORPORATE COUNSEL
FDCC
DEFENSE LAWYERS. DEFENSE LEADERS.

PSXCAN00000115