# EXHIBIT J

| | |
|---|---|
| **From**: | Alison Christian [achristian@cdslawfirm.com] |
| **Sent**: | 6/26/2019 3:17:22 PM |
| **To**: | Oglesby, Matt H (LDZX) [Matt.H.Oglesby@p66.com] |
| **CC**: | Brett Young (brett.young@nortonrosefulbright.com) [brett.young@nortonrosefulbright.com]; McTaggart, Michael B. [michael.mctaggart@nortonrosefulbright.com]; Lon Johnson [ljohnson@cdslawfirm.com]; Rutledge, Brad [brad.rutledge@nortonrosefulbright.com] |
| **Subject**: | [EXTERNAL]RE: Canal Claim No. L514682; Major, et al. v. SFPP, LP, et al. |

Hi Matt,

I am out of the office this week and will return on Monday. Our client contact is also out this week and unfortunately I won't be able to circulate the letters until I can connect with her.

I will be in touch when I'm back in town!

Thanks,

**Alison R. Christian**



2700 N. Central Ave. Suite 1200
Phoenix, Arizona 85004
Office: (602) 792-1700
Direct: (602) 792-1706
Fax: (602) 792-1710
AChristian@cdslawfirm.com
www.cdslawfirm.com

In Nevada and Arizona:

Christian, Kravitz, Dichter, Johnson & Sluga, LLC
8985 Eastern Avenue, Suite 200
Las Vegas, Nevada 89123

Office: 702 362-6666
Fax: 702 992-1000
www.ckllclaw.com



---

**From:** Oglesby, Matt H (LDZX)
**Sent:** Tuesday, June 25, 2019 7:49 AM
**To:** Alison Christian

**Cc:** Brett Young (brett.young@nortonrosefulbright.com) ; McTaggart, Michael B. ; Lon Johnson ; Rutledge, Brad
**Subject:** RE: Canal Claim No. L514682; Major, et al. v. SFPP, LP, et al.

Alison,

What is the current status on Canal's reservation of rights? I understood from our prior conversations, that you were working to issue it as soon as possible but that you expected to issue it no later than June 21, 2019. As of this morning, Phillips 66 only has your email below, regarding Canal's official position.

Regards,

Matt


**Matthew H. Oglesby**
Senior Counsel, Litigation

O: (+1) 832-765-1219 | M: (+1) 832-289-2499 | F: (+1) 832-765-9873
HQ-13-N1386 | 2331 CityWest Blvd. | Houston, TX 77042
**Phillips 66**

**CONFIDENTIALITY NOTICE**: This information is intended only for the person to whom it is addressed and may contain confidential information and/or privileged material. Any review, dissemination, or other use by anyone other than the intended recipient is prohibited. If you received this e-mail in error, please notify us immediately and delete this transmission from your computer and/or server. Thank you.


**From:** Alison Christian <achristian@cdslawfirm.com>
**Sent:** Thursday, May 30, 2019 12:26 PM
**To:** Oglesby, Matt H (LDZX) <Matt.H.Oglesby@p66.com>
**Cc:** Brett Young (brett.young@nortonrosefulbright.com) <brett.young@nortonrosefulbright.com>; McTaggart, Michael B. <michael.mctaggart@nortonrosefulbright.com>; Lon Johnson <ljohnson@cdslawfirm.com>; Rutledge, Brad <brad.rutledge@nortonrosefulbright.com>
**Subject:** [EXTERNAL]RE: Canal Claim No. L514682; Major, et al. v. SFPP, LP, et al.

Yes, as I mentioned in my email on Tuesday a coverage position letter will be issued. We are continuing to work on that letter, but wanted you to have notice regarding Canal's decision to defend under reservation.

**Alison R. Christian**


Christian, Dichter & Sluga, P.C.

2700 N. Central Ave. Suite 1200
Phoenix, Arizona 85004
Office: (602) 792-1700
Direct: (602) 792-1706
Fax: (602) 792-1710
AChristian@cdslawfirm.com
www.cdslawfirm.com

In Nevada and Arizona:

Christian, Kravitz, Dichter, Johnson & Sluga, LLC
8985 Eastern Avenue, Suite 200
Las Vegas, Nevada 89123

Office: 702 362-6666
Fax: 702 992-1000
www.ckllclaw.com



---

**From:** Oglesby, Matt H (LDZX) <Matt.H.Oglesby@p66.com>
**Sent:** Thursday, May 30, 2019 10:23 AM
**To:** Alison Christian <achristian@cdslawfirm.com>
**Cc:** Brett Young (brett.young@nortonrosefulbright.com) <brett.young@nortonrosefulbright.com>; McTaggart, Michael B. <michael.mctaggart@nortonrosefulbright.com>; Lon Johnson <ljohnson@cdslawfirm.com>; Rutledge, Brad <brad.rutledge@nortonrosefulbright.com>
**Subject:** RE: Canal Claim No. L514682; Major, et al. v. SFPP, LP, et al.

Alison,

I am going to circle up with Brett and his crew and will send out a calendar invite with a conference call number. In the meantime, will Canal be sending any other letters regarding its new position regarding coverage?

Matt

---

**From:** Alison Christian <achristian@cdslawfirm.com>
**Sent:** Thursday, May 30, 2019 12:20 PM
**To:** Oglesby, Matt H (LDZX) <Matt.H.Oglesby@p66.com>
**Cc:** Brett Young (brett.young@nortonrosefulbright.com) <brett.young@nortonrosefulbright.com>; McTaggart, Michael B. <michael.mctaggart@nortonrosefulbright.com>; Lon Johnson <ljohnson@cdslawfirm.com>; Rutledge, Brad <brad.rutledge@nortonrosefulbright.com>
**Subject:** [EXTERNAL]RE: Canal Claim No. L514682; Major, et al. v. SFPP, LP, et al.

I can be available anytime Tuesday other than 4:00-6:00 AZ time.

**Alison R. Christian**



2700 N. Central Ave. Suite 1200
Phoenix, Arizona 85004

PSXCAN00003343

Office: (602) 792-1700
Direct: (602) 792-1706
Fax: (602) 792-1710
AChristian@cdslawfirm.com
www.cdslawfirm.com

In Nevada and Arizona:

Christian, Kravitz, Dichter, Johnson & Sluga, LLC
8985 Eastern Avenue, Suite 200
Las Vegas, Nevada 89123

Office: 702 362-6666
Fax: 702 992-1000
www.ckllclaw.com



---

**From:** Oglesby, Matt H (LDZX) <Matt.H.Oglesby@p66.com>
**Sent:** Thursday, May 30, 2019 10:19 AM
**To:** Alison Christian <achristian@cdslawfirm.com>
**Cc:** Brett Young (brett.young@nortonrosefulbright.com) <brett.young@nortonrosefulbright.com>; McTaggart, Michael B. <michael.mctaggart@nortonrosefulbright.com>; Lon Johnson <ljohnson@cdslawfirm.com>; Rutledge, Brad <brad.rutledge@nortonrosefulbright.com>
**Subject:** RE: Canal Claim No. L514682; Major, et al. v. SFPP, LP, et al.

Alison,

We are in depositions and related work related to this case today and tomorrow. What is your availability on Tuesday?

---

**From:** Alison Christian <achristian@cdslawfirm.com>
**Sent:** Thursday, May 30, 2019 12:17 PM
**To:** Oglesby, Matt H (LDZX) <Matt.H.Oglesby@p66.com>
**Cc:** Brett Young (brett.young@nortonrosefulbright.com) <brett.young@nortonrosefulbright.com>; McTaggart, Michael B. <michael.mctaggart@nortonrosefulbright.com>; Lon Johnson <ljohnson@cdslawfirm.com>
**Subject:** [EXTERNAL]RE: Canal Claim No. L514682; Major, et al. v. SFPP, LP, et al.

Hi everyone,

I am available for a call in 15 minutes (10:30 Arizona time) or at 12:30 today. I am otherwise tied up in meetings. If we can't connect today, I will be out of the office tomorrow and Monday, but back in again Tuesday morning.

**Alison R. Christian**



2700 N. Central Ave. Suite 1200
Phoenix, Arizona 85004
Office: (602) 792-1700
Direct: (602) 792-1706
Fax: (602) 792-1710
AChristian@cdslawfirm.com
www.cdslawfirm.com

In Nevada and Arizona:

Christian, Kravitz, Dichter, Johnson & Sluga, LLC
8985 Eastern Avenue, Suite 200
Las Vegas, Nevada 89123

Office: 702 362-6666
Fax: 702 992-1000
www.ckllclaw.com



**From:** Oglesby, Matt H (LDZX) <Matt.H.Oglesby@p66.com>
**Sent:** Thursday, May 30, 2019 10:08 AM
**To:** Alison Christian <achristian@cdslawfirm.com>
**Cc:** Brett Young (brett.young@nortonrosefulbright.com) <brett.young@nortonrosefulbright.com>; McTaggart, Michael B. <michael.mctaggart@nortonrosefulbright.com>
**Subject:** RE: Canal Claim No. L514682; Major, et al. v. SFPP, LP, et al.

Alison,

I recommend we set up a call with Brett Young who is the primary attorney handling the case.

Matt


**From:** Alison Christian <achristian@cdslawfirm.com>
**Sent:** Thursday, May 30, 2019 12:03 PM
**To:** Oglesby, Matt H (LDZX) <Matt.H.Oglesby@p66.com>; 'Michael B. McTaggart' <michael.mctaggart@nortonrosefulbright.com>
**Cc:** Shelton, Shannon E (LDZX) <Shannon.E.Shelton@p66.com>; Hall, Stephanie Y. (LDZX) <Stephanie.Y.Hall@p66.com>; linda.samuels@canal-ins.com; Lon Johnson <ljohnson@cdslawfirm.com>
**Subject:** [EXTERNAL]RE: Canal Claim No. L514682; Major, et al. v. SFPP, LP, et al.

Hi Matt,

Thanks for sending over this correspondence. I am copying your lawyer, Mr. McTaggart, because I believe that he represents ConocoPhillips in the Arizona litigation. I sent the attached email to Mr. McTaggart on Tuesday regarding Canal's agreement to defend ConocoPhillips under a reservation of rights. With whom should I communicate going forward regarding this matter?

Thanks,

**Alison R. Christian**



2700 N. Central Ave. Suite 1200
Phoenix, Arizona 85004
Office: (602) 792-1700
Direct: (602) 792-1706
Fax: (602) 792-1710
AChristian@cdslawfirm.com
www.cdslawfirm.com

In Nevada and Arizona:

Christian, Kravitz, Dichter, Johnson & Sluga, LLC
8985 Eastern Avenue, Suite 200
Las Vegas, Nevada 89123

Office: 702 362-6666
Fax: 702 992-1000
www.ckllclaw.com



---

**From:** Hall, Stephanie Y. (LDZX) <Stephanie.Y.Hall@p66.com> **On Behalf Of** Oglesby, Matt H (LDZX)
**Sent:** Thursday, May 30, 2019 8:47 AM
**To:** Alison Christian <achristian@cdslawfirm.com>
**Cc:** Oglesby, Matt H (LDZX) <Matt.H.Oglesby@p66.com>; Shelton, Shannon E (LDZX) <Shannon.E.Shelton@p66.com>; Hall, Stephanie Y. (LDZX) <Stephanie.Y.Hall@p66.com>; linda.samuels@canal-ins.com
**Subject:** Canal Claim No. L514682; Major, et al. v. SFPP, LP, et al.

Please see attached from Matt Oglesby.

Thank you.

Stephanie Hall
Legal Administrative Assistant

O: (+1) 832.765.1182 | F: (+1) 832.765.9873
2331 CityWest Blvd. | HQ-13-N1375-04 | Houston, TX 77042
Email: stephanie.y.hall@p66.com



This e-mail and any documents attached, may contain confidential information belonging to the sender which is protected by the attorney-client, work product and/or privileges. The information is intended only for the use of the individuals or entities named above. If you have received this e-mail in error, we would appreciate your immediately notifying us by telephone call to arrange for the return of all copies of the e-mail. You should also delete this transmission from your computer and/or server.