*Exhibit K was intentionally left out*