EXHIBIT N

Part 2 of 4

177030594

# ENDORSEMENT

## SINGLE LIMIT OF LIABILITY

### COVERAGES

Bodily Injury Liability and Property Damage Liability
Uninsured and Underinsured Motorist Coverage

It is agreed that the provisions of the policy captioned "LIMITS OF LIABILITY" relating to **Bodily Injury** Liability and **Property Damage** Liability are amended to read as follows:

**LIMITS OF LIABILITY**

Regardless of the number of (1) **insureds** under this policy, (2) persons or organizations who sustain **bodily injury** or **property damage**, (3) claims made or suits brought on account of **bodily injury** or **property damage** or (4) **automobiles** to which this policy applies, the company's liability is limited as follows:

**Bodily Injury Liability and Property Damage Liability:**

The limit of liability stated in the schedule of the policy as applicable to "each **occurrence**" is the total limit of the company's liability for all damages because of **bodily injury**, including damages for care and loss of services, or **property damage** as a result of any one **occurrence**, provided that with respect to any one **occurrence** for which notice of this policy is given in lieu of security or when this policy is certified as proof of financial responsibility under the provisions of the Motor Vehicle Financial Responsibility Law of any state or province such limit of liability shall be applied to provide the separate limits required by such law for **bodily injury** liability and for **property damage** liability to the extent of the coverage required by such law, but the separate application of such limit shall not increase the total limit of the company's liability.

**Uninsured and Underinsured Motorist Coverage:**

Whenever Uninsured and/or Underinsured Motorist Coverage has been purchased, Combined Single Limits will be amended to afford Split Limits as required by law.

### EXCESS POLICY

IT IS FURTHER UNDERSTOOD AND AGREED THAT WHEN THE POLICY TO WHICH THIS ENDORSEMENT IS ATTACHED IS AN EXCESS POLICY, THE COMPANY'S LIMIT OF LIABILITY SHALL NOT EXCEED 100% OF THE DIFFERENCE BETWEEN THE PRIMARY OR UNDERLYING LIMITS OF LIABILITY AS STATED IN THE POLICY AND TOTAL LIMITS OF PRIMARY AND EXCESS.

**ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED** - This endorsement is effective the same date and hour as shown in Item 2 of the Policy Declarations and forms a part of the policy to which it is attached.

# Canal Indemnity Company

Greenville, South Carolina

Form 2-102-E

(Rev. 11-1993)

4226045954

PSXMAJ00007361
PSXCAN00010742

177030594



**U.S Department of Transportation**

**Federal Motor Carrier Safety Administration**

Form Approved:
OMB NO: 2126-0008

## ENDORSEMENT FOR
## MOTOR CARRIER POLICIES OF INSURANCE FOR PUBLIC LIABILITY
## UNDER SECTIONS 29 AND 30 OF THE MOTOR CARRIER ACT OF 1980

Issued to COASTAL TRANSPORT CO., INC _____ of ___1603 ACKERMAN RD SAN ANTONIO, TX 78219_____

Dated at _HOUSTON, TX_____ this ____1ST____ day of _APRIL_____ , 20_05_

Amending Policy No. _L037755_____ Effective Date ____MARCH 15, 2005_____

Name of Insurance Company_ CANAL INSURANCE COMPANY_____

Countersigned by _____
DELTA GENERAL AGENCY CORP.                        Authorized Company Representative

The policy to which this endorsement is attached provides primary or excess insurance, as indicated by "[X]", for the limits shown:

[X] This insurance is primary and the company shall not be liable for amounts in excess of $_1000000 CSL____ for each accident.

☐ This insurance is excess and the company shall not be liable for amounts in excess of $_____ for each accident in excess of the underlying limit of $_____ _____ for each accident.

Whenever required by the Federal Motor Carrier Safety Administration (FMCSA), the company agrees to furnish the FMCSA a duplicate of said policy and all its endorsements. The company also agrees, upon telephone request by an authorized representative of the FMCSA, to verify that the policy is in force as of a particular date. The telephone number to call is _(864) 242-5365____.

Cancellation of this endorsement may be effected by the company or the insured by giving (1) thirty-five (35) days notice in writing to the other party (said 35 days to commence from the date the notice is mailed, proof of mailing shall be sufficient proof of notice), and (2) if the insured is subject to the FMCSA's registration requirements under 49 U.S.C. 13901, by providing thirty (30) days notice to the FMCSA (said 30 days notice to commence from the date notice is received by the FMCSA at its office in Washington, D.C.).

### DEFINITIONS AS USED IN THIS ENDORSEMENT

*Accident* includes continuous or repeated exposure to conditions or which results in bodily injury, property damage, or environmental damage which the insured neither expected nor intended.

*Motor Vehicle* means a land vehicle, machine, truck, tractor, trailer, or semitrailer propelled or drawn by mechanical power and used on a highway for transporting property, or any combination thereof.

*Bodily Injury* means injury to the body, sickness, or disease to any person, including death resulting from any of these.

*Property Damage* means damage to or loss of use of tangible property.

*Environmental Restoration* means restitution for the loss, damage or destruction of natural resources arising out of the accidental discharge, dispersal, release or escape into or upon the land, atmosphere, watercourse, or body of water, of any commodity transported by a motor carrier. This shall include the cost of removal and the cost of necessary measures taken to minimize or mitigate damage to human health, the natural environment, fish, shellfish and wildlife.

*Public Liability* means liability for bodily injury, property damage, and environmental restoration.

The insurance policy to which this endorsement is attached provides automobile liability insurance and is amended to assure compliance by the insured, within the limits stated herein, as a motor carrier of property, with Sections 29 and 30 of the Motor Carrier Act of 1980 and the rules and regulations of the Federal Motor Carrier Safety Administration (FMCSA).

In consideration of the premium stated in the policy to which this endorsement is attached, the insurer (the company) agrees to pay, within the limits of liability described herein, any final judgment recovered against the insured for public liability resulting from negligence in the operation, maintenance or use of motor vehicles subject to the financial responsibility requirements of Sections 29 and 30 of the Motor Carrier Act of 1980 regardless of whether or not each motor vehicle is specifically described in the policy and whether or not such negligence occurs on any route or in any territory authorized to be served by the insured or elsewhere. Such insurance as is afforded for public liability, does not apply to injury to or death of the insured's employees while engaged in the course of their employment, or property transported by the insured, designated as cargo. It is understood and agreed that no condition, provision, stipulation, or limitation contained in the policy, this endorsement, or any other endorsement thereon, or violation thereof, shall relieve the company from liability or from the payment of any final judgment, within the limits of liability herein described, irrespective of the financial condition, insolvency or bankruptcy of the insured. However, all terms, conditions, and limitations in the policy to which the endorsement is attached shall remain in full force and effect as binding between the insured and the company. The insured agrees to reimburse the company for any payment made by the company on account of any accident, claim, or suit involving a breach of the terms of the policy, and for any payment that the company would not have been obligated to make under the provisions of the policy except for the agreement contained in this endorsement.

It is further understood and agreed that, upon failure of the company to pay any final judgment recovered against the insured as provided herein, the judgment creditor may maintain an action in any court of competent jurisdiction against the company to compel such payment.

The limits of the company's liability for the amounts prescribed in this endorsement apply separately to each accident and any payment under the policy because of any one accident shall not operate to reduce the liability of the company for the payment of final judgments resulting from any other accident.

THE SCHEDULE OF LIMITS SHOWN ON THE REVERSE SIDE DOES NOT PROVIDE COVERAGE. The limits shown in the schedule are for information purposes only.
Form MCS-90 (4/2000)

4226045954

PSXMAJ00007362
PSXCAN00010743

177030594

## SCHEDULE OF LIMITS - *PUBLIC LIABILITY*

| Type of carriage | Commodity transported | Jan. 1, 1985 |
|---|---|---|
| (1) For-hire (In interstate or foreign commerce, with a gross vehicle weight rating of 10,000 or more pounds). | Property (non-hazardous)........................................................................ | $750,000 |
| (2) For-hire and Private (In interstate, foreign, or intrastate commerce, with a gross vehicle weight rating of 10,000 or more pounds). | Hazardous substances, as defined in 49 CFR 171.8, transported in cargo tanks, portable tanks, or hopper-type vehicles with capacities in excess of 3,500 water gallons; or in bulk Division 1.1, 1.2, and 1.3 materials, Division 2..3, Hazard Zone A, or Division 6.1, Packing Group I,  Hazard Zone A material; in bulk Division 2.1 or 2.2; or highway route controlled quantities of a Class 7 material, as defined in 49 CFR 173.403. | $5,000,000 |
| (3) For-hire and Private (In interstate or foreign commerce, in any quantity; or in intrastate commerce, in bulk only; with a gross vehicle weight rating of 10,000 or more pounds). | Oil listed in 49 CFR 172.101; hazardous waste, hazardous materials and hazardous substances defined in 49 CFR 171.8 and listed in 49 CFR 172.101, but not mentioned in (2) above or (4) below | $1,000,000 |
| (4) For-hire and Private (In interstate or foreign commerce, with a gross vehicle weight rating of less than 10,000 pounds). | Any quantity of Division 1.1, 1.2, or 1.3 material; any quantity of a Division 2.3, Hazard Zone A, or Division 6.1, Packing Group I, Hazard Zone A material; or highway route controlled quantities of a Class 7 material as defined in 49 CFR 173.403. | $5,000,000 |

4226045954

PSXMAJ00007363
PSXCAN00010744

# ENDORSEMENT

## AMENDATORY ENDORSEMENT

### SECTION A - BASIC AUTOMOBILE LIABILITY INSURANCE

**PART I**    COVERAGE A - BODILY INJURY LIABILITY - - COVERAGE B - PROPERTY DAMAGE LIABILITY

**EXCLUSIONS:** The following are added:

(h)  to **bodily injury** or **property damage** resulting from the movement of property by mechanical device (other than a hand truck) unless the device is attached to an **owned automobile** or **temporary substitute automobile**;

(i)  to **bodily injury** or **property damage** arising out of the **named insured's** work after that work has been completed or abandoned.  In this exclusion, the **named insured's** work means:

(1)  work or operations performed by the **named insured** or on behalf of the **named insured**; and
(2)  materials, parts or equipment furnished in connection with such work or operations.

The **named insured's** work includes warranties or representations made at any time with respect to the fitness, quality, durability or performance of any of the items included in paragraphs **1.** or **2.** above.

The **named insured's** work will be deemed completed at the earliest of the following times:

(1)  when all of the work called for in the **named insured's** contract has been completed.
(2)  when all of the work to be done at the site has been completed if the **named insured's** contract calls for work at more than one site.
(3)  when that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed;

(j)  to **bodily injury** or **property damage** arising out of the operation of the following:

(1)  cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and
(2)  air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting or well servicing equipment.

**ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED** - This endorsement is effective the same date and hour as shown in Item 2 of the Policy Declarations and forms a part of the policy to which it is attached.

## Canal Indemnity Company

Greenville, South Carolina

4226045954

PSXMAJ00007364
PSXCAN00010745

177030594

# CANAL

## CLAIMS REPORTING INFORMATION NOTICE

# 800-452-6911

**Online Claim reporting is also available at www.canal-ins.com**

**To All Canal Insureds:**

Many accidents result in damages which require immediate attention in order to prevent further loss. When a serious bodily injury, a hazardous spill which may impact the environment or damage to perishable cargo has occurred, please call the Canal Claims Reporting number listed above as soon as possible to report the claim.

When reporting a loss, please be prepared to give the following information:

* Insured name, driver and policy number
* Insured Vehicle Information (make, model and VIN)
* Exact location of the occurrence
* Description of the occurrence
* Type of loss and any environment affected
* Other persons or vehicles involved
* A contact number for someone at the scene

Please communicate these procedures to all drivers and claim reporting personnel. We appreciate your business and assistance in providing prompt notice of accidents.

(Rev. 1-2003)

4226045954

PSXMAJ00007365
PSXCAN00010746

# FORM F

## UNIFORM MOTOR CARRIER BODILY INJURY AND PROPERTY DAMAGE LIABILITY INSURANCE ENDORSEMENT

It is agreed that:

1. The certification of the policy, as proof of financial responsibility under the provisions of any State motor carrier law or regulations promulgated by any State Commission having jurisdiction with respect thereto, amends the policy to provide insurance for automobile bodily injury and property damage liability in accordance with the provisions of such law or regulations to the extent of the coverage and limits of liability required thereby; provided only that the insured agrees to reimburse the company for any payment made by the company which it would not have been obligated to make under the terms of this policy except by reason of the obligation assumed in making such certification.

2. The Uniform Motor Carrier Bodily Injury and Property Damage Liability Certificate of Insurance has been filed with the State Commissions indicated below hereof.

3. This endorsement may not be canceled without cancellation of the policy to which it is attached. Such cancellation may be effected by the company or the insured giving thirty (30) days' notice in writing to the State Commission with which such certificate has been filed, such thirty (30) days' notice to commence to run from the date the notice is actually received in the office of such Commission.

Attached to and forming part of Policy No. _____L037755_____

issued by ___Canal Indemnity Company_____, herein called

Company, of ___Greenville, South Carolina_____

to ___COASTAL TRANSPORT CO., INC_____

of ___1603 ACKERMAN RD SAN ANTONIO, TX 78219_____

Dated at HOUSTON, TX 77081 _____ this __1st__ day of _April_____ 20 05

Countersigned by DELTA GENERAL AGENCY CORP.

Authorized Representative

| X - - INDICATES STATE COMMISSIONS WITH WHOM UNIFORM MOTOR CARRIER BODILY INJURY AND PROPERTY DAMAGE LIABILITY CERTIFICATE OF INSURANCE HAS BEEN FILED. | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ALABAMA | | HAWAII | | MICHIGAN | | NORTH CAROLINA | | UTAH | X |
| ALASKA | | IDAHO | | MINNESOTA | | NORTH DAKOTA | | VERMONT | |
| ARIZONA | | ILLINOIS | | MISSISSIPPI | | OHIO | | VIRGINIA | |
| ARKANSAS | | INDIANA | | MISSOURI | | OKLAHOMA | | WASHINGTON | |
| CALIFORNIA | X | IOWA | | MONTANA | | OREGON | X | WEST VIRGINIA | |
| COLORADO | X | KANSAS | | NEBRASKA | | PENNSYLVANIA | | WISCONSIN | |
| CONNECTICUT | | KENTUCKY | | NEVADA | | RHODE ISLAND | | WYOMING | |
| DELAWARE | | LOUISIANA | X | NEW HAMPSHIRE | | SOUTH CAROLINA | | ICC - MC120430 | |
| DISTRICT OF COLUMBIA | | MAINE | | NEW JERSEY | | SOUTH DAKOTA | | E-103 | |
| FLORIDA | | MARYLAND | | NEW MEXICO | | TENNESSEE | | | |
| GEORGIA | | MASSACHUSETTS | | NEW YORK | | TEXAS | X | | |

MC1632 (Ed. 6-71)

IRB 3538 A

4226045954

PSXMAJ00007366
PSXCAN00010747

BASIC AUTOMOBILE LIABILITY   **Canal Indemnity Company**
BOX 7 - GREENVILLE, SOUTH CAROLINA 29602

**L037755**

**L 0 3 7 7 5 5**

Consecutive Year
L037588   ☒ SEE LIST FILING RECORD

Surcharge _____ Class_____ Radius _____

Insured's Phone: ___NOT PROVIDED___

Items
**1. Named Insured** and Address
COASTAL TRANSPORT CO., INC
1603 ACKERMAN RD
SAN ANTONIO, TX 78219 [BEXAR county]

J HOWSE INC
11111 WILCREST GREEN , SUITE 325
HOUSTON , TX 77042-4813  713 785-6785

**2.** Policy Period:

From  3/15/2005 UNTIL CANCELLED
12:01 A.M.,standard time at the address of the **named insured** as stated herein.

Producer Code 018004   Comm.

Follow-Up Record

Business of the **named Insured** is: TRUCKMAN - GAS, DIESEL, LUBE OILS, CHEMICALS, ASPHALT
Radius: UNLIMITED within policy territory

**3.** Schedule as of Effective Date of this Insurance - As To: (a) **Owned Automobiles;**

Description:   Purposes of Use (P&B=Pleasure and Business; C=Commercial)

| AUTO No. | Year of Model | Trade Name | Body Type and Model; Truck Size; Truck Load; Tank Gallonage Capacity; or Bus Seating Capacity | Identification (I) No.; Serial (S) No.; Motor (M) No. | Cylinders (No.) | Principally Garaged in (Town or City, State) | Purposes of Use | Classi-fication |
|---|---|---|---|---|---|---|---|---|
| 1 | | GROSS RECEIPTS | | VARIES | | SAN ANTONIO, TX | C | |

(b) Automobile Medical Payments Coverage: Designated Person Insured

Designation of Automobiles - Division 1
AUTO No. _____

(c) Uninsured Motorists Coverage: Designated Person Insured

Insured Highway Vehicles
AUTO No. _____

**4.** The insurance afforded is only with respect to such and so many of the following coverages as are indicated by specific premium charge or charges. The limit of the company's liability against each such coverage shall be as stated herein, subject to all the terms of this insurance having reference thereto.

| | PREMIUMS | | | | LIMIT OF LIABILITY | | COVERAGES | SEC-TION |
|---|---|---|---|---|---|---|---|---|
| Total | Auto No. 1 | Auto No. 2 | Auto No. 3 | Auto No. 4 | | | | |
| SEE E-32 ENDORSEMENT | | | | | | each occurrence 1,000,000 | Combined Single Limit | A |
| | | | | | each person | each occurrence | A. Bodily Injury Liability | A |
| | | | | | | | B. Property Damage Liability | |
| | | | | | | | Automobile Medical Payments | B |
| | | | | | each person | each accident | D. Uninsured Motorists | C |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | Premium for Endorsements: | | | |
| | | | | | TOTAL PREMIUM | | | |

Form numbers of endorsements attached to policy at issue:
TRN-1 (11-02) 2-1-E (12-91) 2-69L-E (12-91) 2-4-E (12-91) 2-18-E (1-94) 2-45-E (12-91) 2-50L-E TX (5-92) 2-102-E (11-93) 2-125-E (4-99) Form F (6-71) TX-1 (6-03) A101, Info Notice: 2-101-D CL (1-03) 2-101-D TX (1-96) ID-4 TX (11-03)

**5.** Except with respect to bailment lease, conditional sale, purchase agreement, mortgage or other encumbrance, the **named insured** is the sole owner of every vehicle described in Item 3 above, unless otherwise stated herein:
Countersigned:   4828 LOOP CENTRAL DRIVE, SUITE 1000
HOUSTON, TX 77081 4/1/2005

By _____
Authorized Representative

DELTA GENERAL AGENCY CORP.
General Agent Copy   0507426  PENNY STANDLEE  ELIZAT

4226045954

177030594

# ENDORSEMENT

## GENERAL CHANGE

ADDITIONAL INSURED ENDORSEMENT

IT IS HEREBY UNDERSTOOD AND AGREED, THAT NOT WITHSTANDING THE CONTRACTUAL LIABILITY EXCLUSION A OF THE POLICY TO WHICH THIS ENDORSEMENT IS ATTACHED, SUCH INSURANCE AS IS AFFORDED HEREIN SHALL APPLY AS ADDITIONAL INSURED COVERAGE TO ANY COMPANY WITH WHICH THE NAMED INSURED HAS A CONTRACT IN WRITING PRIOR TO AN OCCURRENCE, AGREEING TO PROVIDE PROTECTION FOR LIABILITY CLAIMS ARISING OUT OF THE NAMED INSURED'S OPERATION OF VEHICLES INSURED HEREUNDER. WHERE REQUIRED BY CONTRACT IN WRITING, IT IS AGREED SUBROGATION RIGHTS AGAINST THE ADDITIONAL INSURED ARE WAIVED UNLESS CAUSED SOLELY BY THE ADDITIONAL INSURED. IN THE EVENT OF CANCELLATION, NOTICE WILL BE SENT ONLY TO THE NAMED INSURED.

EFFECTIVE :     03/15/2005

---

Policy Number __L037755__    Endorsement Effective Time 12:01 AM _____    Endorsement Effective Date __03/15/2005__

Insured __COASTAL TRANSPORT CO., INC__                                    Expiration Date __Until Cancelled__

Issue Date __04/01/2005__ Authorized Signature _____ __DELTA GENERAL AGENCY CORP.__

## ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED
## Canal Indemnity Company

Form 2-1-E

Greenville, South Carolina

(Rev. 12-1991)

4226045954

PSXMAJ00007368
PSXCAN00010749

# ENDORSEMENT

## GENERAL CHANGE

LIABILITY POLICY--POLLUTION DEDUCTIBLE

IN CONSIDERATION OF THE PREMIUM CHARGED, IT IS HEREBY UNDERSTOOD AND AGREED THAT IN THE EVENT OF A CLAIM CAUSED BY POLLUTION AS COVERED BY THE EXCEPTION TO THE POLLUTION *EXCLUSION G. LOCATED IN INSURING AGREEMENT SECTION A, 1., OF THE POLICY TO WHICH THIS ENDORSEMENT IS ATTACHED, A $15,000.00 DEDUCTIBLE SHALL APPLY TO LOSS AND/OR EXPENSE SEPARATELY OR COMBINED APPLICABLE TO EACH ACCIDENT. CANAL INDEMNITY COMPANY SHALL HANDLE THE INVESTIGATION AND ADJUSTMENT OF EACH CLAIM AND WILL PRESENT A BILL FOR REIMBURSEMENT UPON EARLIER OF COMBINED LOSS AND/OR EXPENSE PAYMENTS TOTALING $15,000.00 OR THE CLOSING OF ANY CLAIM FILE UPON COMPLETION OF INVESTIGATION OR SETTLEMENT. COASTAL TRANSPORT CO., INC. AGREES TO PROMPTLY REIMBURSE CANAL INDEMNITY COMPANY WITHIN 10 WORKING DAYS FROM RECEIPT OF EACH CLAIM FOR REIMBURSEMENT.

SECTION A - BASIC AUTOMOBILE LIABILITY INSURANCE

I.    COVERAGE A - BODILY INJURY LIABILITY
      COVERAGE B - PROPERTY DAMAGE LIABILITY :
*EXCLUSIONS: THIS INSURANCE DOES NOT APPLY:
G.    TO BODILY INJURY OR PROPERTY DAMAGE ARISING OR OF THE DISCHARGE, DISPERSAL, RELEASE OR      ESCAPE OF SMOKE, VAPORS, SOOT, FUMES, ACIDS, ALKALIS, TOXIC CHEMICALS, LIQUIDS OR GASES, WASTE MATERIALS OR OTHER IRRITANT, CONTAMINANTS OR POLLUTANTS INTO OR UPON LAND, THE ATMOSPHERE OR ANY WATERCOURSE OR BODY OF WATER: BUT THIS EXCLUSION DOES NOT APPLY IF SUCH DISCHARGE, DISPERSAL, RELEASE OR ESCAPE IS SUDDEN AND ACCIDENTAL.

SIGNED----------------------------------------------------------
DATED---------------------------------
   COASTAL TRANSPORT CO., INC. AUTHORIZED REPRESENTATIVE

Policy Number  L037755    Endorsement Effective Time 12:01 AM    Endorsement Effective Date  03/15/2005

Insured  COASTAL TRANSPORT CO., INC    Expiration Date  Until Cancelled

Issue Date  04/01/2005 Authorized Signature    DELTA GENERAL AGENCY CORP.

### ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED
## Canal Indemnity Company
Greenville, South Carolina

Form 2-1-E

(Rev. 12-1991)

4226045954

# ENDORSEMENT

## GENERAL CHANGE

GROSS MILEAGE

1. FOR PURPOSES OF COMPUTING THE PREMIUM TO BE DEVELOPED HEREUNDER, THE NAMED ASSURED AGREES TO MAINTAIN COMPLETE AND ADEQUATE RECORDS AND AGREES TO FURNISH THE COMPANY OR ITS ACCREDITED REPRESENTATIVE ON OR BEFORE THE FIFTEENTH OF EACH CALENDAR MONTH, A STATEMENT OF GROSS MILEAGE FOR THE PREVIOUS CALENDAR MONTH, TOGETHER WITH EARNED PREMIUM COMPUTED ON THE BASIS OF RATE PER ONE HUNDRED MILES AS SHOWN BELOW. THE TERM GROSS MILEAGE AS USED HEREIN IS UNDERSTOOD TO INCLUDE AND SHALL INCLUDE ALL MILEAGE INCURRED BY THE NAMED ASSURED FOR OTHERS, FOR USE OF OR FOR THE TRANSPORT OF MERCHANDISE BY, SUCH AUTOMOBILES AS ARE OWNED OR HIRED BY THE NAMED ASSURED AND REGARDLESS OF WHETHER OR NOT SUCH CHARGES HAVE BEEN PAID TO THE NAMED ASSURED.

2. IT IS FURTHER UNDERSTOOD AND AGREED WITH RESPECT TO HIRED EQUIPMENT THAT SHOULD ANY OTHER LIKE, VALID AND COLLECTIBLE INSURANCE ISSUED IN THE NAME OF THE OWNER OR LESSOR, OR IN FAVOR OF THE NAMED ASSURED HEREIN, EXIST, THIS POLICY BECOMES EXCESS OVER AND ABOVE SUCH VALID AND COLLECTIBLE INSURANCE.

3. IT IS FURTHER UNDERSTOOD AND AGREED THAT THE COMPANY OR ANY OF ITS AUTHORIZED REPRESENTATIVES SHALL BE PERMITTED AT ANY TIME DURING THE TERM OF THIS INSURANCE OR WITHIN TWO YEARS THEREAFTER TO EXAMINE AND AUDIT ANY AND ALL OF THE ASSUREDS RECORDS FOR THE PURPOSE OF VERIFYING OR DETERMINING THE PREMIUM FOR THIS POLICY.

4. IN THE EVENT OF CANCELLATION OF THE POLICY BY THE ASSURED, THE EARNED PREMIUM SHALL BE COMPUTED ON THE CUSTOMARY SHORT RATE BASIS OF THE ANNUAL MINIMUM PREMIUM. CANCELLATION BY THE COMPANY FOR NON-PAYMENT OF PREMIUM SHALL BE CONSIDERED AS CANCELLATION BY THE ASSURED AND SUBJECT TO SHORT RATE CANCELLATION.

DEPOSIT PREMIUM:
ANNUAL MINIMUM PREMIUM:
MONTHLY MINIMUM PREMIUM:
GROSS MILEAGE RATE PER ONE HUNDRED MILES

THE ABOVE IS BASED ON    . OF THE ANNUAL PREMIUM WHICH IS $

Policy Number __L037755__    Endorsement Effective Time 12:01 AM _____ Endorsement Effective Date __03/15/2005__

Insured __COASTAL TRANSPORT CO., INC__ _____ Expiration Date __Until Cancelled__

Issue Date __04/01/2005__ Authorized Signature _____ __DELTA GENERAL AGENCY CORP.__ _____

## ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED
# Canal Indemnity Company

Form 2-1-E

Greenville, South Carolina

(Rev. 12-1991)

4226045954

177030594

# ENDORSEMENT

## GENERAL CHANGE

IT IS HEREBY UNDERSTOOD AND AGREED THAT HIRED CAR AND NON-OWNED COVERAGE IS ADDED TO THE POLICY. FORMS CA0909 HIRED CAR AND E 117 NON-OWNED ARE ATTACHED TO THE POLICY.

Policy Number __L037755__ Endorsement Effective Time 12:01 AM _____ Endorsement Effective Date __03/15/2005__

Insured __COASTAL TRANSPORT CO., INC__ Expiration Date __Until Cancelled__

Issue Date __04/01/2005__ Authorized Signature _____ __DELTA GENERAL AGENCY CORP.__

### ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED
## Canal Indemnity Company
Greenville, South Carolina

Form 2-1-E

(Rev. 12-1991)

4226045954

PSXMAJ00007371
PSXCAN00010752

177030594



**U.S Department
of Transportation**

Federal Motor Carrier
Safety Administration

Form Approved:
OMB NO: 2126-0008

**ENDORSEMENT FOR
MOTOR CARRIER POLICIES OF INSURANCE FOR PUBLIC LIABILITY
UNDER SECTIONS 29 AND 30 OF THE MOTOR CARRIER ACT OF 1980**

Issued to __COASTAL TRANSPORT CO., INC__ of __1603 ACKERMAN RD SAN ANTONIO, TX 78219__

Dated at __HOUSTON, TX__ this __1ST__ day of __APRIL__ , 20 _05_

Amending Policy No. __L037755__ Effective Date __MARCH 15, 2005__

Name of Insurance Company __CANAL INSURANCE COMPANY__

Countersigned by
DELTA GENERAL AGENCY CORP

_Authorized Company Representative_

The policy to which this endorsement is attached provides primary or excess insurance, as indicated by "[X]", for the limits shown:

[X] This insurance is primary and the company shall not be liable for amounts in excess of $ _1000000 CSL_ for each accident.

[ ] This insurance is excess and the company shall not be liable for amounts in excess of $_____ for each accident in excess of the underlying limit of $_____ for each accident.

Whenever required by the Federal Motor Carrier Safety Administration (FMCSA), the company agrees to furnish the FMCSA a duplicate of said policy and all its endorsements. The company also agrees, upon telephone request by an authorized representative of the FMCSA, to verify that the policy is in force as of a particular date. The telephone number to call is _(864) 242-5365_ .

Cancellation of this endorsement may be effected by the company or the insured by giving (1) thirty-five (35) days notice in writing to the other party (said 35 days to commence from the date the notice is mailed, proof of mailing shall be sufficient proof of notice), and (2) if the insured is subject to the FMCSA's registration requirements under 49 U.S.C. 13901, by providing thirty (30) days notice to the FMCSA (said 30 days notice to commence from the date notice is received by the FMCSA at its office in Washington, D.C.).

## DEFINITIONS AS USED IN THIS ENDORSEMENT

*Accident* includes continuous or repeated exposure to conditions or which results in bodily injury, property damage, or environmental damage which the insured neither expected nor intended.

*Motor Vehicle* means a land vehicle, machine, truck, tractor, trailer, or semitrailer propelled or drawn by mechanical power and used on a highway for transporting property, or any combination thereof.

*Bodily Injury* means injury to the body, sickness, or disease to any person, including death resulting from any of these.

*Property Damage* means damage to or loss of use of tangible property.

*Environmental Restoration* means restitution for the loss, damage or destruction of natural resources arising out of the accidental discharge, dispersal, release or escape into or upon the land, atmosphere, watercourse, or body of water, of any commodity transported by a motor carrier. This shall include the cost of removal and the cost of necessary measures taken to minimize or mitigate damage to human health, the natural environment, fish, shellfish and wildlife.

*Public Liability* means liability for bodily injury, property damage, and environmental restoration.

The insurance policy to which this endorsement is attached provides automobile liability insurance and is amended to assure compliance by the insured, within the limits stated herein, as a motor carrier of property, with Sections 29 and 30 of the Motor Carrier Act of 1980 and the rules and regulations of the Federal Motor Carrier Safety Administration (FMCSA).

In consideration of the premium stated in the policy to which this endorsement is attached, the insurer (the company) agrees to pay, within the limits of liability described herein, any final judgment recovered against the insured for public liability resulting from negligence in the operation, maintenance or use of motor vehicles subject to the financial responsibility requirements of Sections 29 and 30 of the Motor Carrier Act of 1980 regardless of whether or not each motor vehicle is specifically described in the policy and whether or not such negligence occurs on any route or in any territory authorized to be served by the insured or elsewhere. Such insurance as is afforded for public liability, does not apply to injury to or death of the insured's employees while engaged in the course of their employment, or property transported by the insured, designated as cargo. It is understood and agreed that no condition, provision, stipulation, or limitation contained in the policy, this endorsement, or any other endorsement thereon, or violation thereof, shall relieve the company from liability or from the payment of any final judgment, within the limits of liabil-

ity herein described, irrespective of the financial condition, insolvency or bankruptcy of the insured. However, all terms, conditions, and limitations in the policy to which the endorsement is attached shall remain in full force and effect as binding between the insured and the company. The insured agrees to reimburse the company for any payment made by the company on account of any accident, claim, or suit involving a breach of the terms of the policy, and for any payment that the company would not have been obligated to make under the provisions of the policy except for the agreement contained in this endorsement.

It is further understood and agreed that, upon failure of the company to pay any final judgment recovered against the insured as provided herein, the judgment creditor may maintain an action in any court of competent jurisdiction against the company to compel such payment.

The limits of the company's liability for the amounts prescribed in this endorsement apply separately to each accident and any payment under the policy because of any one accident shall not operate to reduce the liability of the company for the payment of final judgments resulting from any other accident.

THE SCHEDULE OF LIMITS SHOWN ON THE REVERSE SIDE DOES NOT PROVIDE COVERAGE. The limits shown in the schedule are for information purposes only.
**Form MCS-90** (4/2000)

4226045954

PSXMAJ00007372
PSXCAN00010753

177030594

## SCHEDULE OF LIMITS - *PUBLIC LIABILITY*

| Type of carriage | Commodity transported | Jan. 1, 1985 |
|---|---|---|
| (1) For-hire (In interstate or foreign commerce, with a gross vehicle weight rating of 10,000 or more pounds). | Property (non-hazardous).......................................................................... | $750,000 |
| (2) For-hire and Private (In interstate, foreign, or intrastate commerce, with a gross vehicle weight rating of 10,000 or more pounds). | Hazardous substances, as defined in 49 CFR 171.8, transported in cargo tanks, portable tanks, or hopper-type vehicles with capacities in excess of 3,500 water gallons; or in bulk Division 1.1, 1.2, and 1.3 materials, Division 2..3, Hazard Zone A, or Division 6.1, Packing Group I,  Hazard Zone A material; in bulk Division 2.1 or 2.2; or highway route controlled quantities of a Class 7 material, as defined in 49 CFR 173.403. | $5,000,000 |
| (3) For-hire and Private (In interstate or foreign commerce, in any quantity; or in intrastate commerce, in bulk only; with a gross vehicle weight rating of 10,000 or more pounds). | Oil listed in 49 CFR 172.101; hazardous waste, hazardous materials and hazardous substances defined in 49 CFR 171.8 and listed in 49 CFR 172.101, but not mentioned in (2) above or (4) below | $1,000,000 |
| (4) For-hire and Private (In interstate or foreign commerce, with a gross vehicle weight rating of less than 10,000 pounds). | Any quantity of Division 1.1, 1.2, or 1.3 material; any quantity of a Division 2.3, Hazard Zone A, or Division 6.1, Packing Group I, Hazard Zone A material; or highway route controlled quantities of a Class 7 material as defined in 49 CFR 173.403. | $5,000,000 |
|  |  |  |

4226045954

PSXMAJ00007373
PSXCAN00010754

177030594

# ENDORSEMENT

## AMENDATORY ENDORSEMENT

### SECTION A - BASIC AUTOMOBILE LIABILITY INSURANCE

**PART I**  COVERAGE A - BODILY INJURY LIABILITY - - COVERAGE B - PROPERTY DAMAGE LIABILITY

**EXCLUSIONS:** The following are added:

(h) to **bodily injury** or **property damage** resulting from the movement of property by mechanical device (other than a hand truck) unless the device is attached to an **owned automobile** or **temporary substitute automobile**;

(i) to **bodily injury** or **property damage** arising out of the **named insured's** work after that work has been completed or abandoned. In this exclusion, the **named insured's** work means:

(1) work or operations performed by the **named insured** or on behalf of the **named insured**; and
(2) materials, parts or equipment furnished in connection with such work or operations.

The **named insured's** work includes warranties or representations made at any time with respect to the fitness, quality, durability or performance of any of the items included in paragraphs **1.** or **2.** above.

The **named insured's** work will be deemed completed at the earliest of the following times:

(1) when all of the work called for in the **named insured's** contract has been completed.
(2) when all of the work to be done at the site has been completed if the **named insured's** contract calls for work at more than one site.
(3) when that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed;

(j) to **bodily injury** or **property damage** arising out of the operation of the following:

(1) cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and
(2) air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting or well servicing equipment.

**ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED** - This endorsement is effective the same date and hour as shown in Item 2 of the Policy Declarations and forms a part of the policy to which it is attached.

## Canal Indemnity Company

Greenville, South Carolina

Form 2-125-E

(Rev. 4-1999)

4226045954

PSXMAJ00007374
PSXCAN00010755

177030594

# CANAL

## <u>CLAIMS REPORTING INFORMATION NOTICE</u>

# **800-452-6911**

**Online Claim reporting is also available at www.canal-ins.com**

**To All Canal Insureds:**

Many accidents result in damages which require immediate attention in order to prevent further loss. When a serious bodily injury, a hazardous spill which may impact the environment or damage to perishable cargo has occurred, please call the Canal Claims Reporting number listed above as soon as possible to report the claim.

When reporting a loss, please be prepared to give the following information:

* Insured name, driver and policy number
* Insured Vehicle Information (make, model and VIN)
* Exact location of the occurrence
* Description of the occurrence
* Type of loss and any environment affected
* Other persons or vehicles involved
* A contact number for someone at the scene

Please communicate these procedures to all drivers and claim reporting personnel. We appreciate your business and assistance in providing prompt notice of accidents.

2-101-D CL

(Rev. 1-2003)

4226045954

PSXMAJ00007375
PSXCAN00010756

# FORM F

## UNIFORM MOTOR CARRIER BODILY INJURY AND PROPERTY DAMAGE LIABILITY INSURANCE ENDORSEMENT

It is agreed that:

1. The certification of the policy, as proof of financial responsibility under the provisions of any State motor carrier law or regulations promulgated by any State Commission having jurisdiction with respect thereto, amends the policy to provide insurance for automobile bodily injury and property damage liability in accordance with the provisions of such law or regulations to the extent of the coverage and limits of liability required thereby; provided only that the insured agrees to reimburse the company for any payment made by the company which it would not have been obligated to make under the terms of this policy except by reason of the obligation assumed in making such certification.

2. The Uniform Motor Carrier Bodily Injury and Property Damage Liability Certificate of Insurance has been filed with the State Commissions indicated below hereof.

3. This endorsement may not be canceled without cancellation of the policy to which it is attached. Such cancellation may be effected by the company or the insured giving thirty (30) days' notice in writing to the State Commission with which such certificate has been filed, such thirty (30) days' notice to commence to run from the date the notice is actually received in the office of such Commission.

Attached to and forming part of Policy No.     L037755

issued by    Canal Indemnity Company                           , herein called

Company, of    Greenville, South Carolina

to    COASTAL TRANSPORT CO., INC

of    1603 ACKERMAN RD SAN ANTONIO, TX 78219

Dated at   HOUSTON, TX 77081          this   1st     day of April          20 05

Countersigned by DELTA GENERAL AGENCY CORP.

Authorized Representative

| X - - INDICATES STATE COMMISSIONS WITH WHOM UNIFORM MOTOR CARRIER BODILY INJURY AND PROPERTY DAMAGE LIABILITY CERTIFICATE OF INSURANCE HAS BEEN FILED. | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ALABAMA | | HAWAII | | MICHIGAN | | NORTH CAROLINA | | UTAH | X |
| ALASKA | | IDAHO | | MINNESOTA | | NORTH DAKOTA | | VERMONT | |
| ARIZONA | | ILLINOIS | | MISSISSIPPI | | OHIO | | VIRGINIA | |
| ARKANSAS | | INDIANA | | MISSOURI | | OKLAHOMA | | WASHINGTON | |
| CALIFORNIA | X | IOWA | | MONTANA | | OREGON | X | WEST VIRGINIA | |
| COLORADO | X | KANSAS | | NEBRASKA | | PENNSYLVANIA | | WISCONSIN | |
| CONNECTICUT | | KENTUCKY | | NEVADA | | RHODE ISLAND | | WYOMING | |
| DELAWARE | | LOUISIANA | X | NEW HAMPSHIRE | | SOUTH CAROLINA | | ICC - MC120430 | |
| DISTRICT OF COLUMBIA | | MAINE | | NEW JERSEY | | SOUTH DAKOTA | | E-103 | |
| FLORIDA | | MARYLAND | | NEW MEXICO | | TENNESSEE | | | |
| GEORGIA | | MASSACHUSETTS | | NEW YORK | | TEXAS | X | | |

MC1532 (Ed. 6-71)                                                       IRB 3538 A

4226045954

PSXMAJ00007376
PSXCAN00010757

177030594

BASIC AUTOMOBILE LIABILITY    **Canal Indemnity Company**    **L037755**
BOX 7 - GREENVILLE, SOUTH CAROLINA 29602

| Consecutive Year L037588 | ☒ SEE LIST FILING RECORD | Surcharge _____ | Class _____ | Radius _____ | L 0 3 7 7 5 5 |

Insured's Phone: NOT PROVIDED

Underwriter _____
Items    STATE: _____
1. **Named Insured** and Address    TERR.: _____
   COASTAL TRANSPORT CO., INC
   1803 ACKERMAN RD
   SAN ANTONIO, TX 78219 [BEXAR county]    DELTA GENERAL AGENCY CORP.
                                           4828 LOOP CENTRAL DRIVE, SUITE 1000
2. Policy Period:    HOUSTON, TX 77081  (713) 570-2700

   From  3/15/2005 UNTIL CANCELLED    Agent Code    42260    Comm.
   12:01 A.M.,standard time at the address of the **named insured** as stated herein.    Follow-Up Record

Business of the named **insured** is:  TRUCKMAN - GAS, DIESEL, LUBE OILS, CHEMICALS, ASPHALT
Radius:  _UNLIMITED_ within policy territory

3. Schedule as of Effective Date of this Insurance - As To: (a) Owned Automobiles;
   Description:    Purposes of Use (P&B=Pleasure and Business; C=Commercial)

| AUTO No. | Year of Model | Trade Name | Body Type and Model; Truck Size; Truck Load; Tank Gallonage Capacity; or Bus Seating Capacity | Identification (I) No.; Serial (S) No.; Motor (M) No. | Cylinders (No.) | Principally Garaged in (Town or City, State) | Purposes of Use | Classi- fication |
|---|---|---|---|---|---|---|---|---|
| 1 | | GROSS RECEIPTS | | VARIES | | SAN ANTONIO, TX | C | |

(b) Automobile Medical Payments Coverage: Designated Person Insured    **Designation of Automobiles - Division 1**
                                                                        AUTO No. _____
(c) Uninsured Motorists Coverage: Designated Person Insured              Insured Highway Vehicles
                                                                        AUTO No. _____

4. The insurance afforded is only with respect to such and so many of the following coverages as are indicated by specific premium charge or charges. The limit of the company's liability against each such coverage shall be as stated herein, subject to all the terms of this insurance having reference thereto.

| | | PREMIUMS | | | LIMIT OF LIABILITY | | COVERAGES | SEC-TION |
|---|---|---|---|---|---|---|---|---|
| Total | Auto No. 1 | Auto No. 2 | Auto No. 3 | Auto No. 4 | | | | |
| | | | | | | each occurrence | Combined Single Limit | A |
| SEE E-32 ENDORSEMENT | | | | | | 1,000,000 | | |
| | | | | | each person | each occurrence | A. Bodily Injury Liability | A |
| | | | | | | | B. Property Damage Liability | |
| | | | | | | | Automobile Medical Payments | B |
| | | | | | each person | each accident | D. Uninsured Motorists | C |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | Premium for Endorsements: | | | |
| | | | | | TOTAL PREMIUM | | | |

Form numbers of endorsements attached to policy at issue:
TRN-1 (11-02) 2-1-E  (12-91) 2-69L-E  (12-91) 2-4-E  (12-91) 2-18-E  (1-94) 2-45-E (12-91) 2-50L-E TX  (5-92) 2-102-E  (11-93) 2-125-E (4-99) Form F (6-71) TX-1 (6-03) A101, Info Notice: 2-101-D CL  (1-03) 2-101-D TX  (1-96) ID-4 TX (11-03)

5. Except with respect to bailment lease, conditional sale, purchase agreement, mortgage or other encumbrance, the **named insured** is the sole owner of every vehicle described in Item 3 above, unless otherwise stated herein:
Countersigned:    4828 LOOP CENTRAL DRIVE, SUITE 1000

HOUSTON, TX 77081  4/1/2005    By _____

                                                Authorized Representative

                                        DELTA GENERAL AGENCY CORP.
                        Filings Copy    0507426  PENNY STANDLEE  ELIZAT

4226046954

PSXMAJ00007377
PSXCAN00010758

177030594



**U.S Department
of Transportation**

Federal Motor Carrier
Safety Administration

**ENDORSEMENT FOR
MOTOR CARRIER POLICIES OF INSURANCE FOR PUBLIC LIABILITY
UNDER SECTIONS 29 AND 30 OF THE MOTOR CARRIER ACT OF 1980**

Form Approved:
OMB NO: 2126-0008

Issued to __COASTAL TRANSPORT CO., INC__ of __1603 ACKERMAN RD SAN ANTONIO, TX 78219__

Dated at __HOUSTON, TX__ this __1ST__ day of __APRIL__, 20__05__

Amending Policy No. __L037755__ Effective Date __MARCH 15, 2005__

Name of Insurance Company __CANAL INSURANCE COMPANY__

Countersigned by
DELTA GENERAL AGENCY CORP.

_Authorized Company Representative_

The policy to which this endorsement is attached provides primary or excess insurance, as indicated by "[X]", for the limits shown:

[X] This insurance is primary and the company shall not be liable for amounts in excess of $ __1000000 CSL__ for each accident.

☐ This insurance is excess and the company shall not be liable for amounts in excess of $_____ for each accident in excess of the underlying limit of $_____ for each accident.

Whenever required by the Federal Motor Carrier Safety Administration (FMCSA), the company agrees to furnish the FMCSA a duplicate of said policy and all its endorsements. The company also agrees, upon telephone request by an authorized representative of the FMCSA, to verify that the policy is in force as of a particular date. The telephone number to call is __(664) 242-5365__.

Cancellation of this endorsement may be effected by the company or the insured by giving (1) thirty-five (35) days notice in writing to the other party (said 35 days to commence from the date the notice is mailed, proof of mailing shall be sufficient proof of notice), and (2) if the insured is subject to the FMCSA's registration requirements under 49 U.S.C. 13901, by providing thirty (30) days notice to the FMCSA (said 30 days notice to commence from the date notice is received by the FMCSA at its office in Washington, D.C.).

## DEFINITIONS AS USED IN THIS ENDORSEMENT

*Accident* includes continuous or repeated exposure to conditions or which results in bodily injury, property damage, or environmental damage which the insured neither expected nor intended.

*Motor Vehicle* means a land vehicle, machine, truck, tractor, trailer, or semitrailer propelled or drawn by mechanical power and used on a highway for transporting property, or any combination thereof.

*Bodily Injury* means injury to the body, sickness, or disease to any person, including death resulting from any of these,

*Property Damage* means damage to or loss of use of tangible property.

*Environmental Restoration* means restitution for the loss, damage or destruction of natural resources arising out of the accidental discharge, dispersal, release or escape into or upon the land, atmosphere, watercourse, or body of water, of any commodity transported by a motor carrier. This shall include the cost of removal and the cost of necessary measures taken to minimize or mitigate damage to human health, the natural environment, fish, shellfish and wildlife.

*Public Liability* means liability for bodily injury, property damage, and environmental restoration.

The insurance policy to which this endorsement is attached provides automobile liability insurance and is amended to assure compliance by the insured, within the limits stated herein, as a motor carrier of property, with Sections 29 and 30 of the Motor Carrier Act of 1980 and the rules and regulations of the Federal Motor Carrier Safety Administration (FMCSA).

In consideration of the premium stated in the policy to which this endorsement is attached, the insurer (the company) agrees to pay, within the limits of liability described herein, any final judgment recovered against the insured for public liability resulting from negligence in the operation, maintenance or use of motor vehicles subject to the financial responsibility requirements of Sections 29 and 30 of the Motor Carrier Act of 1980 regardless of whether or not each motor vehicle is specifically described in the policy and whether or not such negligence occurs on any route or in any territory authorized to be served by the insured or elsewhere. Such insurance as is afforded for public liability, does not apply to injury to or death of the insured's employees while engaged in the course of their employment, or property transported by the insured, designated as cargo. It is understood and agreed that no condition, provision, stipulation, or limitation contained in the policy, this endorsement, or any other endorsement thereon, or violation thereof, shall relieve the company from liability or from the payment of any final judgment, within the limits of liabil-

ity herein described, irrespective of the financial condition, insolvency or bankruptcy of the insured. However, all terms, conditions, and limitations in the policy to which the endorsement is attached shall remain in full force and effect as binding between the insured and the company. The insured agrees to reimburse the company for any payment made by the company on account of any accident, claim, or suit involving a breach of the terms of the policy, and for any payment that the company would not have been obligated to make under the provisions of the policy except for the agreement contained in this endorsement.

It is further understood and agreed that, upon failure of the company to pay any final judgment recovered against the insured as provided herein, the judgment creditor may maintain an action in any court of competent jurisdiction against the company to compel such payment.

The limits of the company's liability for the amounts prescribed in this endorsement apply separately to each accident and any payment under the policy because of any one accident shall not operate to reduce the liability of the company for the payment of final judgments resulting from any other accident.

THE SCHEDULE OF LIMITS SHOWN ON THE REVERSE SIDE DOES NOT PROVIDE COVERAGE. The limits shown in the schedule are for information purposes only.
Form MCS-90 (4/2000)

4226045954

PSXMAJ00007378
PSXCAN00010759

177030594

## SCHEDULE OF LIMITS - *PUBLIC LIABILITY*

| Type of carriage | Commodity transported | Jan. 1, 1985 |
|---|---|---|
| (1) For-hire (In interstate or foreign commerce, with a gross vehicle weight rating of 10,000 or more pounds). | Property (non-hazardous)............................................................................. | $750,000 |
| (2) For-hire and Private (In interstate, foreign, or intrastate commerce, with a gross vehicle weight rating of 10,000 or more pounds). | Hazardous substances, as defined in 49 CFR 171.8, transported in cargo tanks, portable tanks, or hopper-type vehicles with capacities in excess of 3,500 water gallons; or in bulk Division 1.1, 1.2, and 1.3 materials, Division 2..3, Hazard Zone A, or Division 6.1, Packing Group I, Hazard Zone A material; in bulk Division 2.1 or 2.2; or highway route controlled quantities of a Class 7 material, as defined in 49 CFR 173.403. | $5,000,000 |
| (3) For-hire and Private (In interstate or foreign commerce, in any quantity; or in intrastate commerce, in bulk only; with a gross vehicle weight rating of 10,000 or more pounds). | Oil listed in 49 CFR 172.101; hazardous waste, hazardous materials and hazardous substances defined in 49 CFR 171.8 and listed in 49 CFR 172.101, but not mentioned in (2) above or (4) below | $1,000,000 |
| (4) For-hire and Private (In interstate or foreign commerce, with a gross vehicle weight rating of less than 10,000 pounds). | Any quantity of Division 1.1, 1.2, or 1.3 material; any quantity of a Division 2.3, Hazard Zone A, or Division 6.1, Packing Group I, Hazard Zone A material; or highway route controlled quantities of a Class 7 material as defined in 49 CFR 173.403. | $5,000,000 |

4226045954

PSXMAJ00007379
PSXCAN00010760

177030594

# FORM F

### UNIFORM MOTOR CARRIER BODILY INJURY AND PROPERTY DAMAGE LIABILITY INSURANCE ENDORSEMENT

It is agreed that:

1. The certification of the policy, as proof of financial responsibility under the provisions of any State motor carrier law or regulations promulgated by any State Commission having jurisdiction with respect thereto, amends the policy to provide insurance for automobile bodily injury and property damage liability in accordance with the provisions of such law or regulations to the extent of the coverage and limits of liability required thereby; provided only that the insured agrees to reimburse the company for any payment made by the company which it would not have been obligated to make under the terms of this policy except by reason of the obligation assumed in making such certification.

2. The Uniform Motor Carrier Bodily Injury and Property Damage Liability Certificate of Insurance has been filed with the State Commissions indicated below hereof.

3. This endorsement may not be canceled without cancellation of the policy to which it is attached. Such cancellation may be effected by the company or the insured giving thirty (30) days' notice in writing to the State Commission with which such certificate has been filed, and thirty (30) days' notice to commence to run from the date the notice is actually received in the office of such Commission.

Attached to and forming part of Policy No. _____ L037755 _____

issued by ___Canal Indemnity Company_____, herein called

Company, of ___Greenville, South Carolina_____

to ___COASTAL TRANSPORT CO., INC_____

of ___1603 ACKERMAN RD SAN ANTONIO, TX 78219_____

Dated at ___HOUSTON, TX 77081_____ this ___1st___ day of ___April___ 20 05

Countersigned by ___DELTA GENERAL AGENCY CORP.___

Authorized Representative

| X - - INDICATES STATE COMMISSIONS WITH WHOM UNIFORM MOTOR CARRIER BODILY INJURY AND PROPERTY DAMAGE LIABILITY CERTIFICATE OF INSURANCE HAS BEEN FILED. | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ALABAMA | | HAWAII | | MICHIGAN | | NORTH CAROLINA | | UTAH | | | X |
| ALASKA | | IDAHO | | MINNESOTA | | NORTH DAKOTA | | VERMONT | | | |
| ARIZONA | | ILLINOIS | | MISSISSIPPI | | OHIO | | VIRGINIA | | | |
| ARKANSAS | | INDIANA | | MISSOURI | | OKLAHOMA | | WASHINGTON | | | |
| CALIFORNIA | X | IOWA | | MONTANA | | OREGON | X | WEST VIRGINIA | | | |
| COLORADO | X | KANSAS | | NEBRASKA | | PENNSYLVANIA | | WISCONSIN | | | |
| CONNECTICUT | | KENTUCKY | | NEVADA | | RHODE ISLAND | | WYOMING | | | |
| DELAWARE | | LOUISIANA | X | NEW HAMPSHIRE | | SOUTH CAROLINA | | ICC - MC120430 | | | |
| DISTRICT OF COLUMBIA | | MAINE | | NEW JERSEY | | SOUTH DAKOTA | | E-103 | | | |
| FLORIDA | | MARYLAND | | NEW MEXICO | | TENNESSEE | | | | | |
| GEORGIA | | MASSACHUSETTS | | NEW YORK | | TEXAS | X | | | | |

MC1332 (Ed. 6-71)

IRB 3535 A

4226045954

PSXMAJ00007380
PSXCAN00010761

192002165

# ENDORSEMENT

## GENERAL CHANGE

IN CONSIDERATION OF AN ADDITIONAL PREMIUM OF          MINIMUM PREMIUM, IT IS
HEREBY AGREED THAT THE ATTACHED CONTRACTUAL LIABILITY ENDORSEMENT IS ADDED TO THE
POLICY.

Policy Number __L037755__ Endorsement Effective Time 12:01 AM _____ Endorsement Effective Date __11/29/2005__

Insured __COASTAL TRANSPORT CO., INC__ Expiration Date __Until Cancelled__

Issue Date __12/27/2005__ Authorized Signature _____

DELTA GENERAL AGENCY CORP.

**ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED**

## Canal Indemnity Company

Form 2-1-E

Greenville, South Carolina

(Rev. 12-1991)

4226080435

PSXMAJ00007381
PSXCAN00010762

192002165

# ENDORSEMENT

## GENERAL CHANGE

IN CONSIDERATION OF AN ADDITIONAL PREMIUM OF $ NIMUM PREMIUM, IT IS HEREBY AGREED THAT THE ATTACHED CONTRACTUAL LIABILITY ENDORSEMENT IS ADDED TO THE POLICY.

Policy Number __L037755__ Endorsement Effective Time 12:01 AM _____ Endorsement Effective Date __11/29/2005__

Insured __COASTAL TRANSPORT CO., INC__ Expiration Date __Until Cancelled__

Issue Date __12/27/2005__ Authorized Signature _____

DELTA GENERAL AGENCY CORP.

**ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED**

## Canal Indemnity Company

Greenville, South Carolina

Form 2-1-E

(Rev. 12-1991)

4226060435

PSXMAJ00007382
PSXCAN00010763

192002165

# ENDORSEMENT

## GENERAL CHANGE

IN CONSIDERATION OF AN ADDITIONAL PREMIUM OF $       MINIMUM PREMIUM, IT IS
HEREBY AGREED THAT THE ATTACHED CONTRACTUAL LIABILITY ENDORSEMENT IS ADDED TO THE
POLICY.

Policy Number __L037755__ Endorsement Effective Time 12:01 AM _____ Endorsement Effective Date __11/29/2005__

Insured __COASTAL TRANSPORT CO., INC__ Expiration Date _ Until Cancelled

Issue Date __12/27/2005 Authorized Signature _____

DELTA GENERAL AGENCY CORP.

**ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED**

## Canal Indemnity Company

Form 2-1-E

Greenville, South Carolina

(Rev. 12-1991)

4226060435

PSXMAJ00007383
PSXCAN00010764

192002185

# ENDORSEMENT

## GENERAL CHANGE

IN CONSIDERATION OF AN ADDITIONAL PREMIUM OF $      MINIMUM PREMIUM, IT IS
HEREBY AGREED THAT THE ATTACHED CONTRACTUAL LIABILITY ENDORSEMENT IS ADDED TO THE
POLICY.

Policy Number __L037755____ Endorsement Effective Time 12:01 AM _____ Endorsement Effective Date __11/29/2005__

Insured __COASTAL TRANSPORT CO., INC_____ Expiration Date __Until Cancelled__

Issue Date __12/27/2005__ Authorized Signature _____
DELTA GENERAL AGENCY CORP.
**ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED**
## Canal Indemnity Company
Greenville, South Carolina

Form 2-1-E                                                            (Rev. 12-1991)

4226060435

PSXMAJ00007384
PSXCAN00010765

192002165

# ENDORSEMENT

## GENERAL CHANGE

IN CONSIDERATION OF AN ADDITIONAL PREMIUM OF $      MINIMUM PREMIUM, IT IS
HEREBY AGREED THAT THE ATTACHED CONTRACTUAL LIABILITY ENDORSEMENT IS ADDED TO THE
POLICY.

Policy Number __L037755__ Endorsement Effective Time 12:01 AM _____ Endorsement Effective Date __11/29/2005__

Insured __COASTAL TRANSPORT CO., INC__ Expiration Date __Until Cancelled__

Issue Date __12/27/2005__ Authorized Signature _____

DELTA GENERAL AGENCY CORP.

**ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED**

## Canal Indemnity Company

Greenville, South Carolina

Form 2-1-**E**

(Rev. 12-1991)

4226060435

PSXMAJ00007385
PSXCAN00010766

192002670

## ~~NOTICE OF CANCELLATION~~

| | |
|---|---|
| Insurance Company | CANAL INDEMNITY COMPANY<br>PO BOX 7<br>GREENVILLE, S.C. 29602 |

Name and Address of Insured
L037755

COASTAL TRANSPORT CO., INC
1603 ACKERMAN RD
SAN ANTONIO, TX 78219

| Kind of Policy: | LIABILITY | |
|---|---|---|
| Policy No. | L037755 | Effective: 3/15/2005 |
| Cancellation will take effect at:<br>5/1/2006           12:01 A.M.<br>(Date)    (Hour-Standard Time at Insured's Address) | | |
| Date of Mailing: | 3/17/2006 | |
| Issued through Agency or Office at: HOUSTON, TX | | |
| Agent of Insured: | J HOWSE INC | |

You are hereby notified in accordance with the terms and conditions of the above mentioned policy, and in accordance with law, that your insurance will cease at and from the hour and date mentioned above. The return premium, if any, will be refunded as soon as practicable by the agent from whom the policy was purchased. This cancellation can be rescinded only by written notice to you signed by a company representative.

REASON FOR CANCELLATION:  INSURED'S REQUEST:  LOST POLICY RELEASE

| | |
|---|---|
| Agent of Insured | J HOWSE INC<br>11111 WILCREST GREEN , SUITE 325<br>HOUSTON TX 77042-4813 |

*Linda J. Hogan*
Authorized Representative
Linda J. Hogan  bjw/ 3/17/2006

TO LIENHOLDER, MORTGAGEE, CITY LICENSE AUTHORITY OR ASSIGNED RISK PLAN, OR OTHER THIRD PARTY:
You are hereby notified that the agreement under the Loss Payable Clause payable to you as Lienholder or the agreement to provide notice, which is a part of the above policy, issued to the above insured, is hereby cancelled in accordance with the conditions of the policy, said cancellation to be effective on and after the hour and date mentioned above.

| | |
|---|---|
| General Agent | DELTA GENERAL AGENCY CORP.<br>4828 LOOP CENTRAL DRIVE, SUITE 1000<br>HOUSTON,TX 77081 |

Authorized Representative

Form D-58-p           HOC Set      FILINGS      (Rev. 2-1999)

4226060799

PSXMAJ00007386
PSXCAN00010767

192002670

Policy Number: L037755
Insured Name: COASTAL TRANSPORT CO., INC

I hereby certify that I personally caused to be mailed in the U.S. Post Office at HOUSTON, TX on the Date of
Mailing above at 12:17 PM , the original notice of cancellation reproduced on page 1 and at said time received
from the U.S. Post Office a Postal Receipt maintained as business records of the Company. I also caused to be
mailed Third Party Notices to those shown below.

Signed: _Lid J. Nya_____

Notices sent to: (* denotes Certificate of Mailing;  ** denotes Certified Mail)

COASTAL TRANSPORT CO., INC , 1603 ACKERMAN RD, SAN ANTONIO, TX 78219
DELTA GENERAL AGENCY CORP., 4828 LOOP CENTRAL DRIVE, SUITE 1000, HOUSTON TX 77081
J HOWSE INC , 11111 WILCREST GREEN , SUITE 325, HOUSTON  TX 77042-4813

Form D-58

(Rev. 2-1999)

4226060799

PSXMAJ00007387
PSXCAN00010768

192002670

## ~~NOTICE OF CANCELLATION~~

| | |
|---|---|
| Insurance Company | CANAL INDEMNITY COMPANY<br>PO BOX 7<br>GREENVILLE, S.C. 29602 |
| Name and Address of Insured<br>L037755 | COASTAL TRANSPORT CO., INC<br>1603 ACKERMAN RD<br>SAN ANTONIO, TX 78219 |

| | | |
|---|---|---|
| Kind of Policy: | LIABILITY | |
| Policy No. | L037755 | Effective: 3/15/2005 |
| Cancellation will take effect at:<br>5/1/2006<br>(Date) | | 12:01 A.M.<br>(Hour-Standard Time at Insured's Address) |
| Date of Mailing: | 3/17/2006 | |
| Issued through Agency or Office at: HOUSTON, TX | | |
| Agent of Insured: | J HOWSE INC | |

You are hereby notified in accordance with the terms and conditions of the above mentioned policy, and in accordance with law, that your insurance will cease at and from the hour and date mentioned above. The return premium, if any, will be refunded as soon as practicable by the agent from whom the policy was purchased. This cancellation can be rescinded only by written notice to you signed by a company representative.

REASON FOR CANCELLATION: INSURED'S REQUEST: LOST POLICY RELEASE

| | |
|---|---|
| Agent of Insured | J HOWSE INC<br>11111 WILCREST GREEN , SUITE 325<br>HOUSTON TX 77042-4813 |

*Linda J. Hogan*
Authorized Representative
Linda J. Hogan  bjw/ 3/17/2006

TO LIENHOLDER, MORTGAGEE, CITY LICENSE AUTHORITY OR ASSIGNED RISK PLAN, OR OTHER THIRD PARTY:
You are hereby notified that the agreement under the Loss Payable Clause payable to you as Lienholder or the agreement to provide notice, which is a part of the above policy, issued to the above insured, is hereby cancelled in accordance with the conditions of the policy, said cancellation to be effective on and after the hour and date mentioned above.

Authorized Representative

Form D-58-p            Insured Copy                            (Rev. 2-1999)

4226060799

PSXMAJ00007388
PSXCAN00010769

192002670

## ~~NOTICE OF CANCELLATION~~

| | | |
|---|---|---|
| Insurance Company | CANAL INDEMNITY COMPANY<br>PO BOX 7<br>GREENVILLE, S.C. 29602 | |

| | |
|---|---|
| Kind of Policy: | **LIABILITY** |
| Policy No. | L037755    Effective: 3/15/2005 |

Cancellation will take effect at:
5/1/2006                    12:01 A.M.
(Date)          (Hour-Standard Time at Insured's Address)

| | |
|---|---|
| Date of Mailing: | 3/17/2006 |

Issued through Agency or Office at: HOUSTON, TX

Agent of Insured: J HOWSE INC

Name and Address of Insured
L037755

COASTAL TRANSPORT CO., INC
1603 ACKERMAN RD
SAN ANTONIO, TX 78219

You are hereby notified in accordance with the terms and conditions of the above mentioned policy, and in accordance with law, that your insurance will cease at and from the hour and date mentioned above. The return premium, if any, will be refunded as soon as practicable by the agent from whom the policy was purchased. This cancellation can be rescinded only by written notice to you signed by a company representative.

REASON FOR CANCELLATION:  INSURED'S REQUEST:  LOST POLICY RELEASE

General Agent   DELTA GENERAL AGENCY CORP.
4828 LOOP CENTRAL DRIVE, SUITE 1000
HOUSTON TX 77081

*Linda J. Hogan*
Authorized Representative
Linda J. Hogan  bjw/ 3/17/2006

TO LIENHOLDER, MORTGAGEE, CITY LICENSE AUTHORITY OR ASSIGNED RISK PLAN, OR OTHER THIRD PARTY:
You are hereby notified that the agreement under the Loss Payable Clause payable to you as Lienholder or the agreement to provide notice, which is a part of the above policy, issued to the above insured, is hereby cancelled in accordance with the conditions of the policy, said cancellation to be effective on and after the hour and date mentioned above.

Agent of Insured   J HOWSE INC
11111 WILCREST GREEN , SUITE 325
HOUSTON TX 77042-4813

Authorized Representative

(Rev. 2-1999)

Form D-58-p                    Producing Agent Copy

4226080799

PSXMAJ00007389
PSXCAN00010770

192002670

Policy Number: L037755
Insured Name:   COASTAL TRANSPORT CO., INC

I hereby certify that I personally caused to be mailed in the U.S. Post Office at HOUSTON, TX on the Date of
Mailing above at 12:17 PM , the original notice of cancellation reproduced on page 1 and at said time received
from the U.S. Post Office a Postal Receipt maintained as business records of the Company.  I also caused to be
mailed Third Party Notices to those shown below.

Signed:   _Lisa J. Hoya_____

Notices sent to: (* denotes Certificate of Mailing;   ** denotes Certified Mail)

     COASTAL TRANSPORT CO., INC , 1603 ACKERMAN RD, SAN ANTONIO, TX 78219
     DELTA GENERAL AGENCY CORP., 4828 LOOP CENTRAL DRIVE, SUITE 1000, HOUSTON TX 77081
     J HOWSE INC , 11111 WILCREST GREEN , SUITE 325, HOUSTON  TX 77042-4813

Form D-58

(Rev. 2-1999)

422606C799

PSXMAJ00007390
PSXCAN00010771

192002670

## ~~NOTICE OF CANCELLATION~~

| | | | |
|---|---|---|---|
| Insurance Company | CANAL INDEMNITY COMPANY<br>PO BOX 7<br>GREENVILLE, S.C. 29602 | **Kind of Policy:** LIABILITY | |
| | | Policy No. L037755 | Effective: 3/15/2005 |
| Name and Address | | Cancellation will take effect at:<br>5/1/2006     12:01 A.M.<br>(Date)   (Hour-Standard Time at Insured's Address) | |
| of Insured<br>L037755 | COASTAL TRANSPORT CO., INC<br>1603 ACKERMAN RD<br>SAN ANTONIO, TX 78219 | Date of Mailing: 3/17/2006 | |
| | | Issued through Agency or Office at: HOUSTON, TX | |
| | | Agent of Insured: J HOWSE INC | |

You are hereby notified in accordance with the terms and conditions of the above mentioned policy, and in accordance with law, that your insurance will cease at and from the hour and date mentioned above. The return premium, if any, will be refunded as soon as practicable by the agent from whom the policy was purchased. This cancellation can be rescinded only by written notice to you signed by a company representative.

REASON FOR CANCELLATION: INSURED'S REQUEST: LOST POLICY RELEASE

| | |
|---|---|
| Agent of Insured | J HOWSE INC<br>11111 WILCREST GREEN , SUITE 325<br>HOUSTON TX 77042-4813 |

*Linda J. Hogan*
Authorized Representative
Linda J. Hogan bjw/ 3/17/2006

TO LIENHOLDER, MORTGAGEE, CITY LICENSE AUTHORITY OR ASSIGNED RISK PLAN, OR OTHER THIRD PARTY:
You are hereby notified that the agreement under the Loss Payable Clause payable to you as Lienholder or the agreement to provide notice, which is a part of the above policy, issued to the above insured, is hereby cancelled in accordance with the conditions of the policy, said cancellation to be effective on and after the hour and date mentioned above.

| | |
|---|---|
| General Agent | DELTA GENERAL AGENCY CORP.<br>4828 LOOP CENTRAL DRIVE, SUITE 1000<br>HOUSTON,TX 77081 |

Authorized Representative

(Rev. 2-1999)

Form D-58-p

General Agent Copy

4225060799

PSXMAJ00007391
PSXCAN00010772

192002670

Policy Number: L037755
Insured Name: COASTAL TRANSPORT CO., INC

I hereby certify that I personally caused to be mailed in the U.S. Post Office at HOUSTON, TX on the Date of Mailing above at 12:17 PM , the original notice of cancellation reproduced on page 1 and at said time received from the U.S. Post Office a Postal Receipt maintained as business records of the Company. I also caused to be mailed Third Party Notices to those shown below.

Signed: _Lie J. Nga_

Notices sent to: (* denotes Certificate of Mailing;  ** denotes Certified Mail)

COASTAL TRANSPORT CO., INC , 1603 ACKERMAN RD, SAN ANTONIO, TX 78219
DELTA GENERAL AGENCY CORP., 4828 LOOP CENTRAL DRIVE, SUITE 1000, HOUSTON TX 77081
J HOWSE INC , 11111 WILCREST GREEN , SUITE 325, HOUSTON  TX 77042-4813

(Rev. 2-1999)

Form D-58

4226060799

PSXMAJ00007392
PSXCAN00010773

192002900

# ENDORSEMENT

## GENERAL CHANGE

IN CONSIDERATION OF NO CHANGE IN PREMIUM, IT IS HEREBY AGREED THAT THE POLICY DATE IS CORRECTED AS FOLLOWS:

EFFECTIVE 03/15/06 @12:01 AM TO 05/01/06 @12:01 AM

MARCH MONTHLY MINIMUM OF
APRIL MONTHLY MINIMUM OF

TOTAL

Policy Number __L037755__   Endorsement Effective Time 12:01 AM _____   Endorsement Effective Date __03/01/2006__

Insured __COASTAL TRANSPORT CO., INC__   Expiration Date __Until Cancelled__

Issue Date __04/27/2006__ Authorized Signature _____

DELTA GENERAL AGENCY CORP.

**ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED**

## Canal Indemnity Company

Form 2-1-E                          Greenville, South Carolina                          (Rev. 12-1991)

4226080994

PSXMAJ00007393
PSXCAN00010774

192002900

# ENDORSEMENT

## GENERAL CHANGE

IN CONSIDERATION OF NO CHANGE IN PREMIUM, IT IS HEREBY AGREED THAT THE POLICY DATE IS CORRECTED AS FOLLOWS:

EFFECTIVE 03/15/06 @12:01 AM TO 05/01/06 @12:01 AM

MARCH MONTHLY MINIMUM OF
APRIL MONTHLY MINIMUM OF

TOTAL ·

Policy Number __L037755_____ Endorsement Effective Time 12:01 AM _____ Endorsement Effective Date _03/01/2006_

Insured __COASTAL TRANSPORT CO., INC_____ Expiration Date _Until Cancelled_

Issue Date __04/27/2006_ Authorized Signature _____

DELTA GENERAL AGENCY CORP.

**ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED**

## Canal Indemnity Company

Form 2-1-E

Greenville, South Carolina

(Rev. 12-1991)

4226060994

PSXMAJ00007394
PSXCAN00010775

192002900

# ENDORSEMENT

## GENERAL CHANGE

IN CONSIDERATION OF NO CHANGE IN PREMIUM, IT IS HEREBY AGREED THAT THE POLICY DATE
IS CORRECTED AS FOLLOWS:

EFFECTIVE 03/15/06 @12:01 AM TO 05/01/06 @12:01 AM

MARCH MONTHLY MINIMUM OF
APRIL MONTHLY MINIMUM OF

TOTAL

Policy Number __L037755_____ Endorsement Effective Time 12:01 AM _____ Endorsement Effective Date __03/01/2006_

Insured __COASTAL TRANSPORT CO., INC_____ Expiration Date __Until Cancelled

Issue Date __04/27/2006 Authorized Signature _____
DELTA GENERAL AGENCY CORP.
**ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED**
## Canal Indemnity Company

Form 2-1-E                         Greenville, South Carolina                         (Rev. 12-1991)

4226060994

PSXMAJ00007395
PSXCAN00010776

192002900

# ENDORSEMENT

## GENERAL CHANGE

IN CONSIDERATION OF NO CHANGE IN PREMIUM, IT IS HEREBY AGREED THAT THE POLICY DATE IS CORRECTED AS FOLLOWS:

EFFECTIVE 03/15/06 @12:01 AM TO 05/01/06 @12:01 AM

MARCH MONTHLY MINIMUM OF
APRIL MONTHLY MINIMUM OF

TOTAL ·

Policy Number __L037755__ Endorsement Effective Time 12:01 AM _____ Endorsement Effective Date __03/01/2006__

Insured __COASTAL TRANSPORT CO., INC__ Expiration Date __Until Cancelled__

Issue Date __04/27/2006__ Authorized Signature _____
DELTA GENERAL AGENCY CORP.
**ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED**
## Canal Indemnity Company

Form 2-1-E

Greenville, South Carolina

(Rev. 12-1991)

4226060994

PSXMAJ00007396
PSXCAN00010777

192002900

# ENDORSEMENT

## GENERAL CHANGE

IN CONSIDERATION OF NO CHANGE IN PREMIUM, IT IS HEREBY AGREED THAT THE POLICY DATE
IS CORRECTED AS FOLLOWS:

EFFECTIVE 03/15/06 @12:01 AM TO 05/01/06 @12:01 AM

MARCH MONTHLY MINIMUM OF
APRIL MONTHLY MINIMUM OF

TOTAL

Policy Number __L037755_____ Endorsement Effective Time 12:01 AM _____ Endorsement Effective Date __03/01/2006_

Insured __COASTAL TRANSPORT CO., INC_____ Expiration Date _Until Cancelled_

Issue Date __04/27/2006 Authorized Signature ___ _____

DELTA GENERAL AGENCY CORP.

**ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED**

## Canal Indemnity Company

Form 2-1-E

Greenville, South Carolina

(Rev. 12-1991)

4226060994

PSXMAJ00007397
PSXCAN00010778

# ENDORSEMENT

## GENERAL CHANGE

IT IS AGREED THAT POLICY TO WHICH THIS ENDORSEMENT IS ATTACHED IS CANCELLED.

REASON FOR CANCELLATION: INSURED'S REQUEST: LOST POLICY RELEASE
CALCULATION METHOD:
CANCELLATION MONTH: MAY
TOTAL EARNED PREMIUM IN CANCELLATION MONTH: 0
# OF DAYS UNEARNED: 31

ANNUAL PREMIUM AT TIME OF CANCELLATION:

90% PR 1 -

| ADDITIONAL PREMIUM: | RETURN PREMIUM: |
|---|---|

Breakdown for policies under installment premium payment plan:

DOWNPAYMENT _____ ESCROW DEPOSIT _____
The remaining _____ installments due will change by _____ from _____
to_____ beginning with the installment due _____

Policy Number __L037755_____ Endorsement Effective Time 12:01 AM _____ Endorsement Effective Date __05/01/2006

Insured __COASTAL TRANSPORT CO., INC_____ Expiration Date __Until Cancelled

Issue Date __11/21/2006 Authorized Signature _____
DELTA GENERAL AGENCY CORP.
### ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED
## Canal Indemnity Company

Form 2-1-Ecan                     Greenville, South Carolina                     (Rev. 12-2001)

4226062277

PSXMAJ00007398
PSXCAN00010779

192004732

# ENDORSEMENT

## GENERAL CHANGE

IT IS AGREED THAT POLICY TO WHICH THIS ENDORSEMENT IS ATTACHED IS CANCELLED.

REASON FOR CANCELLATION: INSURED'S REQUEST:  LOST POLICY RELEASE
CALCULATION METHOD:
CANCELLATION MONTH:  MAY
TOTAL EARNED PREMIUM IN CANCELLATION MONTH: 0
# OF DAYS UNEARNED: 31

ANNUAL PREMIUM AT TIME OF CANCELLATION:

90% PR 1  -

ADDITIONAL PREMIUM: _____      RETURN PREMIUM: _____

Breakdown for policies under installment premium payment plan:

DOWNPAYMENT _____      ESCROW DEPOSIT _____
The remaining _____ installments due will change by _____ from _____
to _____ beginning with the Installment due _____

Policy Number __L037755___ Endorsement Effective Time 12:01 AM _____ Endorsement Effective Date __05/01/2006_

Insured __COASTAL TRANSPORT CO., INC_____ Expiration Date __Until Cancelled_

Issue Date __11/21/2006_ Authorized Signature _____
DELTA GENERAL AGENCY CORP.
**ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED**
## Canal Indemnity Company
Greenville, South Carolina

Form 2-1-Ecan

(Rev. 12-2001)

4226062277

PSXMAJ00007399
PSXCAN00010780

192004732

# ENDORSEMENT

## GENERAL CHANGE

IT IS AGREED THAT POLICY TO WHICH THIS ENDORSEMENT IS ATTACHED IS CANCELLED.

REASON FOR CANCELLATION: INSURED'S REQUEST: LOST POLICY RELEASE
CALCULATION METHOD:
CANCELLATION MONTH: MAY
TOTAL EARNED PREMIUM IN CANCELLATION MONTH: 0
# OF DAYS UNEARNED: 31

ANNUAL PREMIUM AT TIME OF CANCELLATION:

90% PR 1 -

| ADDITIONAL PREMIUM: | RETURN PREMIUM: |
|---|---|

Breakdown for policies under installment premium payment plan:

DOWNPAYMENT _____ ESCROW DEPOSIT _____
The remaining _____ installments due will change by _____ from _____
to _____ beginning with the installment due _____

Policy Number __L037755__ Endorsement Effective Time 12:01 AM _____ Endorsement Effective Date __05/01/2006__

Insured __COASTAL TRANSPORT CO., INC__ _____ Expiration Date __Until Cancelled__

Issue Date __11/21/2006__ Authorized Signature _____
DELTA GENERAL AGENCY CORP.
## ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED
# Canal Indemnity Company

Form 2-1-Ecan

Greenville, South Carolina

(Rev. 12-2001)

4226062277

PSXMAJ00007400
PSXCAN00010781

192004732

# ENDORSEMENT

## GENERAL CHANGE

IT IS AGREED THAT POLICY TO WHICH THIS ENDORSEMENT IS ATTACHED IS CANCELLED.

REASON FOR CANCELLATION: INSURED'S REQUEST: LOST POLICY RELEASE
CALCULATION METHOD:
CANCELLATION MONTH: MAY
TOTAL EARNED PREMIUM IN CANCELLATION MONTH: 0
# OF DAYS UNEARNED: 31

ANNUAL PREMIUM AT TIME OF CANCELLATION:

90% PR 1 -

ADDITIONAL PREMIUM:                                    RETURN PREMIUM: _

Breakdown for policies under installment premium payment plan:

DOWNPAYMENT _____        ESCROW DEPOSIT _____
The remaining _____ installments due will change by _____ from_____
to_____ beginning with the Installment due _____

Policy Number __L037755____ Endorsement Effective Time 12:01 AM _____ Endorsement Effective Date __05/01/2006

Insured __COASTAL TRANSPORT CO., INC_____        Expiration Date __Until Cancelled

Issue Date __11/21/2006 Authorized Signature _____
DELTA GENERAL AGENCY CORP.
**ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED**
## Canal Indemnity Company
Form 2-1-Ecan                Greenville, South Carolina                (Rev. 12-2001)

4226062277

PSXMAJ00007401
PSXCAN00010782

## MONTHLY REPORT OF MILEAGE

### AUTOMOBILE LIABILITY

Insured ___Coastal Transport Co., Inc.___ Policy Number ___L037755___

Report for the Period: ___3/16/05___ To: ___3/31/05___

| COVERAGE | NUMBER OF MILES | RATE | PREMIUM |
|---|---|---|---|
| AUTO LIABILITY | _1,507 702_ | | |
| TAX | | | |

TOTAL PREMIUM & TAX:  $_

**MINIMUM PREMIUM**     I)
**TAX**
**TOTAL**

I(WE) HEREBY CERTIFIY THAT THE ABOVE ARE TRUE STATEMENTS IN
ACCORDANCE WITH THE PROVISIONS OF THE POLICY. THESE FIGURES ARE
GIVEN WITH THE UNDERSTANDING THAT MY (OUR) BOOKS AND RECORDS ARE
SUBJECT TO INSPECTION BY A REPRESENTATIVE OF THE INSURANCE COMPANY
AT ANY TIME AS PROVIDED BY POLICY CONDITIONS.

BY _____  TITLE _____ DATE _4/12/05_
(SIGNATURE OF THE INSURED OR AUTHORIZED REPRESENTATIVE)

AGENT OR BROKER ___J. HOWSE, INC.___ AT ___HOUSTON, TX___

***IT IS IMPORTANT THAT YOU MAIL REPORTS ON OR BEFORE THE DUE DATE
STIPULATED IN THE POLICY WITH A CHECK FOR THE PREMIUM. SEND REPORTS
AND CHECK FOR PREMIUM TO AGENT.

PSXMAJ00007402
PSXCAN00010783

Received 05/20/2005 10:31AM in 01:04 on line (7) for PENNYC UID:ADM42BDBCCE08F2 * Pg 2/2
05/20/2005 FRI 09:18 FAX 713 783 8795 TTG/JHI                                                      002/002

## MONTHLY REPORT OF MILEAGE
### AUTOMOMILE LIABILITY

| Insured: | Coastal Transport Co., Inc. | Policy Number: L037755 | |
|---|---|---|---|
| Report for the Period: | 04/01/05 | To: 04/30/05 | |

| COVERAGE | NUMBER OF MILE | RATE | PREMIUM |
|---|---|---|---|
| AUTO LIABILITY TAX: | 2,783,557 | | |

TOTAL PREMIUM & TAX:                                                                 $

MINIMUM PREMIUM
TAX
TOTAL                        ___

I (WE) HEREBY CERTIFY THAT THE ABOVE ARE TRUE STATEMENTS IN ACCORDANCE WITH THE
PROVISIONS OF THE POLICY. THESE FIGURES ARE GIVEN WITH THE UNDERSTANDING THAT MY
(OUR) BOOKS AND RECORDS ARE SUBJECT TO INSPECTION BY A REPRESENTATIVE OF THE
INSURANCE COMPANY AT ANY TIMES AS PROVIDED BY POLICY CONDITIONS.

BY _____ TITLE Accts Supervisor DATE 5/18/05
(SIGNATURE OF THE INSURED OR AUTHORIZED REPRESENTATIVE)

AGENT OR BROKER:    J. HOWSE, INC.          AT  HOUSTON, TX

*** IT IS IMPORTANT THEY YOU MAIL REPORTS ON OR BEFORE THE DUE DATE STIPULATED IN THE POLICY WITH A
CHECK FOR THE PREMIUM. SEND REPORTS AND CHECK FOR PREMIUM TO AGENT.

PSXMAJ00007403
PSXCAN00010784

MONTHLY REPORT OF MILEAGE
AUTOMOMILE LIABILITY

| Insured | Coastal Transport Co., Inc | Policy Number | L037755 |
|---|---|---|---|
| Report for the Period. | 5/1/2005 | To: 5/31/2005 | |

| COVERAGE | NUMBER OF MILE | RATE | PREMIUM |
|---|---|---|---|
| AUTO LIABILITY | 2,831,075 | | |
| TAX. | | | |

TOTAL PREMIUM & TAX:

MINIMUM PREMIUM
TAX
TOTAL

I (WE) HEREBY CERTIFIY THAT THE ABOVE ARE TRUE STATEMENTS IN ACCORDANCE WITH THE
PROVISIONS OF THE POLICY  THESE FIGURES ARE GIVEN WITH THE UNDERSTANDING THAT MY
(OUR) BOOKS AND RECORDS ARE SUBJECT TO INSPECTION BY A REPRESENTATIVE OF THE
INSURANCE COMPANY AT ANY TIMES AS PROVIDED BY POLICY CONDITIONS

BY _____ TITLE: _____ DATE 6/31/05
(SIGNATURE OF THE INSURED OR AUTHORIZED REPRESENTATIVE)

AGENT OR BROKER:      J. HOWSE, INC.    AT     HOUSTON, TX

*** IT IS IMPORTANT THEY YOU MAIL REPORTS ON OR BEFORE THE DUE DATE STIPULATED IN THE POLICY WITH A
CHECK FOR THE PREMIUM. SEND REPORTS AND CHECK FOR PREMIUM TO AGENT.

PSXMAJ00007404
PSXCAN00010785

Received 07/21/2005 02:21PM in 00:54 on line [6] for PENNYC  UID:ADM42DFAF9D634F * Pg 2/2
07·21/2005 THU 13:06   FAX 713 785 8785 TTG/JHI →→→ DELTA                                    ☑ 002·002

## MONTHLY REPORT OF MILEAGE
## AUTOMOMILE LIABILITY

| | | | |
|---|---|---|---|
| Insured: | Coastal Transport Co., Inc. | Policy Number. | L037755 |
| Report for the Period: | 6/1/2005 | To: | 6/30/2005 |

| COVERAGE | NUMBER OF MILE | RATE | PREMIUM |
|---|---|---|---|
| AUTO LIABILITY | 2,842,893 | | |
| TAX: | | | |
| TOTAL PREMIUM & TAX: | | | |

**MINIMUM PREMIUM**
**TAX**
**TOTAL**

I (WE) HEREBY CERTIFIY THAT THE ABOVE ARE TRUE STATEMENTS IN ACCORDANCE WITH THE
PROVISIONS OF THE POLICY.  THESE FIGURES ARE GIVEN WITH THE UNDERSTANDING THAT MY
(OUR) BOOKS AND RECORDS ARE SUBJECT TO INSPECTION BY A REPRESENTATIVE OF THE
INSURANCE COMPANY AT ANY TIMES AS PROVIDED BY POLICY CONDITIONS

BY: _____ TITLE: Acct. Supervison DATE: 7/13/05
(SIGNATURE OF THE INSURED OR AUTHORIZED REPRESENTATIVE)

AGENT OR BROKER:   J. HOWSE, INC.   AT   HOUSTON, TX

** IT IS IMPORTANT THEY YOU MAIL REPORTS ON OR BEFORE THE DUE DATE STIPULATED IN THE POLICY WITH A
CHECK FOR THE PREMIUM.  SEND REPORTS AND CHECK FOR PREMIUM TO AGENT.



RECEIVED JUL 2 0 2005

PSXMAJ00007405
PSXCAN00010786

Received 08/22/2005 08:28AM in 00:58 on line [2] for PENNYC UID:ADM43098D0704FC * Pg 2/2
08/22/2005 MON 07:13 FAX 713 785 8785 TTG/JHI →→→ DELTA                    @002/002

## MONTHLY REPORT OF MILEAGE
## AUTOMOMILE LIABILITY

| Insured: | Coastal Transport Co., Inc. | | Policy Number: | L037755 |
|---|---|---|---|---|
| Report for the Period: | 7/1/2005 | To: | 7/31/2005 | |

| COVERAGE | NUMBER OF MILE | RATE | PREMIUM |
|---|---|---|---|
| AUTO LIABILITY | 2,727,676 | | |
| TAX: | | | |

TOTAL PREMIUM & TAX:

**MINIMUM PREMIUM**
TAX
TOTAL

I (WE) HEREBY CERTIFIY THAT THE ABOVE ARE TRUE STATEMENTS IN ACCORDANCE WITH THE PROVISIONS OF THE POLICY. THESE FIGURES ARE GIVEN WITH THE UNDERSTANDING THAT MY (OUR) BOOKS AND RECORDS ARE SUBJECT TO INSPECTION BY A REPRESENTATIVE OF THE INSURANCE COMPANY AT ANY TIMES AS PROVIDED BY POLICY CONDITIONS.

BY: _____ TITLE: _____ DATE: 8/16/05
(SIGNATURE OF THE INSURED OR AUTHORIZED REPRESENTATIVE)

AGENT OR BROKER:        J. HOWSE, INC.    AT    HOUSTON, TX

** IT IS IMPORTANT THEY YOU MAIL REPORTS ON OR BEFORE THE DUE DATE STIPULATED IN THE POLICY WITH A CHECK FOR THE PREMIUM. SEND REPORTS AND CHECK FOR PREMIUM TO AGENT.

PSXMAJ00007406
PSXCAN00010787

Received 09/20/2005 01:04PM in 00:56 on line [6] for PENNYC  UID:ADM4330091B189A * Pg 2/2
09-20-2005 TUE 11:49  FAX 713 785 8785 TTG/JHI  →→→ DELTA                                   ☑002/002

RECEIVED SEP 2 0 2005

## MONTHLY REPORT OF MILEAGE
## AUTOMOMILE LIABILITY

Insured:          Coastal Transport Co., Inc.          Policy Number:  L037755

Report for the Period:          8/1/2005          To:     8/31/2005

| COVERAGE | NUMBER OF MILE | RATE | PREMIUM |
|---|---|---|---|
| AUTO LIABILITY | 2,731,835 | | |
| TAX. | | | |

TOTAL PREMIUM & TAX:

MINIMUM PREMIUM
TAX
TOTAL

I (WE) HEREBY CERTIFIY THAT THE ABOVE ARE TRUE STATEMENTS IN ACCORDANCE WITH THE
PROVISIONS OF THE POLICY.  THESE FIGURES ARE GIVEN WITH THE UNDERSTANDING THAT MY
(OUR) BOOKS AND RECORDS ARE SUBJECT TO INSPECTION BY A REPRESENTATIVE OF THE
INSURANCE COMPANY AT ANY TIMES AS PROVIDED BY POLICY CONDITIONS.

BY: _____          TITLE: Accounting Supervisor          DATE:     9/14/2005
          (SIGNATURE OF THE INSURED OR AUTHORIZED REPRESENTATIVE)

AGENT OR BROKER:          J. HOWSE, INC.     AT     HOUSTON, TX.

** IT IS IMPORTANT THEY YOU MAIL REPORTS ON OR BEFORE THE DUE DATE STIPULATED IN THE POLICY WITH A
CHECK FOR THE PREMIUM.  SEND REPORTS AND CHECK FOR PREMIUM TO AGENT.



ENTERED
ᏚH  9/20/05

PAGE 2/2 * RCVD AT 9/20/2005 1:04:28 PM [Central Daylight Time] * SVR:NEPTUNE/6 * DNIS:2800 * CSID:713 785 8785 * DURATION (mm-ss):00-56

PSXMAJ00007407
PSXCAN00010788

Received 10/14/2005 11:36AM in 00:44 on line [2] for PENNYC  UID:ADM434F96845988 * Pg 2/2
10/14/2005 FRI 10:20  FAX 713 785 8785 TTG/JHI →→→ DELTA                    ☑002/002

10/14/2005 11:31 FAX                      COASTAL TRANSPORT        → J HOUSE            ☑001

## MONTHLY REPORT OF MILEAGE
### AUTOMOMILE LIABILITY

Insured:              Coastal Transport Co., Inc.              Policy Number:  L037755

Report for the Period: _____9/1/2005_____   To: _____9/30/2005_____

COVERAGE          NUMBER OF MILE              RATE              PREMIUM

AUTO LIABILITY       _____2,482,380_____
TAX:

TOTAL PREMIUM & TAX:


MINIMUM PREMIUM
TAX
TOTAL

I (WE) HEREBY CERTIFIY THAT THE ABOVE ARE TRUE STATEMENTS IN ACCORDANCE WITH THE
PROVISIONS OF THE POLICY.  THESE FIGURES ARE GIVEN WITH THE UNDERSTANDING THAT MY
(OUR) BOOKS AND RECORDS ARE SUBJECT TO INSPECTION BY A REPRESENTATIVE OF THE
INSURANCE COMPANY AT ANY TIMES AS PROVIDED BY POLICY CONDITIONS.


BY: _____   TITLE: Accounting Supervisor_____   DATE: ___10/11/2005
      (SIGNATURE OF THE INSURED OR AUTHORIZED REPRESENTATIVE)


AGENT OR BROKER:       J. HOWSE, INC.    AT    HOUSTON, TX

*** IT IS IMPORTANT THEY YOU MAIL REPORTS ON OR BEFORE THE DUE DATE STIPULATED IN THE POLICY WITH A
CHECK FOR THE PREMIUM.  SEND REPORTS AND CHECK FOR PREMIUM TO AGENT.

PSXMAJ00007408
PSXCAN00010789

## MONTHLY REPORT OF MILEAGE
## AUTOMOMILE LIABILITY

| | | | |
|---|---|---|---|
| Insured: | Coastal Transport Co., Inc. | Policy Number: | L037755 |
| Report for the Period: | 10/1/2005 | To: | 10/31/2005 |

| COVERAGE | NUMBER OF MILE | RATE | PREMIUM |
|---|---|---|---|
| AUTO LIABILITY | 2,589,901 | | |
| TAX: | | | |

TOTAL PREMIUM & TAX:

**MINIMUM PREMIUM**
**TAX**
**TOTAL**

I (WE) HEREBY CERTIFIY THAT THE ABOVE ARE TRUE STATEMENTS IN ACCORDANCE WITH THE PROVISIONS OF THE POLICY. THESE FIGURES ARE GIVEN WITH THE UNDERSTANDING THAT MY (OUR) BOOKS AND RECORDS ARE SUBJECT TO INSPECTION BY A REPRESENTATIVE OF THE INSURANCE COMPANY AT ANY TIMES AS PROVIDED BY POLICY CONDITIONS.

BY: _____ TITLE: Accounting Supervisor _____ DATE: ___11/15/2005___
(SIGNATURE OF THE INSURED OR AUTHORIZED REPRESENTATIVE)

AGENT OR BROKER:      J. HOWSE, INC.    AT    HOUSTON, TX

*** IT IS IMPORTANT THEY YOU MAIL REPORTS ON OR BEFORE THE DUE DATE STIPULATED IN THE POLICY WITH A CHECK FOR THE PREMIUM. SEND REPORTS AND CHECK FOR PREMIUM TO AGENT.

PSXMAJ00007409
PSXCAN00010790

12/20/2005 TUE 08:21 FAX 713 785 8785 TTG/JHI →→→ DELTA @002/002

## MONTHLY REPORT OF MILEAGE
## AUTOMOMILE LIABILITY

| | | | |
|---|---|---|---|
| Insured: | Coastal Transport Co., Inc. | Policy Number: | L037755 |
| Report for the Period: | 11/1/2005 | To: 11/30/2005 | |

| COVERAGE | NUMBER OF MILE | RATE | PREMIUM |
|---|---|---|---|
| AUTO LIABILITY TAX: | 2,508,667 | | |

TOTAL PREMIUM & TAX:

MINIMUM PREMIUM
TAX
TOTAL

I (WE) HEREBY CERTIFIY THAT THE ABOVE ARE TRUE STATEMENTS IN ACCORDANCE WITH THE PROVISIONS OF THE POLICY. THESE FIGURES ARE GIVEN WITH THE UNDERSTANDING THAT MY (OUR) BOOKS AND RECORDS ARE SUBJECT TO INSPECTION BY A REPRESENTATIVE OF THE INSURANCE COMPANY AT ANY TIMES AS PROVIDED BY POLICY CONDITIONS.

BY: _____ TITLE: Accounting Supervisor    DATE: 12/13/2005
(SIGNATURE OF THE INSURED OR AUTHORIZED REPRESENTATIVE)

AGENT OR BROKER:    J. HOWSE, INC.    AT    HOUSTON, TX

*** IT IS IMPORTANT THEY YOU MAIL REPORTS ON OR BEFORE THE DUE DATE STIPULATED IN THE POLICY WITH A CHECK FOR THE PREMIUM. SEND REPORTS AND CHECK FOR PREMIUM TO AGENT.

RECEIVED DEC 2 0 2005

PSXMAJ00007410
PSXCAN00010791

01/20/2006 FRI 10:23 FAX 713 785 8785 TTG/JHI →→→ DELTA  @002/002

## MONTHLY REPORT OF MILEAGE
## AUTOMOMILE LIABILITY

Insured: Coastal Transport Co., Inc.  Policy Number: L037755

Report for the Period: 12/01/2005  To: 12/31/2005

| COVERAGE | NUMBER OF MILE | RATE | PREMIUM |
|---|---|---|---|
| AUTO LIABILITY | 2,582.641 | | |
| TAX: | | | |

TOTAL PREMIUM & TAX:

MINIMUM PREMIUM
TAX
TOTAL

I (WE) HEREBY CERTIFIY THAT THE ABOVE ARE TRUE STATEMENTS IN ACCORDANCE WITH THE PROVISIONS OF THE POLICY. THESE FIGURES ARE GIVEN WITH THE UNDERSTANDING THAT MY (OUR) BOOKS AND RECORDS ARE SUBJECT TO INSPECTION BY A REPRESENTATIVE OF THE INSURANCE COMPANY AT ANY TIMES AS PROVIDED BY POLICY CONDITIONS.

BY: _____  TITLE: Accounting Supervisor  DATE: 01/20/2005
(SIGNATURE OF THE INSURED OR AUTHORIZED REPRESENTATIVE)

AGENT OR BROKER:  J. HOWSE, INC.  AT  HOUSTON, TX

** IT IS IMPORTANT THEY YOU MAIL REPORTS ON OR BEFORE THE DUE DATE STIPULATED IN THE POLICY WITH A CHECK FOR THE PREMIUM. SEND REPORTS AND CHECK FOR PREMIUM TO AGENT.

PSXMAJ00007411
PSXCAN00010792

02/15/2006 WED 08:44 FAX 713 755 8785 TTG/JHI →→→ DELTA                ⧄002/002

## MONTHLY REPORT OF MILEAGE
## AUTOMOMILE LIABILITY

Insured:           Coastal Transport Co., Inc.        Policy Number:   L037755

Report for the Period:         1/1/2006          To:        1/31/2006


COVERAGE           NUMBER OF MILE            RATE              PREMIUM

AUTO LIABILITY          2,620,445
TAX:

TOTAL PREMIUM & TAX:



MINIMUM PREMIUM
TAX
TOTAL

I (WE) HEREBY CERTIFIY THAT THE ABOVE ARE TRUE STATEMENTS IN ACCORDANCE WITH THE
PROVISIONS OF THE POLICY. THESE FIGURES ARE GIVEN WITH THE UNDERSTANDING THAT MY
(OUR) BOOKS AND RECORDS ARE SUBJECT TO INSPECTION BY A REPRESENTATIVE OF THE
INSURANCE COMPANY AT ANY TIMES AS PROVIDED BY POLICY CONDITIONS.


BY                                   TITLE: Accounting Supervisor        DATE:     2/13/2006
      (SIGNATURE OF THE INSURED OR AUTHORIZED REPRESENTATIVE)


AGENT OR BROKER:        J. HOWSE, INC.    AT     HOUSTON, TX

*** IT IS IMPORTANT THEY YOU MAIL REPORTS ON OR BEFORE THE DUE DATE STIPULATED IN THE POLICY WITH A
CHECK FOR THE PREMIUM. SEND REPORTS AND CHECK FOR PREMIUM TO AGENT.


RECEIVED FEB 1 5 2006
PAGE 2/2 * RCVD AT 2/15/2006 9:03:16 AM [Central Standard Time] * SVR:NEPTUNE/5 * DNIS:2800 * CSID:713 785 8785 * DURATION (mm-ss):00-42

PSXMAJ00007412
PSXCAN00010793

## MONTHLY REPORT OF MILEAGE
## AUTOMOMILE LIABILITY

| Insured: | Coastal Transport Co., Inc. | Policy Number: | L037755 |
|---|---|---|---|
| Report for the Period: | 2/1/2006 | To: 2/28/2006 | |

| COVERAGE | NUMBER OF MILE | RATE | PREMIUM |
|---|---|---|---|
| AUTO LIABILITY TAX: | 2,459,393 | | |

TOTAL PREMIUM & TAX:

MINIMUM PREMIUM
TAX
TOTAL

I (WE) HEREBY CERTIFIY THAT THE ABOVE ARE TRUE STATEMENTS IN ACCORDANCE WITH THE PROVISIONS OF THE POLICY. THESE FIGURES ARE GIVEN WITH THE UNDERSTANDING THAT MY (OUR) BOOKS AND RECORDS ARE SUBJECT TO INSPECTION BY A REPRESENTATIVE OF THE INSURANCE COMPANY AT ANY TIMES AS PROVIDED BY POLICY CONDITIONS.

BY _____ TITLE: Accounting Supervisor _____ DATE: ___ 3/15/2006
(SIGNATURE OF THE INSURED OR AUTHORIZED REPRESENTATIVE)

AGENT OR BROKER:    J. HOWSE, INC.    AT    HOUSTON, TX

*** IT IS IMPORTANT THEY YOU MAIL REPORTS ON OR BEFORE THE DUE DATE STIPULATED IN THE POLICY WITH A CHECK FOR THE PREMIUM. SEND REPORTS AND CHECK FOR PREMIUM TO AGENT.

**ENTERED**
DH 3/20/06

RECEIVED MAR 2 0 2006

PSXMAJ00007413
PSXCAN00010794

## MONTHLY REPORT OF MILEAGE
## AUTOMOMILE LIABILITY

| Insured: | Coastal Transport Co., Inc. | Policy Number: | L037755 |
|---|---|---|---|
| Report for the Period: | 3/1/2006 | To: | 3/31/2006 |

| COVERAGE | NUMBER OF MILE | RATE | PREMIUM |
|---|---|---|---|
| AUTO LIABILITY | 2,783,787 | | |
| TAX: | | | |

TOTAL PREMIUM & TAX:

**MINIMUM PREMIUM**
**TAX**
**TOTAL**

I (WE) HEREBY CERTIFIY THAT THE ABOVE ARE TRUE STATEMENTS IN ACCORDANCE WITH THE
PROVISIONS OF THE POLICY. THESE FIGURES ARE GIVEN WITH THE UNDERSTANDING THAT MY
(OUR) BOOKS AND RECORDS ARE SUBJECT TO INSPECTION BY A REPRESENTATIVE OF THE
INSURANCE COMPANY AT ANY TIMES AS PROVIDED BY POLICY CONDITIONS.

BY: _____  TITLE: Accounting Supervisor _____ DATE: ___ 3/15/2006
(SIGNATURE OF THE INSURED OR AUTHORIZED REPRESENTATIVE)

AGENT OR BROKER:     J. HOWSE, INC.    AT    HOUSTON, TX

*** IT IS IMPORTANT THEY YOU MAIL REPORTS ON OR BEFORE THE DUE DATE STIPULATED IN THE POLICY WITH A
CHECK FOR THE PREMIUM.  SEND REPORTS AND CHECK FOR PREMIUM TO AGENT.

PSXMAJ00007414
PSXCAN00010795

05/18/2006 THU 06:17 FAX 713 785 8785 TTG/JHI »»» DELTA        002/002
05/17/2006 17:10 FAX        COASTAL TRANSPORT     → J HOUSE       001

## MONTHLY REPORT OF MILEAGE
### AUTOMOMILE LIABILITY

| Insured: | Coastal Transport Co., Inc. | Policy Number: L037755 |

| Report for the Period: | 4/1/2006 | To: | 4/30/2006 |

| COVERAGE | NUMBER OF MILE | RATE | PREMIUM |
|---|---|---|---|
| AUTO LIABILITY | 2,705,824 | | |
| TAX: | | | |

TOTAL PREMIUM & TAX:

MINIMUM PREMIUM
TAX
TOTAL

I (WE) HEREBY CERTIFIY THAT THE ABOVE ARE TRUE STATEMENTS IN ACCORDANCE WITH THE
PROVISIONS OF THE POLICY. THESE FIGURES ARE GIVEN WITH THE UNDERSTANDING THAT MY
(OUR) BOOKS AND RECORDS ARE SUBJECT TO INSPECTION BY A REPRESENTATIVE OF THE
INSURANCE COMPANY AT ANY TIMES AS PROVIDED BY POLICY CONDITIONS.

BY: _____     TITLE: Accounting Supervisor     DATE: 4/11/2006
(SIGNATURE OF THE INSURED OR AUTHORIZED REPRESENTATIVE)

AGENT OR BROKER:     J. HOWSE, INC.    AT    HOUSTON, TX

*** IT IS IMPORTANT THEY YOU MAIL REPORTS ON OR BEFORE THE DUE DATE STIPULATED IN THE POLICY WITH A
CHECK FOR THE PREMIUM. SEND REPORTS AND CHECK FOR PREMIUM TO AGENT.

PSXMAJ00007415
PSXCAN00010796