EXHIBIT O

Part 2 of 4

```
CERTIFICATE HOLDER LIST                                    Date 03/30/05
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   Page 3
```

Customer: 3-COAST     Range: All     Dates: All
Coastal Transport Co., Inc.

| Code | Name | Street | City | ST | Zip Code | Iss Date | Queued | Days |
|------|------|--------|------|----|----------|----------|--------|------|
| AMC GRE | Amoco<br>Attn: Mark Pauling | P.O. Box 757 | Green Springs, | OH | 44836 | 03/30/05 | No | 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| AMC-SAL | Amoco | 474 W. 900 N. | Salt Lake City, | UT | 84103 | 03/30/05 | No | 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| AMCCFOR | Amoco Oil Company<br>Attn: Richard Schulp | Harlem Avenue | Forest View, | IL | 60402 | 03/30/05 | No | 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| ANDCM1A | Andes Chemical<br>Attn: Elba | 10850 NW 30th Street | Miami | FL | 33172 | 03/30/05 | No | 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| ANCCSTE | Angus Chemical Company<br>Attn: Manager-Operations | P.O. Box 1325 | Sterlington, | LA | 71280 | 03/30/05 | No | 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| ANRUHO2 | A.N. Busche Dist. Co.<br>Attn: Sandy Rosenbaum | 555 E. Airtex | Houston, | TX | 77073 | 03/30/05 | No | 30 |

Description of Operations
Certificate holder is inlcuded as an Additional Insured with regards to
Automobile & General Liability Policies. No Waiver status was requested
with this certificate.

| ARC ART | Arco<br>Empire ABC Plant | P.O. Box 70 | Artesia, | NM | 88211-0070 | 03/30/05 | No | 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| ARC-PHO | Arco | 5333 West Van Buren | Phoenix, | AZ | 85043 | 03/30/05 | No | 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| ARC-SAN | Arco | 2160 Kruse Drive | San Jose, | CA | 95131 | 03/30/05 | No | 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| ARCPLAP | Arco Products Company<br>Central Dispatch<br>Attn: Donna Sanchez | 0 Centerpoint Dr., Suite 750 | LaPalma, | CA | 90623-1066 | 03/30/05 | No | 30 |

Description of Operations
No Additional Insured or Waiver status was requested requested with this
certificate.

| ARCPSAN | Arco Petroleum | P.O. Box 13661 | San Diego, | CA | 92113 | 03/30/05 | No | 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

PSXMAJ00007097<br>PSXCAN00010478

```
C E R T I F I C A T E   H O L D E R   L I S T                    Date 03/30/05
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .         Page 4

Customer: 3-COAST      Range: All      Dates: All
Coastal Transport Co., Inc.
```

| Code | Name | Street | City | ST | Zip Code | Iss Date | Queued | Days |
|------|------|--------|------|----|----------|----------|--------|------|
| ARCPSOU | Arco Petroleum | 8601 S. Garfield Bldg. A | Southgate, | CA | 90280 | 03/30/05 | No | 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| | | | | | | | | |
|------|------|--------|------|----|----------|----------|--------|------|
| ARCPWES | ARCO Products | 1601 S. River Road | W. Sacramento | CA | 95691 | 03/30/05 | No | 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| | | | | | | | | |
|------|------|--------|------|----|----------|----------|--------|------|
| ARCTLON | Arco Terminal Services Corp.  Attn: Michelle Newton | 5905 Paramont Blvd. | Long Beach, | CA | 90805 | 03/30/05 | No | 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| | | | | | | | | |
|------|------|--------|------|----|----------|----------|--------|------|
| AREPLAR | Arechica Petroleum, Inc. | 3500 Sana Ursula | Laredo, | TX | 78041 | 03/30/05 | No | 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| | | | | | | | | |
|------|------|--------|------|----|----------|----------|--------|------|
| ARGOLAR | Arguindegui Oil  Attn: Alfonso Arguindegui | P.O. Box 1367 | Laredo, | TX | 78042-1367 | 03/30/05 | No | 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| | | | | | | | | |
|------|------|--------|------|----|----------|----------|--------|------|
| ARIDPHC | Arizona Department of Transportation  Mail Drop 527N | 1801 Jefferson | Phoenix | AZ | 85007 | 03/30/05 | No | 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| | | | | | | | | |
|------|------|--------|------|----|----------|----------|--------|------|
| ARIPPHC | Arizona Public Service Company  Attn: Mr. Steve McAdams  P.O. Box 53999 | Courier Box 18E | Phoenix, | AZ | 85072-3999 | 03/30/05 | No | 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| | | | | | | | | |
|------|------|--------|------|----|----------|----------|--------|------|
| ARISPHC | Arizona Storage Rental  Attn: Bill | 6900 Buckeye Road | Phoenix, | AZ | 85043 | 03/30/05 | No | 30 |

Description of Operations
Certificate holder is included as an Additional Insured as indicated.  No
Waiver status was requested with this certificate.

| | | | | | | | | |
|------|------|--------|------|----|----------|----------|--------|------|
| ARNCAUS | Arnold Oil Company of Austin &  Arnold Automotive and Oil  Attn: Angela Macias | P.O. Box 6337 | Austin, | TX | 78762 | 03/30/05 | No | 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| | | | | | | | | |
|------|------|--------|------|----|----------|----------|--------|------|
| ARNCCOR | Arnold Oil of Corpus Christi | P.O. Box 339 | Corpus Christi | TX | 78401 | 03/30/05 | No | 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| | | | | | | | | |
|------|------|--------|------|----|----------|----------|--------|------|
| ASAINEW | Asarco, Inc. | 156 W. 56th Street #1902 | New York, | NY | 10019-3877 | 03/30/05 | No | 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

PSXMAJ00007098
PSXCAN00010479

```
C E R T I F I C A T E   H O L D E R   L I S T          Date 03/30/05
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   Page 5
```

Customer: 3-COAST     Range: All     Dates: All
Coastal Transport Co., Inc.

| Code | Name | Street | City | ST | Zip Code | Iss Date | Queued | Days |
|------|------|--------|------|----|----------|----------|--------|------|
| ASHCTUC | The Ashton Company, Inc.<br>Attn: Judy Biggs | 2727 South Country Club Rd. | Tucson, | AZ | 85718 | 03/30/05 | No | 30 |

Description of Operations
Certificate holder is included as an Additional Insured with respects to
Automobile and General Liability. No waiver status was requested with this
certificate.

| ASSLDAL | Associates Leasing | P.O. Box 672028 | Dallas | TX | 75267 | 03/30/05 | No | 30 |

Description of Operations
Certificate holder is included as an Additional Insured with respects to the
General and Automobile Liability Policies. No Waiver status was requested
with this certificate.

| AVFCANN | Avfuel Corp.<br>Attn: Sarah Sosnowski | P.O. Box 1387 | Ann Arbor | MI | 48106-1387 | 03/30/05 | No | 30 |

Description of Operations
Certificate Holder is included as an Additional Insured under the
Automobile Liability Policy and under the Commercial General Liability
Policy as required by written contract. Waiver Status Applies. Pollution
Liability is included in the Automobile Policy.

| AVJPSAL | Avjet Petroleum, Inc.<br>Attn: Reid Biggs | 1404 Industrial Dr. #3 | Saline, | MI | 48176-9434 | 03/30/05 | No | 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| AVSCANN | Avsurance Corporation | P.O. Box 1387 | Ann Arbor, | MI | 48106-1387 | 03/30/05 | No | 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| AZPETUC | AZ Petroleum | 1015 S. Cherry Ave. | Tucson, | AZ | 85726 | 03/30/05 | No | 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| BANCFRE | Bank One Texas, NA<br>Attn: Becky Wallace | 150 E. Main | Fredricksburg, | TX | 78624 | 03/30/05 | No | 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| BARHCAR | Barrie Hood, Inc.<br>Becky | P.O. Box 848 | Carlsbad | MA | 88220 | 03/30/05 | No | 30 |

Description of Operations
No Additional Insured or waiver status was requested with this certificate.

| BARHFOR | Barney Holland Oil Company<br>Attn: Barney D. Holland Jr. | P.O. Box 1260 | Fort Worth | TX | 76101-1260 | 03/30/05 | No | 30 |

Description of Operations
Certificate holder is included as an Additional Insured as indicated.
Waiver of subrogation also applies.

| BASPHOU | Basis Petroleum, Inc.<br>Attn: Sharon Denton | P.O. Box 5038 | Houston, | TX | 77262 | 03/30/05 | No | 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

PSXMAJ00007099
PSXCAN00010480

```
C E R T I F I C A T E   H O L D E R   L I S T                    Date 03/30/05
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .       Page 6

Customer:3-COAST      Range:All      Dates:All
Coastal Transport Co., Inc.
```

| Code | Name | Street | City | ST | Zip Code | Iss Date | Qscued | Days |
|------|------|--------|------|----|----------|----------|--------|------|
| BEACHAN | Beacon Oil Company<br>Attn: Jancie Holman | 525 W. Third Street | Hanford, | CA | 92330 | 03/30/05 | No | 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| BENCPRE | Bennet Oil Company<br>Attn: Ken Bennett | 910 E. Sheldon St. | Prescott, | AZ | 86301 | 03/30/05 | No | 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| BENRBEN | Benchmark Resources, Inc.<br>Attn: Rich Ezell | 608 S.W. 8th Street | Bentonville, | AR | 72712 | 03/30/05 | No | 30 |

Description of Operations
Certificate holder is included as an Additional Insured as respects
Automobile and General Liability.  Waiver status applies.

| BERACHI | Berlin/Alco Packaging | 111 North Canal St. | Chicago, | IL | 60606 | 03/30/05 | No | 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| BFGCPOR | B.F.Goodrich Chemical Co.<br>Attn: Jack E. Mills | P.O. Box 697 | Port Neches, | TX | 77651 | 03/30/05 | No | 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| BFIWCOR | BFI Waste Systems of North<br>America, Inc.<br>Attn: Ron Lambert | P.O. Box 9236 | Corpus Christi | TX | 78469 | 03/30/05 | No | 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| BILBSWE | Bill Burns Oil Co.<br>Diane | P.O. Box 390 | Sweetwater | TX | 79556 | 03/30/05 | No | 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| BLUBBRE | Blue Bonnet Petroleum<br>Attn: Bobby Smith | P.O. Box 840 | Brenham, | TX | 77834 | 03/30/05 | No | 30 |

Description of Operations
Certificate holder is included as an Additional Insured as respects
General and Automobile Liability Policies.  No Waiver status was requested
with this certificate.

| BOWCMES | Bowlin Outdoor Advertising &<br>Travel Centers, Inc.<br>Attn: Kit Johnson | P.O. Box 1409 | Mesilla Park, | NM | 88047 | 03/30/05 | No | 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| BOWTLAS | Bowlin Travel Centers, Inc.<br>Attn: Kit Johnson | 3415 S. Harrelson St. | Las Cruces, | NM | 88001 | 03/30/05 | No | 30 |

Description of Operations
Certificate holder is included as an Additional Insured and a Waiver of
Subrogation applies.

PSXMAJ00007100
PSXCAN00010481

```
C E R T I F I C A T E   H O L D E R   L I S T                    Date 03/30/05
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .      Page 7

Customer:3-COAST      Range:All     Dates:All
Coastal Transport Co., Inc.
```

| Code | Name | Street | City | ST | Zip Code | Iss Date | Queued | Days |
|------|------|--------|------|----|---------|----------|--------|------|
| BPAMWAR | BP Amoco<br>Attn: Joseph Smolar<br>28100 Torch Parkway | Mail Code 4N, Room 429C | Warrenville, | IL | 60555-4015 | 03/30/05 | No | 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| BPMAHOU | BP Marine<br>Attn: Louise McQuillen | P.O. Box 4518 | Houston, | TX | 77210-4518 | 03/30/05 | No | 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| BPNAHOU | B P N American Petroleum Co. | 550 W Lake Park Blvd. | Houston | TX | 77079 | | 03/30/05 | No | 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| BPPRWAR | BP Products North America, Inc | 28100 Torch Parkway, 7th Floor | Warrenville, | IL | 60555 | | 03/30/05 | No | 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| BRESLON | Brenntag Southwest Inc. | 610 Fisher Rd. | Longview | TX | 75604 | | 03/30/05 | No | 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| BROBLUF | Brookshire Bros. | 1201 Ellen Trout Dr. | Lufkin | TX | 75901 | | 03/30/05 | No | 30 |

Description of Operations
Certificate holder is included as an Additional Insured with respect to
General & Automobile Liability Policies.  No Waiver status was requested
with this certificate.

| BRCEMES | Brown Evans<br>Attn: Teri Mosher | P O Box 5840 | Mesa, | AZ | 85211 | | 03/30/05 | No | 30 |

Description of Operations
Certificate holder is included as an Additional Insured as respects
Automobile and General Liability.  No Waiver status was requested with this
certificate.

| BUCPELC | Buck Petroleum | P.O. Box 2908 | El Cajon, | CA | 92021 | | 03/30/05 | No | 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| BUCTEMM | Buckeye Terminals, LLC | P.O. Box 368 | Emmaus, | PA | 18049 | | 03/30/05 | No | 30 |

Description of Operations
Certificate holder is included as an Additional Insured as indicated.
Waiver of subrogation applies.

| C&WLABI | C & W Leasing Corp.<br>Attn: Ray | P.O. Box 929 | Abilene, | TX | 79604 | | 03/30/05 | No | 30 |

Description of Operations
Certificate holder is included as an Additional Insured with respect to
General and Automobile Liability policies.  No Waiver status was requested
with this certificate.

| CALCPHC | Cal Jet, LLC<br>Attn: Janet | 125 N. 53rd Ave. | Phoenix, | AZ | 85043 | | 03/30/05 | No | 30 |

Description of Operations
Cerificate holder is included as an Additional Insured with respects to
General and Automobile Liability policies.  Waiver of subrogation is
provided.

PSXMAJ00007101
PSXCAN00010482

C E R T I F I C A T E   H O L D E R   L I S T

Date 03/30/05
Page 8

Customer: 3-COAST    Range: All    Dates: All
Coastal Transport Co., Inc.

| Code | Name | Street | City | ST | Zip Code | Iss Date | Queued | Days |
|------|------|--------|------|----|----------|----------|--------|------|
| CALMSAN | California Marine Cleaning<br>Attn: Matt Carr | P.O. Box 13653 | San Diego, | CA | 92170-0606 | 03/30/05 | No | 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| CALMLAS | Kinder Morgan Pipeline | 5049 N. Sloan Lane | Las Vegas, | NV | 89115 | 03/30/05 | No | 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| CANRCHU | Canal Refining Company | P.O. Box 8 | Church Point, | LA | 70525 | 03/30/05 | No | 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| CANSPHO | Canyon State Oil<br>Attn: Doug Bergman | P.O. Box 18988 | Phoenix, | AZ | 85007 | 03/30/05 | No | 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| CELCBIS | Celanese Chemical Co.<br>Div. of Celanese Corp. | P.O. Box 428 | Bishop, | TX | 78343 | 03/30/05 | No | 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| CELCPAM | Celanese Chemical Co.<br>Attn: W. L. Fain | P.O. Box 937 | Pampa, | TX | 79063 | 03/30/05 | No | 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| CELCSOU | Celanese Chemical Co. | P.O. Box 509 | South Bay City, | TX | 77414 | 03/30/05 | No | 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| CFDIDAN | CFD IV, ICNC. | 44 Old Ridgebury Rd. | Danbury, | CT | 06810 | 03/30/05 | No | 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| CHACODE | Champion Chemical Co. | P.O. Box 4513 | Odessa, | TX | 79760 | 03/30/05 | No | 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| CHEATUC | Chevron Asphalt | 4100 E. Irvington | Tucson, | AZ | 85713 | 03/30/05 | No | 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| CHECLON | Chem Oil | 2365 Sepulveda Blvd. | Long Beach, | CA | 90810 | 03/30/05 | No | 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| CHEPBRO | Chemical Projects | 102 A Burgess Drive | Broussard, | LA | 70518 | 03/30/05 | No | 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

PSXMAJ00007102
PSXCAN00010483

```
C E R T I F I C A T E   H O L D E R   L I S T                    Date 03/30/05
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .        Page 9
```

Customer:3-COAST        Range:All        Dates:All
Coastal Transport Co., Inc.

| Code | Name | Street | City | ST | Zip Code | Ins Date Queued Days |
|------|------|--------|------|----|---------|---------------------|
| CHEVCON | Chevron USA, Inc. c/o AMCS Attn: Lacie Ring | P.O. Box 2020 | Conway | AR | 72033 | 03/30/05  No   30 |

Description of Operations
Certificate holder is included as an Additional Insured with respects to
General and Automobile Liability policies.  Excess Policy provides
follow form excess coverage over Automobile, General & Employers Liability
Coverages.  Waiver of subrogation for Workers' Compensation applies.

| | | | | | | |
|------|------|--------|------|----|---------|---------------------|
| CHCBALV | Chocolate Bayou Water Co. Attn: David Kennedy | P.O. Box 550 | Alvin, | TX | 77512 | 03/30/05  No   30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| | | | | | | |
|------|------|--------|------|----|---------|---------------------|
| CIRKTEM | Circle K Stores, Inc. Attn:  Theresa Denney | 1500 N. Priest Drive | Tempe, | AZ | 85281 | 03/30/05  No   30 |

Description of Operations
Circle K Stores Inc., and its parent, subsidiaries, agents, assigns,
affiliates, employees, directors and officers are included as Additional
Insureds.  No Waiver status was requested with this certificate.

| | | | | | | |
|------|------|--------|------|----|---------|---------------------|
| CITCFOR | City Center Development Co. Attn:  Kathy Mathers | 201 Main Street | Fort Worth, | TX | 76102 | 03/30/05  No   30 |

Description of Operations
Certificate holder is included as an Additional Insured as indicated.
Waiver status applies.

| | | | | | | |
|------|------|--------|------|----|---------|---------------------|
| CITCAU2 | City of Austin Attn: Purchasing Office | P.O. Box 1088 | Austin, | TX | 78767 | 03/30/05  No   30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| | | | | | | |
|------|------|--------|------|----|---------|---------------------|
| CITCAUS | City of Austin Purchasing Office Attn: Martha L. Gaines | 721 Barton Springs Rd. #200 | Austin, | TX | 78704 | 03/30/05  No   30 |

Description of Operations
Bid Solicitation No. MG02300024.  Certificate holder is included as an
Additional Insured and Waiver of Subrogation applies.

| | | | | | | |
|------|------|--------|------|----|---------|---------------------|
| CITCCOR | City of Corpus Christi | P.O. Box 9277 | Corpus Christi, | TX | 78469-9277 | 03/30/05  No   30 |

Description of Operations
Certificate holder is included as an Additional Insured as indicated.  No
Waiver status was requested with this certificate.

| | | | | | | |
|------|------|--------|------|----|---------|---------------------|
| CITCPHO | City of Phoenix Security Badging Aviation Operations Center | 3300 Sky Harbor Blvd. | Phoenix, | AZ | 85034-4420 | 03/30/05  No   30 |

Description of Operations
Certificate holder is included as an Additional Insured as respects to
General & Automobile Liability policies.  No Waiver status was requested
with this certificate.

| | | | | | | |
|------|------|--------|------|----|---------|---------------------|
| CITCSA3 | The City of San Diego Attn: Purchasing/Ins.Clerk | 1010 Second Ave. #800 | San Diego, | CA | 92101 | 03/30/05  No   30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

```
CERTIFICATE  HOLDER  LIST                          Date 03/30/05
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   Page 10

Customer:3-COAST      Range:All      Dates:All
Coastal Transport Co., Inc.
```

| Code | Name | Street | City | ST | Zip Code | Iss Date Queued Days |
|------|------|--------|------|-----|----------|----------------------|
| CITOSAN | City of San Antonio Police Cpe<br>Don Smith | 1110 99Th Street | San Antonio | TX | 78214 | 03/30/05  No  30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| CTTOTUC | City of Tucson<br>Tuson Airport Authority | | Tucson, | AZ | 85706 | 03/30/05  No  30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| CITPSAN | City Public Service Board<br>Attn: Mr. Story | P.O. Box 1771, Suite 13 OWP | San Antonio, | TX | 78296 | 03/30/05  No  30 |

Description of Operations
Certificate holder is included as Additional Insured with respects to
General & Automobile Liability policies.  No Waiver status was requested
with this certificate.

| CITPTUL | Citgo Petroleum Corp.<br>Attn: Transp. Sec. Spec. | P.O. Box 3758, Suite 13 OWP | Tulsa, | OK | 74102 | 03/30/05  No  30 |

Description of Operations
Certificate holder is included as an Additional Insured with respects to
the General & Automobile Liabliity policies.  No Waiver status was requested
with this certificate.

| CLSFALB | CLSI for CID Licensing | 3211 Coors Blvd. Ste. A-3 | Albuquerque | NM | 87121 | 03/30/05  No  30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| CCAGHOU | Coastal Gas Corp<br>Attn: Robert A. More | Nine Greenway Plaza East | Houston, | TX | 77046 | 03/30/05  No  30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| CCARHOU | Coastal Refining & Marketing<br>Attn: Minh Le, Room 401 | 9 Greenway Plaza #2611 | Houston | TX | 77046 | 03/30/05  No  30 |

Description of Operations
Certificate holder is included as an Additional Insured as respects to
General and Automobile Liability policies.  No Waiver status was requested
with this certificate.

| CCAUGRA | Coach USA, Inc. | 710 East Davis Street | Grand Prairie, | TX | 75050 | 03/30/05  No  30 |

Description of Operations
Certificate holder is included as an Additional Insured as respects
Automobile and General Liability Coverages.  Waiver of subrogation applies to
the Workers' Compensation Policy.

| CCLDDEN | Colorado Dept of Public Safety<br>Attn: Sharon | 700 Kipling Street | Denver, | CO | 80215-1569 | 03/30/05  No  30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| CCLPDEN | Colorado Petroleum<br>Attn: Val Eagal | 4060 Globeville Rd. | Denver, | CO | 80216 | 03/30/05  No  30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

PSXMAJ00007104
PSXCAN00010485

```
C E R T I F I C A T E   H O L D E R   L I S T                    Date 03/30/05
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    Page 11
```

Customer: 3-COAST        Range: All        Dates: All
Coastal Transport Co., Inc.

| Code | Name | Street | City | ST | Zip Code | Iss Date | Queued | Days |
|------|------|--------|------|----|----------|----------|--------|------|
| ...... | ............................ | ........................... | ...................... | .. | .......... | ........ | ...... | .... |
| COLPLOC | Columbia Propane<br>Attn:  Buster McDaniel | P.O. Box 37 | Loco Hills, | NM | 88255 | 03/30/05 | No | 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| CCNCHO3 | ConocoPhillips Company<br>and Its Affiliates<br>Attn:  Melody Jones | P.O. Box 941906 | Houston, | TX | 77094-8906 | 03/30/05 | No | 30 |

Description of Operations
Certificate holder is included as an Additional Insured as indicated.
Alternate Employer Endorsement is added to the Workers' Compensation Policy.
No Waiver status was requested with this certificate.

| CCNCPH2 | ConocoPhillips Company<br>Attn:  Don Williams | 51 South 51st Avenue | Phoenix, | AZ | 85043 | 03/30/05 | No | 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| CCNIDAL | Conchemco Inc. | 17817 Davenport Rd. #245 | Dallas | TX | 75252 | 03/30/05 | No | 30 |

Description of Operations
Certificate holder is included as an Additional Insured as indicated.
Waiver of subrogation applies.

| CCNTCKL | Conoco, Inc.<br>Attn: Ron Barnett | Rt. 4, Box 17 | Oklahoma City, | OK | 73111 | 03/30/05 | No | 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| CCNPOUL | ConAgra Poultry Company<br>Attn: Pat Lybrand/Dir. of Tran | P O Box 1389 | Duluth | GA | 30095 | 03/30/05 | No | 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| CCNFGRA | Continental Pipe Line Co.<br>Attn: Brad France | 3100 W. Highway #26 | Grapevine, | TX | 76051-3816 | 03/30/05 | No | 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| CCREIRV | Coral Energy<br>Attention Valerie | 18101 Von Karmen, # 194 | Irvine | CA | 92612 | 03/30/05 | No | 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| CCSCSAN | Cosby Oil Co. | 12902 E. Park St. | Santa Fe Springs, | CA | 90670 | 03/30/05 | No | 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| CCSWISS | Costco Wholesale<br>Attn:  Nancy Schneider | 999 Lake Drive | Issaquah, | WA | 98027 | 03/30/05 | No | 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| CCUCCAR | County of San Diego<br>Palamar Fuel LLC | 2192 Airport Road | Carlsbad, | CA | 92009 | 03/30/05 | No | 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

PSXMAJ00007105
PSXCAN00010486

```
C E R T I F I C A T E   H O L D E R   L I S T              Date 03/30/05
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   Page 12
```

Customer: 3-COAST      Range: All      Dates: All
Coastal Transport Co., Inc.

| Code | Name | Street | City | ST | Zip Code | Iss Date | Queued | Days |
|------|------|--------|------|----|----------|----------|--------|------|
| CROCCHU | Crown Chemical Corp.<br>Attn: Sheila M. Buska | 1888 Nirvana Ave. | Chula Vista, | CA | 91911 | 03/30/05 | No | 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| CUMSPHC | Cummins Southwest, Inc. | 2239 N. Black Canyon Hwy | Phoenix, | AZ | 85009 | 03/30/05 | No | 30 |

Description of Operations
Certificate holder is included as an Additional Insured as respects to
General and Automobile Liability policies. No Waiver status was requested
with this certificate.

| CUYSDES | Cuyamaca State Park<br>Attn: Ross Koonze | 12551 Highway 79 | Descanso, | CA | 91916 | 03/30/05 | No | 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| CYPCCLA | Cyprus Copper Co. | P.O.Box 4444 | Claypool, | AZ | 85532 | 03/30/05 | No | 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| DALADAL | Dallas Area Rapid Transit Auth<br>Attn: Tommy Hodge, Sr. | P.O. Box 660163 | Dallas | TX | 75266-7235 | 03/30/05 | No | 30 |

Description of Operations
Certificate holder is included as an Additional Insured as respects to
General and Automobile Liability policies. No Waiver status was requested
with this certificate.

| DAVCAMA | Davidson Oil Company | P.O. Box 30308 | Amarillo, | TX | 79120 | 03/30/05 | No | 30 |

Description of Operations
Certificate holder is included as an Additional Insured as respects
Automobile an General Liability Policies. Waiver status applies.

| DEAFDAL | Dean Food Company,<br>Division & Subsidiaries<br>Risk Management | 2515 McKinney, Suite #1200 | Dallas | TX | 75201 | 03/30/05 | No | 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| DEBODUM | Debons Oil Co.<br>Attn: John Debons | P.O. Box 1166 | Dumas, | TX | | 03/30/05 | No | 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| DESAPHC | Desert Asphalt Transport | 831 S. 59th Avenue | Phoenix | AZ | 85043 | 03/30/05 | No | 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| DIECPOR | Diebel Oil Company<br>Mobil Distribution | Beneavides & Railroad St. | Port Lavaca, | TX | 77979 | 03/30/05 | No | 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| DIFICOR | Difco, Inc.<br>Attn: Tabor Brooks | P.O. Box 151 | Corpus Christi, | TX | 78403 | 03/30/05 | No | 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

PSXMAJ00007106
PSXCAN00010487

```
C E R T I F I C A T E   H O L D E R   L I S·T                      Date 03/30/05
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .          Page 13

Customer:3-COAST       Range:All       Dates:All
Coastal Transport Co., Inc.
```

| Code | Name | Street | City | ST | Zip Code | Iss Date | Queued | Days |
|------|------|--------|------|----|----------|----------|--------|------|
| DIRFEUL | Direct Fuels, L.P.<br>Attn: Sandy Apple | 12625 Calloway Cemetery Rd. | Euless | TX | 76040-7021 | 03/30/05 | No | 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| | | | | | | | | |
|------|------|--------|------|----|----------|----------|--------|------|
| DIXCHOU | Dixie Chemical Company | P.O. Box 13410 | Houston, | TX | 77019 | 03/30/05 | No | 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| | | | | | | | | |
|------|------|--------|------|----|----------|----------|--------|------|
| DONOABI | Dono Oil Company<br>Attn: Mr. Bill Brashear | P.O. 1342 | Abilene, | TX | 79604 | 03/30/05 | No | 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| | | | | | | | | |
|------|------|--------|------|----|----------|----------|--------|------|
| DOOSBOE | Dooley Service Corporation | P.O. Box 2036 | Boerne, | TX | 78006 | 03/30/05 | No | 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| | | | | | | | | |
|------|------|--------|------|----|----------|----------|--------|------|
| DPTOSAC | DPT of Toxic Substance Control<br>Surveillance & Enfor. Brn. | P.O. Box 806 | Sacramento, | CA | 95812 | 03/30/05 | No | 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| | | | | | | | | |
|------|------|--------|------|----|----------|----------|--------|------|
| DSMCBAT | DSM Copolymer<br>Attn: K.R. Weaver | P.O. Box 2591 | Baton Rouge, | LA | 70821-2591 | 03/30/05 | No | 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| | | | | | | | | |
|------|------|--------|------|----|----------|----------|--------|------|
| DUKEHOU | Duke Energy Field Services, LP<br>Attn:  John Fordham | 5718 Westheimer, Suite #2000 | Houston | TX | 77057 | 03/30/05 | No | 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| | | | | | | | | |
|------|------|--------|------|----|----------|----------|--------|------|
| DUKVTUC | Duke Ventures, LLC<br>c/o The Kemmerly Companies<br>Attn:  Dee | 5235 N. Sabino Canyon Rd. #101 | Tucson, | AZ | 85750 | 03/30/05 | No | 30 |

Description of Operations
Certificate holder is included as an Additional Insured as indicated.  No
waiver status was requested with this certificate.

| | | | | | | | | |
|------|------|--------|------|----|----------|----------|--------|------|
| DUNOWIL | Dunlap Oil | 759 South Haskell | Wilcox, | AZ | 85643 | 03/30/05 | No | 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| | | | | | | | | |
|------|------|--------|------|----|----------|----------|--------|------|
| DURGSTA | Durwood Greene Construction Co | P.O. Box 1338 | Stafford, | TX | 77477 | 03/30/05 | No | 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| | | | | | | | | |
|------|------|--------|------|----|----------|----------|--------|------|
| DYNALAS | Dyn Air Fueling<br>Attn: Bonnie Gudeman | P.O. Box 11065 | Las Vegas, | NV | 89111 | 03/30/05 | No | 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

PSXMAJ00007107
PSXCAN00010488

```
C E R T I F I C A T E   H O L D E R   L I S T                    Date 03/30/05
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  Page 14

Customer:3-COAST      Range:All      Dates:All
Coastal Transport Co., Inc.
```

| Code | Name | Street | City | ST | Zip Code | Iss Date | Queued | Days |
|------|------|--------|------|-----|----------|----------|--------|------|
| EAGAKAL | Eagle Aviation, Inc.<br>Attn: Patricia Kramer | 690 N. Meridian Rd. #108 | Kalispell, | MT | 59901 | 03/30/05 | No | 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| EDGILON | Edgington | 2400 E. Artesia | Long Beach | CA | 90805 | 03/30/05 | No | 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| EIDUBEA | E.I. Dupont De Nemours Co.<br>Attn: Traffic Dept. | P.O. Box 3269 | Beaumont, | TX | 77704 | 03/30/05 | No | 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| EIDUING | E I Dupont<br>Attn: Lee Brecheisen | P.O. Box JJ | Ingleside, | TX | 78362 | 03/30/05 | No | 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| EIDULAP | E.I. Dupont De Nemours Co. | P.O. Box 347 | LaPorte, | TX | 77571 | 03/30/05 | No | 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| ELPAELP | El Paso Natural Gas | P.O. Box 1087 | Colorado Springs, | CO | 80944 | 03/30/05 | No | 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| ELPHOU | El Paso Merchant Energy<br>Petroleum Co.<br>Attn: Ida Jackson | 1001 Louisiana St. Rm 8.065M | Houston | TX | 77002 | 03/30/05 | No | 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| EMERLAS | Emergency Roadside<br>Assistance, Inc.<br>Attn: Marc Cram | 4580 Alto Avenue | Las Vegas, | NV | 89115 | 03/30/05 | No | 30 |

Description of Operations
Certificate holder is included as an Additional Insured as indicated.  No
waiver status was requested with this certificate.

| EMPOBLC | Empire Oil Company, Inc.<br>Attn: Vicki Leedle | 3551 South Riverside Ave. | Bloomington, | CA | 92316 | 03/30/05 | No | 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| ENV-PHC | Envirsource | 5800 N. 19th Ave. #206 | Phoenix, | AZ | 85015 | 03/30/05 | No | 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| EOTEHOU | EOTT Energy Operating Ltd Ptnr<br>Attn: Booty Bowman | P.O. Box 4666 | Houston | TX | 77210-4666 | 03/30/05 | No | 30 |

Description of Operations
Certificate holder is included as an Additional Insured and Waiver status
applies as indicated.

PSXMAJ00007108<br>PSXCAN00010489

CERTIFICATE HOLDER LIST

Date 03/30/05
Page 15

Customer:3-COAST      Range:All      Dates:All
Coastal Transport Co., Inc.

| Code | Name | Street | City | ST | Zip Code | Iss Date Queued Days |
|------|------|--------|------|----|----------|-----------|
| EQUECON | Equilon Enterprises LLC/ Motiva Enterprises LLC c/o AMCS - Attn: Laurie Helton | P.O. Box 2020 | Conway, | AR | 72033 | 03/30/05  No   30 |

Description of Operations
Certificate holder, its members, subsidiaries, affiliates and joint venture partners, to the extend of their interest, are included as an Additional Insured as respects General & Automobile Liability coverage.  No Waiver status was requested with this certificate. REF #01757

| EQUILCON | Equilon Lubricants Company all Subsidiaries & Affiliates c/o AMCS-Attn: Melissa Sims | P.O. Box 2020 | Conway, | AR | 72033 | 03/30/05  No   30 |

Description of Operations
Certificate holder is included as an Additional Insured as respects to General and Automobile Liability policies.  No Waiver status was requested with this certificate.

| ERG-JAC | ERGON Attn: Janis Erickson | P.O. Box 1639 | Jackson, | MS | 39215-1639 | 03/30/05  No   30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| ERGAJAC | Ergon Asphalt & Emulsions, Inc Risk Management | P.O. Box 1639 | Jackson | MS | 39215-1639 | 03/30/05  No   30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| ETHCPAS | Ethyl Corporation | P.O. Box 472 | Pasadena, | TX | 77501-0472 | 03/30/05  No   30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| EXXCHO2 | Exxon Mobil Chemical Co., USA Attn: Traffic Dept. | P.O. Box 3272 | Houston, | TX | 77001 | 03/30/05  No   30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| EXXCHOU | Exxon Mobil Chemical America's | 13501 Katy Frwy. | Houston, | TX | 77079 | 03/30/05  No   30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| EXXMEXT | ExxonMobil Fuels Marketing Attn: Renay Cringolo | 436 Creamery Way, Suite 300 | Exton, | PA | 19341-2556 | 03/30/05  No   30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| EZMATEX | E.Z. Mart Attn: Tom Carter | 602 W. Faldey | Texarkana, | TX | 75304 | 03/30/05  No   30 |

Description of Operations
Certificate holder is included as an Additional Insured as repsects Automobile and General Liability coverages.   Waiver of Subrogation applies.

| FALFPAR | Falcon Fuels, Inc. Attn:  Julio Villa | P.O. Box 347 | Paramount, | CA | 90723 | 03/30/05  No   30 |

Description of Operations
Certificate holder is included as an Additional Insured as respects Automobile and General Liability.  No Waiver status was requested with this certificate.

PSXMAJ00007109
PSXCAN00010490

```
C E R T I F I C A T E   H O L D E R   L I S T                    Date 03/30/05
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .       Page 16

Customer:3-COAST    Range:All    Dates:All
Coastal Transport Co., Inc.
```

| Code | Name | Street | City | ST | Zip Code | Iss Date | Queued | Days |
|------|------|--------|------|----|----------|----------|--------|------|
| FERGHOL | Ferrell Gas<br>Adamana Plant | 113 County Rd. 7156 | Holbrook, | AZ | 86025 | 03/30/05 | No | 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| FERGHOU | Ferrell Gas | 500 Dallas St., #2700 | Houston, | TX | 77002 | 03/30/05 | No | 30 |

Description of Operations
Certificate holder is included as an Additional Insured as indicated. No
Waiver status was requested with this certificate.

| FIRRLEX | First Recovery<br>The Valvoline Company<br>Attn: Alicia Quenemoen | P. O. Box 14000 | Lexington | KY | 40512 | 03/30/05 | No | 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| FIRSCRA | Firestone Synthetic Rubber<br>and Latex Co.<br>Attn: J. T. Schmid | P.O. Box 1269 | Orange, | TX | 77631 | 03/30/05 | No | 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| FIRTLAK | Firestone Tire & Rubber Co.<br>Attn: R.R. Layfield | P.O. Drawer 1361 | Lake Charles, | LA | 79602 | 03/30/05 | No | 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| FLYJOGD | Flying J Transportation, Inc.<br>Attn: Rich Calchera | 1104 Country Hills Drive | Ogden, | UT | 84403 | 03/30/05 | No | 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| FNFCTEM | FNF Construction, Inc.<br>Attn: Tom Billings | 115 S. 48th Street | Tempe, | AZ | 85280-5005 | 03/30/05 | No | 30 |

Description of Operations
Certificate holder is included as Additional Insured as respects to
Automobile and General Liability. No Waiver status was requested with this
certificate.

| FORPWAC | Foremost Petroleum Corp. | 1600 South Loop Drive | Waco, | TX | 76704 | 03/30/05 | No | 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| FRETWSA | Fredericksen Tank Lines<br>Attn: Pattie Maida | 850 Delta Lane | W. Sacramento, | CA | 95691 | 03/30/05 | No | |

Description of Operations
Certificate holder is included as an Additional Insured as respects
Automobile and General Liability. No Waiver status was requested with this
certificate.

| FROODEN | Frontier Oil and Refining Comp | 4610 S. Ulster St., Suite 200 | Denver, | CO | 80237 | 03/30/05 | No | 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

PSXMAJ00007110
PSXCAN00010491

C E R T I F I C A T E   H O L D E R ' L I S T                    Date 03/30/05
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .          Page 17

Customer: 3-COAST     Range: All     Dates: All
Coastal Transport Co., Inc.

| Code | Name | Street | City | ST | Zip Code | Iss Date | Queued | Days |
|------|------|--------|------|----|----------|----------|--------|------|
| FUEDTEM | Fuel Distributors, Inc.<br>Attn: Patti Branscum | P.O. Box 6117 | Temple | TX | 76503 | 03/30/05 | No | 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| FUFMABI | Fuel Masters LLC | P.O. Box 90 | Abilene | TX | 79604 | 03/30/05 | No | 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| FUEMTUL | Fuel Managers<br>Attn: Steve Compton | 10711 E. 11th St. #3 | Tulsa, | CK | 74128 | 03/30/05 | No | 30 |

Description of Operations
Certificate holder is included as an Additional Insured for Auto and General
Liability policies.  Waiver status applies to Auto, General & Umbrella
policies.

| GAPAATL | GA Pacific Corp.<br>Resin Division | P.O. Box 105605 | Atlanta, | GA | 30348 | 03/30/05 | No | 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| GARWCKL | Gary-Williams Energy Corp.<br>C/O Traffic Department<br>Attn: Stacy Cochran | 1207 Sovereign Row | Oklahoma City, | CK | 73108 | 03/30/05 | No | 30 |

Description of Operations
Certificate holder is included as an Additional Insured as respects to
General and Automobile Liability policies.  No Waiver status was requested
with this certificate.

| GAT-CAR | GATX<br>Attn: Tom Profit | 2000 E. Sepulveda Blvd. | Carson, | CA | 90810-1995 | 03/30/05 | No | 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| GATCGAL | Kinder Morgan/GATX Corp. | P.O. Box 486 | Galena Park, | TX | 77547 | 03/30/05 | No | 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| GCCMHOU | GCC Minerals Co.<br>Attn: Ins. Compliance Sec. | P.O. Box 4258 | Houston, | TX | 77210 | 03/30/05 | No | 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| GECADAN | GE Capital Corporation<br>Attn: Insurance Dept. | 44 Old Ridgebury Road | Danbury, | CT | 06810 | 03/30/05 | No | 30 |

Description of Operations
Certificate holder is included as an Additional Insured as indicated.  No
Waiver status was requested with this certificate.

| GECADEV | GE Capital Modular Space<br>Customer Reference #168371<br>Attn: Rhea -- Ins. Srvcs. | 80 West Lancaster Avenue | Devon | PA | 19333 | 03/30/05 | No | 30 |

Description of Operations
Certificate Holder is included as an Additional Insured as indicated.
No Waiver status was requested with this certificate.

PSXMAJ00007111
PSXCAN00010492

```
C E R T I F I C A T E   H O L D E R   L I S T                    Date 03/30/05
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .          Page 18
```

Customer:3-COAST    Range:All    Dates:All
Coastal Transport Co., Inc.

| Code | Name | Street | City | ST | Zip Code | Iss Date | Queued | Days |
|------|------|--------|------|----|----------|----------|--------|------|
| GECATUC | GE Capital Modular Space<br>Attn: Chris Lee | 3480 S. Broadmont Dr. | Tucson, | AZ | 85713 | 03/30/05 | No | 30 |

Description of Operations
Certificate holder is included as an Additional Insured as respects General
Liability.  No waiver status was requested with this certificate.

| GENHFOR | Gene Hill Equip Co., Inc.<br>Attn: Karen Lensmire | P.O. Box 2912 | Ft. Worth, | TX | 76113 | 03/30/05 | No | 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| GENPPAN | General Petroleum<br>Attn:  Sabrina Ward | 19501 S. Santa Fe Avenue | Rancho Dominguez, | CA | 90221 | 03/30/05 | No | 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| GENTODE | General Tire & Rubber | P.O. Box 2032 | Odessa, | TX | 79760 | 03/30/05 | No | 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| GEOPCRO | Georgia Pacific<br>Attn: Nancy Knight | | Crossette, | AR | | 03/30/05 | No | 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| GEOPFOR | Georgia-Pacific Corporation | P.O. Box 1060 | Fordyce, | AR | 71742 | 03/30/05 | No | 30 |

Description of Operations
Certificate holder is included as an Additional Insured as respects to
General and Automobile Liability Policies.  No Waiver status was requested
with this certificate.

| GEOPHOU | Georgia Pacific Corp. | 605 Gellhorn | Houston, | TX | 77029 | 03/30/05 | No | 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| GIAISC2 | Giant Industries Arizona, Inc.<br>etal<br>Attn:  Risk Management | 23733 North Scottsdale Rd. | Scottsdale, | AZ | 85255 | 03/30/05 | No | 30 |

Description of Operations
Certificate holder is included as an Additional Insured as respects to
General and Automobile Liability policies.  No Waiver status was requested
with this certificate.

| GIARALB | Giant Refining Co.<br>Attn: Jerri Speer | 3209 Broadway S.E. | Albuquerque, | NM | 87105 | 03/30/05 | No | 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| GIARGAL | Giant Refining Co.<br>Attn: Vaughn Dennerlein | Rt. 3, P.O. Box 7 | Gallup, | NM | 87301 | 03/30/05 | No | 30 |

Description of Operations
Certificate holder is included as an Additional Insured as respects to
General & Automobile Liability policies.  No Waiver status was requested
with this certificate.

PSXMAJ00007112
PSXCAN00010493

```
C E R T I F I C A T E   H O L D E R  ·L I S T                    Date 03/30/05
· · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · ·    Page 19
```

Customer:3-COAST    Range:All    Dates:All
Coastal Transport Co., Inc.

| Code | Name | Street | City | ST | Zip Code | Iss Date | Queued | Days |
|------|------|--------|------|----|----|------|------|------|
| GIARJAM | Giant Refining<br>Attn: Mary | P.O. Box 929 | Jamestown, | NM | 87347 | 03/30/05 | No | 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| GLOPWAL | Global Petroleum Corp.<br>Attn: Sean Kane | 800 South Street | Waltham, | MA | 02254 | 03/30/05 | No | 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| GMDEMES | GM Desert Proving Ground | P.O. Box 10100 | Mesa, | AZ | 85216 | 03/30/05 | No | 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| GCLBCIL | Golden Bear Oil Specialties<br>Attn: Deanna Maxwell | 24142 Park Casino | Calabasas | CA | 91302 | 03/30/05 | No | 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| GCLSSPR | Gold Star Petroleum, Inc. | P.O. Box 111151 | Spring, | TX | 77391-1151 | 03/30/05 | No | 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| GCLWSA2 | Golden West Refinery<br>Attn: Gary | P.O. Box 2128 | Santa Fe Spring, | CA | 90670 | 03/30/05 | No | 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| GPGYSWE | G-P Gypsum Corporation<br>Attn: David Stewart | P.O. Box 720 | Sweetwater, | TX | 79556 | 03/30/05 | No | 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| GRCTENI | Groendyke Transportation<br>Attn: Larry Brown | P.O. Box 832 | Enid, | OK | 73702 | 03/30/05 | No | 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| GSRCSAI | G.S. Robins & Company<br>Attn: John Cordia | 126 Choteau Ave. | St. Louis, | MO | 63102-2490 | 03/30/05 | No | 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| GTECSAN | GTE Central<br>Attn: Nelson Davis | P.O. Box 1001 4007 | San Angelo, | TX | 76901 | 03/30/05 | No | 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| H&HCWAX | H & H Oil Co., Inc.<br>Attn: Ali Sharaf | 901 Ferris Avenue | Waxahachie, | TX | 75165 | 03/30/05 | No | 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

PSXMAJ00007113
PSXCAN00010494

```
C E R T I F I C A T E   H O L D E R   L I S T                    Date 03/30/05
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    Page 20

Customer:3-COAST     Range:All     Dates:All
Coastal Transport Co., Inc.
```

| Code | Name | Street | City | ST | Zip Code | Iss Date | Queued | Days |
|------|------|--------|------|----|----------|----------|--------|------|
| HALCWAC | Halcom Oil Co.<br>Attn: Bobbie F. Oulds | P.O. Box 7278 | Waco, | TX | 76714 | 03/30/05 | No | 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| HANPROB | Hanson Pipe & Products Inc.<br>Attn:  Irene | P.O. Box 671 | Robstown | TX | 78380 | 03/30/05 | No | 30 |

Description of Operations
Certificate holder is included as an Additional Insured as respects
Automobile and General Liability.  No Waiver status was requested with this
certificate.

| HARCHOU | Harkrider Dist Co, Inc. | 9617 Wallisville Road | Houston, | TX | 77013 | 03/30/05 | No | 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| HAWPSAN | Hawthorn Petroleum | 16945 Camino San Bernardo | San Diego, | CA | 92127 | 03/30/05 | No | 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| HEBGSAN | H.E. Butt Grocery Co. Shipper<br>Attn:  George | P. C. Box 839999 | San Antonio | TX | 78283-3999 | 03/30/05 | No | 30 |

Description of Operations
Certificate holder is included as an Additional Insured under the General
and Automobile Liability Policies.  No Waiver status was requested with this
certificate.

| HERPAUB | Heritage Propane<br>Attn:  Ralph Berger | 11768 Atwood Rd., #21-A | Auburn, | CA | 95603 | 03/30/05 | No | 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| HERWBLC | Herman Weissker, Inc. | 2631 S. Riverside Avenue | Bloomington, | CA | 92316 | 03/30/05 | No | 30 |

Description of Operations
Certificate holder is included as an Additional Insured as indicated.  No
Waiver status was requested with this certificate.

| HICCHAR | Hicks Oil & Butane Company<br>Attn: Barbra Brown | P.O. Box 533697 | Harlingen, | TX | 78553 | 03/30/05 | No | 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| HIGPYOR | High Plains Corporation<br>Attn:  Marlyn Vander Griend | Rural Route 2, Box 60 | York, | NE | 68467 | 03/30/05 | No | 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| HILGTAM | The Hiller Group, Inc.<br>Attn:  Rondi Duncan | 5321 Memorial Hwy. | Tampa, | FL | 33634 | 03/30/05 | No | 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| HILPHOU | Hill Petroleum | P.O. Box 5038 | Houston, | TX | 77262 | 03/30/05 | No | 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

PSXMAJ00007114
PSXCAN00010495

```
C E R T I F I C A T E   H O L D E R   L I S T                    Date 03/30/05
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   Page 21

Customer:3-COAST      Range:All     Dates:All
Coastal Transport Co., Inc.
```

| Code | Name | Street | City | ST | Zip Code | Ins Date | Queued | Days |
|------|------|--------|------|----|---------|----------|--------|------|
| HOLAART | Holly Asphalt Company<br>Attn: Mike Wade | 2411 Freeman Avenue | Artesia | NM | 88211 | 03/30/05 | No | 30 |

Description of Operations
Certificate holder is included as an Additional Insured as respects
Automobile and General Liability coverages.  Waiver of subrogation applies
to certificate holder.

| HOLEABI | Holly Energy Partners-<br>Operating, L.P.<br>Attn:  Gary Morris | P.O. Box 2039 | Abilene, | TX | 79604 | 03/30/05 | No | 30 |

Description of Operations
Certificate holder is included as an Additional Insured as indicated.
Waiver of Subrogation in favor of the Certificate holder for AL, GL,Excess
and W/C.

| HOLEWIC | Holly Energy Partners-<br>Operating, L.P.<br>Attn:  David | P.O. Box 1191 | Wichita Falls, | TX | 76307 | 03/30/05 | No | 30 |

Description of Operations
Certificate holder is included as an Additional Insured as indicated.
Waiver of Subrogation in favor of the certificate holder for AL, GL, Excess
& W/C

| HOUSCHA | Houston Solvent & Chemical | P.O.Box 429 | Channelview, | TX | 77530 | 03/30/05 | No | 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| HOWCHOU | Howell Corporation & Chemicals | 1111 Fannin, #1500 | Houston, | TX | 77002-6932 | 03/30/05 | No | 30 |
| | Attn: Julie Hulme | | | | | | | |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| HUNLTHE | Huntsman LLC<br>Transportation & Logistics<br>Attn:  Lisa Werner | P.O. Box 4985 | The Woodlands, | TX | 77387 | 03/30/05 | No | 30 |

Description of Operations
The certificate holder is inclued as an Additional Insured as indicated.  No
Waiver status was requested with this certificate.

| IMCPCAR | IMC Potash, Carslbad Inc. | 1361 Potash Mines Rd. | Carlsbad | NM | 88220 | 03/30/05 | No | 30 |
| | Mike Stanley | | | | | | | |

| IMPIIMP | Imperial Irrigation District<br>Attn:  Donna Gray | P.O. 937 | Imperial, | CA | 92251-0937 | 03/30/05 | No | 30 |

Description of Operations
Certificate holder is included as an Additional Insured as respects General
and Automobile Liability.  No Waiver status was requested with this
certificate.

| INLRWOO | Inland Refining, Inc. | P.O. Box 251 | Wood Cross, | UT | 84087 | 03/30/05 | No | 30 |

Description of Operations
No Additional Insured and Waiver status was requested with this certificate.

| INSCANN | Insurance Compliance Prog<br>c/o Trism Logisitics, Inc. | 3 Werner Way, #220 | Lebanon | NJ | 08833 | 03/30/05 | No | 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

PSXMAJ00007115
PSXCAN00010496

C E R T I F I C A T E   H O L D E R . L I S T

Date 03/30/05
Page 22

Customer:3-COAST      Range:All      Dates:All
Coastal Transport Co., Inc.

| Code | Name | Street | City | ST | Zip Code | Iss Date | Canned | Days |
|------|------|--------|------|----|----------|----------|--------|------|
| INSCCLA | Inspiration Consolidate Copper Company | P.O. Box 4444 | Claypool, | AZ | 85532 | 03/30/05 | No | 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| INTMNEW | International Matex Tank Terminals Risk Mngt., Third Floor | 321 St. Charles Avenue | New Orleans, | LA | 70130 | 03/30/05 | No | 30 |

Description of Operations
Certificate holder is included as an Additional Insured as respects to Automobile and General Liability coverages.  Waiver of subrogation in favor of the certificate holder applies to Automobile Liability, General Liability and Workers' Compensation.

| ITA-NEW | ITAPCO Attn: Chris | 20 Jackson Street | New Albany, | ID | 471750 | 03/30/05 | No | 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| J-IIWES | J-III Investments Attn: A. C. Cuellar, Jr. | 1700 E. 28th St. | Weslaco, | TX | 78596 | 03/30/05 | No | 30 |

Description of Operations
Certificate holder is included as an Additional Insured as indicated.  No waiver status was requested with this certificate.

| JACISAN | Jack in the Box, Inc. & Jack in the Box Eastern Division, L.P. | 9330 Balboa Avenue | San Diego, | CA | 92123 | 03/30/05 | No | 30 |

Description of Operations
Certificate holder is included as an Additional Insured as respects Automobile and Generl Liability coverages.  Waiver of subrogation applies to certificate holder.

| JAN&SAN | The Jankovich Company Attn:  Troy Jankovich | P.O. Box 670 | San Pedro, | CA | 90733-0670 | 03/30/05 | No | 30 |

Description of Operations
Certificate holder is included as an Additional Insured as respects to General & Automobile Liability policies.  No Waiver status was requested with this certificate.

| JASCJAS | Jasper Oil Co. | P.O. Box 2290 | Jasper | TX | 75951 | 03/30/05 | No | 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| JBHUHO2 | J.B. Hunt Attn: Lauren Bailey | 350 Gelhorn | Houston, | TX | 77029 | 03/30/05 | No | 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| JEFCPOR | Jefferson Chemical Co., Inc. Attn: R. H. Darling | | Port Neches, | TX | 77651 | 03/30/05 | No | 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

C E R T I F I C A T E   H O L D E R · L I S T
. . . . . . . . . . . . . . ˙ . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

Date 03/30/05
Page 23

Customer: 3-COAST    Range: All    Dates: All
Coastal Transport Co., Inc.

| Code | Name | Street | City | ST | Zip Code | Iss Date | Queued | Days |
|------|------|--------|------|----|----|----|----|----|
| . . . . . . | . . . . . . . . . . . . . . . . . . . . . . . . . . | . . . . . . . . . . . . . . . . . . . . . . . | . . . . . . . . . . . . . . . . . . . | . . | . . . . . . . . . | . . . . . . . | . . . . | . . . . |
| JERJSIL | Jerry Jones Oil Co. | P.O. Box 607 | Silsbee, | TX | 77656 | 03/30/05 | No | 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| JOHNGAL | John H. & Patricia DeArmond Revocable Trust | 416 W. Coal Avenue | Gallup, | NM | 87301 | 03/30/05 | No | 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| JOHOGON | Johnson Oil Company Attn: Barbara Stefinsky | P.O. Box 1959 | Gonzales, | TX | 78629 | 03/30/05 | No | 30 |

Description of Operations
Complete list of certificate holder: Cinco J, Inc. dba Johnson Oil Company,
Tiger Tote Food Stores, Inc., John Fletcher Johnson, Cinco J, Partnership,
Cinco J. Investments, Inc. No Additional Insured or Waiver status was
requested with this certificate.

| JONBDAL | Jones Blair Paint Co. | P.O. Box 35235 | Dallas, | TX | 75235 | 03/30/05 | No | 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| KAV&ANN | Kavanaugh & Associates Attn: Rebecca | 3 Werner Way, #220 | Lebanon, | NJ | 08833 | 03/30/05 | No | 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| KERBGRA | Kerrville Bus Line | 710 E. Davis | Grand Praire | TX | 75050 | 03/30/05 | No | 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| KERCBAK | Kern Oil & Refinery | 7724 E. Panama Lane | Bakersfield, | CA | 93307 | 03/30/05 | No | 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| KEYCALB | Key Equipment Finance, a Division of Key Corporate Capital, Inc. | P.O. Box 1865 | Albany, | NY | 12207-1865 | 03/30/05 | No | 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| KINCCOR | King's Crossing Golf and Country Club, Inc. Attn: Sandra Nichols | 6201 Oso Parkway | Corpus Christi, | TX | 78414 | 03/30/05 | No | 30 |

Description of Operations
Certificate holder is included as an Additional Insured as respects to
General & Automobile Liability policies. No Waiver status was requested
with this certificate.

| KINMORA | Kinder Morgan | 1100 Town and County Rd. | Orange, | CA | 92868 | 03/30/05 | No | 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| KINRKIN | King Ranch, Inc. South Texas Farms | P.O. Box 1090 | Kingsville, | TX | 78364 | 03/30/05 | No | 30 |

Description of Operations
Certificate holder is included as an Additional Insured and Waiver of
Subrogation with regards to the General and Automobile Liability policies.

PSXMAJ00007117
PSXCAN00010498

```
C E R T I F I C A T E   H O L D E R   L I S T                          Date 03/30/05
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .        Page 24

Customer:3-COAST      Range:All     Dates:All
Coastal Transport Co., Inc.

Code    Name                        Street                      City                 ST  Zip Code  Iss Date Queued Days
......  ..........................  ..........................  ..................   ..  ........  ........ ...... ....
KOCIWIC Koch Industries, Inc. and/or  P.O. Box 2256, Bldg. T3D  Wichita,             KS  67201     03/30/05  No    30
        All Affiliates
        Attn: Michelle Butterfield

        Description of Operations
        Cert holder is included as an Add'l Insured as indicated as required by
        written contract. Waiver of subrogation applies to W/C. The above policies
        are primary to & not in excess of any other insurance available to cert
        holder. Both AL & GL policies have Contractual Liab. End't. CG2026 included
        coverage.

KOLPNAV Kolkhorst Petroleum           P.O. Box 410              Navasota,            TX  77868     03/30/05  No    30
        Attn: Frank

        Description of Operations
        No Additional Insured or Waiver status was requested with this certificate.

KONPSYR Konica Processing Center      P.O. Box 1039             Syracuse,            NY  13201     03/30/05  No    30

        Description of Operations
        Certificate holder is included as an Additional Insured as respects to
        General & Automobile Liability policies. No Waiver status was requested
        with this certificate.

KROLDEN Kroger LPSI                   P.O. Box 1266             Hutchinson,          KS  67504     03/30/05  No    30
        Attn: Richard Barth

        Description of Operations
        No Additional Insured or Waiver status was requested with this certificate.

LAGOTYL LaGloria Oil & Gas            P.O. Box 840              Tyler                TX  75700     03/30/05  No    30
        Attn: Chuck

        Description of Operations
        No Additional Insured or Waiver status was requested with this certificate.

LAKOSAN Lakeland Development Company  12345 Lakeland Road       Santa Fe Springs,    CA  90670     03/30/05  No    30
        Attn: Marty Duran

        Description of Operations
        Certificate holder is included as an Additional Insured as indicated. No
        Waiver status was requested with this certificate.

LAMOCLE Lambert Oil                   P.O. Box 636              Cleburn,             TX  76033     03/30/05  No    30
        Attn: Mr. Lambert

        Description of Operations
        No Additional Insured or Waiver status was requested with this certificate.

LANIHOU Landmark Industries, Ltd.     11111 Wilcrest Green #100 Houston,             TX  77042     03/30/05  No    30
        Attn: Kent Brotherton

        Description of Operations
        Certificate holder is included as an Additional Insured as respects
        Automobile and General Liability. Waiver of subrogation applies.

LAUTSOU Laundry-Thaggard Co.          9302 S. Garfield Ave.     South Gate,          CA  92080-1519 03/30/05 No    30

        Description of Operations
        No Additional Insured or Waiver status was requested with this certificate.

LBCHSEA LBC Houston                   11666 Port Road           Seabrook,            TX  77586     03/30/05  No    30
        Bayport Terminal
        Attn: Jerry Tuttle

        Description of Operations
        No Additional Insured or Waiver status was requested with this certificate.
```

PSXMAJ00007118
PSXCAN00010499

```
C E R T I F I C A T E   H O L D E R . L I S T                    Date 03/30/05
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .      Page 25

Customer:3-COAST        Range:All       Dates:All
Coastal Transport Co., Inc.
```

| Code | Name | Street | City | ST | Zip Code | Ins Date Queued Days |
|------|------|--------|------|----|----------|----------------------|
| LESGGAR | Les Gray & Co., Inc.<br>Attn: Mary Jane | 1800 Commerce | Garland, | TX | 75040 | 03/30/05 No 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| Code | Name | Street | City | ST | Zip Code | Ins Date Queued Days |
|------|------|--------|------|----|----------|----------------------|
| LEYOLAR | Leyendecker Oil Co.<br>Attn: Howard Moores | P.O. Box 2727 | Laredo, | TX | 78044 | 03/30/05 No 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| Code | Name | Street | City | ST | Zip Code | Ins Date Queued Days |
|------|------|--------|------|----|----------|----------------------|
| LINLTAY | Lindell, Inc.<br>Attn: Mark Lindell | P.O. Box 708 | Taylor, | TX | 76574 | 03/30/05 No 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| Code | Name | Street | City | ST | Zip Code | Ins Date Queued Days |
|------|------|--------|------|----|----------|----------------------|
| LIOOELD | Lion Oil Co.<br>Attn: Supply & Distribution | 1000 McHenry | Eldorado | AR | 71730 | 03/30/05 No 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| Code | Name | Street | City | ST | Zip Code | Ins Date Queued Days |
|------|------|--------|------|----|----------|----------------------|
| LONSABI | Lone Star Transportation<br>Attn: Insurance Dept. | 162 Caddo Dr. #100 | Abilene, | TX | 79602 | 03/30/05 No 30 |

Description of Operations
Certificate holder is included as an Additional Insured with regards to
the Automobile & General Liability policies.  No Waiver status was requested
with this certificate.

| Code | Name | Street | City | ST | Zip Code | Ins Date Queued Days |
|------|------|--------|------|----|----------|----------------------|
| LONSHOU | Lone Star White GMC Trucks<br>Attn: Dan Miller | P.O. Box 21227 | Houston, | TX | 77226 | 03/30/05 No 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| Code | Name | Street | City | ST | Zip Code | Ins Date Queued Days |
|------|------|--------|------|----|----------|----------------------|
| LOUDROS | Louis Dreyfus Energy Corp. | 200 Mansell Court East #600 | Roswell, | GA | 30076 | 03/30/05 No 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| Code | Name | Street | City | ST | Zip Code | Ins Date Queued Days |
|------|------|--------|------|----|----------|----------------------|
| LOUPSIL | Louisiana-Pacific<br>Attn: Buddy Cotton | P.O. Box 577 | Silsbee, | TX | 77656 | 03/30/05 No 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| Code | Name | Street | City | ST | Zip Code | Ins Date Queued Days |
|------|------|--------|------|----|----------|----------------------|
| LUB-DEE | Lubrizol Corp.<br>H. R. Transportation<br>Attn: Gaylin Perry | P.O. Box 158 | Deer Park, | TX | 77536-0158 | 03/30/05 No 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| Code | Name | Street | City | ST | Zip Code | Ins Date Queued Days |
|------|------|--------|------|----|----------|----------------------|
| LUNTSOU | Lunday-Thagard Company<br>Attn: Diana Gralapp | 9302 Garfield Avenue | South Gate, | CA | 90280-3896 | 03/30/05 No 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| Code | Name | Street | City | ST | Zip Code | Ins Date Queued Days |
|------|------|--------|------|----|----------|----------------------|
| MAGCSAN | Magma Copper Company | P.O. Box "N" | San Manuel, | AZ | 85631 | 03/30/05 No 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

PSXMAJ00007119
PSXCAN00010500

```
C E R T I F I C A T E   H O L D E R · L I S T                                Date 03/30/05
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .     Page 26
```

```
Customer:3-COAST     Range:All     Dates:All
Coastal Transport Co., Inc.
```

| Code | Name | Street | City | ST | Zip Code | Iss Date | Queued | Days |
|------|------|--------|------|----|----|----|----|----|
| MAGMODE | Magellan Midstream Partners LP Attn: Tommy Adams | 2700 S.Grandview | Odessa, | TX | 79766 | 03/30/05 | No | 30 |

Description of Operations
Certificate holder is included as an Additional Insured as indicated and
Waiver of Subrogation applies.

| Code | Name | Street | City | ST | Zip Code | Iss Date | Queued | Days |
|------|------|--------|------|----|----|----|----|----|
| MAGMTUL | Magellan Midstream Partners, Inc. Attn: Mike Hutton | P.O. Box 22186 | Tulsa, | OK | 74121-2186 | 03/30/05 | No | 30 |

Description of Operations
Certificate holder is included as an Additional Insured as indicated and
Waiver of Subrogation applies.

| Code | Name | Street | City | ST | Zip Code | Iss Date | Queued | Days |
|------|------|--------|------|----|----|----|----|----|
| MANCGAI | Mansfield Oil Co. Bill Nothdorst | 1025 Airport Pkwy. S/W | Gainesville | GA | 30501-6813 | 03/30/05 | No | 30 |

Description of Operations
Certificate holder is included as an Additional Insured as respects to
General & Automobile Liability.  No Waiver status was requested with this
certificate.

| Code | Name | Street | City | ST | Zip Code | Iss Date | Queued | Days |
|------|------|--------|------|----|----|----|----|----|
| MARAFIN | Marathon Ashland Petroleum LLC Attn: Abby Schoenberger | 539 S. Main St. | Findley, | OH | 45840-0001 | 03/30/05 | No | 30 |

Description of Operations
Certificate holder is included as an Additional Insured as indicated.
Waiver of Subrogation applies to the Workers' Compensation Policy.

| Code | Name | Street | City | ST | Zip Code | Iss Date | Queued | Days |
|------|------|--------|------|----|----|----|----|----|
| MARCFIN | Marathon Oil Company and Its Affiliates Title & Contract Dept. - 1123 | 539 South Main Street | Findley, | OH | 45840 | 03/30/05 | No | 30 |

Description of Operations
Certificate holder is included as an Additional Insured for Automobile and
General Liability.  Waiver status applies to the Workers' Compensation
Policy.

| Code | Name | Street | City | ST | Zip Code | Iss Date | Queued | Days |
|------|------|--------|------|----|----|----|----|----|
| MARPBEA | Petro Express Management, LTD. | P.O. Box 7774 | Beaumont, | TX | 77006 | 03/30/05 | No | 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| Code | Name | Street | City | ST | Zip Code | Iss Date | Queued | Days |
|------|------|--------|------|----|----|----|----|----|
| MAU&ELC | Mauritz & Couey Attn: Kathy Bodungen | P.O. Box 550 | El Campo, | TX | 77437 | 03/30/05 | No | 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| Code | Name | Street | City | ST | Zip Code | Iss Date | Queued | Days |
|------|------|--------|------|----|----|----|----|----|
| MERCHOU | Merichem Co. Attn: Naina Toupard/Purchasing | 1914 Haden Rd. | Houston, | TX | 77015-6498 | 03/30/05 | No | 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| Code | Name | Street | City | ST | Zip Code | Iss Date | Queued | Days |
|------|------|--------|------|----|----|----|----|----|
| MERIHOU | Merisol USA LLC Attn: Linda Tabesian | 1914 Haden Road | Houston, | TX | 77015-6498 | 03/30/05 | No | 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| Code | Name | Street | City | ST | Zip Code | Iss Date | Queued | Days |
|------|------|--------|------|----|----|----|----|----|
| MIC&CON | Mickey's & Maverick Mart c/o AMCS Attn: Karen Welcher | P.O. Box 2020 | Conway, | AR | 72032 | 03/30/05 | No | 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

PSXMAJ00007120
PSXCAN00010501

# C E R T I F I C A T E   H O L D E R   L I S T

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

Date 03/30/05
Page 27

Customer:3-COAST    Range:All    Dates:All
Coastal Transport Co., Inc.

| Code | Name | Street | City | ST | Zip Code | Iss Date | Queued | Days |
|------|------|--------|------|----|----------|----------|--------|------|
| MID6MID | Midland 66 | 1612 Garden City Hwy | Midland | TX | 79701 | 03/30/05 | No | 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| MIKKROS | Mike Krolezyk, Inc. | P.O. Box 63 | Rosenberg, | TX | 77471 | 03/30/05 | No | 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| MISPHOU | Mission Petroleum Carriers Attn: Debbie | P.O. Box 87788 | Houston, | TX | 77287 | 03/30/05 | No | 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| MISP5AI | Missouri Pacific Railroad Co. Attn: E.F. Schister | 210 North 13th Street | St. Louis, | MO | 66103 | 03/30/05 | No | 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| MIT-GRA | Mitco Attn: Mr. Tom Verlin | 1601 Steele Ave. S.W. | Grand Rapids, | MI | 49507 | 03/30/05 | No | 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| MOBCBAY | Mobay Corp. | 8500 West Bay Rd. | Baytown, | TX | 77520-2411 | 03/30/05 | No | 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| MOBCBEA | Mobil Chemical Co. Div. of Mobil Oil Corp. | P.O. box 3868 | Beaumont, | TX | 77704 | 03/30/05 | No | 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| MOHCRIN | Mohave Oil Company Attn: Keith L. Julle | P.O. Box 3458 | Kingman, | AZ | 86402 | 03/30/05 | No | 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| MONCSA2 | Monsanto Company | P O Box 14307 | St Louis | MO | 74178 | 03/30/05 | No | 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| MOTEHOU | Motiva Enterprises LLC Attn: Ray Sariego | 777 Walker St. | Houston, | TX | 77002 | 03/30/05 | No | 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| MUN-PHC | Munters | 802 S. 59th Avenue | Phoenix, | AZ | 85043 | 03/30/05 | No | 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| MURNDAL | Murex N.A., LTD | 15441 Knoll Trail #260 | Dallas, | TX | 75248 | 03/30/05 | No | 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

PSXMAJ00007121
PSXCAN00010502

```
C E R T I F I C A T E   H O L D E R   L I S T                Date 03/30/05
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   Page 28
```

Customer:3-COAST     Range:All     Dates:All
Coastal Transport Co., Inc.

| Code | Name | Street | City | ST | Zip Code | Iss Date | Queued | Days |
|------|------|--------|------|----|----------|----------|--------|------|
| MUROELD | Murphy Oil USA <br> Attn: Bill Deichler | P.O. Box 7000 | El Dorado, | AR | 71731-7000 | 03/30/05 | No | 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| MUSCOKL | Musket Corporation | 10601 N. Pennsylvania | Oklahoma City, | OK | 73120 | 03/30/05 | No | 30 |

Description of Operations
Certificate holder is included as an Additional Insured as respects Auto and
General Liability policies.  No Waiver status was requested with this
certificate.

| NALCNAP | Nalco Chemical Corp. | One Nalco Center | Napierville, | IL | 60563-1198 | 03/30/05 | No | 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| NATPSAN | National Petroleum, Inc. <br> Attn: David Golokow | 2005 Main Street | San Diego, | CA | 92113 | 03/30/05 | No | 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| NATSSAN | National Steel & Ship Building <br> Action Cleaning <br> Attn: Joan Laken | 1668 Newton Avenue | San Diego, | CA | 92113 | 03/30/05 | No | 30 |

Description of Operations
Certificate holder is included as an Additional Insured as respects to Auto
& General Liability policies.  No waiver status was requested with this
certificate.

| NAVRART | Navajo Refining Company, L.P. <br> Attn: Connie Jo Conner | P.O. Box 159 | Artesia, | NM | 88211-0159 | 03/30/05 | No | 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| NECBPOR | Neches Butane Products | P.O. Box 817 | Port Neches, | TX | 77651 | 03/30/05 | No | 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| NEWHSAI | Newby Holt | 845 N. Industrial | St. George, | UT | 84770 | 03/30/05 | No | 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| NERMSAN | New Mexico Taxation & Revenue <br> Motor Transportation/Permit | P.O. Box 1028 | Santa Fe, | NM | 87504-1028 | 03/30/05 | No | 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| NEWWSAC | New West Petroleum, LP <br> New West Petroleum, LLC <br> Attn: Sharo Roubos | 1831 16th St. | Sacramento, | CA | 95814 | 03/30/05 | No | 30 |

Description of Operations
Certificate holders are included as Additional Insureds as respects to the
General Liability Policy.  No Waiver status was requested with this
certificate.

PSXMAJ00007122
PSXCAN00010503

```
C E R T I F I C A T E   H O L D E R · L I S T                    Date 03/30/05
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .                Page 29

Customer:3-COAST     Range:All     Dates:All
Coastal Transport Co., Inc.
```

| Code | Name | Street | City | ST | Zip Code | Iss Date | Qxxxxd | Days |
|------|------|--------|------|----|---------|---------|--------|------|
| NORTREF | The Nordan Trust<br>Attn: Linda | Rt. 1, Box 96C | Refugio, | TX | 78377 | 03/30/05 | No | 30 |
| | Description of Operations<br>No Additional Insured or Waiver status was requested with this certificate. | | | | | | | |
| NUECCOR | Nueces County Purchasing<br>Attn: Robert Combs | 901 Leopard, Room #106 | Corpus Christi, | TX | 78401 | 03/30/05 | No | 30 |
| | Description of Operations<br>No Additional Insured or Waiver status was requested with this certificate. | | | | | | | |
| OAKFCOR | Oak Farms Dairy &<br>Hygeia<br>Attn: Kim Hinman | 5330 Ayers Street | Corpus Christi, | TX | 78415 | 03/30/05 | No | 30 |
| | Description of Operations<br>No Additional Insured or Waiver status was requested with this certificate. | | | | | | | |
| OAKFHOU | Oak Farm Dairy<br>Attn: Priscilla | 3417 Leeland | Houston | TX | 77003 | 03/30/05 | No | 30 |
| | Description of Operations<br>No Additional Insured or Waiver status was requested with this certificate. | | | | | | | |
| OFFGNAV | Office of the Navajo Tax<br>Commission<br>P.O. Box 1903 | Window Rock, | Navajo Nation | AZ | 86515 | 03/30/05 | No | 30 |
| | Description of Operations<br>No Additional Insured or Waiver status was requested with this certificate. | | | | | | | |
| ORCPHOU | O'Rourke Petroleum | 223 McCarty Street | Houston | TX | 77029 | 03/30/05 | No | 30 |
| | Description of Operations<br>No Additional Insured or Waiver status was requested with this certificate. | | | | | | | |
| OXICPAS | Oxirane Chemical Company | 10801 Choate Rd. | Pasadena, | TX | 77502 | 03/30/05 | No | 30 |
| | Description of Operations<br>No Additional Insured or Waiver status was requested with this certificate. | | | | | | | |
| PACIWIL | Pacific, Inc. | 1926 E. Pacific Coast Hwy. | Wilmington, | CA | 00744 | 03/30/05 | No | 30 |
| | Description of Operations<br>No Additional Insured or Waiver status was requested with this certificate. | | | | | | | |
| PARPPAR | Paramount Petroleum Corp. | 14700 Downey Ave. | Paramount, | CA | 90723-1418 | 03/30/05 | No | 30 |
| | Description of Operations<br>No Additional Insured or Waiver status was requested with this certificate. | | | | | | | |
| PDGLBEA | P D Glycol | P.O. Box 3785 | Beaumont, | TX | 77704 | 03/30/05 | No | 30 |
| | Description of Operations<br>No Additional Insured or Waiver status was requested with this certificate. | | | | | | | |
| PEN-DIC | Penreco<br>Attn: Fred Racey | 4401 Park Avenue | Dickenson, | TX | 77539 | 03/30/05 | No | 30 |
| | Description of Operations<br>No Additional Insured or Waiver status was requested with this certificate. | | | | | | | |

PSXMAJ00007123
PSXCAN00010504

```
C E R T I F I C A T E   H O L D E R   L I S T                    Date 03/30/05
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .          Page 30
```

Customer:3-COAST      Range:All      Dates:All
Coastal Transport Co., Inc.

| Code | Name | Street | City | ST | Zip Code | Iss Date | Queued | Days |
|------|------|--------|------|----|----|----|----|----|
| PENCHOU | Pennwalt Chemical Company | 2231 Haden Rd. | Houston, | TX | 77015 | 03/30/05 | No | 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| | | | | | | | | |
|------|------|--------|------|----|----|----|----|----|
| PENPHOU | Pennzoil Products Co.<br>Attn: Charles Hartsell | P.O. Box 2967 | Houston, | TX | 77252-2967 | 03/30/05 | No | 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| | | | | | | | | |
|------|------|--------|------|----|----|----|----|----|
| PENPROC | Pennzoil Products | P.O. Box 10 | Roosevelt, | UT | 84066 | 03/30/05 | No | 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| | | | | | | | | |
|------|------|--------|------|----|----|----|----|----|
| PETCBEA | Petrofuels Corp.<br>Attn: John Weitzel | 440 N. 18th St., Suite 8 | Beaumont | TX | 77707 | 03/30/05 | No | 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| | | | | | | | | |
|------|------|--------|------|----|----|----|----|----|
| PETCPAS | Patrolite Corporation<br>Attn: Earl R. Lowe | 13200 Bay Park Rd. | Pasadena, | TX | 77507 | 03/30/05 | No | 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| | | | | | | | | |
|------|------|--------|------|----|----|----|----|----|
| PETDIRV | Petro-Diamond Inc.<br>Attn: Kathy Heaton | P.O. Box 19617 | Irvine, | CA | 92713-9617 | 03/30/05 | No | 30 |

Description of Operations
Certificate holder is included as an Additional Insured as respect to
General & Automobile Liability policies. No Waiver status was requested
with this certificate.

| | | | | | | | | |
|------|------|--------|------|----|----|----|----|----|
| PETEHOU | Petrocom Energy Group LTD<br>Attn: Mary Jane Laurion | 7660 Woodway, Ste 250 | Houston | TX | 77063 | 03/30/05 | No | 30 |

Description of Operations
Certificate holder is included as an Additional Insure as indicated. No
Waiver status was requested with this certificate.

| | | | | | | | | |
|------|------|--------|------|----|----|----|----|----|
| PETFBEA | Petrotex Fuels, Inc.<br>Attn: Harvey Steinhagen | P.O. Box 7308 | Beaumont, | TX | 77726-7308 | 03/30/05 | No | 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| | | | | | | | | |
|------|------|--------|------|----|----|----|----|----|
| PETMCON | Petroleum Measurement Equip Co<br>Attn: Carol | P.O. Box 1886 | Conroe, | TX | 77305 | 03/30/05 | No | 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| | | | | | | | | |
|------|------|--------|------|----|----|----|----|----|
| PETSELP | Petro Stopping Centers, L.P.<br>Attn: Rebecca Chavez | 6080 Surety Drive | El Paso, | TX | 79905 | 03/30/05 | No | 30 |

Description of Operations
Certificate holder is included as an Additional Insured as indicated. No
Waiver status was requested with this certificate.

| | | | | | | | | |
|------|------|--------|------|----|----|----|----|----|
| PETSMCA | Petroleum Solutions Inc. | P.O. Box 2346 | McAllen | TX | 78502-2346 | 03/30/05 | No | 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

PSXMAJ00007124
PSXCAN00010505

C E R T I F I C A T E   H O L D E R   L I S T

Date 03/30/05
Page 31

Customer:3-COAST    Range:All    Dates:All
Coastal Transport Co., Inc.

| Code | Name | Street | City | ST | Zip Code | Iss Date | Queued | Days |
|------|------|--------|------|----|----------|----------|--------|------|
| PETTFOR | Petroleum Traders Corporation<br>Attn: Kathy Garton | 7110 Pointe Inverness Way | Ft. Wayne, | IN | 46804-7928 | 03/30/05 | No | 30 |

Description of Operations
Certificate holder is included as an Additional Insured as respects
Automobile and General Liability.  No Waiver status was requested with this
certificate.

| | | | | | | | | |
|------|------|--------|------|----|----------|----------|--------|------|
| PG&GSAN | PG & E Gas Transmission | 10647 Gulfdale St. | San Antonio, | TX | 78216-3604 | 03/30/05 | No | 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| | | | | | | | | |
|------|------|--------|------|----|----------|----------|--------|------|
| PHEDPHC | Phelps Dodge Corporation<br>Attn: Insurance Dept. | 2600 North Central Ave. | Phoenix, | AZ | 85004 | 03/30/05 | No | 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| | | | | | | | | |
|------|------|--------|------|----|----------|----------|--------|------|
| PHI6PHC | Phillips 66 Company<br>Attn: Freight Analyst (DC-76) | P.O. Box 52085 | Phoenix, | AZ | 85072-2085 | 03/30/05 | No | 30 |

Description of Operations
MCS-90 is attached to the policy

| | | | | | | | | |
|------|------|--------|------|----|----------|----------|--------|------|
| PHIPSWE | Phillips Petroleum Corp. #3<br>Attn: Milton Polak | P.O. Box 866 | Sweeny, | TX | 77480 | 03/30/05 | No | 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| | | | | | | | | |
|------|------|--------|------|----|----------|----------|--------|------|
| PHOAPHC | Phoenix Aviation Dept. | 3300 Sky Harbor Blvd. | Phoenix, | AZ | 85034-4420 | 03/30/05 | No | 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| | | | | | | | | |
|------|------|--------|------|----|----------|----------|--------|------|
| PHCFPHC | Phoenix Fuels<br>Attn: Mike Seiner | P.O. Box 6176 | Pheonix, | AZ | 85005 | 03/30/05 | No | 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| | | | | | | | | |
|------|------|--------|------|----|----------|----------|--------|------|
| PILTKNC | Pilot Travel Centers, LLC<br>Attn:  Supply and Distribution | P.O. Box 10146 | Knoxville, | TN | 37939-0146 | 03/30/05 | No | 30 |

Description of Operations
Certificate holder is included as an Additional Insured with respects to
Automobile and General Liability coverages.  No Waiver status was requested
with this certificate.

| | | | | | | | | |
|------|------|--------|------|----|----------|----------|--------|------|
| PINPSEA | Pinnacle Petroleum<br>Attn:  Liz McKinley | 1500 East Pacific Coast Hwy #F | Seal Beach, | CA | 90740 | 03/30/05 | No | 30 |

Description of Operations
Certificate holder is included as an Additional Insured as respects to
General & Automobile Liability policies.  No Waiver status was requested
with this certificate.

| | | | | | | | | |
|------|------|--------|------|----|----------|----------|--------|------|
| PIOPNOR | Pioneer Pipeline Company | 245 E. 1100 North | N. Salt Lake City, | UT | 84054 | 03/30/05 | No | 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

PSXMAJ00007125
PSXCAN00010506

C·E R T I F I C A T E   H O L D E R   L I S T

Date 03/30/05
Page 32

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

Customer: 3-COAST       Range: All       Dates: All
Coastal Transport Co., Inc.

| Code | Name | Street | City | ST | Zip Code | Ins Date Queued Days |
|------|------|--------|------|----|----------|---------------------|
| PNIDDAL | PNI Distribution<br>Attn: Mel Ottinger | 4565 South Westmorla | Dallas | TX | 75237 | 03/30/05 No 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| PONATAY | Ponderosa Aviation | 4500 E. Aviation Way #A | Safford | AZ | 85546-9472 | 03/30/05 No 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| PORCFRE | Port of Freeport/<br>Simons Petrol<br>Attn: Mr. Ben Backor | P.O. Box 615 | Freeport, | TX | 77541 | 03/30/05 No 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| PORCLAS | Porter Oil Company<br>Attn: Martin Porter | 303 South Motel Blvd. | Las Cruces, | NM | 88005 | 03/30/05 No 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| PPGILOU | PPG Industries/Porter Paints<br>Attn: Purchasing | P.O. Box 1439 | Louisville, | KY | 40201 | 03/30/05 No 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| PPGIPIT | PPG Industries, Inc. | One PPG Place | Pittsburgh | PA | 15272 | 03/30/05 No 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| PRERGLD | The Premcor Refining Group,<br>Inc. and its affiliates<br>Attn: Wendy Ragone | 1700 East Putnam Avenue | Old Greenwich, | CT | 06870 | 03/30/05 No 30 |

Description of Operations
Certificate holder is included as an Additional Insured as indicated.  No
Waiver status was requested with this certificate.

| PRIRABI | Pride Refining<br>Attn: Deborah Fonner Ins. Dept | P.O. Box 3237 | Abilene, | TX | 79604 | 03/30/05 No 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| PRO&CIN | Proctor & Gamble Company<br>Attn: Insurance Dept. | Ivorydale Tech Center | Cincinnati, | OH | 40521 | 03/30/05 No 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| PROFBAR | Pro-Flame - Barstow | 2061 West Main Street | Barstow, | CA | 92311 | 03/30/05 No 30 |

Description of Operations
Certificate holder is included as an Additional Insured as indicated.  No
Waiver status was requested with this certificate.

| PROPPHO | Pro Petroleum<br>Attn: Pat | 408 S. 43rd Avenue | Phoenix, | AZ | 85009 | 03/30/05 No 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

CERTIFICATE HOLDER LIST                                    Date 03/30/05
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .        Page 33

Customer: 3-COAST       Range: All       Dates: All
Coastal Transport Co., Inc.

| Code | Name | Street | City | ST | Zip Code | Ins Date Queued Days |
| --- | --- | --- | --- | --- | --- | --- |
| PROTFLO | Professional Transport Systems Attn: Robin | P.O. Box 5925 | Florence, | SC | 29502 | 03/30/05 No 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| QUAKCON | Quaker Petroleum Chemical Co. Attn: Cheryl | P.O. Box 2927 | Conroe, | TX | 2927 | 03/30/05 No 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| QUEOCAR | Queen Oil & Gas Attn: Billy Baker | P O Box 959 | Carlsbad | NM | 88221 | 03/30/05 No 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| QUISDAL | Quick Star Attn: Alan Golman | 8350 N. Central Expwy #N1015 | Dallas | TX | 75206 | 03/30/05 No 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| QUITTU2 | QuikTrip Corporation Attn: Jo Dye | P.O. Box 3475 | Tulsa, | OK | 74101-3475 | 03/30/05 No 30 |

Description of Operations
Certificate holder is included as an Additional Insured. No Waiver status
was requested with this certificate.

| QUITTUL | QuikTrip Corporation | 4705 S. 129th East Avenue | Tulsa | OK | 74134 | 03/30/05 No 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| R&RPELC | R & R Properties | P.O. Box 289 | El Centro, | CA | 92244 | 03/30/05 No 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| RACPATL | Racetrac Petroleum, Inc. Attn: Robert Dumbacher | P.O. Box 105035 | Atlanta, | GA | 30348 | 03/30/05 No 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| RAMCSAN | Ram Oil Ltd. LLP | P.O. Box 171720 | San Antonio | TX | 78217-1020 | 03/30/05 No 30 |

Description of Operations
Certificate holder is included as an Additional Insured applies to the AL,
GL and Excess Liability Coverages and Waiver status applies to the AL, GL,
Excess Liability and Workers' Compensation Coverages.

| RANFHOU | Randalls Foods Stores, In.c Attn: Doug Perry | 10700 Teige Rd. | Houston, | TX | 77095 | 03/30/05 No 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| RAYBROS | Ray Bell Oil Company Attn: N. Selman | P.O. Box 490 | Roswell, | NM | 88202 | 03/30/05 No 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

PSXMAJ00007127
PSXCAN00010508

```
GERTIFICATE  HOLDER,LIST                              Date 03/30/05
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    Page 34
```

Customer:3-COAST      Range:All      Dates:All
Coastal Transport Co., Inc.

| Code | Name | Street | City | ST | Zip Code | Iss Date | Canad | Days |
|------|------|--------|------|----|----|----|----|----|
| . . . . . . | . . . . . . . . . . . . . . . . . . . . . . . . | . . . . . . . . . . . . . . . . . . . . | . . . . . . . . . . . . . . . . . . . . . | . . | . . . . . . . . | . . . . . . . | . . . . . | . . . . |
| REGTCOR | Regional Transit Authority Contracts Dept. Attn: Maria Salinas | 5541 Bear Lane, Suite 230 | Corpus Christi, | TX | 78405 | 03/30/05 | No | 30 |

Description of Operations
Certificate holder is included as an Additional Insured as indicated. No
Waiver status was requested with this certificate.

| REICGRE | Reichhold, Inc. and it's subsidiaries Attn: Dee Young | P.O. Box 13582 | Research Triangle Park | NC | 27709-3582 | 03/30/05 | No | 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| RELMSAN | Reliant Metal Attn: Mike Buck | 5027 Space Center Dr. | San Antonio, | TX | 78218 | 03/30/05 | No | 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| RIVCWES | River City Petroleum Attn: Margie Kosek | 840 Delta Lane | West Sacramento | CA | 95691 | 03/30/05 | No | 30 |

Description of Operations
Certificate holder is included as an Additional Insured as respects to
General & Automobile Liability policies. No Waiver status was requested
with this certificate.

| RGYGCAS | Royce Groff Oil Co. | P.O. Box 639 | Castroville, | TX | 78009 | 03/30/05 | No | 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| RYDEMIA | Ryder Energy Dist. Corp. | P.O. Box 1537 | Miami, | FL | 33266-1537 | 03/30/05 | No | 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| RYDTALP | Ryder Truck Rental, Inc. and Ryder Truck Rental, LT & Affil | 6000 Windward Parkway | Alpharetta | GA | 30005 | 03/30/05 | No | 30 |

Description of Operations
Certificate holder is included as an Additional Insured as respects to
Automobile Liability. No Waiver status was requested with this certificate.

| RYDTRAB | Ryder Transportation Services Attn: Jenny | 9608 Santa Anita Avenue | Rancho Cucamonga, | CA | 91730 | 03/30/05 | No | 30 |

Description of Operations
Certificate holder is included as an Additional Insured as respects to
General & Automobile Liability policies for any vhicles leased, rented or
supplied as a temporary substitute. No Waiver status was requested
with this certificate.

| SAFKELG | Safety-Kleen Corp. | 777 Big Timer Rd. | Elgin, | IL | 60123 | 03/30/05 | No | 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| SAMCBEN | Sam's Club Attn: Richard Ezell | 609 S.W. 8th Street | Bentonville, | AR | 72716 | 03/30/05 | No | 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

PSXMAJ00007128
PSXCAN00010509

CERTIFICATE HOLDER LIST                                    Date 03/30/05
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .      Page 35

Customer: 3-COAST      Range: All      Dates: All
Coastal Transport Co., Inc.

| Code | Name | Street | City | ST | Zip Code | Iss Date | Queued | Days |
|------|------|--------|------|----|----|----|----|----|
| SANASAI | San Antonio Theme Park, L.P.<br>c/o Six Flags Fiesta Texas<br>Attn: Philip Ingle | 17000 IH 10 West | San Antonio, | TX | 78257 | 03/30/05 | No | 30 |

Description of Operations
Certificate holder is included as an Additional Insured as indicated.
Waiver of subrogation applies.

| | | | | | | | | |
|------|------|--------|------|----|----|----|----|----|
| SANCCOM | Sand Creek Chemical<br>Attn: Maureen | 4150 E. 60th Avenue | Commerce City, | CO | 80022 | 03/30/05 | No | 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| | | | | | | | | |
|------|------|--------|------|----|----|----|----|----|
| SANCSAN | Santa Clara Transportation*<br>Attn: William Riegel | 3331 N. First Street | San Jose, | CA | 95134-1906 | 03/30/05 | No | 30 |

Description of Operations
*Authority, its Officers, Officials, Employees & Volunteers. Certificate
holders are included as Additional Insureds under the General and Automobile
Liability Policies. No Waiver status was requested with this certificate.

| | | | | | | | | |
|------|------|--------|------|----|----|----|----|----|
| SANFTOP | Santa Fe Railway Company<br>Santa Fe Corp. Sec. Cfc. | P O Box 1738 | Topeka, | KS | 66601 | 03/30/05 | No | 30 |

Description of Operations
Certificate holder is included as an Additional Insured as respects to
General & Automobile Liability policies. No Waiver status was requested
with this certificate.

| | | | | | | | | |
|------|------|--------|------|----|----|----|----|----|
| SCHNGRE | Schneider National Bulk<br>Carriers<br>Attn: Sue Hurley | P.O. Box 2700 | Green Bay | WI | 54306 | 03/30/05 | No | 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| | | | | | | | | |
|------|------|--------|------|----|----|----|----|----|
| SCHPBAK | Schwebel Petroleum Company, Inc | P.O. Box 512 | Bakersfield, | CA | 93302 | 03/30/05 | No | 30 |
| | Attn: Judy Taylor | | | | | | | |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| | | | | | | | | |
|------|------|--------|------|----|----|----|----|----|
| SEMRHOl | Seminole Refined Products<br>Eric Coleman | 17724 E. Hardy St. | Houston | TX | 77073 | 03/30/05 | No | 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| | | | | | | | | |
|------|------|--------|------|----|----|----|----|----|
| SEVSDAL | Seven-S Truck Rental Company<br>Attn: Brenda Reil | P.O. Box 560049 | Dallas, | TX | 75356 | 03/30/05 | No | 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| | | | | | | | | |
|------|------|--------|------|----|----|----|----|----|
| SEVRIC | Sevier Valley Oil | 1740 S. Industrial Pkwy. | Richfield, | UT | 84701 | 03/30/05 | No | 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| | | | | | | | | |
|------|------|--------|------|----|----|----|----|----|
| SHACYUM | Shay Oil | P.O. Box 1249 | Yuma, | AZ | 85366-1249 | 03/30/05 | No | 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

PSXMAJ00007129
PSXCAN00010510

```
CERTIFICATE  HOLDER  LIST                          Date 03/30/05
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   Page 36

Customer:3-COAST    Range:All    Dates:All
Coastal Transport Co., Inc.

Code    Name                      Street                City           ST  Zip Code  Ins Date Quoued Days
.......  ...................       ...................    ...............  ..  ........  ........ ...... ....
SHECOON  Shell Oil Products US     P.O. Box 2020          Conway,        AR  72033     03/30/05  No   30
         Motiva Enterprises LLC
         c/o AMCS

         Description of Operations
         Motiva Enterprises LLC & Shell Oil Products US & their members,
         subsidiaries, affiliates, & joint venture partners to the extent of their
         interest in Motiva Enterprises LLC or Shell Oil Products US are included as
         Additional Insureds for Auto & General Liab.  Waiver of Subrog for W/C & E/L
         apply. Includes the 5714 Star Lane, Houston, TX location.

SHECHER  Shelton Oil              P.O. Box 727            Mertzan        TX  76941     03/30/05  No   30
         Attn: Dave

         Description of Operations
         No Additional Insured or Waiver status was requested with this certificate.

SHEWGAR  Sherwin Williams Company  2802 W. Miller Rd.      Garland,       TX  75041     03/30/05  No   30

         Description of Operations
         No Additional Insured or Waiver status was requested with this certificate.

SHORICA  Shore Terminals L.L.C.    488 Wright Ave.         Richmond       CA  94804     03/30/05  No   30

         Description of Operations
         No additional Insured or Waiver Status was requested with this certificate
         of insurance.

SHOTCRC  Shore Terminal           90 San Pablo Avenue     Crocket,       CA  94525     03/30/05  No   30
         Attn: Karen

         Description of Operations
         No Additional Insured or Waiver status was requested with this certificate.

SHUCESC  Shuster Oil              635 W. 3rd Street        Escondido,     CA  92025     03/30/05  No   30

         Description of Operations
         No Additional Insured or Waiver status was requested with this certificate.

SIGFAMA  Signal Fuel Company &     P.O. Box 15000          Amarillo,      TX  79105     03/30/05  No   30
         Taylor Petroleum Companies, In
         Attn: Ken Dorris

         Description of Operations
         Certificate holders are included as Additional Insureds for Auotmobile and
         General Liability coverages.  Waiver of Subrogation applies.

SIMPCKL  Simons Petroleum, Inc.    1120 N/W 63rd Suite 300 Oklahoma City, OK 73116-6505 03/30/05  No   30

         Description of Operations
         No Additional Insured or Waiver status was requested with this certificate.

SINOSAL  Sinclair Oil Corporation  P.O. Box 30825          Salt Lake City, UT 84130    03/30/05  No   30
         and Sinclair Marketing

         Description of Operations
         No Additional Insured or Waiver status was requested with this certificate.

SKSISAN  SKS, Inc.                P.O. Box 26940-0940      San Diego,     CA 92196-0940 03/30/05  No   30
         Attn: Bob Fetterley

         Description of Operations
         No Additional Insured or Waiver status was requested with this certificate.
```

PSXMAJ00007130
PSXCAN00010511

CERTIFICATE HOLDER LIST
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

Date 03/30/05
Page 37

Customer:3-COAST     Range:All     Dates:All
Coastal Transport Co., Inc.

| Code | Name | Street | City | ST | Zip Code | Iss Date | Queued | Days |
|------|------|--------|------|-----|----------|----------|--------|------|
| SOCGPER | The Soco Group, Inc. | 240 E. 1st St. | Perris, | CA | 92570-2215 | 03/30/05 | No | 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| SOCGSA2 | The SoCo Group | 4915 Mercury Street | San Diego, | CA | 92111 | 03/30/05 | No | 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| SOLTSAN | Solar Turbines, Inc.<br>Attn: Sherry Vick | P.O. Box 85376 | San Diego, | CA | 92186-5376 | 03/30/05 | No | 30 |

Description of Operations
Certificate holder is included as an Additional Insured as respects
Automobile & General Liability.  Waiver of subrogation applies to the
Workers Compensation policy.

| SOUBBIR | SouthTrust Bank<br>Shannon Call | P.O. Box 83-0803 | Birmingham | AL | 35283-0803 | 03/30/05 | No | |

Description of Operations
No Additional Insured or Waiver Status was requested with this certificate.

| SOUCHOU | South Coast Terminal | 7401 Wallisville Rd. | Houston, | TX | 77020 | 03/30/05 | No | 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| SOUCORA | Southern Counties Oil Co.<br>Attn: Legal Dept. | P.O. Box 4159 | Orange | CA | 92863-4159 | 03/30/05 | No | 30 |

Description of Operations
Certificate holder is included as an Additional Insured as indicated.  No
Waiver status was requested with this certificate.

| SOUCPOR | Southern Counties Oil Co.<br>c/o Periculum Services Group | P.O. Box 257, Dept. 63-B005 | Portland, | MI | 48875-0257 | 03/30/05 | No | 30 |

Description of Operations
Certificate holder is included as an Additional Insured as indicated.  No
waiver status was requested with this certificate.

| SOUECDE | Southwest Energy<br>Attn: Rich Steen | P.O. Box 711 | Odessa, | TX | 79760 | 03/30/05 | No | 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| SOUHSIL | South Hampton Refining Co.<br>Attn: Connie Cook | P.O. Box 1636 | Silsbee, | TX | 77656 | 03/30/05 | No | 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| SOUPCOR | Southguard Petroleum Company | P.O. Box 9036 | Corpus Christi | TX | 78469 | 03/30/05 | No | 30 |

Description of Operations
Certificate holder is included as an Additional Insured as respects
General & Automobile Liability policies.  No Waiver status was requested
with this certificate.

| SOUPSA2 | Southern Pacific Transp.<br>Attn: Bert White | 1205 Sherman | San Antonio, | TX | 78202 | 03/30/05 | No | 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

PSXMAJ00007131
PSXCAN00010512

```
C E R T I F I C A T E   H O L D E R   L I S T                    Date 03/30/05
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .     Page 38
```

Customer:3-COAST      Range:All      Dates:All
Coastal Transport Co., Inc.

| Code | Name | Street | City | ST | Zip Code | Iss Date | Queued | Days |
|------|------|--------|------|----|----------|----------|--------|------|
| SCUSDAL | Southwest Solvents & Chemicals | 3636 Dan Morton Drive | Dallas, | TX | 75236-1071 | 03/30/05 | No | 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| SCUSHO2 | Southwest Solvents & Chemical | P.O. Box 41065 | Houston, | TX | 77241 | 03/30/05 | No | 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| SPECIME | Specimen | | | | | 03/30/05 | No | 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| SPEFCHA | Specified Fuels & Chemicals, LLC  Attn:  Kimberly S. Robinson | P.O. Box 429 | Channelview, | TX | 77530-0429 | 03/30/05 | No | 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| STACCAR | State of Nevada; Division of Industrial Relations; WC Sect.  Attn:  Dawn Saucedo | 400 W. King St., Suite #400 | Carson City | NV | 89703 | 03/30/05 | No | 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| STACCLE | Standard Oil of Ohio | 4850 E. 49th Street | Cleveland, | TX | 44125 | 03/30/05 | No | 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| STACLIT | State of Arkansas  Dept. of Finance & Admin. | P.O. Box 1752 | Little Rock, | AR | 72203 | 03/30/05 | No | 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| STATSTC | Standard Transmissions  Attn: Vaughn | 2941 Navy Drive | Stockton | CA | 95206 | 03/30/05 | No | 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| STECNOR | Stephan Company  Attn:  Judy Adler | 22 West Frontage Rd. | Northfield, | IL | 60093 | 03/30/05 | No | 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| STECTEX | Sterling Chemicals, Inc. | P.O. Box 1311 | Texas City, | TX | 77593-1311 | 03/30/05 | No | 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| STECBEA | Steinhagen Oil Company  Directors, Officers & Shareholders | P.O. Box 20037 | Beaumont, | TX | 77720 | 03/30/05 | No | 30 |

Description of Operations
Certificate holder is included as an Additional Insured as respects to
General, Automobile & Excess Liability policies.  Waiver of subrogation
applies.

PSXMAJ00007132
PSXCAN00010513

C E R T I F I C A T E   H O L D E R   L I S T

Date 03/30/05
Page 39

Customer: 3-COAST     Range: All     Dates: All
Coastal Transport Co., Inc.

| Code | Name | Street | City | ST | Zip Code | Iss Date | Queued | Days |
|------|------|--------|------|----|----------|----------|--------|------|
| STCJMCA | Stores, Inc. | 2117 Nolana | McAllen, | TX | 78509 | 03/30/05 | No | 30 |
| | Attn: Ramon Mata | | | | | | | |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| STRETEM | Strasburger Enterprise | P.O. Box 6117 | Temple, | TX | 76504 | 03/30/05 | No | 30 |
| | Attn: Twila | | | | | | | |

Description of Operations
No Additional Insured or Waiver Status was requested with this certificate.

| STSETUS | ST Services | 3605 S. Dodge Blvd. | Tuscon, | AZ | 85713 | 03/30/05 | No | 30 |
| | Attn: Paul Lingker | | | | | | | |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| SUBPWHI | Suburban Propane, L.P.* | P. O. Box 206 | Whippany, | NJ | 07981 | 03/30/05 | No | 30 |
| | Attn: Susan McNew | | | | | | | |

Description of Operations
*and its parent, subsidiaries and affiliates, including all of their
officers, directors and employees. Certificate Holder is included as an
Additional Insured under the Auto Liability Policy and under the Commercial
General Liability Policy as required by written contract. Waiver Status
Applies. Primary Applies.

| SUNRCOR | Suntide Refining Company | P.O. Box 2608 | Corpus Christi, | TX | 78403 | 03/30/05 | No | 30 |
| | Attn: D.K. Coker/Purchasing | | | | | | | |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| SUPCPHC | Supreme Oil | 2110 Grand Avenue | Phoenix | AZ | 85009 | 03/30/05 | No | 30 |

Description of Operations
CCertificate holder is in included as an Additional Insured as respects
General & Automobile Liability policies.  No Waiver status was requested
with this certificate.

| SUSPCOR | Susser Petroleum Co., LP * | P.O. Box 9036 | Corpus Christi, | TX | 78469-9036 | 03/30/05 | No | 30 |
| | Attn: Debra Smith | | | | | | | |

Description of Operations
* SSP Partners, Susser Holdings, LLC, and their respective partners,
subsidiaries, affiliates, directors, officers and employees. Certificate
holders are included as an Additional Insured and Waiver of Subrogation
applies as respects to General and Automobile Liability policies.

| SWASSUL | Swat Sell | P.O. Box 839 | Sulpher Springs, | TX | 75483 | 03/30/05 | No | 30 |
| | Attn: Brenda | | | | | | | |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| SYNFHOU | Synergy Fluids, Inc. | Suite 310 | Houston, | TX | 77060 | 03/30/05 | No | 30 |
| | 16800 Imperial Valley Dr. | | | | | | | |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| SYSCHOU | Sysco Corporation, its | 1390 Enclave Pkwy. | Houston, | TX | 77077-2099 | 03/30/05 | No | 30 |
| | Subsidiaries, Affiliates and | | | | | | | |
| | Divisions | | | | | | | |

Description of Operations
Certificate holder is included as an Additional Insured as indicated.
Waiver of Subrogation applies as requested.

G E R T I F I C A T E   H O L D E R   L I S T

Date 03/30/05
Page 40

Customer: 3-COAST       Range: All       Dates: All
Coastal Transport Co., Inc.

| Code | Name | Street | City | ST | Zip Code | Iss Date Queued Days |
|------|------|--------|------|----|----------|----------------------|
| SYSEXEN | Systech Environmental Corp. | 3085 Woodman Dr, Suite 300 | Dayton | OH | 45420 | 03/30/05  No   30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| | | | | | | |
|------|------|--------|------|----|----------|----------------------|
| TANESAC | Tandem Energy | P.O. Box 276004 | Sacramento, | CA | 95827 | 03/30/05  No   30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| | | | | | | |
|------|------|--------|------|----|----------|----------------------|
| TEMIDIB | Temple Industries, Inc. | | Diboll, | TX | 75941 | 03/30/05  No   30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| | | | | | | |
|------|------|--------|------|----|----------|----------------------|
| TESAUDW | Tesoro West Coast Company | 3450 S. 344th. Way, Suite 10 | Auburn, | WA | 98001-5931 | 03/30/05  No   30 |

Description of Operations
Certificate holder is included as an Additional Insured with respects to the
General and Automobile Liability Coverages.  Waiver of subrogation applies
to General, Automobile and Workers' Compensation Coverages.

| | | | | | | |
|------|------|--------|------|----|----------|----------------------|
| TESPSAN | Tesoro Petroleum Companies | 300 Concord Plaza Dr. | San Antonio | TX | 78216-6999 | 03/30/05  No   30 |
| | Attn: Risk Management | | | | | |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| | | | | | | |
|------|------|--------|------|----|----------|----------------------|
| TETISAN | Tetco, Inc. and Tetco Stores, | P.O. Box 171720 | San Antonio, | TX | 78217 | 03/30/05  No   30 |
| | LP | | | | | |
| | Attn:  John McPherson | | | | | |

Description of Operations
Certificate holder is included as an Additional Insured as indicated.
Waiver of subrogation applies.

| | | | | | | |
|------|------|--------|------|----|----------|----------------------|
| TEXADEE | Texas Alkyls, Inc. | P.O. Box 600 | Deer Park, | TX | 77536 | 03/30/05  No   30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| | | | | | | |
|------|------|--------|------|----|----------|----------------------|
| TEXAHOU | Texas Aeromatics | 3555 Timmons Lane #700 | Houston, | TX | 77027 | 03/30/05  No   30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| | | | | | | |
|------|------|--------|------|----|----------|----------------------|
| TEXBELP | Texas Ballast | 14101 Weaver Road | El Paso | TX | 79928 | 03/30/05  No   30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| | | | | | | |
|------|------|--------|------|----|----------|----------------------|
| TEXELON | Texas Eastman | P.O. Box 7444 | Longview, | TX | 75601 | 03/30/05  No   30 |
| | Attn: Ben Weeks/Controller | | | | | |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| | | | | | | |
|------|------|--------|------|----|----------|----------------------|
| TEXIDA3 | Texas Instruments | 13522 N. Central Exprway | Dallas, | TX | 75231 | 03/30/05  No   30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| | | | | | | |
|------|------|--------|------|----|----------|----------------------|
| TEXIHOU | Texas Industries, Inc. | 11111 Wilcrest Green #108 | Houston, | TX | 77042 | 03/30/05  No   30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

```
C E R T I F I C A T E   H O L D E R   L I S T                    Date 03/30/05
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .        Page 41

Customer:3-COAST      Range:All      Dates:All
Coastal Transport Co., Inc.
```

| Code | Name | Street | City | ST | Zip Code | Iss Date | Queued | Days |
|------|------|--------|------|----|----------|----------|--------|------|
| TEXISTR | Texas Industries, Inc. | P.O. Box 217 | Streetman, | TX | 75859 | 03/30/05 | No | 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| TEXLCON | Texaco Lubricants Company c/o AMCS Attn: Dennis Mathews | P.O. Box 2020 | Conway, | AR | 72033 | 03/30/05 | No | 30 |

Description of Operations
Waiver of Subrogation in favor or Texaco, Inc. all subsidiaries and
affiliates applies. Location #1757/CR

| TFXPHOU | Texas Pipe & Supply Co. Inc. Attn: D.L. Rogers | 2330 Holmes Road | Houston, | TX | 77051-1098 | 03/30/05 | No | 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| THGPVIC | Thomas Petroleum, Ltd. Attn: Greg Stevens | P.O. Box 1876 | Victoria, | TX | 77902-1876 | 03/30/05 | No | 30 |

Description of Operations
Certificate holder is included as an Additional Insured as indicated.
Waiver of Subrogation applies.

| TOS-RIC | Tosco Attn: Mike | 1300 Canal Blvd. | Richmond, | CA | 94804 | 03/30/05 | No | 30 |

Description of Operations
Certificate holder is included as an Additional Insured as respects to Autom
obile and General Liability.  No Waiver status was requested with this certi
ficate.

| TOSCBLO | Tosco-Colton Attn: Don | 2301 So. Riverside Ave. | Bloomington, | CA | 92316 | 03/30/05 | No | 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| TOSCSAN | Tosco Corporation Attn: Terminals Group | P.O. Box 2628 | Santa Fe Springs, | CA | 90670-0628 | 03/30/05 | No | 30 |

Description of Operations
Certificate holder is included as an Additional Insured as respects to Gener
and Automobile Liability policies.  No Waiver status was requested with this
certificate.

| TOSDLOS | Tosco Dist. Attn: Roland Parker | 13500 S Broadway | Los Angeles | CA | 90061 | 03/30/05 | No | 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| TOSMHEM | Tosco Marketing Co. | P.O. Box 12010 | Hemet | CA | 92546-8010 | 03/30/05 | No | 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| TOSMPHO | Tosco Marketing Company Attn: Freight Analyst (DC-76) | P.O. Box 52085 | Phoenix, | AZ | 85072-2085 | 03/30/05 | No | 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

PSXMAJ00007135
PSXCAN00010516

C·E R T I F I C A T E   H O L D E R. L I S T

Date 03/30/05
Page 42

Customer:3-COAST      Range:All      Dates:All
Coastal Transport Co., Inc.

| Code | Name | Street | City | ST | Zip Code | Iss Date | Queued | Days |
|------|------|--------|------|----|----|----|----|----|
| TCTESAC | Total Energy Products | 3015 Bradshaw Rd. | Sacramento, | CA | 95827 | 03/30/05 | No | 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| | | | | | | | | |
|------|------|--------|------|----|----|----|----|----|
| TOTPALM | Total Petroleum Corp.<br>Attn: Ms. Deb Traub | 1325 Wright Avenue | Alma, | MI | 48802 | 03/30/05 | No | 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| | | | | | | | | |
|------|------|--------|------|----|----|----|----|----|
| TRALCHI | Transport Link<br>Attn: Keith | P.O. Box 23320 | Chicago, | IL | 60623 | 03/30/05 | No | 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| | | | | | | | | |
|------|------|--------|------|----|----|----|----|----|
| TRAMJAC | Trailer Marine Transport/<br>Crowley Maritime Corp. | P.O. Box 2110 | Jacksonville, | FL | 32203-2110 | 03/30/05 | No | 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| | | | | | | | | |
|------|------|--------|------|----|----|----|----|----|
| TRAMTEM | Transit Mix Concrete &<br>Materials, a subsidiary of<br>Trinity Industries, Inc. | P.O. Box 3625 | Temple, | TX | 76505 | 03/30/05 | No | 30 |

Description of Operations
Certificate holder is included as an Additional Insured as indicated above.
Waiver of subrogation applies to the general liability, automobile liability
and workers' compensation policies.

| | | | | | | | | |
|------|------|--------|------|----|----|----|----|----|
| TRAMTYL | Transit Mix-Concrete &<br>Materials Co.<br>Attn: Judy Carver | P.O. Box 131867 | Tyler, | TX | 75713 | 03/30/05 | No | 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| | | | | | | | | |
|------|------|--------|------|----|----|----|----|----|
| TRACELP | Transmountain Oil Company, LC<br>Attn: Irma Torres | 6767 Gateway West Blvd. | El Paso, | TX | 79925 | 03/30/05 | No | 30 |

Description of Operations
Certificate holder is included as an Additional Insured as indicated.  No
Waiver status was requested with this certificate.

| | | | | | | | | |
|------|------|--------|------|----|----|----|----|----|
| TRAPPAY | Transmontaigne Product<br>Services | P.O. Box 5660 | Denver | CO | 80217-5660 | 03/30/05 | No | 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| | | | | | | | | |
|------|------|--------|------|----|----|----|----|----|
| TREGMES | Trejo Oil Co., Inc. | P.O. Box 30000 | Mesa, | AZ | 85275-0000 | 03/30/05 | No | 30 |

Description of Operations
Certificate holder is included as an Additional Insured as indicated.  No
Waiver status was requested with this certificate.

| | | | | | | | | |
|------|------|--------|------|----|----|----|----|----|
| TREOPHO | Trejo Oil Company, Inc.<br>c/o PT Risk Management<br>Attn:  Frank B. Thompson, CPCU | 4910 E. Elliot Road | Phoenix | AZ | 85044 | 03/30/05 | No | 30 |

Description of Operations
Trejo Oil Co., Inc., its partners and subsidiaries is included as an
Additional Insured as indicated.  No Waiver status was requested with this
certificate.

PSXMAJ00007136
PSXCAN00010517

```
C E R T I F I C A T E   H O L D E R   L I S T                    Date 03/30/05
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    Page 43

Customer: 3-COAST    Range: All    Dates: All
Coastal Transport Co., Inc.
```

| Code | Name | Street | City | ST | Zip Code | Iss Date Queued Days |
|------|------|--------|------|----|----|----|
| TRIADAL | Triple A Oil Co., Inc.<br>Attn: Janet Restivo | 12342 Inwood Rd. | Dallas | TX | 75244 | 03/30/05 No 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| TRIFGRA | Triton Fuels | 1114 W. Oakdale | Grand Prarie, | TX | 75050 | 03/30/05 No 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| TRIHBEN | Tri H Leasing<br>Attn: Steven Humphreys | P.O. Box 1772 | Benito, | CA | 91908 | 03/30/05 No 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| TRILANN | Trism Logisites, Inc.<br>Attn: ICP Clients | 3 Werner Way #220 | Lebanon, | NJ | 08833 | 03/30/05 No 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| TRIMBEA | Trinity Marine<br>Attn: Don Schultz | 850 Pine Street | Beaumont, | TX | 77701 | 03/30/05 No 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| TRIRWAC | Trinity River Authority of TX<br>Attn: Betty Flowers | P.O. Box 8411 | Waco, | TX | 76714-8411 | 03/30/05 No 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| TROOFRE | Troy Ottmers | 109 East Park | Fredericksburg, | TX | 78624 | 03/30/05 No 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| TRUATEX | Truman Arnold Companies<br>Attn: Morris Krodle | P.O. Box 1481 | Texarkana, | TX | 75504 | 03/30/05 No 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| TRUSWES | Truck Stops of America<br>Attn: Christopher West | 24601 Center Ridge Rd.#300 | Westlake, | OH | 44145-5634 | 03/30/05 No 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| TUCATUC | Tucson Airport Authority<br>Tucson International Airport<br>Attn: Sheri Swain | 7005 S. Plumer | Tucson, | AZ | 85706 | 03/30/05 No 30 |

Description of Operations
Tucson Airport Authority and City of Tucson as included as additional
insured for auto and general liability. No waiver was requested with this
Certificate.

| TURATUS | Turman Arnold Co.<br>Attn: Robin | 8023 E. 63 Place, Suite 515 | Tuscan | OK | 74133 | 03/30/05 No 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

PSXMAJ00007137
PSXCAN00010518

```
CERTIFICATE HOLDER LIST                              Date 03/30/05
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    Page 44

Customer:3-COAST      Range:All      Dates:All
Coastal Transport Co., Inc.
```

| Code | Name | Street | City | ST | Zip Code | Iss Date | Queued | Days |
|------|------|--------|------|----|----------|----------|--------|------|
| TURBOKL | Turner Brothers Trucking | P.O. Box 82929 | Oklahoma City, | OK | 73108 | 03/30/05 | No | 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| TURIPHO | Turken Industrial Properties, Inc. | 1420 N. 27th Avenue | Phoenix | AZ | 85009 | 03/30/05 | No | 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| UNIBNED | Unical-Beaumont Plant<br>Attn: Operations Planning | P.O. Box 237 | Nederland, | TX | 77627 | 03/30/05 | No | 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate

| UNICTEX | Union Carbide Chemical and Plastics<br>Attn: Barbara Amato | P.O.Box 471 | Texas City, | TX | 77592-0471 | 03/30/05 | No | 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| UNIDFAI | United OSI<br>Attn: Jack Cole | 6800 Martin Rd. | Fairburn, | GA | 30213 | 03/30/05 | No | 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| UNIDTUC | Union Distributing Company<br>Attn: Mark | 4000 E. Michigan St | Tucson, | AZ | 85714 | 03/30/05 | No | 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| UNIEGAR | United El Segundo, Inc.<br>dba: United Oil Co.<br>Attn: Kevin Courtney | 18525 South Main | Gardena, | CA | 90248 | 03/30/05 | No | 30 |

Description of Operations
Certificate holder is included as an Additional Insured as respects to
General & Automobile Liability policies.  No Waiver status was requested
with this certificate.

| UNIFHOU | Universal Fuels<br>Attn: Bill Whitworth | P. O. Box 12632 | Houston | TX | 77061 | 03/30/05 | No | 30 |

Description of Operations
Certificate holder is included as an Additional Insured as indicated.  No
Waiver status was requested with this certificate.

| UNIMPHO | United Metro Materials<br>Mimi | 701 N. 44th St | Phoenix | AZ | 85008 | 03/30/05 | No | 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| UNIPAUB | United Pacific Energy<br>Attn: Sherie | P.O. Box 6976 | Auburn, | CA | 95604-6976 | 03/30/05 | No | 30 |

Description of Operations
Certificate holder is included as an Additional Insured as respects
Automobile and General Liability. No Waiver status was requested with this
certificate.

PSXMAJ00007138
PSXCAN00010519

```
C E R T I F I C A T E   H O L D E R   L I S T                        Date 03/30/05
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    Page 45

Customer:3-COAST     Range:All     Dates:All
Coastal Transport Co., Inc.
```

| Code | Name | Street | City | ST | Zip Code | Iss Date | Queued | Days |
|------|------|--------|------|----|----------|---------|--------|------|
| UNIPCOR | Union Pacific Resources | P.O. Box 9176 | Corpus Christi, | TX | 78403 | 03/30/05 | No | 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| UNIPGRE | Union Pacific Railroad Co. | 7501 Greenway Center Dr,#720 | Greenbelt, | MD | 20770-3514 | 03/30/05 | No | 30 |

Description of Operations
Certificate holder is included as an Additional Insured under the General
and Automobile Liability Policies.  Automobile Policy includes Truckers
Uniform Intermodal Interchange End't. $25,000 Trailer Interchange Limit.  No
Waiver status was requested with this certificate.

| UNIPCM5 | Union Pacific Railroad Company | 1800 Farnam | Omaha, | NE | 68102 | 03/30/05 | No | 30 |
|  | Real Estate Department |  |  |  |  |  |  |  |

Description of Operations
Certificate holder is included as an Additional Insured with respects to
General and Automobile Liability Policies.  No waiver status was requested
with this certificate.

| UNIUKIR | Univar USA, Inc. | 6100 Carillon Point | Kirkland, | WA | 98033 | 03/30/05 | No | 30 |
|  | Attn: Transportation |  |  |  |  |  |  |  |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| USAPAGO | USA Petroleum | 30101 Agoura Court, Suite 200 | Agoura Hills, | CA | 91301-4311 | 03/30/05 | No | 30 |
|  | Attn: James Block |  |  |  |  |  |  |  |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| USINDEE | U.S. Industrial Chemicals Co. | P.O. Box Drawer O | Deer Park, | TX | 77536-1900 | 03/30/05 | No | 30 |
|  | Attn: Purchasing Dept. |  |  |  |  |  |  |  |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| VALCMIN | The Valspar Corporation | P.O. Box 1461 | Minneapolis, | MN | 55440 | 03/30/05 | No | 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| VALESAN | Valero Energy Corporation, its | P.O. Box 500 | San Antonio | TX | 78292-0500 | 03/30/05 | No | 30 |
|  | Subsidiaries Affiliates |  |  |  |  |  |  |  |
|  | Officers Directors & Employee |  |  |  |  |  |  |  |

Description of Operations
Certificate holder is included as an Additional Insured for General and
Automobile Liability Coverages.  Waiver of subrogation applies to General
and Automobile Liability and Workers' Compensation Coverages.

| VALLSAN | Valero Logistics, LP, its | P.O. Box 500 | San Antonio, | TX | 78292 | 03/30/05 | No | 30 |
|  | Subsidiaries, Affiliates, |  |  |  |  |  |  |  |
|  | Officers Directors & Employees |  |  |  |  |  |  |  |

Description of Operations
Certificate holder is included as an Additional Insured as indicated.
Waiver of subrogation applies to General and Automobile Liability and
Workers' Compensation coverages.

| VALOSAL | Valley Oil Co. | 1790 16th Street S.E. | Salem, | OR | 97309 | 03/30/05 | No | 30 |
|  | Attn: John |  |  |  |  |  |  |  |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

PSXMAJ00007139
PSXCAN00010520

```
C E R T I F I C A T E   H O L D E R   L I S T                    Date 03/30/05
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .             Page 46
```

Customer: 3-COAST      Range: All      Dates: All
Coastal Transport Co., Inc.

| Code | Name | Street | City | ST | Zip Code | Ins Date | Queued | Days |
|------|------|--------|------|----|----------|----------|--------|------|
| VALPDAL | Valvoline Parrot Oil Corp. | 3116 Quebec St. | Dallas | TX | 75247-6704 | 03/30/05 | No | 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| VALSHAR | Valley Star Inc.<br>Attn: Willis Reed | 440 N. 18th St., Ste. 8 | Beaumont, | TX | 77707 | 03/30/05 | No | 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| VALSSAN | Valley Shamrock, Inc. | P.O. Box 696000 | San Antonio | TX | 78269-6000 | 03/30/05 | No | 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| VENTLON | Venture Transfer Company | 2418 E. 23rd Street | Long Beach, | CA | 90810 | 03/30/05 | No | 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| VIAMSAN | Via Metropolitan Transit<br>Attn: Cheri | 800 W. Myrtle | San Antonio | TX | 78212 | 03/30/05 | No | 30 |

Description of Operations
Certificate holder is included as an Additional Insured as respects to
General & Automobile Liability policies.  No Waiver status was requested
with this certificate.

| VISCHOU | Vista Chemical Co.<br>Attn: Kathleen Morris | P O Box 19029 | Houston, | TX | 77224 | 03/30/05 | No | 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| VPPRWAR | VP Products, NA<br>Attn: Andrew Beucher | 28100 Torch Parkway | Warrenville, | IL | 60555 | 03/30/05 | No | 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| VULCEAS | Vulcan Const. & Material L.P.<br>Johnny Bragg | P.O. Box 1369 | Eastland | TX | 76448 | 03/30/05 | No | 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| WACIWAC | Waco Independent School Dist<br>Attn: Lupe Diaz | P.O. Box 27 | Waco, | TX | 76703 | 03/30/05 | No | 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| WESISAN | Westruc Ins'l/Western Rental<br>LSG/Idealease of or Cnty | 5255 Federal Blvd. | San Diego, | CA | 92105 | 03/30/05 | No | 30 |

Description of Operations
Certificate holder is included as an Additional Insured as respects to
General & Automobile Liability policies.  No Waiver status was requested
with this certificate.

| WESPPAS | Westport Petroleum, Inc.<br>Attn: Tim Harvey | 300 North Lake Ave. #1020 | Pasadena, | CA | 91101 | 03/30/05 | No | 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

PSXMAJ00007140
PSXCAN00010521

C E R T I F I C A T E   H O L D E R   L I S T

Date 03/30/05
Page 47

Customer:3-COAST      Range:All      Dates:All
Coastal Transport Co., Inc.

| Code | Name | Street | City | ST | Zip Code | Iss Date | Queued | Days |
|------|------|--------|------|----|----------|----------|--------|------|
| WESPPHC | Western States Petroleum, Inc.<br>Attn: Bob Kec | 405 South 15th Ave. | Phoenix, | AZ | 85007 | 03/30/05 | No | 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| WESRELP | Western Refining Company<br>Attn:  Brad Morris | 6500 Trowbridge Drive | El Paso, | TX | 79905-3402 | 03/30/05 | No | 30 |

Description of Operations
Certificate holder is included as an Additional Insured as indicated.  No
Waiver status was requested with this certificate.

| WHOFBAK | Wholesale Fuels, Inc.<br>Attn: Dana Dickson  HR Dept. | 3101 State Road | Bakersfield, | CA | 93303 | 03/30/05 | No | 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| WIL-DAL | William Energy Ventures<br>Attn:  Jon Lawrence | 4200 Singleton Blvd. | Dallas, | TX | 75212 | 03/30/05 | No | 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| WILBOKL | Williams Bros. | 251 N. Sunnyland Rd. | Oklahoma City, | OK | 73117 | 03/30/05 | No | 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate

| WILDSEA | Williams Distributing | 216 Puyallup Ave. #205 | Tacoma, | WA | 98421 | 03/30/05 | No | 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| WILESAN | Wilbur-Ellis Company<br>Attn: Risk Management Dept. | 345 California Street, 27th Fl | San Francisco, | CA | 94104 | 03/30/05 | No | 30 |

Description of Operations
Certificate holder is included as an Additional Insured as respects
Automobile and General Liability.  Waiver status applies.  Requested:
"Insurance is primary and not contributory to the insurance available to the
additional insured"

| WILFCUB | Williams Field Service<br>Lybrook Plant | Hwy 550, M.M. 103 | Cuba, | NM | 87013 | 03/30/05 | No | 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| WILTGAL | Williams Terminals Holdings<br>Attn Dick Kovarna | P O Box 52 | Galena Park | TX | 77547 | 03/30/05 | No | 30 |

Description of Operations
No Additional Insured or Waiver Status was requested with this certificate.

| WINECOR | Winn Exploration Company<br>Attn:  Mike Atzert | 800 N. Shoreline Blvd. #19N | Corpus Christi, | TX | 78401-3700 | 03/30/05 | No | 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

| WORMSOU | World Marketing Company<br>Attn:  Sony Hall | P.O. Box 1966 | South Gate, | CA | 90280-1966 | 03/30/05 | No | 30 |

Description of Operations
No Additional Insured or Waiver status was requested with this certificate.

PSXMAJ00007141
PSXCAN00010522

# ACORD CERTIFICATE OF LIABILITY INSURANCE

|  | CSR JN 3-COAST | DATE (MM/DD/YYY) 03/30/05 |
|---|---|---|

**PRODUCER**

The Transportation Group, Ltd.
11111 Wilcrest Green, #325
Houston TX 77042
Phone: 713-785-6785   Fax:713-785-8785

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW.

**INSURERS AFFORDING COVERAGE** — NAIC #

| | |
|---|---|
| INSURER A: | Lexington Insurance Company |
| INSURER B: | Canal Indemnity Company |
| INSURER C: | Zurich American Insurance Co. |
| INSURER D: | |
| INSURER E: | |

**INSURED**

Coastal Transport Co., Inc.
Tom Braaten
1603 Ackerman Rd.
San Antonio TX 78219

## COVERAGES

THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. AGGREGATE LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | ADD'L INSRD | TYPE OF INSURANCE | POLICY NUMBER | POLICY EFFECTIVE DATE (MM/DD/YY) | POLICY EXPIRATION DATE (MM/DD/YY) | LIMITS | |
|---|---|---|---|---|---|---|---|
| B | X | GENERAL LIABILITY / COMMERCIAL GENERAL LIABILITY / CLAIMS MADE [X] OCCUR | CGL014511 | 03/15/05 | 05/01/06 | EACH OCCURRENCE | $1,000,000 |
| | | | | | | DAMAGE TO RENTED PREMISES (Ea occurence) | $50,000 |
| | | | | | | MED EXP (Any one person) | $5,000 |
| | | | | | | PERSONAL & ADV INJURY | $1,000,000 |
| | | | | | | GENERAL AGGREGATE | $2,000,000 |
| | | GEN'L AGGREGATE LIMIT APPLIES PER: POLICY / PRO-JECT / LOC | | | | PRODUCTS - COMP/OP AGG | $1,000,000 |
| B | X | AUTOMOBILE LIABILITY / ANY AUTO / ALL OWNED AUTOS / SCHEDULED AUTOS / [X] HIRED AUTOS / [X] NON-OWNED AUTOS / [X] MCS-90 End't. Inc | L037755 | 03/15/05 | 05/01/06 | COMBINED SINGLE LIMIT (Ea accident) | $1,000,000 |
| | | | | | | BODILY INJURY (Per person) | $ |
| | | | | | | BODILY INJURY (Per accident) | $ |
| | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | GARAGE LIABILITY / ANY AUTO | | | | AUTO ONLY - EA ACCIDENT | $ |
| | | | | | | OTHER THAN EA ACC / AUTO ONLY: AGG | $ |
| A | X | EXCESS/UMBRELLA LIABILITY / [X] OCCUR / CLAIMS MADE | 7113636 | 05/15/04 | 05/15/05 | EACH OCCURRENCE | $19,000,000 |
| | | | | | | AGGREGATE | $19,000,000 |
| | | DEDUCTIBLE / RETENTION $ | | | | | $ |
| C | | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY / ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? / If yes, describe under SPECIAL PROVISIONS below | WC2347157-00 | 05/15/04 | 05/15/05 | [X] WC STATU-TORY LIMITS / OTHER | |
| | | | | | | E.L. EACH ACCIDENT | $1,000,000 |
| | | | | | | E.L. DISEASE - EA EMPLOYEE | $1,000,000 |
| | | | | | | E.L. DISEASE - POLICY LIMIT | $1,000,000 |
| A | | OTHER / Motor Truck Cargo | 8753111 | 05/15/04 | 05/15/05 | Per Veh. | $50,000 |

DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES / EXCLUSIONS ADDED BY ENDORSEMENT / SPECIAL PROVISIONS

**CERTIFICATE HOLDER**

RECEIVED SPECIME
Specimen
APR 0 4 2005
DELTA-HOUSTON,TX

**CANCELLATION**

SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, THE ISSUING INSURER WILL ENDEAVOR TO MAIL 30 DAYS WRITTEN NOTICE TO THE CERTIFICATE HOLDER NAMED TO THE LEFT, BUT FAILURE TO DO SO SHALL IMPOSE NO OBLIGATION OR LIABILITY OF ANY KIND UPON THE INSURER, ITS AGENTS OR REPRESENTATIVES.

AUTHORIZED REPRESENTATIVE

ACORD 25 (2001/08)

© ACORD CORPORATION 1988

PSXMAJ00007142
PSXCAN00010523

# CERTIFICATE HOLDER LIST

Date 03/30/05
Page 1

Customer: 3-COAST   Range: All   Dates: All
Coastal Transport Co., Inc.

| Code | Name | Street | City | ST | Zip Code | Ins Date | Queued | Days |
|------|------|--------|------|----|----------|----------|--------|------|
| LANIHOU | Landmark Industries, Ltd.<br>Attn: Kent Brotherton | 11111 Wilcrest Green #100 | Houston, | TX | 77042 | 03/30/05 | No | 30 |

Description of Operations
Certificate holder is included as an Additional Insured as indicated and
Waiver of subrogation applies.

| | | | | | | | | |
|------|------|--------|------|----|----------|----------|--------|------|
| SPECIME | Specimen | | | | | 03/30/05 | No | 30 |
| SUSPCOR | Susser Petroleum Co., LP *<br>Attn: Debra Smith | P.O. Box 9036 | Corpus Christi, | TX | 78469-9036 | 03/30/05 | No | 30 |

Description of Operations
*SSP Partners, Susser Holdings, LLC, and their respective partners,
subsidiaries, affiliates, directors, officers and employees. Certificate
holders are included as Additional Insureds and Waivers of Subrogation
applies as respects to General and Automobile Liability policies.

PSXMAJ00007143
PSXCAN00010524



Received 03/17/2005 11:44AM in 01:44 on line [4] for PENNYC  UID:ADN42396E0A4865 * Pg 2/4
03/17/2005 THU 11:31   FAX 713 785 8785 TTG/JHI +++ DELTA
03/17/2005 12:28 FAX                    COASTAL TRANSPORT          → J HOUSE              ⌀002/004
03/17/2005 THU 10:37 | FAX 713 785 8785 TTG/JHI                                          ⌀002
Delta General                 3/16/2005 10:49     PAGE 003/003   Fax Server              ⌀002/004
COMPANY — Jodi Neal

# CANAL
P.O. Box 7 Greenville, South Carolina 29602

## TRUCKERS GENERAL LIABILITY APPLICATION

1. Applicant
**Coastal Transport Co., Inc.**

2. Business Address _1603 Ackerman Rd._   City _San Antonio_   County _Bexar_   State _TX_   Zip Code _78219_

4. Applicant is ☐ Individual ☐ Partnership ☒ Corporation     6. Contact Name & Title _Tammy Caclin_   Phone Number _210-661-4287_   9. Type Carrier (Check one or more) ☐ Common ☐ Owner ☒ Contract ☐   Other (Specify)

7. Location of Terminals(s) if you own, copley or rent
   _See list attached_

   Interest in Premises ☐ Owner          ☐ Leased   ☒ Tenant      ☐ Other
8. ICC Docket Number          8. Coverage Effective Date  From _3/15/05_  To _5/1/06_   10. Radius  _4%_ 80% 0-50, 13% 51-250
   _MC #120430_                                                     4% 251-500 + 3% over 500
11. Limits Requested: BI and PD Combined Single Limit    12. Equipment
   $ _1,000,000_                          Total Owned Tractors _423_   Trailers _490_   Trucks_____   Other_____
                                          Total Leased Tractors_____   Trailers_____   Trucks_____   Other_____
13. Commodities
| %       | Type            | %      | Type                        |
|---------|-----------------|--------|-----------------------------|
| 84.1%   | Gas & Diesel    | 4.6%   | Lube oil                    |
| 5.1%    | Aviation Fuel   | 1.6%   | LPG + 1.6% Asphalt & Chemical |

14. Payroll  Executive officers, partners or individuals _820,000_   Mechanics, yard employees _1,630,000_   Drivers and helpers _25,770,000_
(Show total payroll per state rule)

15. Underwriting Information
Fully describe insured's operations:
   _See "narrative"_

Does insured perform any of the following operations other than trucking:
   Storage of goods of others?            ☐ yes  ☒ no
   Repair of vehicles of others?          ☐ yes  ☒ no
   Sale of fuel?                          ☐ yes  ☒ no
Has insured ever filed for reorganization or bankruptcy? ☐ Yes ☒ No     Any other non-trucking operation  ☐ yes  ☒ no
Explain all yes answers.

16. Does Canal write other coverages? ☒ Yes ☐ No   List Policy Numbers  _L-037755_

17. Has your insurance ever been cancelled, refused or non-renewed by another company? ☐ Yes ☒ No   When_____

18. Prior Insurance Carrier
| Policy Term |    |                      |            |         |              |
| From        | To | Carrier and Policy No. | No. of Claims | Cause of Loss | Amount Paid |
|-------------|----|----------------------|------------|---------|--------------|
|             |    | Prev. Provided       |            |         |              |
|             |    |                      |            |         |              |
|             |    |                      |            |         |              |

Any person who, with the intent to defraud or knowing that he or she is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement may be guilty of insurance fraud and subject to fines and/or imprisonment. I agree that any intentional concealment or misrepresentation of a material fact concerning this insurance or the subject thereof may void any policy issued.

Date Application Completed _3/8/08_

Signature of Applicant _____   Signature of Agent of Applicant _____   E Neal
                                Address of Agent _____   Houston, TX

Form A-108                    **THIS IS NOT A BINDER**                              (11-93)

PAGE 2/4 * RCVD AT 3/17/2005 11:44:28 AM [Central Standard Time] * SVR:NEPTUNE/4 * DNIS:2800 * CSID:713 785 8785 * DURATION (mm-ss):01-44

PSXMAJ00007144
PSXCAN00010525

POLICY NUMBER: CGL-014511
INSURED: COASTAL TRANSPORT CO INC

## LOCATIONS

| | | |
|---|---|---|
| 1 CORPUS CHRISTI, TEXAS | 821 CORN PRODUCTS RD. | TERMINAL |
| 2 VICTORIA, TEXAS | 3701 E RIO GRANDE | TERMINAL |
| 3 SAN ANTONIO, TEXAS | 1601 ACKERMAN RD<br>1603-1603A ACKERMAN RD | OFFICE/TERMINAL |
| 4 BROWNSVILLE, TEXAS | 8985 FM 802B | TERMINAL |
| 5 FT WORTH, TEXAS | 2900 BRASWELL | TERMINAL |
| 6 HEARNE, TEXAS | 13000 HIGHWAY 6 SOUTH | TERMINAL |
| 7 PORT ARTHUR, TEXAS | 1100 SOUTH HWY. 365 | TERMINAL |
| 8 DALLAS, TEXAS | 3900 SINGLETON BLVD | TERMINAL |
| 9 HOUSTON, TEXAS | 5714-5714C STAR LANE<br>8613 WALLISVILLE RD | OFFICE<br>TERMINAL |
| 10 AUSTIN, TEXAS | 5301 GLISSMAN | TERMINAL |
| 11 BIG SPRING, TEXAS | 1200 STATE HWY. 176 | TERMINAL |
| 12 ODESSA, TEXAS | | TRUCK PARKING |
| 13 GALLUP, NEW MEXICO | 3800 W HIGHWAY 66 | TERMINAL |
| 14 AMARILLO, TEXAS | 2401 NORTH MIRROR | TERMINAL |
| 15 ABILENE, TEXAS | 1733-1733A E HWY 80 | OFFICE/TERMINAL |
| 16 EL PASO, TEXAS | 10955 RAILROAD DRIVE | TERMINAL |
| 17 WACO, TEXAS | 700 SOUTH LACY<br>424 SOUTH LACY DR., MCLENNAN, TX | TERMINAL<br>SHOP |
| 18 ALBUQUERQUE, NEW MEXICO | 5801 BROADWAY SE | TERMINAL |
| 19 ARTESIA, NEW MEXICO | 2408 N INDUSTRIAL | TERMINAL |
| 20 PHOENIX, ARIZONA | 1214 S 51ST. AVE | OFFICE/TERMINAL |
| 21 TUCSON, ARIZONA | 3579 S DODGE BLVD. | TERMINAL(NEW) |
| 22 COLTON, CALIFORNIA | 125 W. BRYANT, BLOOMINGTON, CA | TERMINAL |
| 23 SAN DIEGO, CALIFORNIA | 9950 SAN DIEGO MISSION RD | TERMINAL |
| 24 IMPERIAL, CALIFORNIA | 651 EAST ROSS AVE | TERMINAL |

PSXMAJ00007145
PSXCAN00010526

| 25 | BARSTOW, CALIFORNIA | 2061 WEST MAIN | TERMINAL |
| 26 | LA MARQUE, TEXAS | 215 BANANA STREET<br>215C BANANA STREET<br>215D BANANA STREET | |
| 27 | FREDERICKSBURG, TEXAS | 424 SOUTH LINCOLN STREET | |

PSXMAJ00007146
PSXCAN00010527