IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

CANAL INDEMNITY COMPANY,
A SOUTH CAROLINA CORPORATION,

    Plaintiff

V.                                                                                                                                                                Case No. 4:19-cv-2945

COASTAL TRANSPORT CO., INC., A
TEXAS CORPORATION; CALJET II, LLC,
AN ARIZONA LIMITED LIABILITY
COMPANY; CALJET OF AMERICA, LLC,
AN ARIZONA LIMITED LIABILITY
COMPANY; CHEVRON U.S.A., INC., AN
PENNSYLVANIA CORPORATION;
VALERO MARKETING AND SUPPLY
COMPANY, A DELAWARE
CORPORATION; CIRCLE K TERMINAL,
LLC, A DELAWARE LIMITED LIABILITY
COMPANY; NATIONAL INTERSTATE
INSURANCE COMPANY, AN OHIO
CORPORATION; PHILLIPS66, A
DELAWARE CORPORATION; AND PRO-
PETROLEUM, INC., A TEXAS
CORPORATION,

    Defendants.

**<u>STIPULATION OF DISMISSAL WITH PREJUDICE AS TO CANAL INDEMNITY COMPANY'S CLAIMS AGAINST CHEVRON U.S.A. INC. AND CHEVRON U.S.A. INC.'S COUNTER-CLAIMS AGAINST CANAL INDEMNITY COMPANY AND CROSS-CLAIMS AGAINST COASTAL TRANSPORT CO., INC.</u>**

In accordance with Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, Canal Indemnity Company ("Canal") and Chevron U.S.A. Inc. ("Chevron") hereby jointly stipulate that Canal's claims against Chevron and Chevron's counter-claims against Canal in the above-captioned matter be dismissed in full with prejudice. Chevron further stipulates that its cross-claims against Coastal Transport Co., Inc. be dismissed in full with prejudice.

1

Each Party shall bear its own costs in this matter.

Submitted this the 1st day of July, 2020.

**CHEVRON U.S.A. INC.**

*/s/ Spencer M. Ritchie*
Spencer M. Ritchie (Admitted *Pro Hac Vice*)
Edwin S. Gault, Jr. (Texas Bar No. 24049863)
FORMAN WATKINS & KRUTZ LLP
210 East Capitol Street, Suite 2200
Jackson, Mississippi 39201-2375
Phone: (601) 969-7834
Facsimile: (601) 960-8613
win.gault@formanwatkins.com
*Counsel for Defendant/Cross-Claimant*
*Chevron U.S.A., Inc.*

**CANAL INDEMNITY COMPANY**

*/s/ Cyrus W. Haralson*
Brian S. Martin, Attorney-In-Charge
Bar No. 13055350
bmartin@thompsoncoe.com
Rodrigo Garcia, Jr.
Bar No. 00793778
dgarcia@thompsoncoe.com
Cyrus W. Haralson
Texas State Bar No. 24065371
Federal Bar No. 1542111
charalson@thompsoncoe.com
THOMPSON, COE, COUSINS & IRONS, LLP
One Riverway, Suite 1400
Houston, Texas 77056
Telephone: (713) 403-8210
Telecopy: (713) 403-8299
*Counsel for Plaintiff/Counter-Defendant*
*Canal Indemnity Company*

**PHILLIPS 66**

 /s/ Shruti D. Engstrom w/permission
Michael Halley Bernick, Attorney-In-Charge
State Bar No. 24078227
Federal Bar No. 1439063
Shruti D. Engstrom, *pro hac vice*
REED SMITH LLP
811 Main Street, Suite 1700
Houston, Texas 77002-6110
Telephone: 713.469.3834
Telecopier: 713.469.3899
mbernick@reedsmith.com
*Counsel for Defendant/Counter-Plaintiff*
*Phillips 66 Company*


**NATIONAL INTERSTATE INSURANCE COMPANY**

 /s/ Mark E. Lewis w/permission
Christopher W. Martin
State Bar No. 13057620
Federal ID No. 13515
Email: martin@mdjwlaw.com
Mark E. Lewis
State Bar No. 12299100
Federal ID No. 12799
Email: lewis@mdjwlaw.com
MARTIN, DISIERE, JEFFERSON & WISDOM, LLP
808 Travis, Suite 1100
Houston, Texas 77002
Telephone: 713-632-1700
Facsimile: 713-222-0101
*Counsel for Defendant National Interstate*
*Insurance Company*


**COASTAL TRANSPORT CO., INC.**

 /s/ James Hatchitt w/permission
James Hatchitt
State Bar No. 24072478
jhatchitt@howrybreen.com
HOWRY BREEN & HERMAN, L.L.P.
1900 Pearl Street
Austin, Texas 78705-5408

Tel. (512) 474-7300
Fax (512) 474-8557
*Counsel for Defendant/Counter-Plaintiff/Cross-Defendant Coastal Transport Co., Inc.*


**VALERO MARKETING AND SUPPLY COMPANY**

 */s/ C. Robert Mace w/permission*
C. Robert Mace, Attorney-In-Charge
State Bar No. 12771300
Southern District No. 1415
bmace@trialattorneytx.com
C. Brannon Robertson
State Bar No. 24002852
Southern District No. 22131
brannon.robertson@trialattorneytx.com
Fernelius Simon Mace Robertson Perdue PLLC
4119 Montrose Blvd.
Suite 500
Houston, Texas 77006
Telephone: 713-654-1200
Fax: 713-654-4039
*Counsel for Defendant/Cross-Plaintiff/Counter-Plaintiff Valero Marketing and Supply Company*