# EXHIBIT C
# TO ENGSTROM DECL.

## Sooy, Nora B.

| | |
|---|---|
| **From:** | Engstrom, Shruti D. |
| **Sent:** | Wednesday, July 24, 2019 10:10 AM |
| **To:** | Alison Christian; Ellison, John N. |
| **Cc:** | Matt.H.Oglesby@p66.com; Lon Johnson |
| **Subject:** | RE: Major v. SFPP, L.P., et al. |
| **Attachments:** | Norton Rose Invoice 07.08.19_Redacted.pdf |

Good morning Alison,

Defense counsel was able to get an extension of the offer to Tuesday, July 30. We would appreciate a response to our demand letter before the end of this week. On a related matter, and as a follow up to Matt Oglesby's email of July 8 regarding outstanding fees and expenses from April 2019 to present, I'm attaching a redacted copy of Norton Rose's July 8, 2019 invoice. Can you advise on the status of repayment of the outstanding fees and expenses?

Regards,
Shruti

**Shruti D. Engstrom**
+1 215 851 8167
sengstrom@reedsmith.com

Reed Smith LLP
Three Logan Square
Suite 3100
1717 Arch Street
Philadelphia, PA 19103
+1 215 851 8100
Fax +1 215 851 1420

---

**From:** Alison Christian
**Sent:** Tuesday, July 23, 2019 6:26 PM
**To:** Ellison, John N.
**Cc:** Engstrom, Shruti D. ; Matt.H.Oglesby@p66.com; Lon Johnson
**Subject:** RE: Major v. SFPP, L.P., et al.

==EXTERNAL E-MAIL==

Hi John,

Thanks for reaching out – I look forward to working with you on this case.

We were told that the $300,000 settlement offer expired last Tuesday at 5:00. Has another offer been extended?

**Alison R. Christian**



1

2700 N. Central Ave. Suite 1200
Phoenix, Arizona 85004
Office: (602) 792-1700
Direct: (602) 792-1706
Fax: (602) 792-1710
AChristian@cdslawfirm.com
www.cdslawfirm.com

In Nevada and Arizona:

Christian, Kravitz, Dichter, Johnson & Sluga, LLC
8985 Eastern Avenue, Suite 200
Las Vegas, Nevada 89123

Office: 702 362-6666
Fax: 702 992-1000
www.ckllclaw.com



**From:** Kelly, Kimberly A. <KKelly@reedsmith.com>
**Sent:** Tuesday, July 23, 2019 12:23 PM
**To:** Alison Christian <achristian@cdslawfirm.com>
**Cc:** Engstrom, Shruti D. <SEngstrom@ReedSmith.com>; Ellison, John N. <JEllison@ReedSmith.com>; Matt.H.Oglesby@p66.com
**Subject:** Major v. SFPP, L.P., et al.

Attached please find correspondence sent on behalf of John Ellison.

Kimberly A. Kelly
215-851-8119
kkelly@reedsmith.com

Reed Smith LLP
Three Logan Square
Suite 3100
1717 Arch Street
Philadelphia, PA 19103
+1 215 851 8100
Fax +1 215 851 1420

* * *

This E-mail, along with any attachments, is considered confidential and may well be legally privileged. If you have received it in error, you are on notice of its status. Please notify us immediately by reply e-mail and then delete this message from your system. Please do not copy it or use it for any purposes, or disclose its contents to any other person. Thank you for your cooperation.

Disclaimer Version RS.US.201.407.01

3

# Norton Rose Fulbright-Houston - 9495129093 for P-2018-0144

## Invoice Header

**Organization Name**
Norton Rose Fulbright-Houston - 5619

**Organization Address**
1301 MCKINNEY ST. HOUSTON, TX 77010 (LEDES)

**Invoice Date**
07/08/2019

**Invoice Start Date**
06/01/2019

**Description**
Major, Mary

**Matter Name**
Major, Mary vs. SFPP, L.P. - P-2018-0144

**Matter No**
P-2018-0144

**Invoice End Date**
06/30/2019

## Totals Summary

**Fees**
39,592.00 USD

**Fee Discount**
0.00 USD

**Fee Adjustment**
0.00 USD

**Taxes**
0.00 USD

**Expenses**
1,379.07 USD

**Expense Discount**
0.00 USD

**Expense Adjustment**
0.00 USD

**Net Total**
40,971.07 USD

## Details

| Date | Type | Desc | Task/Expense | Act | TK ID | Hours/Units | Rate | Disc | Adj | Tax | Net Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/24/2019 | Fee | Reviewing file for information pertaining to Al Cantu and composing outline of topics to cover | L130 | | 143538 | 7.20 | 375.00 USD | 0.00 USD | | | 2,700.00 USD |

| Date | Type | Desc | Task/Expense | Act | TK ID | Hours/Units | Rate | Disc | Adj | Tax | Net Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | in preparation for upcoming conference call, attending conference call with Al Cantu, composing report regarding conference call with Al Cantu, preparing for conference call with Jim Stanley on OSHA issues, attending conference call with Jim Stanley, composing report regarding conference call with Jim Stanley, exchanging emails with client group regarding upcoming conference calls, researching Arizona case law on asbestos issues for additional research on various expert issues, composing summaries of conference calls with Al Cantu and Jim Stanley. | | | | | | | | | |
| 06/25/2019 | Fee | Beginning research on Ninth Circuit case law on various expert issues, preparing for conference call with Mark Nealley and Tom Thompson regarding IH issues, attending conference call with Mark Nealley and Tom Thompson regarding IH Issues, preparing for conference call with Abe Castro regarding IH issues, attending conference call with Abe Castro regarding IH Issues, composing summary of conference calls. | L120 | | 143538 | 7.40 | 375.00 USD | 0.00 USD | | | 2,775.00 USD |
| 06/26/2019 | Fee | Continuing research of Ninth Circuit case law regarding various expert issues, composing proposed list of document requests to Bureau Veritas for IH testing records, exchanging emails with Matt Oglesby regarding document requests to Bureau Veritas for IH testing records | L120 | | 143538 | 8.80 | 375.00 USD | 0.00 USD | | | 3,300.00 USD |
| 06/28/2019 | Fee | Composing report summarizing research of Arizona state courts, Ninth Circuit federal courts, and select non-jurisdictional cases pertaining to various expert issues. | L120 | | 143538 | 8.50 | 375.00 USD | 0.00 USD | | | 3,187.50 USD |
| 06/27/2019 | Fee | Completing research in non-jurisdictional federal cases on | L120 | | 143538 | 8.30 | 375.00 USD | 0.00 USD | | | 3,112.50 USD |

| Date | Type | Desc | Task/Expense | Act | TK ID | Hours/Units | Rate | Disc | Adj | Tax | Net Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | various expert issues. Conferring via telephone with Bureau Veritas regarding upcoming subpoena for records from NATLSCO and The Clayton Group on IH testing records. Beginning compilation and review of noted medical records to be sent to experts. | | | | | | | | | |
| 06/30/2019 | Fee | Continue review and compilation of key medical records to be sure all proper records are sent to experts. | L130 | | 143538 | 2.20 | 375.00 USD | 0.00 USD | | | 825.00 USD |
| 06/28/2019 | Fee | Correspondence with court reporter regarding confirmation of errata sheets sent. | L110 | | 141349 | 0.20 | 150.00 USD | 0.00 USD | | | 30.00 USD |
| 06/28/2019 | Fee | Review medical summary, identify and gather medical records referenced on summary and process all documents to Attorney Rutledge for review. | L140 | | 141349 | 1.60 | 150.00 USD | 0.00 USD | | | 240.00 USD |
| 06/26/2019 | Fee | Review and process deposition transcripts and exhibits of Therese Tuazon and Robert Granado. | L140 | | 141349 | 0.60 | 150.00 USD | 0.00 USD | | | 90.00 USD |
| 06/27/2019 | Fee | Review medical summary, identify and gather medical records referenced on summary. | L140 | | 141349 | 3.90 | 150.00 USD | 0.00 USD | | | 585.00 USD |
| 06/27/2019 | Fee | Telephone conference with Co-Counsel s paralegal regarding medical records and medical records summary. | L110 | | 141349 | 0.20 | 150.00 USD | 0.00 USD | | | 30.00 USD |
| 06/21/2019 | Fee | Review Vern Rose (form NIOSH warnings expert) to prepare for call with OSHA expert (Stanley) (1.7); attend phone interview with Dr. Stanley and report same (1.0) | L340 | | 11377 | 2.70 | 530.00 USD | 0.00 USD | | | 1,431.00 USD |
| 06/21/2019 | Fee | Continuing research of Arizona law governing standards for expert witnesses, expanding to Arizona federal courts and into asbestos cases per comments from strategy meeting. | L120 | | 143538 | 2.10 | 375.00 USD | 0.00 USD | | | 787.50 USD |
| 06/19/2019 | Fee | Attending depositions of Matt Hodges and Melinda Farias of Valero. | L330 | | 143538 | 2.40 | 375.00 USD | 0.00 USD | | | 900.00 USD |
| 06/17/2019 | Fee | Review and process errata sheets and acknowledgment pages of Dennis Gilmore and Douglas Kleopfer. | L140 | | 141349 | 0.60 | 150.00 USD | 0.00 USD | | | 90.00 USD |

| Date | Type | Desc | Task/Expense | Act | TK ID | Hours/Units | Rate | Disc | Adj | Tax | Net Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/19/2019 | Fee | Request background checks on two possible witnesses. | L110 | | 141349 | 0.20 | 150.00 USD | 0.00 USD | | | 30.00 USD |
| 06/21/2019 | Fee | Gather prior COP production, generate and process link to Plaintiff counsel. | L140 | | 141349 | 0.60 | 150.00 USD | 0.00 USD | | | 90.00 USD |
| 06/20/2019 | Fee | Interview Bob Lowe, memorialize same, and discuss path forward with client | L330 | | 11377 | 0.80 | 530.00 USD | 0.00 USD | | | 424.00 USD |
| 06/20/2019 | Fee | Review research on potential fact witness (.1); conference fall with M Neally re certain safety issues (.2) | L330 | | 11377 | 0.30 | 530.00 USD | 0.00 USD | | | 159.00 USD |
| 06/14/2019 | Fee | Complete written analysis and risk update after witness depositions for M Oglesby and respond to follow-up questions re same (1.4); attend insurance call with Canal s outside counsel to answer questions re path forward (.5) | L160 | | 11377 | 1.90 | 530.00 USD | 0.00 USD | | | 1,007.00 USD |
| 06/04/2019 | Fee | All counsel joint-defense call re experts and expert needs | L120 | | 11377 | 1.20 | 530.00 USD | 0.00 USD | | | 636.00 USD |
| 06/04/2019 | Fee | Prepare materials and index for expert on IH and terminal safety (2.0); strategic discussions on path forward concerning resolution with Matt Oglesby (.7) | L340 | | 11377 | 2.70 | 530.00 USD | 0.00 USD | | | 1,431.00 USD |
| 06/07/2019 | Fee | Settlement discussions with Keith Patton and discussion with client re 30b6 issues, future discovery, trial strategy, and cost of same | L120 | | 11377 | 1.50 | 530.00 USD | 0.00 USD | | | 795.00 USD |
| 06/18/2019 | Fee | Joint defense call re pathology review, discovery approach, and expert needs | L120 | | 11377 | 0.30 | 530.00 USD | 0.00 USD | | | 159.00 USD |
| 06/07/2019 | Fee | Gabe Munoz interview and follow-up with client re truck driver track down and contact information | L330 | | 11377 | 0.70 | 530.00 USD | 0.00 USD | | | 371.00 USD |
| 06/18/2019 | Fee | Synthesis of social media information, witness interviews, and COP personnel records to provide track down information for three leads of former truck drivers | L110 | | 11377 | 0.40 | 530.00 USD | 0.00 USD | | | 212.00 USD |
| 06/05/2019 | Fee | Expert call with Mark Neally re IH report and approach to general opinions (rebutting Dr. Jones) and defendant-specific opinions | L340 | | 11377 | 1.60 | 530.00 USD | 0.00 USD | | | 848.00 USD |
| 06/17/2019 | Fee | Expert report prep call with Mark Neally (John Spencer) concerning P66-specific issues | L340 | | 11377 | 1.50 | 530.00 USD | 0.00 USD | | | 795.00 USD |

| Date | Type | Desc | Task/Expense | Act | TK ID | Hours/Units | Rate | Disc | Adj | Tax | Net Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/19/2019 | Fee | Joint defense call re Valero admission of carcinogenicity of gasoline (.1); call with hematology expert Ethan Natelson re report and approach (.6); review draft report from John Whysner and interview same for approach to expert report (1.6) | L340 | | 11377 | 2.30 | 530.00 USD | 0.00 USD | | | 1,219.00 USD |
| 06/12/2019 | Fee | Continuing research of Arizona law governing relevant expert issues. | L340 | | 143538 | 7.80 | 375.00 USD | 0.00 USD | | | 2,925.00 USD |
| 06/11/2019 | Fee | Attending meeting regarding action items and path forward; Attending depositions of Robert Granado and Terese Tuazon; researching Arizona law governing relevant expert issues. | L330 | | 143538 | 7.50 | 375.00 USD | 0.00 USD | | | 2,812.50 USD |
| 06/13/2019 | Fee | Continuing research of Arizona law governing relevant expert issues, attending conference call with defense counsel regarding records authorizations | L340 | | 143538 | 8.20 | 375.00 USD | 0.00 USD | | | 3,075.00 USD |
| 06/10/2019 | Fee | Gather documents and deposition transcripts and prepare letter to expert Mark Nealley and process same to him. | L140 | | 141349 | 3.10 | 150.00 USD | 0.00 USD | | | 465.00 USD |
| 06/13/2019 | Fee | Telephone conference with court reporter to obtain all recent deposition transcripts. | L110 | | 141349 | 0.20 | 150.00 USD | 0.00 USD | | | 30.00 USD |
| 06/10/2019 | Fee | Review and process letters from court reporter regarding Dennis Gilmore and Douglas Kleopfer s errata sheet and signature pages and calendar same. | L140 | | 141349 | 0.30 | 150.00 USD | 0.00 USD | | | 45.00 USD |
| 06/11/2019 | Fee | Telephone conference and correspondence with court reporter regarding copies of deposition transcripts. | L110 | | 141349 | 0.20 | 150.00 USD | 0.00 USD | | | 30.00 USD |
| 06/04/2019 | Fee | Attending Canal insurance call | L120 | | 143538 | 0.90 | 375.00 USD | 0.00 USD | | | 337.50 USD |
| 06/06/2019 | Fee | Reviewing 7000+ pages of production to identify documents to send to experts and composing report regarding same | L340 | | 143538 | 4.10 | 375.00 USD | 0.00 USD | | | 1,537.50 USD |
| 06/05/2019 | Fee | Review and process deposition transcript of Jeff Acup. | L140 | | 141349 | 0.10 | 150.00 USD | 0.00 USD | | | 15.00 USD |
| 06/05/2019 | Fee | Telephone conference with co-counsel s paralegal regarding outstanding pleadings and discovery. | L110 | | 141349 | 0.40 | 150.00 USD | 0.00 USD | | | 60.00 USD |
| 06/27/2019 | Expense | 1 COPIES 84 HOMFD4644C | E101 | | 141349 | 84.00 | 0.10 USD | 0.00 USD | | | 8.40 USD |
| 06/11/2019 | Expense | 1 COPIES 5 HO4647 | E101 | | 143538 | 5.00 | 0.10 USD | 0.00 USD | | | 0.50 USD |

| Date | Type | Desc | Task/ Expense | Act | TK ID | Hours/ Units | Rate | Disc | Adj | Tax | Net Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/10/2019 | Expense | 1 COPIES 7 HO4645 | E101 | | 141349 | 7.00 | 0.10 USD | 0.00 USD | | | 0.70 USD |
| 06/19/2019 | Expense | PR00302471 Deposition transcript of Dennis Gilmore-Client-Depositions/Transcripts - VERITEXT - | E116 | | 11377 | 1.00 | 549.25 USD | 0.00 USD | | | 549.25 USD |
| 06/18/2019 | Expense | PR00302467 Deposition transcript of Douglas Kleopfer-Client-Depositions/Transcripts - VERITEXT - | E116 | | 11377 | 1.00 | 458.80 USD | 0.00 USD | | | 458.80 USD |
| 06/07/2019 | Expense | ER00182025 05/31/2019 - Brett Young - to - Transportation fees for witness Dennis Gilmore | E110 | | 11377 | 1.00 | 85.00 USD | 0.00 USD | | | 85.00 USD |
| 06/07/2019 | Expense | ER00182025 05/30/2019 - Brett Young - to - Transportation fees for witness Dennis Gilmore | E110 | | 11377 | 1.00 | 85.00 USD | 0.00 USD | | | 85.00 USD |
| 06/06/2019 | Expense | PR00301113 Doub Kleopher Deposition - Lunch-Client-Meals - CORPORATE CATERING CONCIERGE - | E111 | | | 1.00 | 191.42 USD | 0.00 USD | | | 191.42 USD |