# EXHIBIT E
# TO ENGSTROM DECL.

| | |
|---|---|
| **From:** | Alison Christian <achristian@cdslawfirm.com> |
| **Sent:** | Tuesday, July 30, 2019 5:28 PM |
| **To:** | Engstrom, Shruti D. |
| **Cc:** | Matt.H.Oglesby@p66.com; Lon Johnson; Ellison, John N. |
| **Subject:** | RE: Major v. SFPP, L.P., et al. |

==EXTERNAL E-MAIL==

Hi Shruti,

Thank you for following up. This confirms receipt of the W-9.

Please understand that Canal is not in a position to fund the proposed settlement at this time. The evaluation from defense counsel that was provided to Canal stated Mr. Young did not endorse a settlement of $250,000. The figure Conoco has agreed to exceeds even that amount. Canal has agreed not to assert a voluntary payments defense, however, in the event that your client chooses to accept and fund the settlement offer.

As for the reimbursement of defense fees, Canal has received the invoices and is reviewing them for reasonableness. In order to help us assess them promptly, can you please provide me with the names of the timekeepers at Norton Rose associated with these numbers:

1. 11377
2. 141349
3. 143538
4. 15202

Can you also provide me with an unredacted version of the invoice relating to the expenses incurred by Mr. Gilmore? It is for over $3,000 and says it was for 1 hour. Without more information about this expense Canal cannot evaluate its reasonableness.

Thank you,

**Alison R. Christian**



2700 N. Central Ave. Suite 1200
Phoenix, Arizona 85004
Office: (602) 792-1700
Direct: (602) 792-1706
Fax: (602) 792-1710
AChristian@cdslawfirm.com
www.cdslawfirm.com

In Nevada and Arizona:

1