# EXHIBIT G
# TO ENGSTROM DECL.

**EXHIBIT G - REED SMITH ATTORNEYS' FEES AND COSTS FOR COVERAGE ACTION AS OF NOVEMBER 30, 2020**

| Organization Name | Invoice Number | Invoice Date | Fee Total Net Amount - Amount | Expense Total Net Amount - Amount | Invoice Net Total - Amount |
|---|---|---|---|---|---|
| Reed Smith LLP-Oakland | 3184864 | 08/12/2019 | $ 6,007.00 | $ - | $ 6,007.00 |
| Reed Smith LLP-Oakland | 3198940 | 09/24/2019 | $ 14,083.00 | $ 8.70 | $ 14,091.70 |
| Reed Smith LLP-Oakland | 3221796 | 11/26/2019 | $ 1,072.00 | $ - | $ 1,072.00 |
| Reed Smith LLP-Oakland | 3224888 | 12/06/2019 | $ 16,877.50 | $ 13.00 | $ 16,890.50 |
| Reed Smith LLP-Oakland | 3240481 | 01/22/2020 | $ 21,284.00 | $ 150.98 | $ 23,009.98 |
| Reed Smith LLP-Oakland | 3247178 | 02/13/2020 | $ 26,276.00 | $ 8.70 | $ 27,544.70 |
| Reed Smith LLP-Oakland | 3259029 | 03/18/2020 | $ 5,902.00 | $ 1.90 | $ 5,903.90 |
| Reed Smith LLP-Oakland | 3268748 | 04/14/2020 | $ 14,919.00 | $ 29.40 | $ 16,083.40 |
| Reed Smith LLP-Oakland | 3277612 | 05/12/2020 | $ 2,328.00 | $ - | $ 2,328.00 |
| Reed Smith LLP-Oakland | 3289694 | 06/12/2020 | $ 2,094.50 | $ - | $ 2,094.50 |
| Reed Smith LLP-Oakland | 3298820 | 07/14/2020 | $ 2,444.00 | $ - | $ 2,444.00 |
| Reed Smith LLP-Oakland | 3308946 | 08/13/2020 | $ 766.00 | $ - | $ 766.00 |
| Reed Smith LLP-Oakland | 3320139 | 09/16/2020 | $ 3,548.00 | $ - | $ 3,548.00 |
| Reed Smith LLP-Oakland | 3328460 | 10/10/2020 | $ 8,108.00 | $ 2.00 | $ 8,110.00 |
| Reed Smith LLP-Oakland | 3340592 | 11/12/2020 | $ 27,212.00 | $ 0.90 | $ 27,212.90 |
| Reed Smith LLP-Oakland | 3346088 | 12/04/2020 | $ 17,110.00 | $ 2.00 | $ 17,112.00 |
| Total | | | $ 170,031.00 | $ 217.58 | $ 174,218.58 |