EXHIBIT E

Filed Under Seal:
Motion to Seal
Pending