# EXHIBIT F
# TO
# OGLESBY DECL.

**PHILLIPS 66'S DEFENSE FEES IN UNDERLYING SUIT - MARY MAJOR, ET AL. VS. SFPP, L.P., ET AL. SINCE 10/31/2018**

| Date Paid | Service Provider | Invoice No. | Amount Paid | Credit *(Reimbursed by National Interstate Insurance Company)* | Balance | Penalty Interest - 18% | 5% Prejudgment Interest (Compounded Yearly) | Total |
|---|---|---|---|---|---|---|---|---|
| 11/14/2018 | Norton Rose Fulbright-Houston | 9495076712 | $13,378.50 | $13,378.50 | $0.00 | $5,027.38 | | |
| 11/16/2018 | Norton Rose Fulbright-Houston | 9495079412 | $11,832.22 | $11,832.22 | $0.00 | $4,434.65 | | |
| 12/18/2018 | Norton Rose Fulbright-Houston | 9495086537 | $14,008.31 | $14,008.31 | $0.00 | $5,029.18 | | |
| 01/08/2019 | Epiq eDiscovery Solutions | 90287886 | $177.90 | $177.90 | $0.00 | $62.03 | | |
| 01/10/2019 | Trinity Legal Discovery | 6239 | $39.18 | $39.18 | $0.00 | $13.62 | | |
| 01/15/2019 | Teris-Phoenix, LLC | 71653 | $1,454.87 | $1,454.87 | $0.00 | $502.23 | | |
| 02/07/2019 | Epiq eDiscovery Solutions | 90296491 | $105.31 | $105.31 | $0.00 | $35.16 | | |
| 02/27/2019 | Norton Rose Fulbright-Houston | 9495095709 | $5,045.50 | $5,045.50 | $0.00 | $1,634.74 | | |
| 02/28/2019 | Norton Rose Fulbright-Houston | 9495098435 | $19,479.00 | $19,479.00 | $0.00 | $6,301.59 | | |
| 04/08/2019 | Norton Rose Fulbright-Houston | 9495106573 | $15,894.40 | $15,894.40 | $0.00 | $4,836.25 | | |
| 05/08/2019 | Norton Rose Fulbright-Houston | 9495114509 | $17,036.83 | $17,036.83 | $0.00 | $4,931.81 | | |
| 06/07/2019 | Epiq eDiscovery Solutions | 90334040 | $487.13 | $487.13 | $0.00 | $133.81 | | |
| 06/13/2019 | Norton Rose Fulbright-Houston | 9495119261 | $11,446.21 | | $11,446.21 | $3,110.23 | | |
| 06/27/2019 | Dennis Gilmore (Witness) | OTHERP20180144 | $3,130.98 | | $3,130.98 | $829.15 | | |
| 06/28/2019 | Trinity Legal Discovery | 7115 | $94.89 | | $94.89 | $25.08 | | |
| 08/05/2019 | Norton Rose Fulbright-Houston | 9495129093 | $40,971.07 | | $40,971.07 | $10,062.05 | | |
| 08/07/2019 | Norton Rose Fulbright-Houston | 9495125831 | $77,684.60 | | $77,684.60 | $19,001.87 | | |
| 09/04/2019 | Norton Rose Fulbright-Houston | 9495139340 | $34,943.33 | | $34,943.33 | $8,064.73 | | |
| 10/16/2019 | Norton Rose Fulbright-Houston | 9495147765 | $783.50 | | $783.50 | $164.60 | | |
| 11/07/2019 | Epiq eDiscovery Solutions | 90378639 | $285.18 | | $285.18 | $56.82 | | |
| 11/08/2019 | Norton Rose Fulbright-Houston | 9495150895 | $348.11 | | $348.11 | $69.18 | | |
| | | TOTALS | $268,627.02 | $98,939.15 | $169,687.87 | $74,326.16 | $14,098.04 | **$258,112.07** |