EXHIBIT G
TO
OGLESBY  DECL.

## Norton Rose Fulbright-Houston - 9495068616 for P-2018-0144

### Invoice Header

**Organization Name**
Norton Rose Fulbright-Houston - 5619

███████████

**Organization Address**
1301 MCKINNEY ST. HOUSTON, TX 77010 (LEDES)

**Invoice Date**
09/12/2018

**Invoice Start Date**
08/01/2018

**Description**
Major, Mary

███████████

**Matter Name**
Major, Mary vs. SFPP, L.P. - P-2018-0144

**Matter No**
P-2018-0144

███████████

**Invoice End Date**
08/31/2018

### Totals Summary

**Fees**
2,260.00 USD

**Fee Discount**
0.00 USD

**Fee Adjustment**
0.00 USD

**Taxes**
0.00 USD

**Expenses**
0.00 USD

**Expense Discount**
0.00 USD

**Expense Adjustment**
0.00 USD

**Net Total**
2,260.00 USD

### Details

| Date | Type | Desc | Task/ Expense | Act | TK ID | Hours/ Units | Rate | Disc | Adj | Tax | Net Amount |
|------|------|------|------|------|------|------|------|------|------|------|------|
| 08/29/2018 | Fee | Case assessment and strategy decisions re discovery and path forward | L120 | | 11377 | 0.50 | 530.00 USD | 0.00 USD | | | 265.00 USD |
| 08/02/2018 | Fee | Review and analyze initial disclosure statements and | L320 | | 140479 | 1.80 | 325.00 USD | 0.00 USD | | | 585.00 USD |

| Date | Type | Desc | Task/Expense | Act | TK ID | Hours/Units | Rate | Disc | Adj | Tax | Net Amount |
|------|------|------|--------------|-----|-------|-------------|------|------|-----|-----|------------|
| | | supporting documents from Kinder Morgan, Chevron, and BP North America in connection with narrowing scope of potentially relevant information | | | | | | | | | |
| 08/09/2018 | Fee | Prepare for and attend telephonic scheduling conference and report to M. Oglesby following same | L230 | | 140479 | 1.10 | 325.00 USD | 0.00 USD | | | 357.50 USD |
| 08/28/2018 | Fee | Review and analyze Coastal document production in connection with identifying ways to narrow scope of potentially relevant information | L320 | | 140479 | 0.70 | 325.00 USD | 0.00 USD | | | 227.50 USD |
| 08/22/2018 | Fee | Review and process Coastal employment records received in response to Subpoena; Correspondence with Attorney Wagner regarding same. | L140 | | 141349 | 0.10 | 150.00 USD | 0.00 USD | | | 15.00 USD |
| 08/08/2018 | Fee | Review and process Defendant s Initial Disclosure Statements and attachments. | L140 | | 141349 | 0.20 | 150.00 USD | 0.00 USD | | | 30.00 USD |
| 08/09/2018 | Fee | Attend status conference with the court. | L230 | | 15531 | 0.50 | 325.00 USD | 0.00 USD | | | 162.50 USD |
| 08/03/2018 | Fee | Telephone call with Matt Oglesby regarding upcoming status conference and status of discovery. | L120 | | 15531 | 0.50 | 325.00 USD | 0.00 USD | | | 162.50 USD |
| 08/01/2018 | Fee | Telephone calls and emails with defense counsel regarding proposed changes to the Joint Status Report and Scheduling Order for the Court. | L210 | | 15531 | 0.20 | 325.00 USD | 0.00 USD | | | 65.00 USD |
| 08/03/2018 | Fee | Prepare for and participate in teleconference with M. Oglesby and S. Shelton regarding status of document collection and strategy for upcoming scheduling conference | L120 | | 140479 | 0.70 | 325.00 USD | 0.00 USD | | | 227.50 USD |
| 08/01/2018 | Fee | Telephone calls with Plaintiffs counsel regarding proposed changes to the Joint Status Report and Scheduling Order. | L210 | | 15531 | 0.50 | 325.00 USD | 0.00 USD | | | 162.50 USD |

## Trinity Legal Discovery - 5926 for P-2018-0144

### Invoice Header

**Organization Name**
Trinity Legal Discovery - 180562

**Organization Address**
945 McKinney Suite 388 Houston, TX 77002 (Primary)

**Invoice Date**
09/19/2018

**Invoice Start Date**
09/19/2018

**Description**
PGM

**Internal Comment**

**Matter Name**
Major, Mary vs. SFPP, L.P. - P-2018-0144

**Matter No**
P-2018-0144

**Invoice End Date**
09/19/2018

### Totals Summary

**Fees**
0.00 USD

**Fee Discount**
0.00 USD

**Fee Adjustment**
0.00 USD

**Taxes**
0.00 USD

**Expenses**
417.28 USD

**Expense Discount**
0.00 USD

**Expense Adjustment**
0.00 USD

**Net Total**
417.28 USD

### Details

| Date | Type | Desc | Task/Expense | Act | TK ID | Hours/Units | Rate | Disc | Adj | Tax | Net Amount |
|------|------|------|--------------|-----|-------|-------------|------|------|-----|-----|------------|
| 09/19/2018 | Expense | | E124 | | | 1.00 | 417.28 USD | | | | 417.28 USD |

## Norton Rose Fulbright-Houston - 9495076712 for P-2018-0144

### Invoice Header

**Organization Name**
Norton Rose Fulbright-Houston - 5619

**Matter Name**
Major, Mary vs. SFPP, L.P. - P-2018-0144

**Matter No**
P-2018-0144

**Organization Address**
1301 MCKINNEY ST. HOUSTON, TX 77010 (LEDES)

**Invoice Date**
10/18/2018

**Invoice Start Date**
09/01/2018

**Invoice End Date**
09/30/2018

**Description**
Major, Mary

### Totals Summary

**Fees**
12,823.50 USD

**Expenses**
555.00 USD

**Fee Discount**
0.00 USD

**Expense Discount**
0.00 USD

**Fee Adjustment**
0.00 USD

**Expense Adjustment**
0.00 USD

**Taxes**
0.00 USD

**Net Total**
13,378.50 USD

### Details

| Date | Type | Desc | Task/Expense | Act | TK ID | Hours/Units | Rate | Disc | Adj | Tax | Net Amount |
|------|------|------|--------------|-----|-------|-------------|------|------|-----|-----|------------|
| 09/17/2018 | Fee | Draft and revise notice of non-party fault for Coastal Transportation, with emphasis on addressing allegations connecting potential liability for failure | L210 | | 140479 | 1.40 | 325.00 USD | 0.00 USD | | | 455.00 USD |

| Date | Type | Desc | Task/Expense | Act | TK ID | Hours/Units | Rate | Disc | Adj | Tax | Net Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | to warn and furnish Webb with necessary instructions for loading and handling gasoline. | | | | | | | | | |
| 09/25/2018 | Fee | Review correspondence from Plaintiff s counsel regarding COP discovery responses. | L310 | | 15531 | 0.10 | 325.00 USD | 0.00 USD | | | 32.50 USD |
| 09/28/2018 | Fee | Review and analyze Kinder Morgan s discovery responses, document production. | L310 | | 15531 | 0.20 | 325.00 USD | 0.00 USD | | | 65.00 USD |
| 09/27/2018 | Fee | Analyze potential protections from proposed Joint Defense Agreement. | L120 | | 15531 | 0.50 | 325.00 USD | 0.00 USD | | | 162.50 USD |
| 09/28/2018 | Fee | Draft responses to discovery conference challenge on insufficiency of P66 responses and discuss same with M Oglesby. | L310 | | 11377 | 1.50 | 530.00 USD | 0.00 USD | | | 795.00 USD |
| 09/26/2018 | Fee | Review proposed correspondence to Plaintiff s counsel regarding discovery responses. | L310 | | 15531 | 0.10 | 325.00 USD | 0.00 USD | | | 32.50 USD |
| 09/24/2018 | Fee | Continue revising Objections and Responses to Plaintiff s First Set of Requests for Production. | L310 | | 15531 | 0.80 | 325.00 USD | 0.00 USD | | | 260.00 USD |
| 09/25/2018 | Fee | Finalize objections, answers to Plaintiff s interrogatories. | L310 | | 15531 | 0.30 | 325.00 USD | 0.00 USD | | | 97.50 USD |
| 09/25/2018 | Fee | Revise and finalize objections and responses to Plaintiff s request for production. | L310 | | 15531 | 0.60 | 325.00 USD | 0.00 USD | | | 195.00 USD |
| 09/27/2018 | Fee | Prepare for and participate in teleconference with L. Silva and M. Oglesby regarding relevant background information for the Phoenix Terminal. | L110 | | 140479 | 1.90 | 325.00 USD | 0.00 USD | | | 617.50 USD |
| 09/25/2018 | Fee | Review and respond to plaintiff s counsel s discovery insufficiency correspondence. | L310 | | 11377 | 0.70 | 530.00 USD | 0.00 USD | | | 371.00 USD |
| 09/20/2018 | Fee | Review and process Pro-Petroleum s Notice of Non-Party at Fault. | L140 | | 141349 | 0.30 | 150.00 USD | 0.00 USD | | | 45.00 USD |
| 09/21/2018 | Fee | Analyze Plaintiffs answers to Pro Petroleum s interrogatories. | L310 | | 15531 | 0.10 | 325.00 USD | 0.00 USD | | | 32.50 USD |
| 09/20/2018 | Fee | Review and analyze Plaintiff s document production containing medical records and Coastal documents. | L140 | | 141349 | 1.60 | 150.00 USD | 0.00 USD | | | 240.00 USD |
| 09/20/2018 | Fee | Telephone call with M. Oglesby regarding responses to Plaintiffs discovery requests. | L310 | | 15531 | 0.50 | 325.00 USD | 0.00 USD | | | 162.50 USD |
| 09/20/2018 | Fee | Gather and prepare necessary documents in preparation for Pro Hac Vice to admit Attorney Wagner. | L140 | | 141349 | 0.20 | 150.00 USD | 0.00 USD | | | 30.00 USD |

| Date | Type | Desc | Task/Expense | Act | TK ID | Hours/Units | Rate | Disc | Adj | Tax | Net Amount |
|------|------|------|--------------|-----|-------|-------------|------|------|-----|-----|------------|
| 09/20/2018 | Fee | Begin drafting objections and responses to Plaintiffs first request for production. | L310 | | 15531 | 0.70 | 325.00 USD | 0.00 USD | | | 227.50 USD |
| 09/21/2018 | Fee | Continue drafting Objections and Responses to Plaintiffs First Set of Requests for Production. | L310 | | 15531 | 3.80 | 325.00 USD | 0.00 USD | | | 1,235.00 USD |
| 09/20/2018 | Fee | Analyze Pro Petroleum s designation of non-parties at fault. | L210 | | 15531 | 0.10 | 325.00 USD | 0.00 USD | | | 32.50 USD |
| 09/19/2018 | Fee | Review and analyze Plaintiff s requests for production. | L310 | | 15531 | 0.20 | 325.00 USD | 0.00 USD | | | 65.00 USD |
| 09/20/2018 | Fee | Revise interrogatory answers following conference with M Oglesby (.4); research, identify and analyze Arizona rules for content of interrogatory verification and prepare same for D. Kleopfer execution (.4). | L310 | | 140479 | 0.80 | 325.00 USD | 0.00 USD | | | 260.00 USD |
| 09/20/2018 | Fee | Prepare for and participate in teleconference with M Oglesby and S Shelton regarding draft discovery responses, with emphasis on revising various answers to interrogatories and discussing plan for document production. | L310 | | 140479 | 0.80 | 325.00 USD | 0.00 USD | | | 260.00 USD |
| 09/20/2018 | Fee | Confer with M McTaggart regarding strategy for preparing bjections and responses to requests for production, with emphasis on case law authority and identifying improper requests. | L310 | | 140479 | 0.30 | 325.00 USD | 0.00 USD | | | 97.50 USD |
| 09/19/2018 | Fee | Review and analyze transaction documents relating to sale of Tosco Terminal to Kinder Morgan in connection with finalizing draft interrogatory answers. | L310 | | 140479 | 0.40 | 325.00 USD | 0.00 USD | | | 130.00 USD |
| 09/18/2018 | Fee | Review and process Caljets Notice of Non-Parties at Fault; Prepare COP s Notice of Non-Party at Fault. | L210 | | 141349 | 1.60 | 150.00 USD | 0.00 USD | | | 240.00 USD |
| 09/11/2018 | Fee | Finalize draft interrogatory answers and send to M Oglesby for review and comment. | L310 | | 140479 | 1.20 | 325.00 USD | 0.00 USD | | | 390.00 USD |
| 09/10/2018 | Fee | Draft and revise objections and responses to uniform and non-uniform interrogatory answers, with emphasis on objections to definitions and instructions and | L310 | | 140479 | 2.20 | 325.00 USD | 0.00 USD | | | 715.00 USD |

| Date | Type | Desc | Task/Expense | Act | TK ID | Hours/Units | Rate | Disc | Adj | Tax | Net Amount |
|------|------|------|--------------|-----|-------|-------------|------|------|-----|-----|-----------|
| | | responses to requests for product information. | | | | | | | | | |
| 09/14/2018 | Fee | Review and analyze co-defendants designations of non-parties at fault. | L210 | | 15531 | 0.20 | 325.00 USD | 0.00 USD | | | 65.00 USD |
| 09/14/2018 | Fee | Review and process Defendant s Notice of Non-Party at Fault. | L140 | | 141349 | 0.20 | 150.00 USD | 0.00 USD | | | 30.00 USD |
| 09/12/2018 | Fee | Review and process Defendant Valero s Notice of Attorney Withdrawal. | L140 | | 141349 | 0.30 | 150.00 USD | 0.00 USD | | | 45.00 USD |
| 09/04/2018 | Fee | Review and process Plaintiff s First Uniform and Non-Uniform Interrogatories and Requests for Production to all Defendants; Calculate and calendar discovery deadlines. | L110 | | 141349 | 0.20 | 150.00 USD | 0.00 USD | | | 30.00 USD |
| 09/06/2018 | Fee | Review and analyze filings for initial disclosures filed by co-defendants. | L310 | | 15531 | 0.40 | 325.00 USD | 0.00 USD | | | 130.00 USD |
| 09/07/2018 | Fee | Provide input and strategic approach on discovery responses and review selective interrogatory responses and documents for same. | L310 | | 11377 | 0.50 | 530.00 USD | 0.00 USD | | | 265.00 USD |
| 09/05/2018 | Fee | Review all co-defendants Initial Disclosure Statements and attachments; Telephone conferences with legal assistants to obtain missing Disclosure Statements. | L110 | | 141349 | 1.10 | 150.00 USD | 0.00 USD | | | 165.00 USD |
| 09/05/2018 | Fee | Review Scheduling Order and calendar relevant deadlines. | L110 | | 141349 | 0.20 | 150.00 USD | 0.00 USD | | | 30.00 USD |
| 09/05/2018 | Fee | Review Plaintiff s First Uniform and Non-Uniform Interrogatories and Requests for Production to all Defendants; Prepare Defendant s shell responses to Plaintiff s Interrogatories and Request for Production. | L310 | | 141349 | 0.30 | 150.00 USD | 0.00 USD | | | 45.00 USD |
| 09/06/2018 | Fee | Research, identify and analyze authorities controlling discovery in Arizona, with emphasis on July 2018 changes to rules and case law addressing scope of discovery, standard for relevancy and connection to the pleadings, and the discoverability of similar act evidence (2.3); draft and revise preliminary statement for objections and responses to Plaintiffs uniform and non-uniform interrogatories and | L110 | | 140479 | 6.40 | 325.00 USD | 0.00 USD | | | 2,080.00 USD |

| Date | Type | Desc | Task/Expense | Act | TK ID | Hours/Units | Rate | Disc | Adj | Tax | Net Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | requests for production (.8); draft objections and responses to uniform and non-uniform interrogatories (2.1); review and analyze case file, including notes from interviews with D. Kleopfer and Larry Silva, and identify and prepare follow-up questions in connection with advancing investigation (1.2). | | | | | | | | | |
| 09/05/2018 | Fee | Prepare for and participate in conference with M Oglesby and S. Shelton regarding strategy and approach for identifying documents responsive to plaintiff s discovery requests and preparing draft interrogatory answers. | L320 | | 140479 | 2.10 | 325.00 USD | 0.00 USD | | | 682.50 USD |
| 09/04/2018 | Fee | Review and analyze documents produced by co-defendants and Plaintiff s employer in connection with identifying information from which to narrow the scope of relevant facts (1.8); review and analyze documents in PN6 and PN7 in connection with identifying documents responsive to Plaintiff s discovery requests (3.1); conference with B. Young regarding strategy and approach for document production (.3). | L320 | | 140479 | 5.20 | 325.00 USD | 0.00 USD | | | 1,690.00 USD |
| 09/26/2018 | Fee | Review and analyze correspondence from opposing counsel regarding COP s discovery responses and assist with preparing response to same. | L310 | | 140479 | 0.40 | 325.00 USD | 0.00 USD | | | 130.00 USD |
| 09/28/2018 | Fee | Confer with counsel for Kinder Morgan regarding poss ble location of documents responsive to Plaintiffs requests for production. | L320 | | 140479 | 0.40 | 325.00 USD | 0.00 USD | | | 130.00 USD |
| 09/25/2018 | Fee | Review and revise Defendant s Objections and Responses to Plaintiff s First Set of Interrogatories and Plaintiff s First Set of Production. | L310 | | 141349 | 0.40 | 150.00 USD | 0.00 USD | | | 60.00 USD |
| 09/24/2018 | Expense | PR00275315 Fee for Application for Admission PHV certifciate-Client-Court | E112 | | 140479 | 1.00 | 505.00 USD | 0.00 USD | | | 505.00 USD |

| Date | Type | Desc | Task/ Expense | Act | TK ID | Hours/ Units | Rate | Disc | Adj | Tax | Net Amount |
|------|------|------|---------------|-----|-------|--------------|------|------|-----|-----|------------|
| | | Fees - STATE BAR OF ARIZONA -. | | | | | | | | | |
| 09/21/2018 | Expense | ER00165551 09/20/2018 -John Wagner -Certificate of Good Standing from State Bar for PHV admission application. | E112 | | 140479 | 1.00 | 50.00 USD | 0.00 USD | | | 50.00 USD |

## Norton Rose Fulbright-Houston - 9495079412 for P-2018-0144

### Invoice Header

**Organization Name**
Norton Rose Fulbright-Houston - 5619

███████████████

**Organization Address**
1301 MCKINNEY ST. HOUSTON, TX 77010 (LEDES)

**Invoice Date**
11/03/2018

**Invoice Start Date**
10/01/2018

**Description**
Major, Mary

███████████████

**Matter Name**
Major, Mary vs. SFPP, L.P. - P-2018-0144

**Matter No**
P-2018-0144

████████████████████

**Invoice End Date**
10/31/2018

### Totals Summary

**Fees**
11,811.00 USD

**Fee Discount**
0.00 USD

**Fee Adjustment**
0.00 USD

**Taxes**
0.00 USD

**Expenses**
21.22 USD

**Expense Discount**
0.00 USD

**Expense Adjustment**
0.00 USD

**Net Total**
11,832.22 USD

### Details

| Date | Type | Desc | Task/Expense | Act | TK ID | Hours/Units | Rate | Disc | Adj | Tax | Net Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/24/2018 | Fee | Review and analyze email from S Shelton summarizing efforts to collect MSDSs for products loaded by Webb s co-worker in connection with | L110 | | 140479 | 0.30 | 325.00 USD | 0.00 USD | | | 97.50 USD |

| Date | Type | Desc | Task/Expense | Act | TK ID | Hours/Units | Rate | Disc | Adj | Tax | Net Amount |
|------|------|------|--------------|-----|-------|-------------|------|------|-----|-----|-----------|
| | | preparing supplemental document production. | | | | | | | | | |
| 10/18/2018 | Fee | Review and process Plaintiffs Notice of Depositions and Request for Entry; Calendar Deposition dates. | L140 | | 141349 | 0.20 | 150.00 USD | 0.00 USD | | | 30.00 USD |
| 10/16/2018 | Fee | Review and process co-Defendant s Non-Uniform and Uniform Responses to Interrogatories and Requests for Production. | L140 | | 141349 | 0.10 | 150.00 USD | 0.00 USD | | | 15.00 USD |
| 10/16/2018 | Fee | Identify, gather and generate link containing all co-defendants document production. | L140 | | 141349 | 0.70 | 150.00 USD | 0.00 USD | | | 105.00 USD |
| 10/23/2018 | Fee | Prepare for and participate in teleconference with T. Thompson in connection with developing factual understanding of industrial hygiene policies at Tosco Terminal between 1997-2008. | L110 | | 140479 | 1.20 | 325.00 USD | 0.00 USD | | | 390.00 USD |
| 10/16/2018 | Fee | Prepare for and participate in teleconference with V. Webb, former direct of safety and health for COP s west coast assets, in connection with obtaining information about policy and procedures governing health and safety at the Tosco terminal. | L110 | | 140479 | 1.20 | 325.00 USD | 0.00 USD | | | 390.00 USD |
| 10/16/2018 | Fee | Review and analyze discovery responses and documents product served by Shell. | L320 | | 140479 | 0.40 | 325.00 USD | 0.00 USD | | | 130.00 USD |
| 10/15/2018 | Fee | Continue review of documents potentially responsive to plaintiff s requests for production (.4); review and analyze MSA between Coastal and COP and identify provisions concerning Coastal s duties with respect to indemnity and compliance with the law (.3). | L320 | | 140479 | 0.70 | 325.00 USD | 0.00 USD | | | 227.50 USD |
| 10/12/2018 | Fee | Extensive review of P66 Transportation Company HES Manual for West Coast Assets in connection with preparing for witness interview of V. Webb and producing documents responsive to Plaintiff s discovery. | L320 | | 140479 | 2.90 | 325.00 USD | 0.00 USD | | | 942.50 USD |
| 10/12/2018 | Fee | Analyze Comets data for deliveries made by E. Martin, | L110 | | 140479 | 2.30 | 325.00 USD | 0.00 USD | | | 747.50 USD |

| Date | Type | Desc | Task/ Expense | Act | TK ID | Hours/ Units | Rate | Disc | Adj | Tax | Net Amount |
|------|------|------|---------------|-----|-------|--------------|------|------|-----|-----|------------|
| | | co-worker of Webb, and compare with Martin s bills of lading to identify relevant product information (1.6); prepare email to S. Shelton requesting product information based on above analysis, with emphasis on guidance concerning product information, alternative product descriptions, and date (.7). | | | | | | | | | |
| 10/04/2018 | Fee | Collect and organize co-defendants production in connection with sending to P66 for upload to relativity. | L140 | | 140479 | 0.30 | 325.00 USD | 0.00 USD | | | 97.50 USD |
| 10/05/2018 | Fee | Prepare for and participate in teleconference with P66 commercial IT specialists, with emphasis on understanding comets and PMAS software program in connection with investigation and verifying documents and evidence responsive to plaintiff s requests for production (1.1); memorialize notes following conference for further review and analysis (.3). | L110 | | 140479 | 1.40 | 325.00 USD | 0.00 USD | | | 455.00 USD |
| 10/03/2018 | Fee | Review and analyze interview notes from discussion with L. Silva in connection with preparing response to opposing counsel s meet and confer request. | L110 | | 140479 | 0.70 | 325.00 USD | 0.00 USD | | | 227.50 USD |
| 10/04/2018 | Fee | Continue review of documents potentially responsive to plaintiff s requests for production, with emphasis on HES manual and bill of lading information (1.2); review and analyze discovery responses and prepared itemized response to opposing counsel s threat to file a motion to compel, with emphasis on issues concerning the location of responsive documents, description of efforts in locating same, and arguments regarding improper nature of certain requests (3.1). | L390 | | 140479 | 4.30 | 325.00 USD | 0.00 USD | | | 1,397.50 USD |
| 10/08/2018 | Fee | Further review of documents in PN7, with emphasis on HES manual and other | L320 | | 140479 | 1.40 | 325.00 USD | 0.00 USD | | | 455.00 USD |

| Date | Type | Desc | Task/Expense | Act | TK ID | Hours/Units | Rate | Disc | Adj | Tax | Net Amount |
|------|------|------|--------------|-----|-------|-------------|------|------|-----|-----|-----------|
| | | Tosco west coast asset procedures. | | | | | | | | | |
| 10/08/2018 | Fee | Prepare for and participate in conference with D. Kloepfer regarding operations at the Tosco Terminal in connection with pursuing terminal background investigation and defending potential motion to compel. | L110 | | 140479 | 1.10 | 325.00 USD | 0.00 USD | | | 357.50 USD |
| 10/05/2018 | Fee | Review discovery challenge from opposing counsel, confer with same by phone and email, revise written response to specific items and update client on same. | L310 | | 11377 | 2.00 | 530.00 USD | 0.00 USD | | | 1,060.00 USD |
| 10/04/2018 | Fee | Identify and gather Co-Defendants document production and prepare for client. | L140 | | 141349 | 1.80 | 150.00 USD | 0.00 USD | | | 270.00 USD |
| 10/30/2018 | Fee | Conference call with Kinder Morgan re documents and search for relevant depositions transcripts to investigate possble ways to flank Keith Patton on same. | L320 | | 11377 | 0.60 | 530.00 USD | 0.00 USD | | | 318.00 USD |
| 10/29/2018 | Fee | Correspondence with counsel for Kinder Morgan regarding conditions of site inspection to review documents stored at Kinder Morgan (Tosco) Terminal (.3); conference with M. Oglesby regarding same (.4). | L110 | | 140479 | 0.70 | 325.00 USD | 0.00 USD | | | 227.50 USD |
| 10/24/2018 | Fee | Conference with counsel for Kinder Morgan regarding supplemental disclosures inspection of COP documents at Tosco Terminal. | L110 | | 140479 | 0.40 | 325.00 USD | 0.00 USD | | | 130.00 USD |
| 10/26/2018 | Fee | Confer with counsel for Kinder Morgan regarding site inspection and review of COP documents stored at Kinder Morgan Phoenix Terminal. | L320 | | 140479 | 0.30 | 325.00 USD | 0.00 USD | | | 97.50 USD |
| 10/30/2018 | Fee | Correspondence with S. Shelton regarding the selection of vendors for copying documents possessed by Kinder Morgan held by Kinder Morgan (.2); conference with counsel for Kinder Morgan regarding documents Kinder Morgan intends to disclose in supplemental disclosures (.4). | L110 | | 140479 | 0.60 | 325.00 USD | 0.00 USD | | | 195.00 USD |

| Date | Type | Desc | Task/Expense | Act | TK ID | Hours/Units | Rate | Disc | Adj | Tax | Net Amount |
|------|------|------|--------------|-----|-------|-------------|------|------|-----|-----|-----------|
| 10/30/2018 | Fee | Conference with counsel for Kinder Morgan regarding inspection of COP documents at Tosco Terminal, with emphasis on logistics concerning third party copying and goals in advance of document deposition noticed by Plaintiff. | L140 | | 140479 | 0.60 | 325.00 USD | 0.00 USD | | | 195.00 USD |
| 10/24/2018 | Fee | Draft and revise supplemental disclosure statement, with emphasis on legal theories and defenses and factual information obtained from witness interviews. | L310 | | 140479 | 0.80 | 325.00 USD | 0.00 USD | | | 260.00 USD |
| 10/30/2018 | Fee | Review and process Defendant SFPP and Kinder Morgan s First Supplemental Disclosure Statements and production. | L140 | | 141349 | 0.60 | 150.00 USD | 0.00 USD | | | 90.00 USD |
| 10/24/2018 | Fee | Review Plaintiffs Notice of Deposition for Deposition of Jim Brown and Mike Gray; Calendar relevant dates. | L110 | | 141349 | 0.10 | 150.00 USD | 0.00 USD | | | 15.00 USD |
| 10/24/2018 | Fee | Review and process co-defendant Pro-Petroleum s Responses to Plaintiff s Interrogatories, Non-Uniform Interrogatories and Requests for Production. | L140 | | 141349 | 0.30 | 150.00 USD | 0.00 USD | | | 45.00 USD |
| 10/03/2018 | Fee | Identify and gather co-defendant s document production in preparation to send to client. | L140 | | 141349 | 0.60 | 150.00 USD | 0.00 USD | | | 90.00 USD |
| 10/02/2018 | Fee | Review notes from interview with L. Silva and prepare email to M. Oglesby and S. Shannon outlining suggestions for continuing search for documents responsive to Plaintiffs requests for production. | L320 | | 140479 | 1.10 | 325.00 USD | 0.00 USD | | | 357.50 USD |
| 10/02/2018 | Fee | Conference with B. Young regarding strategy and approach for responding to opposing counsel s discovery complaints. | L350 | | 140479 | 0.50 | 325.00 USD | 0.00 USD | | | 162.50 USD |
| 10/01/2018 | Fee | Discovery conference with opposing counsel. | L310 | | 11377 | 0.40 | 530.00 USD | 0.00 USD | | | 212.00 USD |
| 10/19/2018 | Fee | Review and revise discovery strategy for investigation, production, revising responses, dealing with the Kinder Morgan issues, and communicate same to client (2.0); multiple calls and emails to Keith | L310 | | 11377 | 3.00 | 530.00 USD | 0.00 USD | | | 1,590.00 USD |

| Date | Type | Desc | Task/Expense | Act | TK ID | Hours/Units | Rate | Disc | Adj | Tax | Net Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Patton for keeping his offensive discovery motion practice on ice (1.0). | | | | | | | | | |
| 10/26/2018 | Fee | Discuss Kinder Morgan document issues with M. Oglesby. | L320 | | 11377 | 0.20 | 530.00 USD | 0.00 USD | | | 106.00 USD |
| 10/25/2018 | Fee | Repeated contact with counsel for Kinder Morgan regarding terminal inspection for COP documents. | L320 | | 140479 | 0.20 | 325.00 USD | 0.00 USD | | | 65.00 USD |
| 10/24/2018 | Fee | Prepare for and participate in teleconference with counsel for Kinder Morgan regarding existence of COP documents at Tosco Terminal (.6); conference with M. Oglesby regarding same, with emphasis on preparing for document inspection (.2). | L320 | | 140479 | 0.80 | 325.00 USD | 0.00 USD | | | 260.00 USD |
| 10/02/2018 | Expense | ER00166162 09/25/2018 -Brett Young -Filing Fee. | E112 | | 11377 | 1.00 | 10.61 USD | 0.00 USD | | | 10.61 USD |
| 10/02/2018 | Expense | ER00166162 09/25/2018 -Brett Young -Filing Fees. | E112 | | 11377 | 1.00 | 10.61 USD | 0.00 USD | | | 10.61 USD |

## TERIS-PHOENIX, LLC - 71653 for P-2018-0144

### Invoice Header

**Organization Name**
TERIS-PHOENIX, LLC - 181498

**Organization Address**
3550 N. Central Avenue Suite 150 Phoenix, AZ 85012 (Primary)

**Invoice Date**
11/30/2018

**Invoice Start Date**
11/30/2018

**Description**
PGM

**Matter Name**
Major, Mary vs. SFPP, L.P. - P-2018-0144

**Matter No**
P-2018-0144

**Invoice End Date**
11/30/2018

### Totals Summary

**Fees**
0.00 USD

**Fee Discount**
0.00 USD

**Fee Adjustment**
0.00 USD

**Taxes**
0.00 USD

**Expenses**
1,454.87 USD

**Expense Discount**
0.00 USD

**Expense Adjustment**
0.00 USD

**Net Total**
1,454.87 USD

### LineItems

**Details**

| Date | Type | Desc | Task/Expense | Act | TK ID | Hours/Units | Rate | Disc | Adj | Tax | Net Amount |
|------|------|------|--------------|-----|-------|-------------|------|------|-----|-----|------------|
| 11/30/2018 | Expense | | E124 | | | 1.00 | 1,454.87 USD | | | | 1,454.87 USD |

## Norton Rose Fulbright-Houston - 9495086537 for P-2018-0144

### Invoice Header

**Organization Name**

███████████████ bt-Houston - 5619

**Matter Name**
Major, Mary vs. SFPP, L.P. - P-2018-0144

**Matter No**
P-2018-0144

**Organization Address**
1301 MCKINNEY ST. HOUSTON, TX 77010 (LEDES)

**Invoice Date**
12/05/2018

**Invoice Start Date**
11/01/2018

**Invoice End Date**
11/30/2018

**Description**
Major, Mary

### Totals Summary

**Fees**
12,821.50 USD

**Expenses**
1,553.31 USD

**Fee Discount**
(239.00) USD

**Expense Discount**
0.00 USD

**Fee Adjustment**
(127.50) USD

**Expense Adjustment**
0.00 USD

**Taxes**
0.00 USD

**Net Total**
14,008.31 USD

### Details

| Date | Type | Desc | Task/ Expense | Act | TK ID | Hours/ Units | Rate | Disc | Adj | Tax | Net Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/29/2018 | Fee | Review all Co-Defendants Disclosure Statements and prepare spreadsheet containing identified witnesses on behalf of all parties involved. | L110 | | 141349 | 3.00 | 150.00 USD | 0.00 USD | | | 450.00 USD |

| Date | Type | Desc | Task/Expense | Act | TK ID | Hours/Units | Rate | Disc | Adj | Tax | Net Amount |
|------|------|------|------|-----|-------|-------------|------|------|-----|-----|-----------|
| 11/30/2018 | Fee | Review and analyze file in connection with preparing lay witness disclosures (1.2); attend joint defense call and memorialize notes from same (.9). | L310 | | 140479 | 2.10 | 325.00 USD | 0.00 USD | | | 682.50 USD |
| 11/27/2018 | Fee | Telephone conference and correspondence with Court reporter regarding call in number for depositions of Scott Michael and Annette Toale. | L110 | | 141349 | 0.30 | 150.00 USD | 0.00 USD | | | 45.00 USD |
| 11/27/2018 | Fee | Confer with counsel for Kinder Morgan regarding status of COP documents and report to S. Shelton concerning same. | L320 | | 140479 | 0.20 | 325.00 USD | 0.00 USD | | | 65.00 USD |
| 11/28/2018 | Fee | Begin drafting designation of non-expert witnesses. | L310 | | 15531 | 1.20 | 325.00 USD | 0.00 USD | | | 390.00 USD |
| 11/27/2018 | Fee | Review and analyze documents produced by Kinder Morgan regarding Phoenix Terminal. | L310 | | 15531 | 2.50 | 325.00 USD | 0.00 USD | | | 812.50 USD |
| 11/28/2018 | Fee | Revise lay witness disclosure statement. | L310 | | 140479 | 0.00 | 325.00 USD | 0.00 USD | | | 0.00 USD |
| 11/26/2018 | Fee | Evaluate upcoming fact witness disclosure deadline and need for additional document production. | L120 | | 11377 | 0.20 | 530.00 USD | 0.00 USD | | | 106.00 USD |
| 11/23/2018 | Fee | Review and analyze documents produced by Chevron. | L320 | | 15531 | 0.80 | 325.00 USD | 0.00 USD | | | 260.00 USD |
| 11/16/2018 | Fee | Draft and revise letter to opposing counsel describing relevant events from document inspection at Kinder Morgan Terminal and expectations for future production. | L320 | | 140479 | 2.20 | 325.00 USD | 0.00 USD | | | 715.00 USD |
| 11/15/2018 | Fee | Revise letter to plaintiff s counsel re discovery efforts, finalize, and send same. | L320 | | 11377 | 0.70 | 530.00 USD | 0.00 USD | | | 371.00 USD |
| 11/15/2018 | Fee | Telephone conference and correspondence with Co-Defendant s legal assistant to obtain Shell and Equilon s Answer. | L140 | | 141349 | 0.20 | 150.00 USD | 0.00 USD | | | 30.00 USD |
| 11/16/2018 | Fee | Review and analyze Chevron and Exxon s Disclosure Statements and document production and update co-defendant spreadsheet with information from same. | L110 | | 141349 | 0.40 | 150.00 USD | 0.00 USD | | | 60.00 USD |
| 11/15/2018 | Fee | Review and analyze Co-Defendant Caljet s Second Supplemental Disclosure Statement and create spreadsheet with same information. | L110 | | 141349 | 2.10 | 150.00 USD | 0.00 USD | | | 315.00 USD |
| 11/16/2018 | Fee | Telephone conference and correspondence | L110 | | 141349 | 0.40 | 150.00 USD | | | | 60.00 USD |

| Date | Type | Desc | Task/Expense | Act | TK ID | Hours/Units | Rate | Disc | Adj | Tax | Net Amount |
|------|------|------|--------------|-----|-------|-------------|------|------|-----|-----|------------|
| | | with Court reporter regarding deposition transcripts on Casey Alleman and Dan Wittenberg. | | | | | | | | | |
| 11/14/2018 | Fee | Review and process Circle K s First Supplemental Rule 26.1 Disclosure Statement and document production. | L140 | | 141349 | 0.30 | 150.00 USD | 0.00 USD | | | 45.00 USD |
| 11/15/2018 | Fee | Review and process Caljet s First Supplemental Response to Plaintiff s First Set of Uniform and Non-Uniform Interrogatories and First Request for Production, Second Supplemental Disclosure Statement and document production. | L140 | | 141349 | 0.00 | 150.00 USD | 0.00 USD | | | 0.00 USD |
| 11/16/2018 | Fee | Review and analyze Circle K s Responses to Plaintiff s discovery and production; Telephone conference and correspondence to co-counsel regarding missing bates range. | L110 | | 141349 | 1.10 | 150.00 USD | 0.00 USD | | | 165.00 USD |
| 11/16/2018 | Fee | Review and process Plaintiff s letter to Court regarding discovery issues. | L140 | | 141349 | 0.10 | 150.00 USD | 0.00 USD | | | 15.00 USD |
| 11/15/2018 | Fee | Review and analyze Co-Defendant Caljet s First Supplemental Response to Plaintiff s First Set of Uniform and Non-Uniform Interrogatories. | L110 | | 141349 | 2.40 | 150.00 USD | 0.00 USD | | | 360.00 USD |
| 11/15/2018 | Fee | Prepare for and attend deposition of D. Wittenberg of Kinder Morgan by phone (3.4); attend deposition deposition of C. Alleman of Kinder Morgan by phone and summarize notes (2.2). | L330 | | 140479 | 5.60 | 325.00 USD | 0.00 USD | | | 1,820.00 USD |
| 11/04/2018 | Fee | Correspondence with counsel for Kinder Morgan regarding terminal inspection, correspondence with M. Oglesby describing plan for inspection. | L140 | | 140479 | 0.40 | 325.00 USD | 0.00 USD | | | 130.00 USD |
| 11/04/2018 | Fee | Travel from Houston to Phoenix in connection with attending document inspection at Kinder Morgan Terminal and review supplemental disclosure responses in preparing for same. | L110 | | 140479 | 2.50 | 325.00 USD | 0.00 USD | | | 812.50 USD |
| 11/07/2018 | Fee | Review and analyze Chevron s supplemental disclosure statement and document production, with | L310 | | 140479 | 0.60 | 325.00 USD | 0.00 USD | | | 195.00 USD |

| Date | Type | Desc | Task/Expense | Act | TK ID | Hours/Units | Rate | Disc | Adj | Tax | Net Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | emphasis on identifying material relevant to Unocal s ownership of Tosco Terminal. | | | | | | | | | |
| 11/06/2018 | Fee | Conference with S. Shelton regarding logistics of imaging and preferences for same (.2); conference with counsel fro Kinder Morgan regarding same (.3); analyze notes from document inspection and synthesize inventory of documents collected in connection with preparing letter to opposing counsel (.6). | L320 | | 140479 | 1.10 | 325.00 USD | 0.00 USD | | | 357.50 USD |
| 11/13/2018 | Fee | Draft and revise to supplemental disclosure statement, with emphasis on legal theories and facts for defenses, and relevant witnesses. | L310 | | 140479 | 1.30 | 325.00 USD | 0.00 USD | | | 422.50 USD |
| 11/08/2018 | Fee | Telephone conference and correspondence with Chevron s legal assistant regarding Chevron and Exxon s Initial Disclosure Statement and production; Review and process same. | L140 | | 141349 | 0.80 | 150.00 USD | 0.00 USD | | | 120.00 USD |
| 11/08/2018 | Fee | Review and process Pro Petroleum s Verification on Mike Mathers. | L140 | | 141349 | 0.10 | 150.00 USD | 0.00 USD | | | 15.00 USD |
| 11/06/2018 | Fee | Review and process COP production. | L140 | | 141349 | 0.30 | 150.00 USD | 0.00 USD | | | 45.00 USD |
| 11/05/2018 | Fee | Provide strategic input to on-site document review and discuss same with M Oglesby (.7); call with Chevron counsel re Unocal documents (.4); call with Kinder Morgan re same (.1). | L120 | | 11377 | 1.20 | 530.00 USD | 0.00 USD | | | 636.00 USD |
| 11/05/2018 | Fee | Attend document inspection at Kinder Morgan terminal, with emphasis on examining hard copy files from Tosco and COP ownership, preparing inventory of documents to copy, numerous conferences with B. Young regarding materials to collect, conferences with counsel for Kinder Morgan regarding planning and logistics of copying (6.2); travel from Phoenix to Houston following document inspection and review and revise inventory of documents | L390 | | 140479 | 8.70 | 325.00 USD | 0.00 USD | | | 2,827.50 USD |

| Date | Type | Desc | Task/ Expense | Act | TK ID | Hours/ Units | Rate | Disc | Adj | Tax | Net Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | flagged for copying (2.5). | | | | | | | | | |
| 11/01/2018 | Fee | Review deposition notices for co-defendants and formulate strategy for coverage of same. | L120 | | 11377 | 0.20 | 530.00 USD | 0.00 USD | | | 106.00 USD |
| 11/02/2018 | Fee | Numerous conferences with counsel for Kinder Morgan regarding inspection of Tosco Terminal for Costco records, with emphasis on scope of inspection and arranging for copying of documents. | L390 | | 140479 | 0.40 | 325.00 USD | 0.00 USD | | | 130.00 USD |
| 11/01/2018 | Fee | Conference with B. Young regarding Kinder Morgan terminal inspection and strategy for preparing for upcoming witness depositions, with emphasis on witnesses from Kinder Morgan, Calject and Circle K. | L330 | | 140479 | 0.40 | 325.00 USD | 0.00 USD | | | 130.00 USD |
| 11/07/2018 | Expense | ER00168817 11/04/2018 –John Wagner - to -Rent car in Phoenix, AZ. | E110 | | 140479 | 1.00 | 270.21 USD | 0.00 USD | | | 270.21 USD |
| 11/07/2018 | Expense | ER00168817 11/04/2018 –John Wagner - to -Airfare to Phoenix AZ. | E110 | | 140479 | 1.00 | 1,169.40 USD | 0.00 USD | | | 1,169.40 USD |
| 11/07/2018 | Expense | ER00168817 11/05/2018 –John Wagner - to -Parking at Bush IAH. | E110 | | 140479 | 1.00 | 44.00 USD | 0.00 USD | | | 44.00 USD |
| 11/07/2018 | Expense | ER00168817 11/05/2018 –John Wagner -Meal in Phoenix AZ. -. | E110 | | 140479 | 1.00 | 17.03 USD | 0.00 USD | | | 17.03 USD |
| 11/07/2018 | Expense | ER00168817 11/05/2018 –John Wagner -Dinner in Phoenix, AZ. -. | E110 | | 140479 | 1.00 | 52.67 USD | 0.00 USD | | | 52.67 USD |
| 11/30/2018 | Fee | Fee Adjustment: Unallocated | L110 | | 11377 | 1.00 | 0.00 USD | (239.00) USD | | | (239.00) USD |

## Epiq eDiscovery Solutions - 90287886 for P-2018-0144

### Invoice Header

**Organization Name**
Epiq eDiscovery Solutions - 170272

███████████████

**Organization Address**
777 Third Avenue 12 Floor New York, NY 10017 (Primary)
**Invoice Date**
12/08/2018
**Invoice Start Date**
12/08/2018
**Description**
PGM

███████████████

**Matter Name**
Major, Mary vs. SFPP, L.P. - P-2018-0144
**Matter No**
P-2018-0144

███████████████

**Invoice End Date**
12/08/2018

### Totals Summary

**Fees**
0.00 USD
**Fee Discount**
0.00 USD
**Fee Adjustment**
0.00 USD
**Taxes**
0.00 USD

**Expenses**
177.90 USD
**Expense Discount**
0.00 USD
**Expense Adjustment**
0.00 USD
**Net Total**
177.90 USD

### Details

| Date | Type | Desc | Task/ Expense | Act | TK ID | Hours/ Units | Rate | Disc | Adj | Tax | Net Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/08/2018 | Expense | | E124 | | | 1.00 | 177.90 USD | | | | 177.90 USD |

## Trinity Legal Discovery - 6239 for P-2018-0144

### Invoice Header

**Organization Name**
Trinity Legal Discovery - 180562

███████████████████

**Organization Address**
945 McKinney Suite 388 Houston, TX 77002 (Primary)

**Invoice Date**
12/11/2018

**Invoice Start Date**
12/11/2018

**Description**
PGM

███████████████████

**Matter Name**
Major, Mary vs. SFPP, L.P. - P-2018-0144

**Matter No**
P-2018-0144

███████████████████

**Invoice End Date**
12/11/2018

### Totals Summary

**Fees**
0.00 USD

**Fee Discount**
0.00 USD

**Fee Adjustment**
0.00 USD

**Taxes**
0.00 USD

**Expenses**
39.18 USD

**Expense Discount**
0.00 USD

**Expense Adjustment**
0.00 USD

**Net Total**
39.18 USD

### Details

| Date | Type | Desc | Task/Expense | Act | TK ID | Hours/Units | Rate | Disc | Adj | Tax | Net Amount |
|------|------|------|--------------|-----|-------|-------------|------|------|-----|-----|------------|
| 12/11/2018 | Expense | | E124 | | | 1.00 | 39.18 USD | | | | 39.18 USD |

**Epiq eDiscovery Solutions - 90296491 for P-2018-0144**

## TIMEKEEPER SUMMARY

| Timekeeper Classification | Timekeeper Name | Total Hours | Total Amount | Average Rate |
|---|---|---|---|---|
| No Data | | | | |

Currency: USD

## INVOICE TOTALS

| | |
|---|---|
| Fees | **0.00 USD** |
| Fee Discount | **0.00 USD** |
| Expenses | **105.31 USD** |
| Expense Discount | **0.00 USD** |
| Taxes | **0.00 USD** |
| Total | **105.31 USD** |
| Fee Adjustment | **0.00 USD** |
| Expense Adjustment | **0.00 USD** |
| Net Total | **105.31 USD** |

## INVOICE HEADER

**Organization Name**
Epiq eDiscovery Solutions - 170272

**Matter Name**
Major, Mary vs. SFPP, L.P. - P-2018-0144

**Organization Address**
777 Third Avenue 12 Floor New York, NY 10017 (Primary)



**Invoice Date**
01/08/2019

**Period Start Date**
12/01/2018

**Period End Date**
12/31/2018

Case 4:19-cv-02945   Document 86-16   Filed on 12/15/20 in TXSD   Page 30 of 79

**DETAILS**

| Date | Type | Desc | Task/Expense | Act | TK ID | Hours/Units | Rate | Disc | Adj | Tax | Net Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/31/2018 | Expense | | E124 | | | 1.00 | 105.31 USD | | | | 105.31 USD |

## Norton Rose Fulbright-Houston - 9495095709 for P-2018-0144

### Invoice Header

**Organization Name**
Norton Rose Fulbright-Houston - 5619

██████████████

**Organization Address**
1301 MCKINNEY ST. HOUSTON, TX 77010 (LEDES)

**Invoice Date**
01/25/2019

**Invoice Start Date**
12/01/2018

**Description**
Major, Mary

██████████████

**Matter Name**
Major, Mary vs. SFPP, L.P. - P-2018-0144

**Matter No**
P-2018-0144

██████████████

**Invoice End Date**
12/31/2018

### Totals Summary

**Fees**
5,045.50 USD

**Fee Discount**
0.00 USD

**Fee Adjustment**
0.00 USD

**Taxes**
0.00 USD

**Expenses**
0.00 USD

**Expense Discount**
0.00 USD

**Expense Adjustment**
0.00 USD

**Net Total**
5,045.50 USD

### Details

| Date | Type | Desc | Task/Expense | Act | TK ID | Hours/Units | Rate | Disc | Adj | Tax | Net Amount |
|------|------|------|--------------|-----|-------|-------------|------|------|-----|-----|------------|
| 12/31/2018 | Fee | Correspondence to counsel for Coastal regarding upcoming 30(b)(6) deposition (.2); continue gathering | L330 | | 140479 | 0.90 | 325.00 USD | 0.00 USD | | | 292.50 USD |

| Date | Type | Desc | Task/Expense | Act | TK ID | Hours/Units | Rate | Disc | Adj | Tax | Net Amount |
|------|------|------|--------------|-----|-------|-------------|------|------|-----|-----|-----------|
| | | documents for use as potential exhibits for same (.7) | | | | | | | | | |
| 12/29/2018 | Fee | Conference with B. Young regarding preparation for Coastal 30(b)(6) deposition, with emphasis on documents to be used as potential exh bits (.4); review and analyze Coastal production in connection with identifying same (.8) | L330 | | 140479 | 1.20 | 325.00 USD | 0.00 USD | | | 390.00 USD |
| 12/21/2018 | Fee | Review and analyze documents collected from Phoenix Terminal for future production | L320 | | 140479 | 5.80 | 325.00 USD | 0.00 USD | | | 1,885.00 USD |
| 12/21/2018 | Fee | Correspondence with Teris vendor to revise W-9 and EFT forms. | L190 | | 141349 | 0.50 | 150.00 USD | 0.00 USD | | | 75.00 USD |
| 12/12/2018 | Fee | Review, process and calendar Plaintiffs Notice of Deposition. | L140 | | 141349 | 0.30 | 150.00 USD | 0.00 USD | | | 45.00 USD |
| 12/14/2018 | Fee | Telephone conference and correspondence with Stephanie Hall regarding incomplete EFT form and W-9 form. | L110 | | 141349 | 0.30 | 150.00 USD | 0.00 USD | | | 45.00 USD |
| 12/05/2018 | Fee | Correspondence with Kinder Morgan copy vendor regarding status of COP imaged documents (.2); review case file notes in connection with preparing for D. Gilmore interview, with emphasis on terminal facts, including driver training, rack maintenance and repair, and vapor recovery unit (.9) | L110 | | 140479 | 1.10 | 325.00 USD | 0.00 USD | | | 357.50 USD |
| 12/06/2018 | Fee | Prepare for and conduct witness interview of D. Gilmore | L110 | | 140479 | 2.20 | 325.00 USD | 0.00 USD | | | 715.00 USD |
| 12/18/2018 | Fee | Prepare for and participate in joint defense call regarding Coastal 30b6 deposition, with emphasis on strategies for raising additional topics beyond those noticed by Plaintiffs and status of Coastal subpoena | L120 | | 140479 | 0.80 | 325.00 USD | 0.00 USD | | | 260.00 USD |
| 12/11/2018 | Fee | Correspondence with S. Shelton regarding status of COP heritage documents and plans for reviewing same | L320 | | 140479 | 0.20 | 325.00 USD | 0.00 USD | | | 65.00 USD |
| 12/07/2018 | Fee | Update discovery and deposition strategy and plan and discussion with co-defense counsel re same | L330 | | 11377 | 0.30 | 530.00 USD | 0.00 USD | | | 159.00 USD |
| 12/06/2018 | Fee | Consider and revise strategic approach to scheduling and discovery | L310 | | 11377 | 0.30 | 530.00 USD | 0.00 USD | | | 159.00 USD |

| Date | Type | Desc | Task/ Expense | Act | TK ID | Hours/ Units | Rate | Disc | Adj | Tax | Net Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/04/2018 | Fee | Process, review and analyze Co-Defendants Supplemental Disclosure Statements and update spreadsheet containing disclosed information on all parties. | L110 | | 141349 | 1.00 | 150.00 USD | 0.00 USD | | | 150.00 USD |
| 12/03/2018 | Fee | Review and process Deposition transcript and exhibits of Casey Alleman and Dan Wittenberg. | L140 | | 141349 | 0.20 | 150.00 USD | 0.00 USD | | | 30.00 USD |
| 12/03/2018 | Fee | Review and process Plaintiffs Joint Statement of Discovery Dispute and Lay Witness Disclosure. | L140 | | 141349 | 0.40 | 150.00 USD | 0.00 USD | | | 60.00 USD |
| 12/03/2018 | Fee | Conference with opposing counsel regarding disclosure of lay witnesses (.2); emails with S. Shelton and M Oglesby regarding same (.2); revise and finalize list of lay witnesses for disclosure (.7) | L310 | | 140479 | 1.10 | 325.00 USD | 0.00 USD | | | 357.50 USD |

## Norton Rose Fulbright-Houston - 9495098435 for P-2018-0144

### Invoice Header

**Organization Name**
Norton Rose Fulbright-Houston - 5619

**Matter Name**
Major, Mary vs. SFPP, L.P. - P-2018-0144

**Matter No**
P-2018-0144



**Organization Address**
1301 MCKINNEY ST. HOUSTON, TX 77010 (LEDES)

**Invoice Date**
02/11/2019

**Invoice Start Date**
01/01/2019

**Invoice End Date**
01/31/2019

**Description**
Major, Mary

### Totals Summary

**Fees**
19,479.00 USD

**Expenses**
0.00 USD

**Fee Discount**
0.00 USD

**Expense Discount**
0.00 USD

**Fee Adjustment**
0.00 USD

**Expense Adjustment**
0.00 USD

**Taxes**
0.00 USD

**Net Total**
19,479.00 USD

### Details

| Date | Type | Desc | Task/Expense | Act | TK ID | Hours/Units | Rate | Disc | Adj | Tax | Net Amount |
|------|------|------|--------------|-----|-------|-------------|------|------|-----|-----|------------|
| 01/29/2019 | Fee | Review and analyze Co-Defendant Kinder Morgan s document production; Correspondence with | L140 | | 141349 | 0.30 | 150.00 USD | 0.00 USD | | | 45.00 USD |

| Date | Type | Desc | Task/Expense | Act | TK ID | Hours/Units | Rate | Disc | Adj | Tax | Net Amount |
|------|------|------|--------------|-----|-------|-------------|------|------|-----|-----|------------|
| | | Co-Defendant s legal assistant regarding specific document set. | | | | | | | | | |
| 01/29/2019 | Fee | Prepare response to Plaintiffs RFAs | L310 | | 15202 | 0.70 | 395.00 USD | 0.00 USD | | | 276.50 USD |
| 01/31/2019 | Fee | Review documents for production. | L320 | | 15202 | 2.10 | 395.00 USD | 0.00 USD | | | 829.50 USD |
| 01/30/2019 | Fee | Review documents for potential production and in preparation for responding to Plaintiffs Interrogatories and Requests for Production. | L310 | | 15202 | 2.40 | 395.00 USD | 0.00 USD | | | 948.00 USD |
| 01/29/2019 | Fee | Review prior disclosures and written discovery in preparation for responding to Plaintiffs discovery. | L310 | | 15202 | 2.10 | 395.00 USD | 0.00 USD | | | 829.50 USD |
| 01/31/2019 | Fee | Call with S. Shelton regarding document collection | L320 | | 15202 | 0.30 | 395.00 USD | 0.00 USD | | | 118.50 USD |
| 01/31/2019 | Fee | Prepare notice of non-party at fault. | L310 | | 15202 | 0.80 | 395.00 USD | 0.00 USD | | | 316.00 USD |
| 01/31/2019 | Fee | Prepare draft responses to Plaintiffs discovery requests. | L310 | | 15202 | 3.30 | 395.00 USD | 0.00 USD | | | 1,303.50 USD |
| 01/29/2019 | Fee | Discussion of legal hold with Matt Oglesby (.2); revise RFA responses and confer with joint-defense group re coordinated responses to same (.3) | L310 | | 11377 | 0.50 | 530.00 USD | 0.00 USD | | | 265.00 USD |
| 01/28/2019 | Fee | Monitor progress of document review and production (.2); conversation with opposing counsel re early mediation among Texas defendants and discuss same with M Oglesby (.2) | L310 | | 11377 | 0.40 | 530.00 USD | 0.00 USD | | | 212.00 USD |
| 01/25/2019 | Fee | Confer with defense group re upcoming depositions and other activities and report same to client | L330 | | 11377 | 0.20 | 530.00 USD | 0.00 USD | | | 106.00 USD |
| 01/15/2019 | Fee | Review and process Defendant Pro Petroleum s Second Uniform and Non-Uniform Interrogatories to Plaintiffs. | L140 | | 141349 | 0.10 | 150.00 USD | 0.00 USD | | | 15.00 USD |
| 01/14/2019 | Fee | Review and process Co-Defendants Second Disclosure Statement and Exhibits and Subpoena. | L140 | | 141349 | 0.30 | 150.00 USD | 0.00 USD | | | 45.00 USD |
| 01/25/2019 | Fee | Gather discovery responses from all parties and prepare binder with same for Attorney McMillan s review. | L140 | | 141349 | 1.30 | 150.00 USD | 0.00 USD | | | 195.00 USD |
| 01/24/2019 | Fee | Review and process Plaintiff s Responses to ARCO s Requests for Production and Interrogatories. | L140 | | 141349 | 0.20 | 150.00 USD | 0.00 USD | | | 30.00 USD |
| 01/24/2019 | Fee | Review and process Co-Defendant Chevron | L140 | | 141349 | 0.60 | 150.00 USD | 0.00 USD | | | 90.00 USD |

| Date | Type | Desc | Task/ Expense | Act | TK ID | Hours/ Units | Rate | Disc | Adj | Tax | Net Amount |
|------|------|------|---------------|-----|-------|--------------|------|------|-----|-----|-----------|
| | | s responses and document production. | | | | | | | | | |
| 01/22/2019 | Fee | Review and process deposition transcript and exhibits on 30(b)(6) witness, Barry Detlefsen. | L140 | | 141349 | 0.50 | 150.00 USD | 0.00 USD | | | 75.00 USD |
| 01/24/2019 | Fee | Review five (5) deposition notices and confer with noticing lawyer about thought process and background on witnesses | L330 | | 11377 | 0.30 | 530.00 USD | 0.00 USD | | | 159.00 USD |
| 01/23/2019 | Fee | Draft initial responses to plaintiff s requests for admissions (.7); coordinate defense group efforts on task list (.2) | L120 | | 11377 | 0.90 | 530.00 USD | 0.00 USD | | | 477.00 USD |
| 01/19/2019 | Fee | Review CalJet s amended designation of responsible third parties and confer with core defense group re approach to same | L120 | | 11377 | 0.20 | 530.00 USD | 0.00 USD | | | 106.00 USD |
| 01/18/2019 | Fee | Joint-defense call and follow-up with Coastal Transport s lawyer on subpoena and deposition status | L120 | | 11377 | 1.00 | 530.00 USD | 0.00 USD | | | 530.00 USD |
| 01/17/2019 | Fee | Joint defense call with Kinder Morgan counsel | L110 | | 11377 | 0.70 | 530.00 USD | 0.00 USD | | | 371.00 USD |
| 01/14/2019 | Fee | Joint defense call re experts and resolution with counsel for Chevron (.7); review certain defendant s written discovery requests, plaintiff s written discovery requests, and revise P66 case-specific discovery requests to plaintiff (1.0) | L310 | | 11377 | 1.70 | 530.00 USD | 0.00 USD | | | 901.00 USD |
| 01/14/2019 | Fee | Complete review of file and prior discovery requests and responses and prepare additional requests for production, requests for admission, and interrogatories to Plaintiffs. | L310 | | 15202 | 3.10 | 395.00 USD | 0.00 USD | | | 1,224.50 USD |
| 01/09/2019 | Fee | Review and process Co-Defendant s Notice of Substitution of Victoria Dune from Sanders Parks, PC. | L140 | | 141349 | 0.20 | 150.00 USD | 0.00 USD | | | 30.00 USD |
| 01/09/2019 | Fee | Review discovery already production to determine additional discovery needs. | L310 | | 15202 | 0.60 | 395.00 USD | 0.00 USD | | | 237.00 USD |
| 01/09/2019 | Fee | Prepare status e-mail for J. McMillan and team in connection with transitioning matter | L190 | | 140479 | 1.10 | 350.00 USD | 0.00 USD | | | 385.00 USD |
| 01/10/2019 | Fee | Follow-up re indemnity claim (.1); identify poss ble weaknesses in the terminal defense (.2); joint defense call | L120 | | 11377 | 1.40 | 530.00 USD | 0.00 USD | | | 742.00 USD |

| Date | Type | Desc | Task/ Expense | Act | TK ID | Hours/ Units | Rate | Disc | Adj | Tax | Net Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | re experts and strategy (1.1). | | | | | | | | | |
| 01/03/2019 | Fee | Review and process Co-Defendant Valero s discovery responses and document production. | L140 | | 141349 | 0.20 | 150.00 USD | 0.00 USD | | | 30.00 USD |
| 01/02/2019 | Fee | Review and analyze Coastal document production and identify potential exhibits for Coastal 30(b)(6) deposition, collect and organize same, with emphasis on Coastal Driver policies and procedures and relevant training, certificates, checklists and acknowledgments | L330 | | 140479 | 4.10 | 350.00 USD | 0.00 USD | | | 1,435.00 USD |
| 01/03/2019 | Fee | Joint defenses conference call re Coastal Deposition | L330 | | 140479 | 0.60 | 350.00 USD | 0.00 USD | | | 210.00 USD |
| 01/10/2019 | Fee | Call with defense group regarding experts. | L340 | | 15202 | 0.40 | 395.00 USD | 0.00 USD | | | 158.00 USD |
| 01/09/2019 | Fee | Conference call with opposing counsel re Coastal deposition, case strategy, and path forward (.4); call with M. Oglesby re same (.4). | L120 | | 11377 | 0.80 | 530.00 USD | 0.00 USD | | | 424.00 USD |
| 01/08/2019 | Fee | Travel to Austin for corporate representative deposition of Coastal Transport and return to Houston; prepare joint-defense email re path forward and coordination of key items | L330 | | 11377 | 12.00 | 530.00 USD | 0.00 USD | | | 6,360.00 USD |

## Norton Rose Fulbright-Houston - 9495106573 for P-2018-0144

### Invoice Header

**Organization Name**
Norton Rose Fulbright-Houston - 5619

**Matter Name**
Major, Mary vs. SFPP, L.P. - P-2018-0144

**Matter No**
P-2018-0144

**Organization Address**
1301 MCKINNEY ST. HOUSTON, TX 77010 (LEDES)

**Invoice Date**
03/20/2019

**Invoice Start Date**
02/01/2019

**Invoice End Date**
02/28/2019

**Description**
Major, Mary

### Totals Summary

**Fees**
15,019.00 USD

**Expenses**
875.40 USD

**Fee Discount**
0.00 USD

**Expense Discount**
0.00 USD

**Fee Adjustment**
0.00 USD

**Expense Adjustment**
0.00 USD

**Taxes**
0.00 USD

**Net Total**
15,894.40 USD

### Details

| Date | Type | Desc | Task/Expense | Act | TK ID | Hours/Units | Rate | Disc | Adj | Tax | Net Amount |
|------|------|------|--------------|-----|-------|-------------|------|------|-----|-----|------------|
| 02/26/2019 | Fee | Review and redact relevant documents for production. | L320 | | 15202 | 4.70 | 395.00 USD | 0.00 USD | | | 1,856.50 USD |
| 02/27/2019 | Fee | Review MSDSs to determine source and | L320 | | 15202 | 1.10 | 395.00 USD | 0.00 USD | | | 434.50 USD |

| Date | Type | Desc | Task/ Expense | Act | TK ID | Hours/ Units | Rate | Disc | Adj | Tax | Net Amount |
|------|------|------|---------------|-----|-------|--------------|------|------|-----|-----|------------|
| | | identify which should be produced. | | | | | | | | | |
| 02/25/2019 | Fee | Review and redact documents for production. | L320 | | 15202 | 2.80 | 395.00 USD | 0.00 USD | | | 1,106.00 USD |
| 02/27/2019 | Fee | Revise discovery approach and scope of document production. | L320 | | 11377 | 0.30 | 530.00 USD | 0.00 USD | | | 159.00 USD |
| 02/18/2019 | Fee | Review and process SFPP and Kinder Morgan s Responses to Plaintiffs First Set of Discovery Requests. | L140 | | 141349 | 0.40 | 150.00 USD | 0.00 USD | | | 60.00 USD |
| 02/19/2019 | Fee | Review and process Co-Defendant Valero s Responses to Plaintiffs First Set of Discovery. | L140 | | 141349 | 0.40 | 150.00 USD | 0.00 USD | | | 60.00 USD |
| 02/19/2019 | Fee | Review and process Co-Defendant Caljet s Responses to Plaintiffs First Set of Discovery. | L140 | | 141349 | 0.40 | 150.00 USD | 0.00 USD | | | 60.00 USD |
| 02/22/2019 | Fee | Review and process deposition transcripts and exhibits of Michael Gray. | L140 | | 141349 | 0.40 | 150.00 USD | 0.00 USD | | | 60.00 USD |
| 02/12/2019 | Fee | Prepare for and attend co-defense counsel call regarding upcoming depositions and discovery. | L330 | | 15202 | 0.60 | 395.00 USD | 0.00 USD | | | 237.00 USD |
| 02/13/2019 | Fee | Call with co-defense counsel regarding request for admission responses. | L310 | | 15202 | 0.30 | 395.00 USD | 0.00 USD | | | 118.50 USD |
| 02/08/2019 | Fee | Prepare for and attend the deposition of Mike Gray. | L330 | | 15202 | 1.40 | 395.00 USD | 0.00 USD | | | 553.00 USD |
| 02/07/2019 | Fee | Read deposition Barry Detlefsen in preparation for deposition of CalJet witnesses. | L330 | | 15202 | 2.20 | 395.00 USD | 0.00 USD | | | 869.00 USD |
| 02/19/2019 | Fee | Prepare stipulation adjourning ConocoPhilips s motion and call with opposing counsel regarding the same. | L240 | | 15202 | 0.60 | 395.00 USD | 0.00 USD | | | 237.00 USD |
| 02/18/2019 | Fee | Review documents for production. | L320 | | 15202 | 2.10 | 395.00 USD | 0.00 USD | | | 829.50 USD |
| 02/08/2019 | Fee | Prepare for and attend deposition of CalJet witness John Millican. | L330 | | 15202 | 3.60 | 395.00 USD | 0.00 USD | | | 1,422.00 USD |
| 02/13/2019 | Fee | Revise responses to Plfs. requests for admission. | L310 | | 15202 | 1.10 | 395.00 USD | 0.00 USD | | | 434.50 USD |
| 02/07/2019 | Fee | Prepare verification for interrogatory response. | L310 | | 15202 | 0.20 | 395.00 USD | 0.00 USD | | | 79.00 USD |
| 02/06/2019 | Fee | Review documents produced and discovery responses of CalJet in advance of CalJet corporate representative depositions. | L330 | | 15202 | 2.10 | 395.00 USD | 0.00 USD | | | 829.50 USD |
| 02/08/2019 | Fee | Review documents for production. | L320 | | 15202 | 3.20 | 395.00 USD | 0.00 USD | | | 1,264.00 USD |
| 02/07/2019 | Fee | Review documents in preparation for CalJet corporate representative deposition. | L330 | | 15202 | 4.20 | 395.00 USD | 0.00 USD | | | 1,659.00 USD |

| Date | Type | Desc | Task/Expense | Act | TK ID | Hours/Units | Rate | Disc | Adj | Tax | Net Amount |
|------|------|------|--------------|-----|-------|-------------|------|------|-----|-----|------------|
| 02/19/2019 | Fee | Revise reply and prepare affirmation of Felice B. Galant regarding the same. | L240 | | 15202 | 0.50 | 395.00 USD | 0.00 USD | | | 197.50 USD |
| 02/13/2019 | Fee | Review Plfs. responses to COP s and co-defendant s discovery. | L310 | | 15202 | 0.70 | 395.00 USD | 0.00 USD | | | 276.50 USD |
| 02/20/2019 | Fee | Joint defense call re experts and delaying expert sharing process in lieu of mediation. | L340 | | 11377 | 0.30 | 530.00 USD | 0.00 USD | | | 159.00 USD |
| 02/15/2019 | Fee | Joint defense call re experts and expert sharing agreement. | L340 | | 11377 | 0.40 | 530.00 USD | 0.00 USD | | | 212.00 USD |
| 02/14/2019 | Fee | Revise affidavit and prepare strategy for summary judgment reply. | L240 | | 11377 | 0.40 | 530.00 USD | 0.00 USD | | | 212.00 USD |
| 02/05/2019 | Fee | Review and process Notice of Address Change for Co-Defendant s counsel. | L140 | | 141349 | 0.30 | 150.00 USD | 0.00 USD | | | 45.00 USD |
| 02/12/2019 | Fee | Review, process and calendar date on Defendants Amended Notice of Deposition. | L140 | | 141349 | 0.20 | 150.00 USD | 0.00 USD | | | 30.00 USD |
| 02/13/2019 | Fee | Review responses to RFAs and approve same. | L310 | | 11377 | 0.20 | 530.00 USD | 0.00 USD | | | 106.00 USD |
| 02/12/2019 | Fee | Joint Defense Conference Call re fact witnesses, private investigator information, mediation, and expert retention. | L120 | | 11377 | 0.60 | 530.00 USD | 0.00 USD | | | 318.00 USD |
| 02/07/2019 | Fee | Prepare strategy for upcoming CalJet and Coastal depositions. | L120 | | 11377 | 0.20 | 530.00 USD | 0.00 USD | | | 106.00 USD |
| 02/06/2019 | Fee | Prepare strategic approach to upcoming CalJet and Coastal depositions and communicate with client re mediation. | L120 | | 11377 | 0.40 | 530.00 USD | 0.00 USD | | | 212.00 USD |
| 02/05/2019 | Fee | Attend joint-defense call re experts and mediation. | L120 | | 11377 | 0.20 | 530.00 USD | 0.00 USD | | | 106.00 USD |
| 02/01/2019 | Fee | Discussions with P66 insurer on case, mediation, and confer on same with M Oglesby. | L120 | | 11377 | 1.20 | 530.00 USD | 0.00 USD | | | 636.00 USD |
| 02/01/2019 | Fee | Correspondence with Co-Defendant s paralegal Karen Jones from Cavanagh Law Firm regarding document production set. | L110 | | 141349 | 0.20 | 150.00 USD | 0.00 USD | | | 30.00 USD |
| 02/01/2019 | Fee | Review and process with Attorney McMillan Valero s Initial Disclosure Statement. | L140 | | 141349 | 0.30 | 150.00 USD | 0.00 USD | | | 45.00 USD |
| 02/11/2019 | Expense | PR00289643 Deposition transcript of Barry Detlefsen-Client-Depositions/Transcripts - VERITEXT -. | E116 | | 11377 | 1.00 | 875.40 USD | 0.00 USD | | | 875.40 USD |

## Norton Rose Fulbright-Houston - 9495114509 for P-2018-0144

### Invoice Header

**Organization Name**
Norton Rose Fulbright-Houston - 5619



**Organization Address**
1301 MCKINNEY ST. HOUSTON, TX 77010 (LEDES)

**Invoice Date**
04/25/2019

**Invoice Start Date**
03/01/2019

**Description**
Major, Mary

**Matter Name**
Major, Mary vs. SFPP, L.P. - P-2018-0144

**Matter No**
P-2018-0144

**Invoice End Date**
03/31/2019

### Totals Summary

**Fees**
12,341.50 USD

**Fee Discount**
0.00 USD

**Fee Adjustment**
0.00 USD

**Taxes**
0.00 USD

**Expenses**
4,695.33 USD

**Expense Discount**
0.00 USD

**Expense Adjustment**
0.00 USD

**Net Total**
17,036.83 USD

### Details

| Date | Type | Desc | Task/Expense | Act | TK ID | Hours/Units | Rate | Disc | Adj | Tax | Net Amount |
|------|------|------|--------------|-----|-------|-------------|------|------|-----|-----|------------|
| 03/25/2019 | Fee | Attend mediation. | L160 | | 15202 | 4.20 | 395.00 USD | 0.00 USD | | | 1,659.00 USD |
| 03/25/2019 | Fee | Attend mediation, have post-mediation discussion with | L160 | | 11377 | 1.00 | 530.00 USD | 0.00 USD | | | 530.00 USD |

| Date | Type | Desc | Task/Expense | Act | TK ID | Hours/Units | Rate | Disc | Adj | Tax | Net Amount |
|------|------|------|--------------|-----|-------|-------------|------|------|-----|-----|------------|
| | | Keith Patton, draft summary of history for M Oglesby. | | | | | | | | | |
| 03/21/2019 | Fee | Review and electronically file ConocoPhillips Company s Notice of Non-Party at Fault. | L140 | | 141349 | 0.60 | 150.00 USD | 0.00 USD | | | 90.00 USD |
| 03/21/2019 | Fee | Revise final version of mediation statement. | L160 | | 15202 | 0.90 | 395.00 USD | 0.00 USD | | | 355.50 USD |
| 03/21/2019 | Fee | Prepare notice of non-party at fault. | L210 | | 15202 | 0.70 | 395.00 USD | 0.00 USD | | | 276.50 USD |
| 03/20/2019 | Fee | Pre-mediation discussion with Chevron counsel. | L160 | | 11377 | 0.20 | 530.00 USD | 0.00 USD | | | 106.00 USD |
| 03/19/2019 | Fee | Revise mediation memorandum. | L160 | | 11377 | 0.20 | 530.00 USD | 0.00 USD | | | 106.00 USD |
| 03/19/2019 | Fee | Review discovery responses and case law to update mediation memo. | L160 | | 15202 | 1.40 | 395.00 USD | 0.00 USD | | | 553.00 USD |
| 03/18/2019 | Fee | Prepare mediation memo. | L160 | | 15202 | 1.20 | 395.00 USD | 0.00 USD | | | 474.00 USD |
| 03/18/2019 | Fee | Mediation preparation and file review. | L160 | | 11377 | 0.40 | 530.00 USD | 0.00 USD | | | 212.00 USD |
| 03/13/2019 | Fee | Pre-mediation conference with M Oglesby. | L160 | | 11377 | 0.40 | 530.00 USD | 0.00 USD | | | 212.00 USD |
| 03/05/2019 | Fee | Review documents in preparation for deposition of Gene Martin. | L330 | | 15202 | 1.10 | 395.00 USD | 0.00 USD | | | 434.50 USD |
| 03/14/2019 | Fee | Review Elwyn Webb s medical records for mediation analysis. | L320 | | 15202 | 2.20 | 395.00 USD | 0.00 USD | | | 869.00 USD |
| 03/05/2019 | Fee | Prepare production and supplemental disclosures. | L320 | | 15202 | 3.20 | 395.00 USD | 0.00 USD | | | 1,264.00 USD |
| 03/06/2019 | Fee | Prepare for and attend by phone deposition of Gene Martin. | L330 | | 15202 | 5.50 | 395.00 USD | 0.00 USD | | | 2,172.50 USD |
| 03/06/2019 | Fee | Prepare for and attend deposition of Jim Melvin by phone. | L330 | | 15202 | 4.20 | 395.00 USD | 0.00 USD | | | 1,659.00 USD |
| 03/07/2019 | Fee | Call with co-defense counsel regarding Webb and Major depositions. | L330 | | 15202 | 0.70 | 395.00 USD | 0.00 USD | | | 276.50 USD |
| 03/06/2019 | Fee | Finalize second production of documents. | L320 | | 15202 | 0.60 | 395.00 USD | 0.00 USD | | | 237.00 USD |
| 03/13/2019 | Fee | Review and process Stipulation regarding deadlines and revise calendar to reflect same dates. | L140 | | 141349 | 0.20 | 150.00 USD | 0.00 USD | | | 30.00 USD |
| 03/06/2019 | Fee | Review and process Defendants SFPP and Kinder Morgan s discovery responses and document production. | L140 | | 141349 | 0.20 | 150.00 USD | 0.00 USD | | | 30.00 USD |
| 03/07/2019 | Fee | Case status update call and pre-mediation strategy discussion with M Oglesby. | L120 | | 11377 | 0.30 | 530.00 USD | 0.00 USD | | | 159.00 USD |
| 03/06/2019 | Fee | Conference call and full pre-mediation discussion with coverage counsel (1.1); analysis of specific | L330 | | 11377 | 1.20 | 530.00 USD | 0.00 USD | | | 636.00 USD |

| Date | Type | Desc | Task/Expense | Act | TK ID | Hours/Units | Rate | Disc | Adj | Tax | Net Amount |
|------|------|------|--------------|-----|-------|-------------|------|------|-----|-----|------------|
| | | testimony of co-workers and follow up items in deposition (.1). | | | | | | | | | |
| 03/04/2019 | Expense | 1 COPIES 5 HO4647. | E101 | | | 5.00 | 0.10 USD | 0.00 USD | | | 0.50 USD |
| 03/28/2019 | Expense | PR00294138 Deposition transcripts of Casey Alleman Dan Wittenberg-Client-Depositions/Transcripts - VERITEXT -. | E116 | | 11377 | 1.00 | 801.52 USD | 0.00 USD | | | 801.52 USD |
| 03/28/2019 | Expense | ER00177325 03/21/2019 -Brett Young -Court Filing Fee. | E112 | | 11377 | 1.00 | 10.30 USD | 0.00 USD | | | 10.30 USD |
| 03/28/2019 | Expense | ER00177325 03/21/2019 -Brett Young -Court Filing fee. | E112 | | 11377 | 1.00 | 0.31 USD | 0.00 USD | | | 0.31 USD |
| 03/27/2019 | Expense | PR00294242 Deposition of Joshua Webb and Mary Major-Client-Depositions/Transcripts - Griffin Associates, LLC -. | E116 | | 15202 | 1.00 | 388.50 USD | 0.00 USD | | | 388.50 USD |
| 03/27/2019 | Expense | PR00294240 Deposition of Eugene Martin Jimmy Melvin-Client-Depositions/Transcripts - Griffin Associates, LLC -. | E116 | | 15202 | 1.00 | 1,163.00 USD | 0.00 USD | | | 1,163.00 USD |
| 03/14/2019 | Expense | PR00292860 Deposition transcripts of John Millican and Michael Gray-Client-Depositions/Transcripts - VERITEXT -. | E116 | | 11377 | 1.00 | 626.20 USD | 0.00 USD | | | 626.20 USD |
| 03/05/2019 | Expense | PR00291939 Mediation fee-Client-Arbitrators/Mediators - GREG THOMPSON, MEDIATOR -. | E121 | | 11377 | 1.00 | 1,200.00 USD | 0.00 USD | | | 1,200.00 USD |
| 03/05/2019 | Expense | PR00291842 Annual Renewal fee for Pro Hac Admission in AZ.-Client-Court Fees - STATE BAR OF ARIZONA -. | E112 | | 00252 | 1.00 | 505.00 USD | 0.00 USD | | | 505.00 USD |

## Epiq eDiscovery Solutions - 90334040 for P-2018-0144

### Invoice Header

**Organization Name**
Epiq eDiscovery Solutions - 170272

**Organization Address**
777 Third Avenue 12 Floor New York, NY 10017 (Primary)

**Invoice Date**
05/08/2019

**Invoice Start Date**
04/30/2019

**Matter Name**
Major, Mary vs. SFPP, L.P. - P-2018-0144

**Matter No**
P-2018-0144

**Invoice End Date**
04/30/2019

### Totals Summary

| | |
|---|---|
| **Fees** | **Expenses** |
| 0.00 USD | 487.13 USD |
| **Fee Discount** | **Expense Discount** |
| 0.00 USD | 0.00 USD |
| **Fee Adjustment** | **Expense Adjustment** |
| 0.00 USD | 0.00 USD |
| **Taxes** | **Net Total** |
| 0.00 USD | 487.13 USD |

### Details

| Date | Type | Desc | Task/Expense | Act | TK ID | Hours/Units | Rate | Disc | Adj | Tax | Net Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/30/2019 | Expense | | E124 | | | 1.00 | 487.13 USD | | | | 487.13 USD |

## Norton Rose Fulbright-Houston - 9495119261 for P-2018-0144

### Invoice Header

**Organization Name**
Norton Rose Fulbright-Houston - 5619

██████████████████

**Organization Address**
1301 MCKINNEY ST. HOUSTON, TX 77010 (LEDES)

**Invoice Date**
05/17/2019

**Invoice Start Date**
04/01/2019

**Description**
Major, Mary

██████████████████

**Matter Name**
Major, Mary vs. SFPP, L.P. - P-2018-0144

**Matter No**
P-2018-0144

██████████████████

**Invoice End Date**
04/30/2019

### Totals Summary

**Fees**
11,418.00 USD

**Fee Discount**
0.00 USD

**Fee Adjustment**
0.00 USD

**Taxes**
0.00 USD

**Expenses**
28.21 USD

**Expense Discount**
0.00 USD

**Expense Adjustment**
0.00 USD

**Net Total**
11,446.21 USD

### Details

| Date | Type | Desc | Task/Expense | Act | TK ID | Hours/Units | Rate | Disc | Adj | Tax | Net Amount |
|------|------|------|--------------|-----|-------|-------------|------|------|-----|-----|------------|
| 04/29/2019 | Fee | Expert meeting with Patrick Kerzic and joint defense session re same. | L340 | | 11377 | 3.00 | 530.00 USD | 0.00 USD | | | 1,590.00 USD |

| Date | Type | Desc | Task/Expense | Act | TK ID | Hours/Units | Rate | Disc | Adj | Tax | Net Amount |
|------|------|------|--------------|-----|-------|-------------|------|------|-----|-----|------------|
| 04/22/2019 | Fee | Review documents for deposition prep. | L320 | | 15202 | 2.20 | 395.00 USD | 0.00 USD | | | 869.00 USD |
| 04/22/2019 | Fee | Prepare supplemental disclosures. | L310 | | 15202 | 4.20 | 395.00 USD | 0.00 USD | | | 1,659.00 USD |
| 04/23/2019 | Fee | Continue to review documents in prepare for depositions. | L330 | | 15202 | 4.20 | 395.00 USD | 0.00 USD | | | 1,659.00 USD |
| 04/25/2019 | Fee | Expert call with Ethan Natelson, MD and follow-up wit joint defense communication. | L110 | | 11377 | 1.10 | 530.00 USD | 0.00 USD | | | 583.00 USD |
| 04/23/2019 | Fee | Joint defense work on experts, deposition strategy, and tender pressure on Coastal. | L120 | | 11377 | 2.30 | 530.00 USD | 0.00 USD | | | 1,219.00 USD |
| 04/15/2019 | Fee | Prepare for and attend the deposition of Robert Super. | L330 | | 15202 | 5.80 | 395.00 USD | 0.00 USD | | | 2,291.00 USD |
| 04/17/2019 | Fee | Call with joint defense group re expert witnesses. | L340 | | 15202 | 1.10 | 395.00 USD | 0.00 USD | | | 434.50 USD |
| 04/10/2019 | Fee | Process deposition notices of Troy Eiffert and Terese Tuazon and calendar dates. | L140 | | 141349 | 0.20 | 150.00 USD | 0.00 USD | | | 30.00 USD |
| 04/03/2019 | Fee | Call to coordinate witness schedules. | L330 | | 15202 | 0.50 | 395.00 USD | 0.00 USD | | | 197.50 USD |
| 04/02/2019 | Fee | Attend joint defense call regarding experts. | L340 | | 15202 | 1.00 | 395.00 USD | 0.00 USD | | | 395.00 USD |
| 04/04/2019 | Fee | Joint defense expert call. | L340 | | 11377 | 0.70 | 530.00 USD | 0.00 USD | | | 371.00 USD |
| 04/02/2019 | Fee | Review and process deposition transcripts and exhibits of Jimmy Melvin, Mary Major, Eugene Martin and Joshua Webb. | L140 | | 141349 | 0.50 | 150.00 USD | 0.00 USD | | | 75.00 USD |
| 04/01/2019 | Fee | Review, process and calendar Plaintiff s Amended Notice of Deposition of Jeff Acup. | L140 | | 141349 | 0.10 | 150.00 USD | 0.00 USD | | | 15.00 USD |
| 04/03/2019 | Fee | Review and process Co-Defendant s Fourth Supplemental Disclosure Statement. | L140 | | 141349 | 0.20 | 150.00 USD | 0.00 USD | | | 30.00 USD |
| 04/23/2019 | Expense | 1 COPIES 6 HOMFD40CC2. | E101 | | | 6.00 | 0.10 USD | 0.00 USD | | | 0.60 USD |
| 04/23/2019 | Expense | 1 COPIES 68 HOMFD40CC5. | E101 | | | 68.00 | 0.10 USD | 0.00 USD | | | 6.80 USD |
| 04/23/2019 | Expense | 1 COPIES 68 HOMFD40CC2. | E101 | | | 68.00 | 0.10 USD | 0.00 USD | | | 6.80 USD |
| 04/23/2019 | Expense | 1 COPIES 6 HOMFD40CC5. | E101 | | | 6.00 | 0.10 USD | 0.00 USD | | | 0.60 USD |
| 04/01/2019 | Expense | 1 COPIES 6 HO4647. | E101 | | | 6.00 | 0.10 USD | 0.00 USD | | | 0.60 USD |
| 04/01/2019 | Expense | FEDEX TRACKING:7863037032 ORIGINAL REFERENCE: SIGNED BY: L.SAM TO: Griffin Associates Griffin Associates ,2398 E CAMELBACK RD STE 260 , , PHOENIX , AZ | E107 | | 15202 | 1.00 | 12.81 USD | 0.00 USD | | | 12.81 USD |

## Trinity Legal Discovery - 7115 for P-2018-0144

### Invoice Header

**Organization Name**
Trinity Legal Discovery - 180562

███████████████

**Organization Address**
945 McKinney Suite 388 Houston, TX 77002 (Primary)
**Invoice Date**
05/29/2019
**Invoice Start Date**
05/29/2019
**Description**
PGM

███████████████

**Matter Name**
Major, Mary vs. SFPP, L.P. - P-2018-0144
**Matter No**
P-2018-0144

███████████████

**Invoice End Date**
05/29/2019

### Totals Summary

| | |
|---|---|
| **Fees** | **Expenses** |
| 0.00 USD | 94.89 USD |
| **Fee Discount** | **Expense Discount** |
| 0.00 USD | 0.00 USD |
| **Fee Adjustment** | **Expense Adjustment** |
| 0.00 USD | 0.00 USD |
| **Taxes** | **Net Total** |
| 0.00 USD | 94.89 USD |

### Details

| Date | Type | Desc | Task/Expense | Act | TK ID | Hours/Units | Rate | Disc | Adj | Tax | Net Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/29/2019 | Expense | | E124 | | | 1.00 | 94.89 USD | | | | 94.89 USD |

**Dennis Alan Gilmore - OTHERP20180144 for P-2018-0144**

## Invoice Header

**Organization Name**
Dennis Alan Gilmore - 181925

**Matter Name**
Major, Mary vs. SFPP, L.P. - P-2018-0144

**Matter No**
P-2018-0144

**Organization Address**
6776 W. Villa Lindo Dr. Peoria, AZ 85383 (Primary)

**Invoice Date**
06/11/2019

**Invoice Start Date**
06/11/2019

**Invoice End Date**
06/11/2019

**Description**
CAK - Processed via SAP Doc No. 1200028962 / 01 / 2019

## Totals Summary

**Fees**
0.00 USD

**Expenses**
3,130.98 USD

**Fee Discount**
0.00 USD

**Expense Discount**
0.00 USD

**Fee Adjustment**
0.00 USD

**Expense Adjustment**
0.00 USD

**Taxes**
0.00 USD

**Net Total**
3,130.98 USD

Details

| Date | Type | Desc | Task/Expense | Act | TK ID | Hours/Units | Rate | Disc | Adj | Tax | Net Amount |
|------|------|------|--------------|-----|-------|-------------|------|------|-----|-----|------------|
| 06/11/2019 | Expense | | E124 | | | 1.00 | 3,130.98 USD | | | | 3,130.98 USD |

## Norton Rose Fulbright-Houston - 9495129093 for P-2018-0144

### Invoice Header

**Organization Name**
Norton Rose Fulbright-Houston - 5619

▮▮▮▮▮▮▮▮▮

**Organization Address**
1301 MCKINNEY ST. HOUSTON, TX 77010 (LEDES)

**Invoice Date**
07/08/2019

**Invoice Start Date**
06/01/2019

**Description**
Major, Mary

▮▮▮▮▮▮▮

**Matter Name**
Major, Mary vs. SFPP, L.P. - P-2018-0144

**Matter No**
P-2018-0144

▮▮▮▮▮▮▮▮▮

**Invoice End Date**
06/30/2019

### Totals Summary

**Fees**
39,592.00 USD

**Fee Discount**
0.00 USD

**Fee Adjustment**
0.00 USD

**Taxes**
0.00 USD

**Expenses**
1,379.07 USD

**Expense Discount**
0.00 USD

**Expense Adjustment**
0.00 USD

**Net Total**
40,971.07 USD

### Details

| Date | Type | Desc | Task/Expense | Act | TK ID | Hours/Units | Rate | Disc | Adj | Tax | Net Amount |
|------|------|------|--------------|-----|-------|-------------|------|------|-----|-----|------------|
| 06/24/2019 | Fee | Reviewing file for information pertaining to Al Cantu and composing outline of topics to cover | L130 | | 143538 | 7.20 | 375.00 USD | 0.00 USD | | | 2,700.00 USD |

| Date | Type | Desc | Task/Expense | Act | TK ID | Hours/Units | Rate | Disc | Adj | Tax | Net Amount |
|------|------|------|--------------|-----|-------|-------------|------|------|-----|-----|------------|
| | | in preparation for upcoming conference call, attending conference call with Al Cantu, composing report regarding conference call with Al Cantu, preparing for conference call with Jim Stanley on OSHA issues, attending conference call with Jim Stanley, composing report regarding conference call with Jim Stanley, exchanging emails with client group regarding upcoming conference calls, researching Arizona case law on asbestos issues for additional research on various expert issues, composing summaries of conference calls with Al Cantu and Jim Stanley. | | | | | | | | | |
| 06/25/2019 | Fee | Beginning research on Ninth Circuit case law on various expert issues, preparing for conference call with Mark Nealley and Tom Thompson regarding IH issues, attending conference call with Mark Nealley and Tom Thompson regarding IH Issues, preparing for conference call with Abe Castro regarding IH issues, attending conference call with Abe Castro regarding IH Issues, composing summary of conference calls. | L120 | | 143538 | 7.40 | 375.00 USD | 0.00 USD | | | 2,775.00 USD |
| 06/26/2019 | Fee | Continuing research of Ninth Circuit case law regarding various expert issues, composing proposed list of document requests to Bureau Veritas for IH testing records, exchanging emails with Matt Oglesby regarding document requests to Bureau Veritas for IH testing records | L120 | | 143538 | 8.80 | 375.00 USD | 0.00 USD | | | 3,300.00 USD |
| 06/28/2019 | Fee | Composing report summarizing research of Arizona state courts, Ninth Circuit federal courts, and select non-jurisdictional cases pertaining to various expert issues. | L120 | | 143538 | 8.50 | 375.00 USD | 0.00 USD | | | 3,187.50 USD |
| 06/27/2019 | Fee | Completing research in non-jurisdictional federal cases on | L120 | | 143538 | 8.30 | 375.00 USD | 0.00 USD | | | 3,112.50 USD |

| Date | Type | Desc | Task/Expense | Act | TK ID | Hours/Units | Rate | Disc | Adj | Tax | Net Amount |
|------|------|------|--------------|-----|-------|-------------|------|------|-----|-----|------------|
| | | various expert issues. Conferring via telephone with Bureau Veritas regarding upcoming subpoena for records from NATLSCO and The Clayton Group on IH testing records. Beginning compilation and review of noted medical records to be sent to experts. | | | | | | | | | |
| 06/30/2019 | Fee | Continue review and compilation of key medical records to be sure all proper records are sent to experts. | L130 | | 143538 | 2.20 | 375.00 USD | 0.00 USD | | | 825.00 USD |
| 06/28/2019 | Fee | Correspondence with court reporter regarding confirmation of errata sheets sent. | L110 | | 141349 | 0.20 | 150.00 USD | 0.00 USD | | | 30.00 USD |
| 06/28/2019 | Fee | Review medical summary, identify and gather medical records referenced on summary and process all documents to Attorney Rutledge for review. | L140 | | 141349 | 1.60 | 150.00 USD | 0.00 USD | | | 240.00 USD |
| 06/26/2019 | Fee | Review and process deposition transcripts and exhibits of Therese Tuazon and Robert Granado. | L140 | | 141349 | 0.60 | 150.00 USD | 0.00 USD | | | 90.00 USD |
| 06/27/2019 | Fee | Review medical summary, identify and gather medical records referenced on summary. | L140 | | 141349 | 3.90 | 150.00 USD | 0.00 USD | | | 585.00 USD |
| 06/27/2019 | Fee | Telephone conference with Co-Counsel s paralegal regarding medical records and medical records summary. | L110 | | 141349 | 0.20 | 150.00 USD | 0.00 USD | | | 30.00 USD |
| 06/21/2019 | Fee | Review Vern Rose (form NIOSH warnings expert) to prepare for call with OSHA expert (Stanley) (1.7); attend phone interview with Dr. Stanley and report same (1.0) | L340 | | 11377 | 2.70 | 530.00 USD | 0.00 USD | | | 1,431.00 USD |
| 06/21/2019 | Fee | Continuing research of Arizona law governing standards for expert witnesses, expanding to Arizona federal courts and into asbestos cases per comments from strategy meeting. | L120 | | 143538 | 2.10 | 375.00 USD | 0.00 USD | | | 787.50 USD |
| 06/19/2019 | Fee | Attending depositions of Matt Hodges and Melinda Farias of Valero. | L330 | | 143538 | 2.40 | 375.00 USD | 0.00 USD | | | 900.00 USD |
| 06/17/2019 | Fee | Review and process errata sheets and acknowledgment pages of Dennis Gilmore and Douglas Kleopfer. | L140 | | 141349 | 0.60 | 150.00 USD | 0.00 USD | | | 90.00 USD |

| Date | Type | Desc | Task/Expense | Act | TK ID | Hours/Units | Rate | Disc | Adj | Tax | Net Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/19/2019 | Fee | Request background checks on two possible witnesses. | L110 | | 141349 | 0.20 | 150.00 USD | 0.00 USD | | | 30.00 USD |
| 06/21/2019 | Fee | Gather prior COP production, generate and process link to Plaintiff counsel. | L140 | | 141349 | 0.60 | 150.00 USD | 0.00 USD | | | 90.00 USD |
| 06/20/2019 | Fee | Interview Bob Lowe, memorialize same, and discuss path forward with client | L330 | | 11377 | 0.80 | 530.00 USD | 0.00 USD | | | 424.00 USD |
| 06/20/2019 | Fee | Review research on potential fact witness (.1); conference fall with M Neally re certain safety issues (.2) | L330 | | 11377 | 0.30 | 530.00 USD | 0.00 USD | | | 159.00 USD |
| 06/14/2019 | Fee | Complete written analysis and risk update after witness depositions for M Oglesby and respond to follow-up questions re same (1.4); attend insurance call with Canal s outside counsel to answer questions re path forward (.5) | L160 | | 11377 | 1.90 | 530.00 USD | 0.00 USD | | | 1,007.00 USD |
| 06/04/2019 | Fee | All counsel joint-defense call re experts and expert needs | L120 | | 11377 | 1.20 | 530.00 USD | 0.00 USD | | | 636.00 USD |
| 06/04/2019 | Fee | Prepare materials and index for expert on IH and terminal safety (2.0); strategic discussions on path forward concerning resolution with Matt Oglesby (.7) | L340 | | 11377 | 2.70 | 530.00 USD | 0.00 USD | | | 1,431.00 USD |
| 06/07/2019 | Fee | Settlement discussions with Keith Patton and discussion with client re 30b6 issues, future discovery, trial strategy, and cost of same | L120 | | 11377 | 1.50 | 530.00 USD | 0.00 USD | | | 795.00 USD |
| 06/18/2019 | Fee | Joint defense call re pathology review, discovery approach, and expert needs | L120 | | 11377 | 0.30 | 530.00 USD | 0.00 USD | | | 159.00 USD |
| 06/07/2019 | Fee | Gabe Munoz interview and follow-up with client re truck driver track down and contact information | L330 | | 11377 | 0.70 | 530.00 USD | 0.00 USD | | | 371.00 USD |
| 06/18/2019 | Fee | Synthesis of social media information, witness interviews, and COP personnel records to provide track down information for three leads of former truck drivers | L110 | | 11377 | 0.40 | 530.00 USD | 0.00 USD | | | 212.00 USD |
| 06/05/2019 | Fee | Expert call with Mark Neally re IH report and approach to general opinions (rebutting Dr. Jones) and defendant-specific opinions | L340 | | 11377 | 1.60 | 530.00 USD | 0.00 USD | | | 848.00 USD |
| 06/17/2019 | Fee | Expert report prep call with Mark Neally (John Spencer) concerning P66-specific issues | L340 | | 11377 | 1.50 | 530.00 USD | 0.00 USD | | | 795.00 USD |

| Date | Type | Desc | Task/Expense | Act | TK ID | Hours/Units | Rate | Disc | Adj | Tax | Net Amount |
|------|------|------|--------------|-----|-------|-------------|------|------|-----|-----|------------|
| 06/19/2019 | Fee | Joint defense call re Valero admission of carcinogenicity of gasoline (.1); call with hematology expert Ethan Natelson re report and approach (.6); review draft report from John Whysner and interview same for approach to expert report (1.6) | L340 | | 11377 | 2.30 | 530.00 USD | 0.00 USD | | | 1,219.00 USD |
| 06/12/2019 | Fee | Continuing research of Arizona law governing relevant expert issues. | L340 | | 143538 | 7.80 | 375.00 USD | 0.00 USD | | | 2,925.00 USD |
| 06/11/2019 | Fee | Attending meeting regarding action items and path forward; Attending depositions of Robert Granado and Terese Tuazon; researching Arizona law governing relevant expert issues. | L330 | | 143538 | 7.50 | 375.00 USD | 0.00 USD | | | 2,812.50 USD |
| 06/13/2019 | Fee | Continuing research of Arizona law governing relevant expert issues, attending conference call with defense counsel regarding records authorizations | L340 | | 143538 | 8.20 | 375.00 USD | 0.00 USD | | | 3,075.00 USD |
| 06/10/2019 | Fee | Gather documents and deposition transcripts and prepare letter to expert Mark Nealley and process same to him. | L140 | | 141349 | 3.10 | 150.00 USD | 0.00 USD | | | 465.00 USD |
| 06/13/2019 | Fee | Telephone conference with court reporter to obtain all recent deposition transcripts. | L110 | | 141349 | 0.20 | 150.00 USD | 0.00 USD | | | 30.00 USD |
| 06/10/2019 | Fee | Review and process letters from court reporter regarding Dennis Gilmore and Douglas Kloepfer s errata sheet and signature pages and calendar same. | L140 | | 141349 | 0.30 | 150.00 USD | 0.00 USD | | | 45.00 USD |
| 06/11/2019 | Fee | Telephone conference and correspondence with court reporter regarding copies of deposition transcripts. | L110 | | 141349 | 0.20 | 150.00 USD | 0.00 USD | | | 30.00 USD |
| 06/04/2019 | Fee | Attending Canal insurance call | L120 | | 143538 | 0.90 | 375.00 USD | 0.00 USD | | | 337.50 USD |
| 06/06/2019 | Fee | Reviewing 7000+ pages of production to identify documents to send to experts and composing report regarding same | L340 | | 143538 | 4.10 | 375.00 USD | 0.00 USD | | | 1,537.50 USD |
| 06/05/2019 | Fee | Review and process deposition transcript of Jeff Acup. | L140 | | 141349 | 0.10 | 150.00 USD | 0.00 USD | | | 15.00 USD |
| 06/05/2019 | Fee | Telephone conference with co-counsel s paralegal regarding outstanding pleadings and discovery. | L110 | | 141349 | 0.40 | 150.00 USD | 0.00 USD | | | 60.00 USD |
| 06/27/2019 | Expense | 1 COPIES 84 HOMFD4644C | E101 | | 141349 | 84.00 | 0.10 USD | 0.00 USD | | | 8.40 USD |
| 06/11/2019 | Expense | 1 COPIES 5 HO4647 | E101 | | 143538 | 5.00 | 0.10 USD | 0.00 USD | | | 0.50 USD |

| Date | Type | Desc | Task/ Expense | Act | TK ID | Hours/ Units | Rate | Disc | Adj | Tax | Net Amount |
|------|------|------|--------------|-----|-------|-------------|------|------|-----|-----|-----------|
| 06/10/2019 | Expense | 1 COPIES 7 HO4645 | E101 | | 141349 | 7.00 | 0.10 USD | 0.00 USD | | | 0.70 USD |
| 06/19/2019 | Expense | PR00302471 Deposition transcript of Dennis Gilmore-Client-Depositions/Transcripts - VERITEXT - | E116 | | 11377 | 1.00 | 549.25 USD | 0.00 USD | | | 549.25 USD |
| 06/18/2019 | Expense | PR00302467 Deposition transcript of Douglas Kleopfer-Client-Depositions/ Transcripts - VERITEXT - | E116 | | 11377 | 1.00 | 458.80 USD | 0.00 USD | | | 458.80 USD |
| 06/07/2019 | Expense | ER00182025 05/31/2019 - Brett Young - to - Transportation fees for witness Dennis Gilmore | E110 | | 11377 | 1.00 | 85.00 USD | 0.00 USD | | | 85.00 USD |
| 06/07/2019 | Expense | ER00182025 05/30/2019 - Brett Young - to - Transportation fees for witness Dennis Gilmore | E110 | | 11377 | 1.00 | 85.00 USD | 0.00 USD | | | 85.00 USD |
| 06/06/2019 | Expense | PR00301113 Doub Kleopher Deposition - Lunch-Client-Meals - CORPORATE CATERING CONCIERGE - | E111 | | | 1.00 | 191.42 USD | 0.00 USD | | | 191.42 USD |

## Norton Rose Fulbright-Houston - 9495125831 for P-2018-0144

### Invoice Header

**Organization Name**
Norton Rose Fulbright-Houston - 5619

████████████████████████████████

**Organization Address**
1301 MCKINNEY ST. HOUSTON, TX 77010 (LEDES)
**Invoice Date**
06/20/2019
**Invoice Start Date**
05/01/2019
**Description**
Major, Mary
████████████████████

**Matter Name**
Major, Mary vs. SFPP, L.P. - P-2018-0144
**Matter No**
P-2018-0144

████████████████████████████████

**Invoice End Date**
05/31/2019

### Totals Summary

**Fees**
62,600.00 USD
**Fee Discount**
0.00 USD
**Fee Adjustment**
0.00 USD
**Taxes**
0.00 USD

**Expenses**
15,084.60 USD
**Expense Discount**
0.00 USD
**Expense Adjustment**
0.00 USD
**Net Total**
77,684.60 USD

### LineItems

**Details**

| Date | Type | Desc | Task/Expense | Act | TK ID | Hours/Units | Rate | Disc | Adj | Tax | Net Amount |
|------|------|------|--------------|-----|-------|-------------|------|------|-----|-----|------------|
| 05/16/2019 | Fee | Interview Cornelius Flynn as possible fact witness (.5); attend joint defense call re expert strategy (.5); cull key | L120 | | 11377 | 5.00 | 530.00 USD | 0.00 USD | | | 2,650.00 USD |

| Date | Type | Desc | Task/<br>Expense | Act | TK ID | Hours/<br>Units | Rate | Disc | Adj | Tax | Net<br>Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | documents for P66<br>witness prep and expert<br>review (4.0). | | | | | | | | | |
| 05/17/2019 | Fee | Assist organizing<br>deposition prep<br>documents for Conoco<br>witnesses. | L140 | | 141349 | 1.80 | 150.00<br>USD | 0.00 USD | | | 270.00<br>USD |
| 05/16/2019 | Fee | Telephone conference<br>with Co-Defendant s<br>paralegal regarding<br>records ordered by all<br>Co-Defendants. | L110 | | 141349 | 0.30 | 150.00<br>USD | 0.00 USD | | | 45.00 USD |
| 05/16/2019 | Fee | Analyze records<br>produced by Plaintiff<br>and Co-Defendants<br>and prepare tracking<br>spreadsheet pertaining<br>to same. | L140 | | 141349 | 2.30 | 150.00<br>USD | 0.00 USD | | | 345.00<br>USD |
| 05/13/2019 | Fee | Revise disclosures<br>(.3); strategy for<br>witness preparation and<br>deposition approach<br>(.4); discuss experts<br>with key defense group<br>leaders (.2). | L120 | | 11377 | 0.90 | 530.00<br>USD | 0.00 USD | | | 477.00<br>USD |
| 05/08/2019 | Fee | Review and process<br>deposition transcript<br>and exhibits of Robert<br>Super s deposition. | L140 | | 141349 | 0.10 | 150.00<br>USD | 0.00 USD | | | 15.00 USD |
| 05/10/2019 | Fee | Review, calendar and<br>process Amended<br>Notices of Deposition<br>of Kinder Morgan<br>Witnesses and Conoco<br>Witness. | L140 | | 141349 | 0.10 | 150.00<br>USD | 0.00 USD | | | 15.00 USD |
| 05/07/2019 | Fee | Review and process<br>medical and billing<br>records pertaining<br>to Elwyn Major from<br>various facilities and<br>providers. | L140 | | 141349 | 0.70 | 150.00<br>USD | 0.00 USD | | | 105.00<br>USD |
| 05/08/2019 | Fee | Review, process and<br>calendar Plaintiffs<br>Notices of Deposition<br>for various Kinder<br>Morgan witnesses. | L110 | | 141349 | 0.20 | 150.00<br>USD | 0.00 USD | | | 30.00 USD |
| 05/31/2019 | Fee | Attending deposition<br>of Dennis Gilmore<br>and conference call<br>amongst defense<br>counsel regarding<br>experts and composing<br>email to all counsel<br>regarding supplemental<br>production. | L330 | | 143538 | 3.30 | 375.00<br>USD | 0.00 USD | | | 1,237.50<br>USD |
| 05/10/2019 | Fee | Reviewing and<br>annotating<br>approximately 1,200<br>pages of document<br>production identifying<br>key documents to<br>discuss in remaining<br>deposition preparation<br>meetings with<br>client witnesses<br>(4.8). Reviewing<br>memoranda regarding<br>key documents<br>in production<br>and strategies<br>for depositions<br>in preparation for | L390 | | 143538 | 5.50 | 375.00<br>USD | 0.00 USD | | | 2,062.50<br>USD |

| Date | Type | Desc | Task/<br>Expense | Act | TK ID | Hours/<br>Units | Rate | Disc | Adj | Tax | Net<br>Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | identifying key documents for remaining deposition preparation sessions (.2). Complete compiling 1,000+ pages of documents describing terminal policies and procedures for evaluation of whether to provide to experts (.5). | | | | | | | | | |
| 05/30/2019 | Fee | Attending deposition preparation session for Dennis Gilmore, reviewing outline for direct examination of Dennis Gilmore, composing emails regarding additional points for direct examination, and composing email to Roland Bernier regarding supplemental production. | L390 | | 143538 | 8.20 | 375.00 USD | 0.00 USD | | | 3,075.00 USD |
| 05/09/2019 | Fee | Exchanging internal emails regarding and reviewing approximately 3,500 pages of production to identify documents for consideration for providing to Pamela Williams. | L340 | | 143538 | 5.10 | 375.00 USD | 0.00 USD | | | 1,912.50 USD |
| 05/29/2019 | Fee | Reviewing videos and evaluating same for production, assisting in deposition preparation, and attending deposition of Doug Kloepfer, attending telephone conferences with various opposing counsel, and annotating transcript of deposition of Barry Detlefsen in preparation for upcoming deposition preparation meeting. | L390 | | 143538 | 4.90 | 375.00 USD | 0.00 USD | | | 1,837.50 USD |
| 05/28/2019 | Fee | Completing review and summary of key points in approximately 2,500-3,000 pages of key documents identified for preparations for depositions. Watching orientation video to visit client facilities. Attending deposition preparation meeting with Doug Kloepfer and reviewing driver safety video for evaluation for production. | L390 | | 143538 | 8.60 | 375.00 USD | 0.00 USD | | | 3,225.00 USD |
| 05/30/2019 | Fee | Deposition preparation work for Dennis Gilmore and draft direct examination with documents. | L330 | | 11377 | 10.00 | 530.00 USD | 0.00 USD | | | 5,300.00 USD |

| Date | Type | Desc | Task/ Expense | Act | TK ID | Hours/ Units | Rate | Disc | Adj | Tax | Net Amount |
|------|------|------|------|------|------|------|------|------|------|------|------|
| 05/31/2019 | Fee | Prepare for and defend deposition of Dennis Gilmore (2.3); organize and attend joint-defense meeting on experts and discovery (1.0). | L330 | | 11377 | 3.30 | 530.00 USD | 0.00 USD | | | 1,749.00 USD |
| 05/29/2019 | Fee | Prepare for and attend deposition of Doug Kleopfer (2.3); discuss resolution issues with M Oglesby (.5); prepare outline for Dennis Gilmore preparation session (.8); interview with IH expert John Spencer and orient same to case and needs (1.2). | L330 | | 11377 | 4.80 | 530.00 USD | 0.00 USD | | | 2,544.00 USD |
| 05/24/2019 | Fee | Reviewing, annotating, and summarizing key points from approximately 2,500-3,000 pages of key documents identified for preparations for depositions. | L390 | | 143538 | 7.60 | 375.00 USD | 0.00 USD | | | 2,850.00 USD |
| 05/23/2019 | Fee | Attending deposition of Jeff Accup and composing summary of questioning for preparation of client depositions. Completing reviewing and preparing deposition preparation binders. Reviewing materials added to Benzene database to evaluate for production. Beginning Reviewing, annotating, and summarizing key points from approximately 2,500-3,000 pages of key documents identified for preparations for depositions. | L390 | | 143538 | 6.80 | 375.00 USD | 0.00 USD | | | 2,550.00 USD |
| 05/21/2019 | Fee | Reviewing and analyzing production to identify instances of citations/violations from government while private inspectors find no violations in preparation for deposition preparation session. Composing summary of deposition testimony of Barry Detlefsen regarding responsibilities Coastal/ Calzona assumed for its drivers. Supplementing key documents binders with additional items flagged from production. | L390 | | 143538 | 5.20 | 375.00 USD | 0.00 USD | | | 1,950.00 USD |
| 05/28/2019 | Fee | Prepare for deposition session with witness and attend same at Phillips 66. | L330 | | 11377 | 9.60 | 530.00 USD | 0.00 USD | | | 5,088.00 USD |

| Date | Type | Desc | Task/ Expense | Act | TK ID | Hours/ Units | Rate | Disc | Adj | Tax | Net Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/24/2019 | Fee | Joint defense calls re expert concerns and deposition preparation work for upcoming P66 witnesses. | L330 | | 11377 | 2.80 | 530.00 USD | 0.00 USD | | | 1,484.00 USD |
| 05/21/2019 | Fee | Interview Patrick Kersick on key benzene topics and follow-up with defense group re same (2.0); prepare for and attend deposition prep of Dennis Gilmore (1.3); interview of Tom Thomson (.6); document review for key document binder (1.7). | L340 | | 11377 | 5.60 | 530.00 USD | 0.00 USD | | | 2,968.00 USD |
| 05/20/2019 | Fee | Call with Larry Chilton re John Whysner as a trial expert. | L340 | | 11377 | 0.40 | 530.00 USD | 0.00 USD | | | 212.00 USD |
| 05/20/2019 | Fee | Key document review and outlines for witness preparation (2.0); discussions with client re path forward (.7); joint defense calls re experts and poss ble extensions of deadlines (1.0). | L120 | | 11377 | 3.70 | 530.00 USD | 0.00 USD | | | 1,961.00 USD |
| 05/23/2019 | Fee | Review Plaintiff s IH expert report. | L340 | | 11377 | 0.50 | 530.00 USD | 0.00 USD | | | 265.00 USD |
| 05/23/2019 | Fee | Review and process Plaintiffs Supplemental Rule 26.1 Disclosures and document production. | L140 | | 141349 | 0.20 | 150.00 USD | 0.00 USD | | | 30.00 USD |
| 05/23/2019 | Fee | Telephone conference and correspondence with co-counsel s paralegal processing pleadings they were missing. | L140 | | 141349 | 0.40 | 150.00 USD | 0.00 USD | | | 60.00 USD |
| 05/21/2019 | Fee | Prepare binders containing P66 document production. | L140 | | 141349 | 0.90 | 150.00 USD | 0.00 USD | | | 135.00 USD |
| 05/21/2019 | Fee | Review, calendar and process deposition dates from Plaintiff s Deposition Notices. | L140 | | 141349 | 0.10 | 150.00 USD | 0.00 USD | | | 15.00 USD |
| 05/21/2019 | Fee | Call with Dennis Gilmore and Tom Thompson. | L330 | | 15202 | 1.40 | 395.00 USD | 0.00 USD | | | 553.00 USD |
| 05/16/2019 | Fee | Composing email to counsel for Circle K regarding production. Composing inquiry regarding serving past production on all parties in light of confidentiality agreement. Composing inquiry regarding deposition preparation sessions. Comparing key documents compiled to documents identified as notable in my review of production and compiling documents that I identified not already included in key documents for | L320 | | 143538 | 4.60 | 375.00 USD | 0.00 USD | | | 1,725.00 USD |

| Date | Type | Desc | Task/Expense | Act | TK ID | Hours/Units | Rate | Disc | Adj | Tax | Net Amount |
|------|------|------|--------------|-----|-------|-------------|------|------|-----|-----|------------|
| | | supplementation of key documents. Composing inquiry regarding Chevron depositions. Composing inquiry regarding items of note from discovery reviewed to date. | | | | | | | | | |
| 05/14/2019 | Fee | Continuing review and annotation of approximately 4,000+ pages of production for identification and evaluation of key materials to provide to clients and experts. Completing composing First Amended Disclosure Statement and compiling supplemental production. Composing emails to all counsel regarding supplemental discovery responses. | L110 | | 143538 | 8.20 | 375.00 USD | 0.00 USD | | | 3,075.00 USD |
| 05/15/2019 | Fee | Completing review and annotation of approximately 4,000+ pages of production for identification and evaluation of key materials to provide to clients and experts. Reviewing and annotating additional documents recently received from client group and supplemented in production for identification and evaluation of key materials to provide to clients and experts. | L110 | | 143538 | 5.30 | 375.00 USD | 0.00 USD | | | 1,987.50 USD |
| 05/13/2019 | Fee | Reviewing additional 3,500+ pages of document production identifying key documents to discuss in remaining deposition preparation meetings with client witnesses. (7.7) Exchanging emails with Roland Bernier regarding supplemental production (.1). | L110 | | 143538 | 7.80 | 375.00 USD | 0.00 USD | | | 2,925.00 USD |
| 05/09/2019 | Fee | MSA Review (.4); call with Coastal counsel re indemnity claim (1.0); strategic approach to witnesses and experts (.5). | L330 | | 11377 | 1.90 | 530.00 USD | 0.00 USD | | | 1,007.00 USD |
| 05/08/2019 | Fee | Reviewing draft agreement and correspondence regarding expert sharing amongst defendants for evaluation for execution of same. | L330 | | 143538 | 0.20 | 375.00 USD | 0.00 USD | | | 75.00 USD |
| 05/07/2019 | Fee | Attending conference call with client group | L330 | | 143538 | 2.60 | 375.00 USD | 0.00 USD | | | 975.00 USD |

| Date | Type | Desc | Task/Expense | Act | TK ID | Hours/Units | Rate | Disc | Adj | Tax | Net Amount |
|------|------|------|--------------|-----|-------|-------------|------|------|-----|-----|------------|
| | | and Doug Kloepfer as part of preparations for his upcoming deposition (1.2). Attending series of conference calls with Keith Patton, Matt Oglesby, Stan Perry, Robert Scott, and Bob Mace regarding upcoming depositions (.4). Attending meeting regarding transition of immediate task assignments and identifying and reviewing relevant documents and summaries to gain understanding of case background, key issues, and relevant people in preparation for work on case and upcoming depositions (.9). Reviewing and responding to emails regarding recently received medical records of Plaintiff and immediate action items (.1). | | | | | | | | | |
| 05/09/2019 | Fee | Prepare for and attend call with Al Cantu. | L310 | | 15202 | 1.00 | 395.00 USD | 0.00 USD | | | 395.00 USD |
| 05/08/2019 | Fee | Deposition prep session by phone (1.0); discussions with opposing counsel re movement of deposition dates and follow-up re same (.3). | L330 | | 11377 | 1.30 | 530.00 USD | 0.00 USD | | | 689.00 USD |
| 05/06/2019 | Fee | Joint defense expert call. | L340 | | 11377 | 0.30 | 530.00 USD | 0.00 USD | | | 159.00 USD |
| 05/07/2019 | Fee | Deposition prep session by phone. | L330 | | 11377 | 1.00 | 530.00 USD | 0.00 USD | | | 530.00 USD |
| 05/02/2019 | Fee | Budgeting tasks for 2020. | L150 | | 11377 | 0.20 | 530.00 USD | 0.00 USD | | | 106.00 USD |
| 05/01/2019 | Fee | Review documents for supplemental production. | L320 | | 15202 | 3.30 | 395.00 USD | 0.00 USD | | | 1,303.50 USD |
| 05/02/2019 | Fee | Continue to review documents for supplemental production. | L320 | | 15202 | 1.20 | 395.00 USD | 0.00 USD | | | 474.00 USD |
| 05/03/2019 | Fee | Call with M. Oglesby and S. Shelton regarding supplemental production and deposition preparation. | L330 | | 15202 | 0.40 | 395.00 USD | 0.00 USD | | | 158.00 USD |
| 05/29/2019 | Expense | 1 COPIES 40 HOMFD4652. | E101 | | 141349 | 40.00 | 0.10 USD | 0.00 USD | | | 4.00 USD |
| 05/23/2019 | Expense | 1 COPIES 11 HOMFD4652. | E101 | | 141349 | 11.00 | 0.10 USD | 0.00 USD | | | 1.10 USD |
| 05/23/2019 | Expense | 1 COPIES 13 HOMFD4652. | E101 | | 141349 | 13.00 | 0.10 USD | 0.00 USD | | | 1.30 USD |
| 05/23/2019 | Expense | 1 COPIES 67 HOMFD4652. | E101 | | 141349 | 67.00 | 0.10 USD | 0.00 USD | | | 6.70 USD |
| 05/23/2019 | Expense | 1 COPIES 5 HOMFD4652. | E101 | | 141349 | 5.00 | 0.10 USD | 0.00 USD | | | 0.50 USD |
| 05/22/2019 | Expense | 1 COPIES 50 HOMFD40CC2. | E101 | | | 50.00 | 0.10 USD | 0.00 USD | | | 5.00 USD |
| 05/22/2019 | Expense | 1 COPIES 40 HOMFD40CC2. | E101 | | | 40.00 | 0.10 USD | 0.00 USD | | | 4.00 USD |

| Date | Type | Desc | Task/ Expense | Act | TK ID | Hours/ Units | Rate | Disc | Adj | Tax | Net Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/22/2019 | Expense | 1 COPIES 75 HOMFD40CC2. | E101 | | | 75.00 | 0.10 USD | 0.00 USD | | | 7.50 USD |
| 05/22/2019 | Expense | 1 COPIES 80 HOMFD40CC2. | E101 | | | 80.00 | 0.10 USD | 0.00 USD | | | 8.00 USD |
| 05/21/2019 | Expense | 1 COPIES 60 HO4647. | E101 | | 143538 | 60.00 | 0.10 USD | 0.00 USD | | | 6.00 USD |
| 05/21/2019 | Expense | 1 COPIES 74 HO4647. | E101 | | 143538 | 74.00 | 0.10 USD | 0.00 USD | | | 7.40 USD |
| 05/21/2019 | Expense | 1 COPIES 77 HO4647. | E101 | | 143538 | 77.00 | 0.10 USD | 0.00 USD | | | 7.70 USD |
| 05/21/2019 | Expense | 1 COPIES 73 HOMFD4652. | E101 | | 143538 | 73.00 | 0.10 USD | 0.00 USD | | | 7.30 USD |
| 05/21/2019 | Expense | 1 COPIES 56 HO4647. | E101 | | 143538 | 56.00 | 0.10 USD | 0.00 USD | | | 5.60 USD |
| 05/21/2019 | Expense | 1 COPIES 62 HO4647. | E101 | | 143538 | 62.00 | 0.10 USD | 0.00 USD | | | 6.20 USD |
| 05/16/2019 | Expense | 1 COPIES 8 HO4647. | E101 | | 143538 | 8.00 | 0.10 USD | 0.00 USD | | | 0.80 USD |
| 05/16/2019 | Expense | 1 COPIES 5 HO4647. | E101 | | 143538 | 5.00 | 0.10 USD | 0.00 USD | | | 0.50 USD |
| 05/10/2019 | Expense | 1 COPIES 40 HOMFD4652. | E101 | | 143538 | 40.00 | 0.10 USD | 0.00 USD | | | 4.00 USD |
| 05/10/2019 | Expense | 1 COPIES 5 HO4647. | E101 | | 143538 | 5.00 | 0.10 USD | 0.00 USD | | | 0.50 USD |
| 05/10/2019 | Expense | 1 COPIES 5 HO4647. | E101 | | 143538 | 5.00 | 0.10 USD | 0.00 USD | | | 0.50 USD |
| 05/08/2019 | Expense | PR00298556 Defense Expert Sharing Fund-Client-Experts - BLANK ROME LLP - | E119 | | 11377 | 1.00 | 15,000.00 USD | 0.00 USD | | | 15,000.00 USD |

## Norton Rose Fulbright-Houston - 9495139340 for P-2018-0144

### Invoice Header

**Invoice Number**
9495139340

**Organization Name**
Norton Rose Fulbright-Houston - 5619



**Organization Address**
1301 MCKINNEY ST. HOUSTON, TX 77010 (LEDES)

**Invoice Date**
08/20/2019

**Invoice Start Date**
06/01/2019

**Description**
Major, Mary

**Matter Name**
Major, Mary vs. SFPP, L.P. (Canal Indemnity) - P-2018-0144

**Matter No**
P-2018-0144



**Invoice End Date**
07/31/2019



### Totals Summary

**Fees**
32,164.00 USD

**Fee Discount**
0.00 USD

**Fee Adjustment**
0.00 USD

**Taxes**
0.00 USD

**Expenses**
2,779.33 USD

**Expense Discount**
0.00 USD

**Expense Adjustment**
0.00 USD

**Net Total**
34,943.33 USD

### Details

| Date | Type | Desc | Task/Expense | Act | TK ID | Hours/Units | Rate | Disc | Adj | Tax | Net Amount |
|------|------|------|--------------|-----|-------|-------------|------|------|-----|-----|------------|
| 07/31/2019 | Fee | Composing settlement agreement. | L250 | | 143538 | 0.90 | 375.00 USD | 0.00 USD | | | 337.50 USD |
| 07/29/2019 | Fee | Settlement activities. | L110 | | 11377 | 0.50 | 530.00 USD | 0.00 USD | | | 265.00 USD |
| 07/22/2019 | Fee | Completing composing designation of experts; researching Arizona laws requirements for disclosing past testimony and fee information for experts; communicating with opposing counsel regarding depositions. | L340 | | 143538 | 1.10 | 375.00 USD | 0.00 USD | | | 412.50 USD |
| 07/24/2019 | Fee | Review and process Valero s Third Supplemental Disclosure Statement and document production. | L140 | | 141349 | 0.80 | 150.00 USD | 0.00 USD | | | 120.00 USD |
| 07/23/2019 | Fee | Communicating with opposing counsel regarding depositions, composing report regarding depositions. | L330 | | 143538 | 0.20 | 375.00 USD | 0.00 USD | | | 75.00 USD |
| 07/25/2019 | Fee | Review, process and calendar Plaintiff s Deposition Notices and Inspection Notices. | L140 | | 141349 | 0.50 | 150.00 USD | 0.00 USD | | | 75.00 USD |
| 07/25/2019 | Fee | Settlement activities with client and opposing counsel. | L120 | | 11377 | 0.80 | 530.00 USD | 0.00 USD | | | 424.00 USD |
| 07/22/2019 | Fee | Review and process Kinder Morgan s Sixth Supplemental Disclosure Statement and document production. | L140 | | 141349 | 0.40 | 150.00 USD | 0.00 USD | | | 60.00 USD |
| 07/22/2019 | Fee | Expert reports and expert disclosures final review and completion. | L340 | | 11377 | 4.70 | 530.00 USD | 0.00 USD | | | 2,491.00 USD |
| 07/18/2019 | Fee | Continuing composing Expert Disclosure Statement per comments from defense counsel. | L340 | | 143538 | 0.40 | 375.00 USD | 0.00 USD | | | 150.00 USD |
| 07/16/2019 | Fee | Attending conference call with defense counsel regarding experts. | L340 | | 143538 | 0.60 | 375.00 USD | 0.00 USD | | | 225.00 USD |
| 07/17/2019 | Fee | Composing Expert Disclosure Statement; researching Arizona rules of procedure for expert disclosure requirements. | L340 | | 143538 | 2.30 | 375.00 USD | 0.00 USD | | | 862.50 USD |
| 07/18/2019 | Fee | Work on expert reports of John Spencer and John Whysner, MD. | L340 | | 11377 | 1.80 | 530.00 USD | 0.00 USD | | | 954.00 USD |
| 07/19/2019 | Fee | Further work on expert reports and joint-defense calls re same (2.3); review and revise expert disclosure to be filed with the court (.3). | L340 | | 11377 | 2.60 | 530.00 USD | 0.00 USD | | | 1,378.00 USD |
| 07/16/2019 | Fee | Joint defense call re experts, review Whysner edits, and discuss resolution with M Oglesby. | L120 | | 11377 | 0.60 | 530.00 USD | 0.00 USD | | | 318.00 USD |

| Date | Type | Desc | Task/Expense | Act | TK ID | Hours/Units | Rate | Disc | Adj | Tax | Net Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/15/2019 | Fee | Discussion re resolution mechanics with Matt Oglesby (.3); expert prep work for reports and co-defendant issues (.4). | L340 | | 11377 | 0.70 | 530.00 USD | 0.00 USD | | | 371.00 USD |
| 07/08/2019 | Fee | Compiling selected documents for proposed production, compiling and providing requested records for experts, communicating with experts via conference calls, exchanging emails with client group regarding proposed production. | L340 | | 143538 | 3.90 | 375.00 USD | 0.00 USD | | | 1,462.50 USD |
| 07/12/2019 | Fee | Completing composing second supplemental disclosure statement per comments. | L310 | | 143538 | 0.50 | 375.00 USD | 0.00 USD | | | 187.50 USD |
| 07/09/2019 | Fee | Reviewing depositions of Mary Major, Josh Webb, Bob Super, Gene Martin, and John Melvin for evaluation as potential witnesses in preparation for composing supplemental disclosures; composing summary of deposition testimony of Mary Major, Josh Webb, Bob Super, Gene Martin, and John Melvin for evaluation as potential witnesses; begin composing supplemental disclosures. | L310 | | 143538 | 8.60 | 375.00 USD | 0.00 USD | | | 3,225.00 USD |
| 07/10/2019 | Fee | Continue composing Second Supplemental Disclosure Statement. | L310 | | 143538 | 6.10 | 375.00 USD | 0.00 USD | | | 2,287.50 USD |
| 07/13/2019 | Fee | Revisions to and discussion with causation experts (Whysner and Nate lson) re reports. | L340 | | 11377 | 1.50 | 530.00 USD | 0.00 USD | | | 795.00 USD |
| 07/12/2019 | Fee | Call with Canal Insurance (.8); call with Dr. Whysner re report (.5); call with Dr. Natelson re report (.6). | L120 | | 11377 | 1.90 | 530.00 USD | 0.00 USD | | | 1,007.00 USD |
| 07/08/2019 | Fee | Telephone conference with First Legal regarding a subpoena request for business records from Bureau Veritas and correspondence with information for same request. | L110 | | 141349 | 0.40 | 150.00 USD | 0.00 USD | | | 60.00 USD |
| 07/08/2019 | Fee | Process deposition transcripts of Melinda Farias and Matthew Hodges. | L140 | | 141349 | 0.10 | 150.00 USD | 0.00 USD | | | 15.00 USD |
| 07/11/2019 | Fee | Discuss resolution issues with Matt Oglesby and 30b6 notice from opposing counsel. | L110 | | 11377 | 0.20 | 530.00 USD | 0.00 USD | | | 106.00 USD |
| 07/10/2019 | Fee | Review and revise expert report of John Whysner and coordinate path ology review for Dr. Natelson (2.5); joint defense calls re medical records and resolution progress (.4). | L340 | | 11377 | 2.90 | 530.00 USD | 0.00 USD | | | 1,537.00 USD |

| Date | Type | Desc | Task/Expense | Act | TK ID | Hours/Units | Rate | Disc | Adj | Tax | Net Amount |
|------|------|------|--------------|-----|-------|-------------|------|------|-----|-----|-----------|
| 07/08/2019 | Fee | Teleconference with IH expert John Spencer re report and progress (1.0); teleconference with MD/PhD tox John Whysner re disease classification and expert report (.7); review Tosco documents for possible supplemental production and discuss same with client (.7); review respiratory protection guideline from S Shelton for possible production (.1); assess path forward and strategy for upcoming expert deadlines (.2). | L340 | | 11377 | 2.70 | 530.00 USD | 0.00 USD | | | 1,431.00 USD |
| 07/02/2019 | Fee | Continue composing Second Supplemental Disclosures, attending conference call with defense counsel regarding experts, reviewing medical records and compiling key records chronicling Plaintiffs smoking history to send to expert. | L130 | | 143538 | 3.40 | 375.00 USD | 0.00 USD | | | 1,275.00 USD |
| 07/01/2019 | Fee | Complete reviewing and compiling key medical records to be sent to expert, complete composing report summarizing research on expert issues. | L130 | | 143538 | 3.20 | 375.00 USD | 0.00 USD | | | 1,200.00 USD |
| 07/03/2019 | Fee | Attending telephone conference with Matt Ogles by regarding settlement, composing emails to Matt Ogleseby and John Whysner regarding case materials, coordinating subpoena for records from Bureau Veritas. | L120 | | 143538 | 0.60 | 375.00 USD | 0.00 USD | | | 225.00 USD |
| 07/06/2019 | Fee | Reviewing and summarizing additional documents identified by Shannon Stewart for potential production. | L320 | | 143538 | 5.20 | 375.00 USD | 0.00 USD | | | 1,950.00 USD |
| 07/05/2019 | Fee | Provide case background information and discovery information to IH expert for report. | L340 | | 11377 | 0.40 | 530.00 USD | 0.00 USD | | | 212.00 USD |
| 07/03/2019 | Fee | Expert work on medical records front and discussions with Dr. Whyner and Dr. Natelson re reports and needs (.7); settlement conference with opposing counsel, update client re same (1.3). | L340 | | 11377 | 2.00 | 530.00 USD | 0.00 USD | | | 1,060.00 USD |
| 07/03/2019 | Fee | Gather documents, prepare letters and process all to experts John Whysner and Ethan Natelson. | L140 | | 141349 | 1.90 | 150.00 USD | 0.00 USD | | | 285.00 USD |
| 07/02/2019 | Fee | Revise chart containing key medical records for expert. | L110 | | 141349 | 1.60 | 150.00 USD | 0.00 USD | | | 240.00 USD |
| 07/02/2019 | Fee | Identify and process various sets of medical records pertaining to Plaint | L140 | | 141349 | 1.90 | 150.00 USD | 0.00 USD | | | 285.00 USD |

| Date | Type | Desc | Task/Expense | Act | TK ID | Hours/Units | Rate | Disc | Adj | Tax | Net Amount |
|------|------|------|--------------|-----|-------|-------------|------|------|-----|-----|-----------|
| | | iff s smoking history and insert to set of records for expert. | | | | | | | | | |
| 07/03/2019 | Fee | Telephone conference and correspondence with records company regarding request for records from Bureau Veritas. | L140 | | 141349 | 0.20 | 150.00 USD | 0.00 USD | | | 30.00 USD |
| 07/02/2019 | Fee | Call with Tracy Hammon to 30b6 prep and follow-up re documents with Shannon Shelton for same (.9); call re experts, medical records, subpoena deadlines, and path forward (.7); revise disclosures for discovery supplement (1.1); analyze challenges with medical records and approach opposing counsel for extension of deadlines (.5); joint-defense call with counsel for Kinder Morgan and Valero on specific challenges with defense group and analyze law memo for case evaluation (.8). | L340 | | 11377 | 3.90 | 530.00 USD | 0.00 USD | | | 2,067.00 USD |
| 07/01/2019 | Fee | In depth medical records review for expert reports (4.0); conference call with co-defendants re OSHA warnings expert (.3); call with IH expert John Spencer re report and path forward (.8). | L340 | | 11377 | 5.10 | 530.00 USD | 0.00 USD | | | 2,703.00 USD |
| 07/22/2019 | Expense | 1 COPIES 5 HO4647. | E101 | | | 5.00 | 0.10 USD | 0.00 USD | | | 0.50 USD |
| 07/19/2019 | Expense | 1 COPIES 5 HO4647. | E101 | | | 5.00 | 0.10 USD | 0.00 USD | | | 0.50 USD |
| 07/18/2019 | Expense | 1 COPIES 9 HO4647. | E101 | | 143538 | 9.00 | 0.10 USD | 0.00 USD | | | 0.90 USD |
| 07/17/2019 | Expense | 1 COPIES 9 HO4647. | E101 | | 143538 | 9.00 | 0.10 USD | 0.00 USD | | | 0.90 USD |
| 07/17/2019 | Expense | 1 COPIES 9 HO4647. | E101 | | 143538 | 9.00 | 0.10 USD | 0.00 USD | | | 0.90 USD |
| 07/08/2019 | Expense | FEDEX TRACKING:78 8274189528 ORIGINAL REFERENCE: SIGNED BY:        TO: John Whysner        ,109 VICTORIA ST , SANTA FE            , NM 8 7505    US; FROM: Bri ttany Antonelli   Norton Rose Fulb... | E107 | | 141349 | 1.00 | 31.03 USD | 0.00 USD | | | 31.03 USD |
| 07/08/2019 | Expense | FEDEX TRACKING:788 274121750 ORIGINAL REFERENCE: SIGNED BY:        TO: Ethan N atelson        ,8707 WATEKA DR , HOUSTO N            , TX 77 074    US; FROM: Brit tany Antonelli   Norton Rose Fu... | E107 | | 141349 | 1.00 | 16.50 USD | 0.00 USD | | | 16.50 USD |
| 06/28/2019 | Expense | 1 COPIES 9 HOMFD40 CC4. | E101 | | | 9.00 | 0.10 USD | 0.00 USD | | | 0.90 USD |
| 06/28/2019 | Expense | 1 COPIES 63 HOMFD4 0CC4. | E101 | | | 63.00 | 0.10 USD | 0.00 USD | | | 6.30 USD |
| 06/28/2019 | Expense | 1 COPIES 7 HOMFD40 CC4. | E101 | | | 7.00 | 0.10 USD | 0.00 USD | | | 0.70 USD |
| 06/28/2019 | Expense | 1 COPIES 9 HOMFD40 CC4. | E101 | | | 9.00 | 0.10 USD | 0.00 USD | | | 0.90 USD |

| Date | Type | Desc | Task/Expense | Act | TK ID | Hours/Units | Rate | Disc | Adj | Tax | Net Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/28/2019 | Expense | 1 COPIES 7 HOMFD40CC4. | E101 | | | 7.00 | 0.10 USD | 0.00 USD | | | 0.70 USD |
| 06/28/2019 | Expense | 1 COPIES 63 HOMFD40CC4. | E101 | | | 63.00 | 0.10 USD | 0.00 USD | | | 6.30 USD |
| 07/08/2019 | Expense | 1 COPIES 6 HOMFD4644C. | E101 | | 141349 | 6.00 | 0.10 USD | 0.00 USD | | | 0.60 USD |
| 07/08/2019 | Expense | 1 COPIES 5 HO4647. | E101 | | 143538 | 5.00 | 0.10 USD | 0.00 USD | | | 0.50 USD |
| 07/03/2019 | Expense | 1 COPIES 6 HOMFD4644C. | E101 | | 141349 | 6.00 | 0.10 USD | 0.00 USD | | | 0.60 USD |
| 07/02/2019 | Expense | 1 COPIES 5 HO4645. | E101 | | 141349 | 5.00 | 0.10 USD | 0.00 USD | | | 0.50 USD |
| 07/02/2019 | Expense | 1 COPIES 66 HO4647. | E101 | | 143538 | 66.00 | 0.10 USD | 0.00 USD | | | 6.60 USD |
| 07/02/2019 | Expense | 1 COPIES 5 HO4645. | E101 | | 141349 | 5.00 | 0.10 USD | 0.00 USD | | | 0.50 USD |
| 07/01/2019 | Expense | 1 COPIES 9 HO4647. | E101 | | 143538 | 9.00 | 0.10 USD | 0.00 USD | | | 0.90 USD |
| 07/01/2019 | Expense | 1 COPIES 9 HO4647. | E101 | | 143538 | 9.00 | 0.10 USD | 0.00 USD | | | 0.90 USD |
| 07/25/2019 | Expense | PR00306893 Deposition of Robert Granado and Therese Tuazon-Client-Depositions/Transcripts - VERITEXT -. | E116 | | 11377 | 1.00 | 608.00 USD | 0.00 USD | | | 608.00 USD |
| 07/22/2019 | Expense | PR00306426 Expert Fee for review of materials and preparation of report.-Client-Experts - ETHAN A. NATELSON, MD -. | E119 | | 11377 | 1.00 | 1,750.00 USD | 0.00 USD | | | 1,750.00 USD |
| 07/10/2019 | Expense | PR00304925 Deposition transcript of Jeff Acup -Client-Depositions/Transcripts - VERITEXT -. | E116 | | 11377 | 1.00 | 343.20 USD | 0.00 USD | | | 343.20 USD |

## Norton Rose Fulbright-Houston - 9495147765 for P-2018-0144

### Invoice Header

**Invoice Number**
9495147765

**Organization Name**
Norton Rose Fulbright-Houston - 5619

██████████████████████

**Organization Address**
1301 MCKINNEY ST. HOUSTON, TX 77010 (LEDES)

**Invoice Date**
09/26/2019

**Invoice Start Date**
07/01/2019

**Description**
Major, Mary

**Matter Name**
Major, Mary vs. SFPP, L.P. (Canal Indemnity) - P-2018-0144

**Matter No**
P-2018-0144

████████████████████████

**Invoice End Date**
08/31/2019

███████████████████████████████████████████████████████

### Totals Summary

**Fees**
398.50 USD

**Fee Discount**
0.00 USD

**Fee Adjustment**
0.00 USD

**Taxes**
0.00 USD

**Expenses**
640.84 USD

**Expense Discount**
0.00 USD

**Expense Adjustment**
(255.84) USD

**Net Total**
783.50 USD

## Details

| Date | Type | Desc | Task/Expense | Act | TK ID | Hours/Units | Rate | Disc | Adj | Tax | Net Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 08/19/2019 | Fee | Resolution and dec acti on issues discussion wi th M Oglesby. | L110 | | 11377 | 0.20 | 530.00 USD | 0.00 USD | | | 106.00 USD |
| 08/13/2019 | Fee | Calendar deposition of Caljet Corporate Repre sentative. | L140 | | 141349 | 0.20 | 150.00 USD | 0.00 USD | | | 30.00 USD |
| 08/15/2019 | Fee | Communicating with Pl aintiffs counsel via em ail regarding settlement release. | L160 | | 143538 | 0.20 | 375.00 USD | 0.00 USD | | | 75.00 USD |
| 08/01/2019 | Fee | Continue composing se ttlement agreement per comments; Researching Arizona rules for prope r instrument to file to dis miss claims after settle ment for inclusion in sett lement agreement. | L160 | | 143538 | 0.30 | 375.00 USD | 0.00 USD | | | 112.50 USD |
| 08/02/2019 | Fee | Continue composing se ttlement agreement per comments from client group. | L160 | | 143538 | 0.20 | 375.00 USD | 0.00 USD | | | 75.00 USD |
| 07/01/2019 | Expense | PR00308403 TLO Sera ches during Jun-Client-Other - TRANSUNION RISK AND ALTERNAT IVE DATA -. | E124 | | | 0.00 | 255.84 USD | 0.00 USD | | | 0.00 USD |
| 07/10/2019 | Expense | PR00307751 Depositio n of Matthew Hodges a nd Melinda Farias-Clie nt-Depositions/Transcri pts - VERITEXT -. | E116 | | 11377 | 1.00 | 385.00 USD | 0.00 USD | | | 385.00 USD |

## Epiq eDiscovery Solutions - 90378639 for P-2018-0144

### Invoice Header

**Invoice Number**
90378639

**Organization Name**
Epiq eDiscovery Solutions - 170272

**Matter Name**
Major, Mary vs. SFPP, L.P. (Canal Indemnity) - P-2018-0144

**Matter No**
P-2018-0144

**Organization Address**
777 Third Avenue 12 Floor New York, NY 10017 (Primary)

**Invoice Date**
10/08/2019

**Invoice Start Date**
09/01/2019

**Invoice End Date**
09/30/2019

**Description**
PGM

### Totals Summary

| | |
|---|---|
| **Fees** | **Expenses** |
| 0.00 USD | 285.18 USD |
| **Fee Discount** | **Expense Discount** |
| 0.00 USD | 0.00 USD |
| **Fee Adjustment** | **Expense Adjustment** |
| 0.00 USD | 0.00 USD |
| **Taxes** | **Net Total** |
| 0.00 USD | 285.18 USD |

**Details**

| Date | Type | Desc | Task/Expense | Act | TK ID | Hours/Units | Rate | Disc | Adj | Tax | Net Amount |
|------|------|------|--------------|-----|-------|-------------|------|------|-----|-----|------------|
| 10/08/2019 | Expense | | E124 | | | 1.00 | 285.18 USD | | | | 285.18 USD |

**Norton Rose Fulbright-Houston - 9495150895 for P-2018-0144**

**Invoice Header**

**Invoice Number**
9495150895

**Organization Name**
Norton Rose Fulbright-Houston - 5619

**Matter Name**
Major, Mary vs. SFPP, L.P. (Canal Indemnity) - P-2018-0144

**Matter No**
P-2018-0144

**Organization Address**
1301 MCKINNEY ST. HOUSTON, TX 77010 (LEDES)

**Invoice Date**
10/14/2019

**Invoice Start Date**
09/01/2019

**Invoice End Date**
09/30/2019

**Description**
Major, Mary

**Totals Summary**

**Fees**
337.50 USD

**Expenses**
10.61 USD

**Fee Discount**
0.00 USD

**Expense Discount**
0.00 USD

**Fee Adjustment**
0.00 USD

**Expense Adjustment**
0.00 USD

**Taxes**
0.00 USD

**Net Total**
348.11 USD

## Details

| Date | Type | Desc | Task/Expense | Act | TK ID | Hours/Units | Rate | Disc | Adj | Tax | Net Amount |
|------|------|------|--------------|-----|-------|-------------|------|------|-----|-----|-----------|
| 09/16/2019 | Fee | Researching Arizona requirements for Stipulation of Dismissal, composing Stipulation of Dismissal, composing letter to Plaintiffs' counsel regarding settlement check, composing email to Plaintiffs counsel regarding settlement check. | L250 | | 143538 | 0.90 | 375.00 USD | 0.00 USD | | | 337.50 USD |
| 09/27/2019 | Expense | ER00192256 09/23/2019 -Brett Young -Filing Fee for Stipulation of Dismissal. | E112 | | 11377 | 1.00 | 10.61 USD | 0.00 USD | | | 10.61 USD |